UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
11/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY:     VP      DEPUTY
```

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge KENLY KIYA KATO | ORDER OF THE CHIEF JUDGE<br><br>**23-114** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Kenly Kiya Kato,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Jesus G. Bernal to the calendar of Judge Kenly Kiya Kato:

| | |
|---|---|
| 2:23-cv-06648-JGB-MAA | James Lee Pinkerton v. James Engelman |
| 5:20-cv-02668-JGB-PDx | Maria Andrea Lara  v. Loma Linda University Medical Center |
| 5:22-cv-00061-JGB-JC | DD v. United States of America, et al. |
| 5:22-cv-00875-JGB-SHKx | United States of America v. Karl H Passegger |
| 5:22-cv-00949-JGB-KKx | L.C. et al v. State of California et al. |
| 5:22-cv-00967-JGB-SHKx | John Ledbetter v. CJ Logistics America, LLC et al. |
| 5:23-cv-00278-JGB-SPx | John Horleica et al. v. United Services Automobile Association et al. |
| 5:23-cv-00342-JGB-SHKx | Leslie Castro Melchor  v. BMW of North America, LLC, et al. |
| 5:23-cv-00407-JGB-SHKx | Omeed Shaaf et al. v. Tesla, Inc. et al. |
| 5:23-cv-01270-JGB-ASx | Carlos Vila v. GrindFace TV L.L.C. |
| 5:23-cv-01457-JGB-KSx | Kandi Cook-Toole v. Stater Bros. Markets |
| 5:23-cv-01943-JGB-KKx | Colton Bryant v. Suphaphorn Charukulvanich et al. |
| 5:23-cv-02100-JGB-SPx | Beronica Hernandez v. Rockstad Power Inc. et al. |

In the Matter of the
Creation of Calendar for
District Judge Kenly Kiya Kato                                                                                    2

| 8:23-cv-01864-JGB | Nam Hoang et al. v. Ajaz Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G et al. |
|---|---|

    On all documents subsequently filed in the case, please substitute the Judge initials KK after the case number in place of the initials of the prior Judge.

DATED: November 20, 2023                    _____
                                                        Chief Judge Philip S. Gutierrez