**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and
ANTONIA SALAS UBALDO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |

1  Under Federal Rule of Civil Procedure 16(b)(4) and Local Rules 7-1 and 16-14, Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") and Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, Bernardo Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and Jake Adams ("County Defendants") (collectively "Defendants"), stipulate for the purpose of jointly requesting that the honorable Court modify the March 8, 2023 Scheduling Order issued in this action. The parties seek to continue all the deadlines, including trial, by seven months to allow the parties time to complete fact and expert discovery, which in turn will affect the remaining deadlines.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A scheduling order may be modified only upon a showing of good cause and by leave of Court. *Id*. 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992) (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id*. (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment). Good cause exists to modify the Scheduling Order because, despite the parties' diligent efforts, they will be unable to complete discovery by the current deadline.

1. Plaintiffs filed their Complaint on June 7, 2022. (Dkt. No. 1)

2. The parties filed their Joint Rule 16(f) Report on February 13, 2023. (Dkt. No. 49).

3. On March 8, 2023, the Court issued a Civil Trial Scheduling Order (Dkt. No. 57), setting the following dates and deadlines:

- Last Day to Stipulate or File a Motion to Amend Pleadings or Add New Parties: May 29, 2023
- Deadline for Initial Designation of Expert Witnesses: January 22, 2024
- Deadline for Designation of Rebuttal Expert Witnesses: February 5, 2024
- All Discovery Cut-Off (including hearing of discovery motions): February 19, 2024
- Dispositive Motion Hearing Cut-Off: April 29, 2024
- Last Day to Conduct Settlement Conference: March 18, 2024
- Final Pretrial Conference: June 10, 2024
- Jury Trial: June 25, 2024

4. On May 12, 2023, Plaintiffs filed a Third Amended Complaint, the operative complaint. (Dkt. No. 68).

5. The parties have been diligently conducting written discovery. The parties have propounded and responded to written discovery. Defendants produced all non-privileged documents and material pertaining to the incident, which amounted to thousands of pages of documents. The parties agreed to setting the depositions of Defendants Isaiah Kee, Michael Blackwood, Bernardo Rubalcava, Robert Vaccari, and Jake Adams ("Defendant Officers") for December 6, 12, and 13, 2023. Plaintiffs served the deposition notices for the Defendant Officers on November 9, 2023. The parties intended and expected the depositions to go forward as noticed.

6. On November 25, 2025, State Defendants' counsel, Diana Esquivel, suffered an unforeseeable loss of a family member and requested that the December 6, 2023 depositions be continued. Due to a misunderstanding among the parties,

County Defendants' counsel believed that all Defendant Officers' depositions were to be continued because of the uncertainty of Ms. Esquivel's schedule due to the pending funeral services. Thus, County Defendants' counsel requested that the depositions be continued to another mutually agreeable date.

7. The parties have met and conferred on new dates for Defendant Officers' depositions. Due to the calendars and schedule of Defendant Officers and the parties' counsel, the parties are unable to schedule Defendant Officers' depositions until early February 2024 at the earliest. The parties have agreed to tentatively set the Defendant Officers' depositions for the week of February 12-16, 2024. However, the parties also acknowledge that County Defendants' counsel may have a conflict with those dates as counsel is currently set to be engaged in trial on another matter that week.  Therefore, the parties have agreed to meet and confer on other mutually agreeable dates should the need arise. Without the depositions of the Defendant Officers, the parties' retained experts cannot provide full and complete opinions, such that the parties will not be prepared to disclose expert witnesses by the current deadline.

8. Additionally, Plaintiffs' counsel intends to make a motion to consolidate this case with *Jonathan W. Botten, Sr., et al. v. State of California, et al*. (C.D. Cal. No. 5:23-cv-00257 JGB-SHK), which arises from the same February 17, 2021 incident at issue here. Defendants intend to oppose this motion.  The *Botten* Plaintiffs are bystanders that were allegedly struck by stray bullets fired by the Defendant Officers. *Botten* was filed on February 16, 2023, and the initial Case Management Conference is set for January 8, 2024. The parties have agreed that discovery taken in this matter may be used in and will apply, where appropriate, to *Botten* to avoid duplicate or repetitive discovery and to conserve resources. For example, the depositions of the Defendant Officers were noticed in both this case and in *Botten* pursuant to the parties' agreement.

9. The parties agree that it is in the best interest of all parties to continue all case management dates to allow the parties additional time to complete discovery,

conduct expert discovery, and adequately prepare for trial, as well as allowing time for the Court to determine whether consolidation of *Botten* with this case is appropriate.

10. This Stipulation is the parties' first request to modify the Scheduling Order.

11. Accordingly, in light of the foregoing, the parties hereby stipulate that good cause exists, and jointly request that the Court modify the Scheduling Order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | January 22, 2024 | July 29, 2024 |
| Deadline for Designation of Rebuttal Expert Witnesses | February 5, 2024 | August 26, 2024 |
| All Discovery Cut-Off (including hearing of discovery motions) | February 19, 2024 | September 9, 2024 |
| Dispositive Motion Hearing Cut-Off | April 29, 2024 | November 4, 2024 |
| Last Day to Conduct Settlement Conference | March 18, 2024 | October 7, 2024 |
| Final Pretrial Conference | June 10, 2024 | December 16, 2024 |
| Jury Trial | June 25, 2024 | January 13, 2025 |

//
//
//
//
//
//
//

1  **IT IS SO STIPULATED**.

2  DATED:  December 8, 2023           LAW OFFICES OF DALE K. GALIPO

4                                     By _____*/s/ Hang D. Le*_____
5                                        Dale K. Galipo
                                         Hang D. Le
6                                        Attorneys for Plaintiffs

9   DATED:  December 8, 2023          ROB BONTA
                                      Attorney General of California
10                                    CHRISTINE E. GARSKE
                                      Supervising Deputy Attorney General

12                                    */s/ Diana Esquivel\**

13                                    DIANA ESQUIVEL
                                      Deputy Attorney General
14                                    *Attorneys for Defendant State of Cal., by and through the CHP, Blackwood, Kee, and Rubalcava*

17  DATED:  December 8, 2023          LYNBERG & WATKINS

20                                    By _____*Amy R. Margolies\**_____
                                         Shannon L. Gustafson
21                                       Amy R. Margolies
                                         Anita K. Clarke
22                                       Attorneys for Defendants
                                         COUNTY OF SAN BERNARDINO,
23                                       ROBERT VACCARI. and JAKE ADAMS

25  *The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose
26  behalf the filing is submitted, concur with the filing's content and have authorized the
27  filing.