**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and
ANTONIA SALAS UBALDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHKx<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**ORDER GRANTING PARTIES' STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES**<br><br>NOTE CHANGE BY COURT |

The Court, having considered the parties' stipulation and good cause having been shown, hereby ORDERS:

1. The parties' request to modify the Scheduling Order (ECF No. 57) is GRANTED.

2. The trial date and pretrial deadlines are continued as follows:

| | |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | July 29, 2024 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 26, 2024 |
| All Discovery Cut-Off (including hearing of discovery motions) | September 9, 2024 |
| Dispositive Motion Hearing Cut-Off | November 4, 2024 |
| Last Day to Conduct Settlement Conference | October 7, 2024 |
| Final Pretrial Conference | **December 19, 2024 at 10:30 a.m**. |
| Jury Trial | January 13, 2025 **at 8:30 a.m.** |

3. **The parties are cautioned that no further continuances will be granted absent extraordinary circumstances and good cause.**

**IT IS SO ORDERED**.

DATED:  December 11, 2023

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE