1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 1<br><br>**[PROPOSED] ORDER GRANTING PARTIES' SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>*Trial Date:*   01/13/2025<br><br>*Complaint filed:* 06/07/2022 |

1

**[PROPOSED] ORDER GRANTING PARTIES'
SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER**

**[PROPOSED] ORDER**

Having read and considered the parties' stipulation and for good cause, the Court grants' the parties' stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | July 29, 2024 | January 20, 2025 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 26, 2024 | February 17, 2025 |
| All Discovery Cut-Off (including hearing of discovery motions) (Thursday) | September 9, 2024 | March 13, 2025 |
| Dispositive Motion Hearing Cut-Off (Thursday) | November 4, 2024 | May 22, 2025 |
| Last Day to Conduct Settlement Conference | October 7, 2024 | July 10, 2025 (to coincide with Puga) |
| Final Pretrial Conference (Thursday at 10:30 a.m.) (18 days before trial) | December 16, 2024 | July 31, 2025 |
| Jury Trial (Monday at 8:30 a.m.) | January 13, 2025 | August 18, 2025 |

**IT IS SO ORDERED**.

DATED:

_____
**HON. KENLY K. KATO**
United States District Court Judge

2
**[PROPOSED] ORDER GRANTING PARTIES'
SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER**