|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>  Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 1<br><br>**ORDER GRANTING PARTIES' SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>*Trial Date:*     01/13/2025<br><br>*Complaint filed:* 06/07/2022<br><br>**[NOTE CHANGES BY COURT]** |

# ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants' the parties' stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Last Day to Serve Initial Expert Reports | July 29, 2024 | January 16, 2025 |
| Last Day to Serve Rebuttal Expert Reports | August 26, 2024 | January 30, 2025 |
| Expert Discovery Cut-Off (including hearing of discovery motions) | September 9, 2024 | February 20, 2025 |
| Motion Hearing Cut-Off | November 4, 2024 | March 20, 2025 |
| Last Day to Conduct Settlement Proceedings | October 7, 2024 | April 24, 2025 |
| Final Pretrial Conference (Thursday at 10:30 a.m.) | December 16, 2024 | May 15, 2025 |
| Jury Trial (Monday at 8:30 a.m.) | January 13, 2025 | June 2, 2025 |

**IT IS SO ORDERED**.

DATED: June 18, 2024

**HON. KENLY K. KATO**
United States District Court Judge

2
**ORDER GRANTING PARTIES'
SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER**