IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.C., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 5:22-cv-00949 KK-SHKx<br><br>**[Proposed] ORDER GRANTING EX PARTE APPLICATION AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT-DISCOVERY DEADLINE** |

Good cause appearing and in furtherance of the interests of justice, the *ex parte* application and Motion to Modify the Amended Scheduling Order (ECF No. 85) of Defendants State of California, Blackwood, Kee, and Rubalcava is GRANTED. The deadline to complete fact-discovery is extended to February 20, 2025. In all other respects the June 18, 2024 Amended Scheduling Order (ECF No. 85) remains in full force and effect.

IT IS SO ORDERED.

Dated: _____     _____
Kenly Kiya Kato
United States District Judge