# Exhibit 2

**Hang Le**

| | |
|---|---|
| **From:** | Amy R. Margolies <amargolies@lynberg.com> |
| **Sent:** | Monday, October 7, 2024 2:05 PM |
| **To:** | Hang Le |
| **Cc:** | Shannon Gustafson; Diana Esquivel; Dale Galipo; Leslie De Leon |
| **Subject:** | RE: Puga/Botten v. CHP & County of San Bernardino |

Hang,

Do you have dates for Plaintiffs' depositions as well? We will need dates for the respective GILs as well as the Botten family.

Thank you,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com     www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Amy R. Margolies
**Sent:** Monday, October 7, 2024 1:32 PM
**To:** Hang Le <hlee@galipolaw.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Hi Hang,

We'll discuss and circulate dates. Was the memo you sent published on their website somewhere? I don't see it.

Thanks,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868

www.lynberg.com     www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, October 7, 2024 1:26 PM
**To:** Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good afternoon Amy & Diana,

I have been informed that the San Bernardino County DA's Office has concluded its investigation and has published its findings. Please see attached for Public Release Memorandum. Please provide me with available deposition dates for your individual clients for the last week of October (10/28-11/1). Thank you.

Best,
Hang


**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Hang Le
**Sent:** Monday, October 7, 2024 9:37 AM
**To:** Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Hi Amy,

Following up on deposition dates for the officers. Our discovery deadline is coming up quickly and we'd like to get this depositions done as soon as possible so that we can provide the transcripts to our experts. From our conversation a few months back, the County indicated that they expected to wrap up the investigation in June and that was what we represented to the Court. Given that the County is supposed to be wrapping up in the near future, can you please provide some potential dates for depositions later this month and early November? Thank you.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Amy R. Margolies <amargolies@lynberg.com>
**Sent:** Monday, September 23, 2024 4:20 PM
**To:** Hang Le <hlee@galipolaw.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Good afternoon Hang,

Apologies I have been out of country since Wednesday. I have inquired from the County as to an expected date and will let you know as soon as I hear back. I would anticipate that based on previous timelines provided, it would be either the end of next week or the end of the following week, but will circle back as soon as I hear.

Thank you,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Wednesday, September 18, 2024 10:17 AM
**To:** Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** Puga/Botten v. CHP & County of San Bernardino

**CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good morning Amy,

I am following up on the status of the County DA investigation into this incident and whether we can move forward with setting the officers' depositions. Thank you.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.