# Exhibit 7

# Hang Le

| | |
|---|---|
| **From:** | Gloria Pence <gpence@lynberg.com> |
| **Sent:** | Monday, October 21, 2024 8:53 AM |
| **To:** | dalekgalipo@yahoo.com; Hang Le; Diana.Esquivel@doj.ca.gov |
| **Cc:** | Shannon Gustafson; Amy R. Margolies; Anita K. Clarke |
| **Subject:** | Botten v. County of San Bernardino, et al. |
| **Attachments:** | Amended NOD of Anabelle Botten.pdf; Amended NOD of J.B..pdf; Amended NOD of Jonathan Wayne Botten, SR..pdf; Amended NOD of Tanja Botten.pdf |

Counsel, please see the attached amended Notices of Depositions.

Kindest,

Gloria Pence
*Legal Secretary to*
Shannon L. Gustafson
Anita K. Clarke
Amy Margolies
Mark Menses

Off: (714) 937-1010   Fax: (714) 937-1003



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com      www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.