# Exhibit 10

# Hang Le

| | |
|---|---|
| **From:** | Santiago Laurel |
| **Sent:** | Tuesday, December 31, 2024 3:35 PM |
| **To:** | sgustafson@lynberg.com; amargolies@lynberg.com; Diana.Esquivel@doj.ca.gov; Gloria Pence; acalderon@lynberg.com |
| **Cc:** | Dalekgalipo@yahoo.com; Hang Le |
| **Subject:** | L.C., et al. (Puga) v. State of California |
| **Attachments:** | 2024.12.31 - PLAINTIFF ANTONIA SALAS UBALDO'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION.pdf; 2024.12.31 - PLAINTIFF L.C.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION.pdf; 2024.12.31 - PLAINTIFF I.H.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION.pdf; 2024.12.31 - PLAINTIFF A.L.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION.pdf; 2024.12.31 -PLAINTIFFS L.C., I.H., AND A.L. AS SUCCESSORS IN INTEREST TO HECTOR PUGA'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION.pdf; 2024.12.31 - PLTFS 0256-0258.pdf; 2024.12.31 - Declaration of Service.pdf |

Counsel,

Attached please find the following:

1.  PLAINTIFF ANTONIA SALAS UBALDO'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION;
2.  PLAINTIFF L.C.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION;
3.  PLAINTIFF I.H.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION;
4.  PLAINTIFF A.L.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION;
5.  PLAINTIFFS L.C., I.H., AND A.L. AS SUCCESSORS IN INTEREST TO HECTOR PUGA'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION;
6.  BATE NO. (PLTFS 0256 – 0258) (Produced via Dropbox)
7.  Declaration of Service

Production **PLTFS 0256 – 0258** is being produced via Dropbox and are available for download at the link below.  Please advise if you have any issues viewing or downloading attachments.

**Dropbox Link:**

https://www.dropbox.com/scl/fo/k31pdqvk6r3ikcju99n2l/ALqsk0h2M1nX-VZGJVoLKwo?rlkey=vhzt60wpwtinmdln28d6svtip&st=gpwu1b5w&dl=0


Best regards,

Santiago G. Laurel

**Santiago G. Laurel, Litigation Secretary | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: SLaurel@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.