SHANNON L. GUSTAFSON (SBN #228856)
Sgustafson@lynberg.com
AMY R. MARGOLIES (SBN #283471)
Amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 1<br><br>**THIRD STIPULATION TO MODIFY SCHEDULING ORDER AS TO EXPERT DISCOVERY BY TWO-WEEKS DUE TO LOS ANGELES FIRES**<br><br>Trial Date:   June 2, 2025<br>Complaint filed: 06/07/2022<br>FAC filed: 10/18/22<br>SAC filed: 01/13/23<br>TAC filed: 05/12/23 |

| Event | Prior Date | Proposed Date |
|---|---|---|
| Designation of Expert Witnesses | January 16, 2025 | January 30, 2025 |
| Designation of Rebuttal Expert Witnesses | January 30, 2025 | February 13, 2025 |
| Expert Discovery Cut-Off | February 20, 2025 | March 6, 2025 |

1

**THIRD STIPULATION TO MODIFY SCHEDULING ORDER AS TO EXPERT DISCOVERY BY TWO-WEEKS DUE TO LOS ANGELES FIRES**

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rules 7-1 and 16-14, Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") and Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, Bernardo Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and Jake Adams ("County Defendants") (collectively "Defendants"), stipulate for the purpose of jointly requesting that the honorable Court modify the Scheduling Order issued in this action. The parties seek to continue only the expert discovery dates, specifically the deadline for initial expert disclosures, rebuttal disclosures, and expert discovery cut off, by two-weeks given the emergency response and fires in Los Angeles County were the parties have experts.  This brief extension is limited only to the experts and will not affect any other deadlines.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A scheduling order may be modified only upon a showing of good cause and by leave of Court. *Id*. 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992) (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id*. (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment). Good cause exists to modify the Scheduling Order because, despite the

parties' diligent efforts, they will be unable to complete discovery by the current deadline.

1. Plaintiffs filed their Complaint on June 7, 2022. (Dkt. No. 1).

2. The parties filed their Joint Rule 16(f) Report on February 13, 2023. (Dkt. No. 49).

3. On March 8, 2023, the Court issued a Civil Trial Scheduling Order. (Dkt. No. 57).

4. On May 12, 2023, Plaintiffs filed a Third Amended Complaint, the operative complaint, and the respective Defendants filed their Answers in June 2023. (Dkt. Nos. 68, 70, and 72).

5. On November 20, 2023, by Order of the Chief Judge, the instant matter was transferred from the calendar of Judge Jesus G. Bernal to the calendar of Judge Kenly Kiya Kato. (Dkt. No. 75).

6. On December 7, 2023, the parties filed their Joint Case Management Statement. (Dkt. No. 78).

7. On December 11, 2023, despite the parties' diligent efforts in exchanging discovery, the parties filed a stipulation to modify the existing scheduling order due to issues relating to the scheduling of party depositions, an unforeseen loss of family for one of the lead counsels, as well as an anticipated Motion to Consolidate cases regarding the related (5:23-cv-00257-KK-SHK, Jonathan Wayne Botten Sr. et al. v. State of California et al. ("Botten") matter. (Dkt. No. 79).

8. On December 11, 2023, the Court granted the parties' stipulation and issued an amended Civil Trial Scheduling Order. This was the parties' first request for an extension of time. (Dkt. No. 80).

9. On May 24, 2024, the parties filed a second stipulation to modify the existing scheduling order. (Dkt. No. 84).

10. On June 18, 2024, the Court granted the parties' stipulation and issued an amended Civil Trial Scheduling Order. This was the parties' second request for an extension of time. (Dkt. No. 85).

11. As we are aware, this week, Los Angeles County experienced and continues to experience devastating fires and power outages which are impacting some of the parties' experts who reside in Los Angeles. And, at least one expert is dealing with the loss of his parents' home which was burned down by the fires this week. Given the emergency, including area-wide power outages, some experts are facing complications with finalizing their initial reports. As such, the parties have agreed to a limited two-week extension as to the experts only.

12. This Stipulation is the parties' third request to modify the Scheduling Order. The Court granted the parties first request on December 11, 2023, and second on June 18, 2024.

13. Further, given that the instant case and the *Botten* case (5:23-cv-00257-KK-SHK) are consolidated for the purposes of discovery, the parties agree that this extension applies to the expert discovery deadlines in *Botten* as well.

14. Accordingly, in light of the foregoing, the parties hereby stipulate that good cause exists, and jointly request that the Court modify the Scheduling Order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | January 16, 2025 | January 30, 2025 |
| Deadline for Designation of Rebuttal Expert Witnesses | January 30, 2025 | February 13, 2025 |
| Expert Discovery Cut-Off | February 20, 2025 | March 6, 2025 |

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | DATED: January 10, 2025 | **LYNBERG & WATKINS**<br>A Professional Corporation |
| 2 | | |
| 3 | | */s/ Amy R. Margolies*<br>**SHANNON L. GUSTAFSON** |
| 4 | | **AMY R. MARGOLIES**<br>**ANITA K. CLARKE** |
| 5 | | Attorneys for Defendant,<br>COUNTY OF SAN BERNARDINO |
| 6 | | ROBERT VACCARI, and JAKE ADAMS |
| 7 | DATED: January 10, 2025 | LAW OFFICES OF DALE K. GALIPO |
| 8 | | |
| 9 | | |
| 10 | | */s/ Hang D. Lee*<br>**Dale K. Galipo** |
| 11 | | **Hang D. Le**<br>Attorneys for Plaintiffs |
| 12 | | |
| 13 | DATED: January 10, 2025 | Rob Bonta<br>Attorney General of California |
| 14 | | Christine E. Garske<br>Supervising Deputy Attorney General |
| 15 | | |
| 16 | | /s/ Diana Esquivel<br>**Diana Esquivel** |
| 17 | | Deputy Attorney General<br>*Attorneys for Defendant State of Cal., by* |
| 18 | | *and through the CHP, Blackwood, Kee, and Rubalcava* |

19  *The filer, Amy R. Margolies, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized.

| | | |
|---|---|---|
| 22 | DATED: January 10, 2025 | **LYNBERG & WATKINS**<br>A Professional Corporation |
| 23 | | |
| 24 | | By: */s/ Amy R. Margolies*<br>**SHANNON L. GUSTAFSON** |
| 25 | | **AMY R. MARGOLIES**<br>**ANITA K. CLARKE** |
| 26 | | Attorneys for Defendant,<br>COUNTY OF SAN BERNARDINO |
| 27 | | ROBERT VACCARI, and JAKE ADAMS |