1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA**

11

12  L.C., a minor by and through her                CASE NO. 5:22-cv-00949-KK-(SHKx)
13  guardian *ad litem* Maria Cadena,
    individually and as successor-in-interest      *Assigned for All Purposes to:*
14  to Hector Puga; I.H., a minor by and           *Hon. Kenly K. Kato – Courtroom 1*
    through his guardian *ad litem* Jasmine
15  Hernandez, individually and as
    successor-in-interest to Hector Puga;          **[PROPOSED] ORDER GRANTING**
16  A.L., a minor by and through her               **PARTIES' THIRD STIPULATION**
    guardian *ad litem* Lydia Lopez,               **TO MODIFY THE SCHEDULING**
17  individually and as successor-in-interest      **ORDER AS TO EXPERT**
    to Hector Puga; and ANTONIA                    **DISCOVERY BY TWO-WEEKS**
18  SALAS UBALDO, individually,                    **DUE TO LOS ANGELES FIRES**

19              Plaintiffs,

20        vs.

21  STATE OF CALIFORNIA; COUNTY
    OF SAN BERNARDINO; S.S.C., a
22  nominal defendant; ISAIAH KEE;
    MICHAEL BLACKWOOD;
23  BERNARDO RUBALCAVA;
    ROBERT VACCARI; JAKE ADAMS;
24  and DOES 6-10, inclusive,
25
              Defendants.
26
27
28

| Event | Prior Date | Proposed Date |
|-------|-----------|---------------|
| Designation of Expert Witnesses | January 16, 2025 | January 30, 2025 |
| Designation of Rebuttal Expert Witnesses | January 30, 2025 | February 13, 2025 |
| Expert Discovery Cut-Off | February 20, 2025 | March 6, 2025 |

# [PROPOSED] ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants' the parties' stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | January 16, 2025 | January 30, 2025 |
| Deadline for Designation of Rebuttal Expert Witnesses | January 30, 2025 | February 13, 2025 |
| Expert Discovery Cut-Off | February 20, 2025 | March 6, 2025 |

**IT IS SO ORDERED**.

DATED:


_____

**HON. KENLY K. KATO**
United States District Court Judge

2

**[PROPOSED] ORDER GRANTING PARTIES' THIRD STIPULATION TO MODIFY THE SCHEDULING ORDER AS TO EXPERT DISCOVERY BY TWO-WEEKS DUE TO LOS ANGELES FIRES**