# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br> Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly K. Kato – Courtroom 1* <br><br> **ORDER GRANTING PARTIES' THIRD STIPULATION TO MODIFY THE SCHEDULING ORDER AS TO EXPERT DISCOVERY BY TWO-WEEKS DUE TO LOS ANGELES FIRES** |
|---|---|

| Event | Prior Date | New Date |
|---|---|---|
| Designation of Expert Witnesses | January 16, 2025 | January 30, 2025 |
| Designation of Rebuttal Expert Witnesses | January 30, 2025 | February 13, 2025 |
| Expert Discovery Cut-Off | February 20, 2025 | March 6, 2025 |

1

**ORDER GRANTING PARTIES' THIRD STIPULATION TO MODIFY THE SCHEDULING ORDER AS TO EXPERT DISCOVERY BY TWO-WEEKS DUE TO LOS ANGELES FIRES**

# ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants' the parties' stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | January 16, 2025 | January 30, 2025 |
| Deadline for Designation of Rebuttal Expert Witnesses | January 30, 2025 | February 13, 2025 |
| Expert Discovery Cut-Off | February 20, 2025 | March 6, 2025 |

**IT IS SO ORDERED**.

DATED: January 13, 2025

_____
**HON. KENLY K. KATO**
United States District Court Judge