# EXHIBIT B

Case 5:22-cv-00949-KK-SHK   Document 95-3   Filed 01/13/25   Page 1 of 9   Page ID #:945

| | |
|---|---|
| 1 | Shannon L. Gustafson (SBN 228856) |
| | sgustafson@lynberg.com |
| 2 | Amy R. Margolies (SBN 283471) |
| | amargolies@lynberg.com |
| 3 | Anita K. Clarke (SBN 321015) |
| | aclarke@lynberg.com |
| 4 | **LYNBERG & WATKINS** |
| | A Professional Corporation |
| 5 | 1100 W. Town & Country Road, Suite #1450 |
| | Orange, California 92868 |
| 6 | (714) 937-1010 Telephone |
| | (714) 937-1003 Facsimile |
| 7 | |
| 8 | Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **NOTICE OF DEPOSITION OF ANABELLE BOTTEN** <br><br> **DATE:  November 18, 2024** <br> **TIME:   1:00 p.m.** <br> **VIA:      ZOOM** <br><br> *Complaint filed: February 16, 2023* |

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure Rule 30, counsel for Defendants County of San Bernardino, Robert Vaccari and Jake Adams in the above-captioned matter will take the oral deposition of ANABELLE BOTTEN.  This deposition is to take place on **November 18, 2024 at 1:00 p.m.**  via video conference (ZOOM link attached), before a Certified

1
**NOTICE OF DEPOSITION OF ANABELLE BOTTEN**

1 | Shorthand Reporter authorized to administer oaths in the State of California.

2 |       **NOTICE IS FURTHER GIVEN** that we reserve the right to conduct this
3 | deposition utilizing a secure web-based deposition service or telephonically only to
4 | provide remote access for those parties wishing to participate in the deposition via
5 | the internet and/or the telephone.

6 |       **PLEASE TAKE FURTHER NOTICE** that the court reporter may also be
7 | remote via one of the options above for the purposes of reporting the proceeding and
8 | may or may not be in the presence of the deponent.

9 |       **PLEASE TAKE FURTHER NOTICE** that we also reserve the right to
10 | utilize instant visual display technology such that the court reporter's writing of the
11 | proceeding or pertinent exhibits will be displayed simultaneous to their writing of
12 | the same on one's laptop, iPad, tablet, or other type of display device
13 | connected to the court reporter.

14 |       **PLEASE TAKE FURTHER NOTICE** that, pursuant to <u>Federal Rules of
15 | Civil Procedure</u> Rule 30, we reserve the right to record the testimony of this
16 | deponent by sound and visual videotape technology for the purpose of using it as
17 | admissible evidence at a later proceeding, including trial.

18 |       If the deponent requires an interpreter, it is requested that you advise this
19 | office at least five (5) days prior to the deposition of the language and/or dialect.

20 | DATED: October 18, 2024        **LYNBERG & WATKINS**
21 |                                                  A Professional Corporation

23 |                            By:   */s/* Shannon L. Gustafson
24 |                                 Shannon L. Gustafson
                                  Amy R. Margolies
25 |                                 Anita K. Clarke
                                Attorneys for Defendants, COUNTY OF
26 |                                 SAN BERNARDINO, ROBERT
                                VACCARI and JAKE ADAMS

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Town & Country Road, Suite #1450, Orange, California 92868.

On October 18, 2024, I served the foregoing document(s) described as **NOTICE OF DEPOSITION OF ANABELLE BOTTEN** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

*Refer to Service List Below*

☒ **BY E-MAIL:** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via email at the respective email address(es) indicated above.

☐ **BY FEDERAL EXPRESS/OVERNIGHT MAIL**: I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

**BY ELECTRONIC TRANSFER** via electronic filing service provider and pursuant to *California Rules of Court*, Rule 2.251, sent by e-Service through e-Filing Portal at the time the documents were electronically filed. The service was made on the email addresses listed with the court.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 18, 2024, at Orange, California.

