# VIDEO
# PLTF'S 00345

# EXHIBIT C