# EXHIBIT D

| | |
|---|---|
| **From:** | Hang Le |
| **To:** | Shannon Gustafson; Santiago Laurel; Diana.Esquivel@doj.ca.gov; Amy R. Margolies; Gloria Pence |
| **Cc:** | Dalekgalipo@yahoo.com; Angelica S. Calderon |
| **Subject:** | RE: L.C., et al. (Puga) v. State of California |
| **Date:** | Thursday, December 26, 2024 12:37:00 PM |
| **Attachments:** | image001.jpg |

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hi Shannon,

Please see if you can download from the Dropbox link below:

https://www.dropbox.com/scl/fi/d3ewk4h8dexf11kwdbv3e/PLTFS-00345.MOV?rlkey=8o5y5aqx8gc30ku6yyh5tp7uh&dl=0

According to Annabelle, this was from a neighbor but she doesn't know who. I'm trying to figure out with them which neighbor this video is from. I will let you know as soon as I know more.

Best,
Hang

**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Thursday, December 26, 2024 12:31 PM
**To:** Santiago Laurel <slaurel@galipolaw.com>; Diana.Esquivel@doj.ca.gov; Amy R. Margolies <amargolies@lynberg.com>; Gloria Pence <gpence@lynberg.com>
**Cc:** Hang Le <hlee@galipolaw.com>; Dalekgalipo@yahoo.com; Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** RE: L.C., et al. (Puga) v. State of California

Hang,

Plaintiff's 00345 is identified as a video. However, the file we sent is a black screen with only audio. Is there supposed to be a video image? If so can you please resend to us as what we were provided has no video.

Also what is the source of this audio/video?

**Shannon L. Gustafson**
Shareholder
Direct: (714) 352-3547



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868

www.lynberg.com          www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

---

**From:** Santiago Laurel <slaurel@galipolaw.com>
**Sent:** Monday, December 23, 2024 10:44 AM
**To:** Diana.Esquivel@doj.ca.gov; Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>; Gloria Pence <gpence@lynberg.com>
**Cc:** Hang Le <hlee@galipolaw.com>; Dalekgalipo@yahoo.com
**Subject:** L.C., et al. (Puga) v. State of California

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Counsel,

Attached please find the following:

**PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26(f) DISCLOSURES;**
**PLTFS 00331- 00345; and**
**PLTFS 00345 (Video)**

Please advise if you have any issues viewing or downloading attachments.


Best regards,
Santiago G. Laurel

**Santiago G. Laurel, Litigation Secretary | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: SLaurel@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.