# EXHIBIT E

| | |
|---|---|
| **From:** | Santiago Laurel |
| **To:** | Shannon Gustafson; Amy R. Margolies; Diana.Esquivel@doj.ca.gov; Gloria Pence; Angelica S. Calderon |
| **Cc:** | Dalekgalipo@yahoo.com; Hang Le |
| **Subject:** | Botten v. State of California, et al. |
| **Date:** | Tuesday, December 31, 2024 3:37:11 PM |
| **Attachments:** | 2024.12.31 - HL to Defs re ID of PLTFS 00345.pdf |

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Counsel,

Attached please find the following:

**Letter dated December 31, 2024, from attorney Hang D. Le**

Please advise if you have any issues viewing or downloading attachments.

Best regards,
Santiago G. Laurel

**Santiago G. Laurel, Litigation Secretary** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: SLaurel@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | dalekgalipo@yahoo.com

December 31, 2024

<u>VIA E-MAIL</u>
Shannon L. Gustafson, Esq.
sgustafson@lynberg.com
Amy R. Margolies, Esq.
amargolies@lynberg.com;
LYNBERG & WATKINS
cc: gpence@lynberg.com; acalderon@lynberg.com

***Attorneys for County Defendants***

Diana Esquivel
E-mail: Diana.Esquivel@doj.ca.gov

***Attorneys for State Defendants***

Re:  *Botten, et al. v. State of California, et al.*
     Case No. 5:23-cv-00257-KK-SHK

Dear Counsel,

In response to your recent inquiry regarding the identity of the person who the disclosed video, Bates Stamped PLTFS 00345, belongs to, Plaintiffs believe the video belongs to their then-neighbor Sal (last name unknown), who lived at 18010 Catalpa St., Hesperia, CA at the time of the incident and whose last contact information was (951) 403 45-32. Plaintiffs previously identified Sal in their April 3, 2023 Responses to Interrogatories (Set One), Response to Interrogatory 13. Please see the attached Responses for reference.

Sincerely,
LAW OFFICES OF DALE K. GALIPO

Hang D. Le