# EXHIBIT F

| | |
|---|---|
| From: | cacd_ecfmail@cacd.uscourts.gov |
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 5:23-cv-00257-KK-SHK Jonathan Wayne Botten Sr. et al v. State of California et al Motion to Extend Discovery Cut-Off Date |
| Date: | Tuesday, December 31, 2024 7:03:09 AM |

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Esquivel, Diana on 12/31/2024 at 7:02 AM PST and filed on 12/31/2024

**Case Name:** Jonathan Wayne Botten Sr. et al v. State of California et al
**Case Number:** 5:23-cv-00257-KK-SHK
**Filer:** Isaiah Kee
Michael Blackwood
Bernardo Rubalcava

**Document Number:** 78

**Docket Text:**
**EX PARTE APPLICATION to Extend Discovery Cut-Off Date to 2/20/2025 filed by Defendants Isaiah Kee, Michael Blackwood, Bernardo Rubalcava. (Attachments: # (1) Exhibit A - P, # (2) Proposed Order) (Esquivel, Diana)**

**5:23-cv-00257-KK-SHK Notice has been electronically mailed to:**

Amy R Margolies     amargolies@lynberg.com, gpence@lynberg.com

Anita Kay Clarke    aclarke@lynberg.com, gpence@lynberg.com

Dale K Galipo     dalekgalipo@yahoo.com, amonguia@galipolaw.com, blevine@galipolaw.com, CMayne@galipolaw.com, coopermayne@recap.email, evalenzuela@galipolaw.com, hlee@galipolaw.com, ldeleon@galipolaw.com,

msincich@galipolaw.com, rvalentine@galipolaw.com, sanderson@galipolaw.com, slaurel@galipolaw.com, sleap@galipolaw.com

Diana F Esquivel     Diana.Esquivel@doj.ca.gov, Christine.Garske@doj.ca.gov, tort-ecf@doj.ca.gov

Hang Dieu Le     hlee@galipolaw.com

Richard T Copeland     rtc@conflict-solution.com

Shannon Lin Gustafson     sgustafson@lynberg.com, amargolies@lynberg.com, gpence@lynberg.com

**5:23-cv-00257-KK-SHK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Ex Parte Application.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/31/2024] [FileNumber=39258859-0] [33346ec9ee66415727904688e2d6b6f366203fbc203f78e270222c6201797b4ae940ce3b5ebe9008fedfb03fb389a556d7d872ee2af335ad076774e7c464c2b3]]
**Document description:**Exhibit A - P
**Original filename:**C:\fakepath\Ex Parte Exhibits v2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/31/2024] [FileNumber=39258859-1] [459f53dcf58ab100fe1736614345e34774b11d5a4ae1652efa3c7151379e1f9a9f6b1a3a300781453bde31201d37ba3a52ee9b7a770a3b29d3ec9f24f98cbf9b]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Botten Proposed Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/31/2024] [FileNumber=39258859-2] [74f65335275ee9f461fc9681394f70b40bd405420d9df74c39c63df3f4d89fa6b26c96efb5ae9b39dffa8ac19ce27c878787b08edf264217a1d22b012165f90d]]