**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 1<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS'** ***EX PARTE*** **APPLICATION TO RECONSIDER MODIFYING SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF TO TAKE SINGLE DEPOSITION** |

///

# [PROPOSED] ORDER

Good cause appearing and in furtherance of the interests of justice, Defendants County of San Bernardino, Robert Vaccari, and Jake Adams' *Ex Parte* application to Reconsider Modifying the Scheduling Order to Extend Discovery Cutoff to Take a Single Deposition Defendants County of San Bernardino, Robert Vaccari, and Jake Adams is GRANTED.

**IT IS SO ORDERED**.

DATED: _____

**HONORABLE KENLY K. KATO**
United States District Court Judge