SHANNON L. GUSTAFSON (SBN 228856)
AMY R. MARGOLIES (SBN 283471)
ANITA K. CLARKE (SBN 321015)
LYNBERG & WATKINS
1100 Town & Country Rd., Suite 1450, Orange, CA 92868

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.C., et al.<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF SAN BERNARDINO, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:22-cv-00949-KK-SHK(x)<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

USB drive containing video and audio lodged in support of County Defendants Ex Parte Application to Reconsider Modifying the Scheduling Order and Extending Discovery Cut-off - Exhibit C: Video taken by "Sal" PLTFS 00345

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| January 13, 2025<br>Date | /s/ Anita K. Clarke<br>Attorney Name<br>Defs. County of San Bernardino, Vaccari, Adams<br>Party Represented |

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING