1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually, | CASE NO. 5:22-cv-00949-KK-(SHKx) |
| | *Assigned for All Purposes to:* *Hon. Kenly K. Kato – Courtroom 1* |
| | **DISCOVERY MATTER** |
| | **ORDER GRANTING COUNTY DEFENDANTS' *EX PARTE* APPLICATION TO RECONSIDER MODIFYING  SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF TO TAKE SINGLE DEPOSITION** |
| Plaintiffs, | **[NOTE CHANGES BY COURT]** |
| vs. | |
| STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, | |
| Defendants. | |

///

1

## <u>ORDER</u>

2   Good cause appearing and in furtherance of the interests of justice, Defendants

3   County of San Bernardino, Robert Vaccari, and Jake Adams' *Ex Parte* application to

4   Reconsider Modifying the Scheduling Order to Extend Discovery Cutoff to Take a

5   Single Deposition of Botten's former neighbor, Sal.   Defendants County of San

6   Bernardino, Robert Vaccari, and Jake Adams' Application is GRANTED.   However,

7   all other dates shall remain.

8   **IT IS SO ORDERED**.

9

10  DATED:  January 16, 2025

11  **HONORABLE KENLY K. KATO**
    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28