# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**[PROPOSED] ORDER GRANTING SIXTH REQUEST AND FOURTH STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF** |

The Court, having considered the parties' stipulation and good cause having been shown, hereby ORDERS:

1. The parties' request to modify the Scheduling Order to Continue Expert Discovery Cut-Off is GRANTED.

2. The Expert Discovery Cut-Off is continued from March 6, 2025 to March 14, 2025.

3. Due to this instant case being consolidated with *Botten, et al. v. State of California, et al.*, (case no. 5:23-cv-00257-KK-SHK) for the limited purposes of discovery, this extension applies to the Expert Discovery Cut-Off in *Botten* as well.

**IT IS SO ORDERED**.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE