1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

L.C., a minor by and through her
11  guardian *ad litem* Maria Cadena,
individually and as successor-in-interest
12  to Hector Puga; I.H., a minor by and
through his guardian *ad litem* Jasmine
13  Hernandez, individually and as
successor-in-interest to Hector Puga;
14  A.L., a minor by and through her
guardian *ad litem* Lydia Lopez,
15  individually and as successor-in-interest
to Hector Puga; and ANTONIA
16  SALAS UBALDO, individually;
17
18                          Plaintiffs,
19             vs.
20
STATE OF CALIFORNIA; COUNTY
21  OF SAN BERNARDINO; S.S.C., a
nominal defendant; ISAIAH KEE;
22  MICHAEL BLACKWOOD;
BERNARDO RUBALCAVA;
23  ROBERT VACCARI; JAKE ADAMS;
and DOES 6-10, inclusive,
24
25
                           Defendants.
26

Case No. 5:22-cv-00949-KK-SHK

       5:23-CV-257-KK-(SHKx)

*Honorable Kenly Kiya Kato*
*Mag. Judge Shashi H. Kewalramani*


**ORDER GRANTING SIXTH**
**REQUEST AND FOURTH**
**STIPULATION TO MODIFY**
**SCHEDULING ORDER TO**
**CONTINUE EXPERT**
**DISCOVERY CUT-OFF**

27

28

1      The Court, having considered the parties' stipulation and good cause having

2 been shown, hereby ORDERS:

3      1.    The parties' request to modify the Scheduling Order to Continue Expert

4 Discovery Cut-Off is GRANTED.

5      2.    The Expert Discovery Cut-Off is continued from March 6, 2025 to

6 March 14, 2025.

7      3.    Due to this instant case being consolidated with *Botten, et al. v. State of*

8 *California, et al.*, (case no. 5:23-cv-00257-KK-SHK) for the limited purposes of

9 discovery, this extension applies to the Expert Discovery Cut-Off in *Botten* as well.

10

11

12 **IT IS SO ORDERED**.

13 DATED:  February 12, 2025        _____

14          HON. KENLY KIYA KATO

15          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28