1  SHANNON L. GUSTAFSON (SBN 228856)
   sgustafson@lynberg.com
2  AMY R. MARGOLIES (SBN 283471)
   amargolies@lynberg.com
3  ANITA K. CLARKE (SBN 321015)
   aclarke@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 W. Town & Country Road, Suite #1450
   Orange, California 92868
6  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
7
   Attorneys for Defendant, COUNTY OF SAN BERNARDINO,
8  ROBERT VACCARI, and JAKE ADAMS

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**STIPULATION TO DISMISS PLAINTIFFS' FIRST AND THIRD CLAIMS FOR 42 U.S.C. § 1983 DETENTION AND ARREST AND DENIAL OF MEDICAL CARE CLAIMS AGAINST COUNTY DEPUTIES AND STATE OFFICERS AND SUBSTANTIVE DUE PROCESS AGAINST VACCARI**<br><br>*Trial Date:* June 2, 2025<br><br>*Complaint filed: 06/07/2022*<br>*FAC filed: 10/18/22*<br>*SAC filed: 01/13/23*<br>*TAC filed: 05/12/23* |

1

WHEREAS, Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually ("Plaintiffs"), initiated the above-captioned case against Defendants the STATE OF CALIFORNIA, ISAIAH KEE, MICHAEL BLACKWOOD and BERNARDO RUBALCAVA ("State Defendants") and COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS ("County Defendants") on or about June 7, 2022 (Dkt. 1).

WHEREAS, Plaintiffs filed their Third Amended Complaint, the operative complaint on May 12, 2023 (Dkt. 68).

WHEREAS, County Defendants sent a meet and confer letter to Plaintiffs on February 13, 2025. Counsel for Plaintiffs, the State Defendants, and the County Defendants engaged in a telephonic meet and confer conference on February 17, 2025. On February 17, 2025, Plaintiffs agreed to dismiss Plaintiffs' First Claim under the Fourth Amendment for Detention and Arrest pursuant to 42 U.S.C. § 1983 and Third Claim under the Fourth Amendment for Denial of Medical Care pursuant to 42 U.S.C. § 1983 against all individual defendants, specifically Isaiah Kee, Michael Blackwood, Bernardo Rubalcava, Robert Vaccari, and Jake Adams. Further, Plaintiffs agreed to strike any allegations related to medical care of Decedent, specifically ¶ 48, ¶ 107(d) and the allegation medical care was denied in ¶¶ 117, 118, and 119. Following email correspondence on February 17 and February 18, Plaintiffs also agreed to dismiss Plaintiffs' Fourth Claim for Substantive Due Process (42 U.S.C. § 1983) against Sergeant Robert Vaccari.

The parties hereto, by and through their respective counsel, hereby stipulate

and agree as follows:

1. Plaintiffs' First Claim for Fourth Amendment – Detention and Arrest (42 U.S.C. § 1983) is dismissed against Isaiah Kee, Michael Blackwood, Bernardo Rubalcava, Robert Vaccari, and Jake Adams with prejudice.

2. Plaintiffs' Third Claim for Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983) is dismissed against Isaiah Kee, Michael Blackwood, Bernardo Rubalcava, Robert Vaccari, and Jake Adams.

3. Plaintiffs' Fourth Claim for Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983) is dismissed against Sergeant Robert Vaccari.

4. The allegations related to medical care of Decedent, specifically ¶ 48 and ¶ 107(d) are struck entirely, and the allegation medical care was denied in ¶¶ 117, 118, and 119 are struck.

5. Each party shall bear their own costs and fees as to these claims.

DATED: February 18, 2025  **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Hang D. Le*
**DALE K. GALIPO**
**HANG D. LE**
Attorneys for Plaintiffs

DATED: February 18, 2025  **LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Anita K. Clarke*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**ANITA K. CLARKE**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO
ROBERT VACCARI, and JAKE ADAMS

3
**STIPULATION TO DISMISS PLAINTIFFS' FIRST AND THIRD CLAIMS FOR 42 U.S.C. § 1983 DETENTION AND ARREST AND DENIAL OF MEDICAL CARE CLAIMS AGAINST COUNTY DEPUTIES AND STATE OFFICERS AND SUBSTANTIVE DUE PROCESS AGAINST VACCARI**

|   |   |   |
|---|---|---|
| DATED: February 18, 2025 | | ROB BONTA<br>Attorney General of California<br>CHRISTINE E. GARSKE<br>Supervising Deputy Attorney General |

By: */s/ Diana Esquivel*
**DIANA ESQUIVEL**
Deputy Attorney General
*Attorneys for Defendant State of Cal., by and through the CHP, Blackwood, Kee, and Rubalcava*

Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: February 18, 2025                **LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Anita K. Clarke*
Shannon L. Gustafson
Amy R. Margolies
Anita K. Clarke
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

4
**STIPULATION TO DISMISS PLAINTIFFS' FIRST AND THIRD CLAIMS FOR 42 U.S.C. § 1983 DETENTION AND ARREST AND DENIAL OF MEDICAL CARE CLAIMS AGAINST COUNTY DEPUTIES AND STATE OFFICERS AND SUBSTANTIVE DUE PROCESS AGAINST VACCARI**