# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**ORDER DISMISSING PLAINTIFFS' FIRST AND THIRD CLAIMS FOR 42 U.S.C. § 1983 DETENTION AND ARREST AND DENIAL OF MEDICAL CARE CLAIMS AGAINST COUNTY DEPUTIES AND STATE OFFICERS AND SUBSTANTIVE DUE PROCESS AGAINST VACCARI**<br><br>*Trial Date:* June 2, 2025<br><br>*Complaint filed:* 06/07/2022<br>*FAC filed:* 10/18/22<br>*SAC filed:* 01/13/23<br>*TAC filed:* 05/12/23 |

1
**ORDER**

|   |   |
|---|---|
| 1 | This cause coming to be heard on the stipulation of the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for voluntary dismissal, with prejudice, of certain claims in Plaintiffs' Third Amended Complaint (Dkt. 68), the parties being in agreement and the Court being advised of the premises of this Order, the Court hereby dismisses: |

1. Plaintiffs' First Claim for Fourth Amendment – Detention and Arrest (42 U.S.C. § 1983) is dismissed against Isaiah Kee, Michael Blackwood, Bernardo Rubalcava, Robert Vaccari, and Jake Adams with prejudice.

2. Plaintiffs' Third Claim for Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983) is dismissed against Isaiah Kee, Michael Blackwood, Bernardo Rubalcava, Robert Vaccari, and Jake Adams.

3. Plaintiffs' Fourth Claim for Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983) is dismissed against Sergeant Robert Vaccari.

4. The allegations related to medical care of Decedent, specifically ¶ 48 and ¶ 107(d) are struck entirely, and the allegation medical care was denied in ¶¶ 117, 118, and 119 are struck.

5. Each party shall bear their own costs and fees as to these claims.

The above-mentioned claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: February 20, 2025

_____
Honorable Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE