Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>                    Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**DECLARATION OF LUCIEN HAAG IN SUPPORT OF COUNTY DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>*[Filed Concurrently County Defendants' MSJ; Separate Statement of Undisputed Material Facts; Exhibits; Proposed Judgment]*<br><br>Date:         March 20, 2025<br>Time:        9:30 a.m.<br>Courtroom:   1<br><br>*Trial Date: June 2, 2025*<br><br>*Complaint filed: 06/07/2022*<br>*FAC filed:  10/18/22*<br>*SAC filed:  01/13/23*<br>*TAC filed:  05/12/23* |

00036

**1**
**DECLARATION OF LUCIEN C. HAAG**

**DECLARATION OF LUCIEN C. HAAG**

I, Lucien C. Haag, declare as follows:

1. I am a Criminalist and Forensic Firearms Examiner with over 60 years of practical experience in the examination and comparison of firearms and firearms-related evidence. I have a Bachelor of Science degree in Chemistry from the University of California at Berkeley that I received in 1963. Following this I received additional training in chemistry, mathematics and criminalistics at California State University at Long Beach during the years 1963 to 1965. The criminalistics courses at California State University included forensic firearms examination and firearms evidence.

2. I was employed as a Criminalist and later as the Technical Director of the Phoenix Police Crime Laboratory in Phoenix, Arizona from June 1965 to March 1982 during which time I served as the primary firearms examiner for a number of years. As the Technical Director of the Phoenix Police Crime Laboratory, I also trained others in the forensic examination of firearms and firearms-related evidence.

3. I am a certified Instructor in Criminalistics with eleven years teaching experience in this field including the examination of firearms evidence (fired bullets and cartridges, the comparison of ammunition components, the analysis of gunshot residues, distance determinations, firearms operability, etc.).

4. Since leaving my employment with the Phoenix Police Crime Laboratory in March of 1982 I have continued to provide training in the area of firearms evidence and examination for both police and legal audiences. I have remained actively and continuously involved in actual casework relating to shooting incidents with a particular focus on the reconstruction of shooting incidents.

5. I am a member of a number of forensic science organizations to include the American Academy of Forensic Sciences, the Southwest Association of Forensic Scientists, the California Association of Criminalists, the Association of Firearm and

1  Toolmark Examiners and others.  I am a past member of the International Wound
2  Ballistics Association and held Board Member status in that organization.  I hold a
3  Distinguished Membership status in the Association of Firearm and Toolmark
4  Examiners and have received the Key Member Award on three occasions (1978,
5  1979, and 1992).  I am also a past-President of this Association (1985-1986).

6.  I have authored over 200 scientific presentations and papers on firearms evidence, most of which have been published in the *Journal of the Association of Firearm and Toolmark Examiners*.  I have also compiled a two volume, 3-hour videotape/DVD training program with a 90-page manual entitled "Forensic Firearms Evidence: Elements of Shooting Incident Investigation."  I am the co-author of the current, 3rd edition of the textbook on firearms evidence and shooting reconstruction (Shooting Incident Reconstruction Elsevier/Academic Press 2021).

7.  A true and correct copy of my *curriculum vitae* is attached hereto as Exhibit A.

8.  I have qualified as an expert witness and criminalist on the subject of firearms evidence, firearms examination, gunshot residue analysis and various reconstructive aspects of shooting incidents in both United States Federal Courts and state courts.  States where such testimony has been given include Arizona, Alaska, Alabama, Georgia, California, Colorado, Florida, Louisiana, Indiana, Iowa, Kansas, Michigan, New Jersey, Nevada, Oregon, Montana, New Mexico, Pennsylvania, Idaho, Oklahoma, Texas, Washington, West Virginia, Virginia, Tennessee, and Hawaii.  I have also testified on behalf of the Crown on three occasions in Canada and Northern Ireland.

9.  The following facts are within my personal knowledge.  If called as a witness, I could and would testify competently thereto.  I make this declaration in support of County of San Bernardino, Sergeant Vaccari's, and Deputy Adams' ("County Defendants") Motion for Summary Judgment or in the Alternative Motion

for Summary Adjudication in this matter.

10. In making this declaration, I reviewed the following:

- California Highway Patrol Incident Report F03885021,
- California Highway Patrol (CHP) dashcam videos of the pursuit and subsequent standoff culminating in a shooting incident at the intersection of Peach Avenue and Catalpa Street in Hesperia, California,
- numerous shooting scene photographs depicting the locations of the white Expedition, CHP vehicles, the San Bernardino County Sheriff's Department (SBCSD) vehicles, yellow 'tents' (marking the locations of spent law enforcement cartridge cases), the decedent, the decedent's semi-automatic pistol near his body, a spent 9mm cartridge case also near the decedent's body.
- Audio interviews of CHP Sgt. Kee, CHP officer Bernardo Rubalcava, CHP officer Michael Blackwood, and SBCSD Deputy Jake Adams,
- Aerial views of the scene marked by CHP Sgt. Kee, CHP officer Rubalcava, CHP officer Blackwood, and SBCSD Sgt. Vaccari,
- The autopsy report for Hector Puga and the autopsy photographs,
- The property impound list of recovered and secured items of physical evidence from the scene and the Ford Expedition,
- The depositions of CHP Sgt. Kee, CHP Officers Rubalcava and Blackwood, SBCSD Deputy Jake Adams and Sgt. Vaccari,
- The deposition of Tammy Goodson,
- The CHP Dashcam video showing Hector Puga in front of his vehicle then running toward the northwest intersection of Peach and Catalpa
- A homeowner video of Erin Mangerino showing Hector Puga running toward the recording.
- Deposition of Dr. Jong, Pathologist
- The April 8, 2024 NIBIN Report of Criminalist II Kirk Garrison

11. A review of these materials revealed the following officers used the following firearms:

CHP Sergeant Kee used an AR15 (Speer .223 Remington caliber with jacketed hollow point bullets).