/s/ Gloria Pence
**Gloria Pence**

3
**NOTICE OF DEPOSITION OF ANABELLE BOTTEN**

# SERVICE LIST

| | |
|---|---|
| Dale K. Galipo<br>Hang D. Le<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Telephone: (818) 347-3333<br>Email: dalekgalipo@yahoo.com<br>Hlee@galipolaw.com | Attorney for Plaintiffs,<br>Jonathan Wayne Botten, Sr.; Tanja Dudek-Botten; Annabelle Botten; Jonathan Wayne Botten, Jr. a minor by and through his Guardian ad Litem Jonathan Wayne Botten, Sr. |
| Diana Esquivel, Deputy Attorney General<br>1300 I Street, Suite 125<br>Sacramento, CA 94222-2350<br>Telephone: (916) 210-7320<br>Email: Diana.Esquivel@doj.ca.gov | Attorneys for Defendant, Michael Blackwood,<br>Bernardo Rubalcava, and State of California |

Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **SECOND AMENDED NOTICE OF DEPOSITION OF ANABELLE BOTTEN** <br><br> DATE:  December 16, 2024 <br> TIME:   2:00 p.m. <br> VIA:      ZOOM <br><br> *Complaint filed: February 16, 2023* |

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure Rule 30, counsel for Defendants County of San Bernardino, Robert Vaccari and Jake Adams in the above-captioned matter will take the oral deposition of ANABELLE BOTTEN.  This deposition is to take place on **December 16, 2024 at 2:00 p.m.** via video conference before a Certified Shorthand Reporter authorized

1

**SECOND AMENDED NOTICE OF DEPOSITION OF ANABELLE BOTTEN**

1 | to administer oaths in the State of California.

2 | **NOTICE IS FURTHER GIVEN** that we reserve the right to conduct this
3 | deposition utilizing a secure web-based deposition service or telephonically only to
4 | provide remote access for those parties wishing to participate in the deposition via
5 | the internet and/or the telephone.

6 | **PLEASE TAKE FURTHER NOTICE** that the court reporter may also be
7 | remote via one of the options above for the purposes of reporting the proceeding and
8 | may or may not be in the presence of the deponent.

9 | **PLEASE TAKE FURTHER NOTICE** that we also reserve the right to
10 | utilize instant visual display technology such that the court reporter's writing of the
11 | proceeding or pertinent exhibits will be displayed simultaneous to their writing of
12 | the same on one's laptop, iPad, tablet, or other type of display device
13 | connected to the court reporter.

14 | **PLEASE TAKE FURTHER NOTICE** that, pursuant to <u>Federal Rules of
15 | Civil Procedure</u> Rule 30, we reserve the right to record the testimony of this
16 | deponent by sound and visual videotape technology for the purpose of using it as
17 | admissible evidence at a later proceeding, including trial.

18 | If the deponent requires an interpreter, it is requested that you advise this
19 | office at least five (5) days prior to the deposition of the language and/or dialect.

20 | DATED: December 10, 2024         **LYNBERG & WATKINS**
21 |                                  A Professional Corporation
22 |
23 |                                  By:  /s/ Shannon L. Gustafson
24 |                                       Shannon L. Gustafson
                                           Amy R. Margolies
25 |                                       Anita K. Clarke
                                           Attorneys for Defendants, COUNTY OF
26 |                                       SAN BERNARDINO, ROBERT
                                           VACCARI and JAKE ADAMS
27 |
28 |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Town & Country Road, Suite #1450, Orange, California 92868.

On December 10, 2024, I served the foregoing document(s) described as **AMENDED NOTICE OF DEPOSITION OF ANABELLE BOTTEN** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

*Refer to Service List Below*

☒ **BY E-MAIL:** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via email at the respective email address(es) indicated above.

☐ **BY FEDERAL EXPRESS/OVERNIGHT MAIL**: I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

**BY ELECTRONIC TRANSFER** via electronic filing service provider and pursuant to *California Rules of Court*, Rule 2.251, sent by e-Service through e-Filing Portal at the time the documents were electronically filed. The service was made on the email addresses listed with the court.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 10, 2024, at Orange, California.

/s/ Gloria Pence
**Gloria Pence**

3
**SECOND AMENDED NOTICE OF DEPOSITION OF ANABELLE BOTTEN**

**SERVICE LIST**

| | |
|---|---|
| Dale K. Galipo<br>Hang D. Le<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Telephone: (818) 347-3333<br>Email: dalekgalipo@yahoo.com<br>Hlee@galipolaw.com | Attorney for Plaintiffs,<br>Jonathan Wayne Botten, Sr.; Tanja Dudek-Botten; Annabelle Botten; Jonathan Wayne Botten, Jr. a minor by and through his Guardian ad Litem Jonathan Wayne Botten, Sr. |
| Diana Esquivel, Deputy Attorney General<br>1300 I Street, Suite 125<br>Sacramento, CA 94222-2350<br>Telephone: (916) 210-7320<br>Email: Diana.Esquivel@doj.ca.gov | Attorneys for Defendant, Michael Blackwood, Bernardo Rubalcava, and State of California |

4

**SECOND AMENDED NOTICE OF DEPOSITION OF ANABELLE BOTTEN**