CHP Officer Blackwood used an AR15 (Speer .223 Remington caliber with jacketed hollow point bullets).

CHP Officer Rubalcava used a Smith & Wesson M&P pistol (.40S&W caliber, loaded with Federal brand JHP ammunition).

SBCSD Deputy Jake Adams used a Glock (9mm caliber, loaded with Winchester +P and +P+ JHP ammunition).

SBCSD Sergeant Robert Vaccari had a .45 Auto pistol, however, he did not discharge his pistol at any point. Sergeant Vaccari was also armed with different less lethal launchers at various times.

12. A true and accurate copy of the materials I reviewed to come to a conclusion about what firearm each law enforcement officer used is attached hereto as Exhibit B.

13. The autopsy report, autopsy photographs and the deposition of Dr. Jong confirms that Hector Puga sustained nine non-fatal gunshot wounds. A review of these materials showed Hector Puga sustained one fatal wound. This fatal wound is identified by Dr. Jong as the entry wound to Puga's left back. The bullet from this fatal wound remained lodged in the upper left chest cavity, within the tissue.

14. Photographs of the bullet that caused the fatal wound revealed it is an evenly and fully expanded 5.56 mm (.223 caliber) rifle bullet. The source of this bullet was therefore either from Sergeant Kee or Officer Blackwood, as they were the only shooters of AR15s.

15. Deputy Jake Adams is excluded as having fired the fatal shot based upon

The fact that the fatal bullet lodged in Puga's upper left chest cavity was a 5.56mm (.223 caliber) bullet and Jake Adams was armed with and discharged his 9mm Glock pistol.

16. Two intact and unexpanded 9mm bullets were recovered from Hector Puga during the autopsy. These bullets were associated with the non-fatal gunshot wounds to the right flank and left thigh. Based on the 9mm caliber and design of these bullets, they were fired by Deputy Adams who was the only 9mm shooter associated with this incident.

17. An examination of the two 9mm bullets found in Hector Puga revealed that they had both experienced a ricochet event before striking Hector Puga.

18. The wound paths for these two 9mm gunshot wounds combined with the general upward flight path of ricocheted bullets, reveal that these wounds were sustained prior to Hector Puga falling or collapsing to his final prone position.

19. Scene photographs showed a semi-automatic pistol with a partially-removed magazine next to the body of Hector Puga. A fired 9mm cartridge case was next to the pistol.

20. The pistol next to Hector Puga was a PMF (Personally Manufactured Firearm) gun often referred to as a "Ghost gun," chambered for the 9mm cartridge. The barrel was conventionally rifled with 6 lands and grooves with a right-hand twist. The magazine was of Korean manufacture with a total capacity of 17, 9mm cartridges. A profile view of this pistol includes a view of the mixed headstamps and primer types for the thirteen (13) 9mm cartridges that were impounded with this pistol. Two (2) of these live cartridges possessed the "LAX" headstamp. These cartridges were all loaded with round nose, full metal-jacketed bullets.

21. The fired 9mm cartridge bearing the "LAX" headstamp was photographed at the scene next to Decedent's body. This fired cartridge was identified as having been fired in the 9mm PMF pistol next to Decedent's body.

22. Examination of this fired 9mm cartridge revealed it to be the consequence of a squib discharge (no gunpowder-primer only discharge) which resulted in a bullet lodged in the barrel.

23. This lodged bullet was discovered in the barrel of the PMF pistol and reported by Criminalist II Kirk Garrison in his April 8, 2024, NIBIN Report.

24. A live 9mm cartridge was found in the chamber of the PMF pistol during its recovery and subsequent impounding as evidence from this incident.

25. The foregoing points 21 through 24 of this Declaration means that following a failure of his pistol to fire in the normal, full-power manner, Hector Puga manually cleared the squib, "LAX" cartridge (scene placard 50) from his PMF pistol then manually chambered a live 9mm cartridge behind the squibbed bullet lodged in the barrel.

26. If Hector Puga had fired his PMF pistol in this configuration, the likely result would have been the discharging of two (2) bullets in tandem with velocities capable of producing injury or death.

27. Thirteen live 9mm cartridges with mixed headstamps were removed from Hector Puga's right pants pocket to include members possessing the "LAX" headstamp.

28. An additional three fired 9mm cartridge cases came from the center console, left cup holder, of the white Ford Expedition (SUV). Two of the cartridge cases from the white SUV had the "LAX" headstamp. These three fired cartridges were identified as having been fired by the 9mm PMF pistol that was next to Decedent's body.

29. A live, 9mm cartridge was found under the front seat of the white SUV. The cartridge had the "LAX" headstamp.

30. Based on the audio of the CHP Dashcam, the shooting portion of this encounter lasted approximately 15.4 seconds from start to finish.

I declare under penalty of perjury under the laws of the State of California that the above statement is true and correct. Executed this 15th day of February 2025, in Carefree, Arizona.

_____
DECLARANT
LUCIEN C. HAAG