# EXHIBIT B

00082

## C. Identification

### 1. Firearms/Weapons:

**a. Sergeant Isaiah Kee, ID 16418**

| | |
|---|---|
| **Weapon Type:** | Semi-Automatic Departmental Tactical Rifle Total: 20 Round Capacity |
| **Serial Number:** | 2157CHP |
| **Make:** | Sig Sauer |
| **Model:** | M400 |
| **Caliber:** | 5.56 North Atlantic Treaty Organization (NATO) |
| **Barrel Length:** | Sixteen inches |
| **Finish:** | Hard Coat Anodized Black Metal |
| **Ammunition:** | Departmental Issued: Speer Gold Dot, .223 caliber Remington, 62 grain, soft point. For law enforcement use only. |
| **Other Weapons:** | Primary duty weapon, Smith & Wesson, Model M&P40, .40 caliber, semi-automatic pistol, serial number HXD0925 (not used). |

**Disposition:**

On February 17, 2021, San Bernardino County Sheriff-Coroner's Department (SBCSD) Crime Scene Specialist I (CSS) Stephenie Seavey, ID F9219, took possession of Sergeant I. Kee's tactical rifle at the scene. The tactical rifle was located within the Lektro-Lok of California Highway Patrol (CHP) vehicle #1549014. CSS S. Seavey, photographed the tactical rifle in its post-incident condition. The tactical rifle was inspected by CSS S. Seavey. The tactical rifle was found with a magazine seated in the magazine well. The chamber of the tactical rifle was loaded with a round, and the safety selector was in the "Safe" position. The tactical rifle's 20 round capacity magazine contained one round.

**1**

CONFIDENTIAL

## C.  Identification

### 1.  Firearms/Weapons: Continued

**Disposition Continued:**

The tactical rifle had two additional magazines in the magazine pouches located on the tactical rifle's butt stock.  Both magazines contained 20 rounds.  The tactical rifle was taken on-scene and placed into evidence at the SBCSD (Case number H# 2021-024).

The tactical rifle was returned to CHP on February 25, 2021, and Inland Division Critical Incident Investigation Team Investigator Mark Nelson, ID 18727, transported and returned the tactical rifle to the CHP Victorville Area Office.

**Examination Results:**

The tactical rifle was sent to the CHP Academy Weapons Training Unit (3500 Reed Avenue, West Sacramento, California 95605) for a post-shooting inspection.  Upon successful inspection following the standard 23-point CHP Inspection checklist, the tactical rifle was returned to the CHP Victorville Area.  The examination results of Sergeant I. Kee's tactical rifle are attached in Annex 5.

**Summary of Ammunition Usage:**

| Weapon | Spare Magazine | Spare Magazine |
|---|---|---|
| 2 Rounds | 20 Rounds | 20 Rounds |
| Fired 18 rounds | Not used (full) | Not used (full) |

During this incident, Sergeant I. Kee discharged a total of 18 rounds from the departmental tactical rifle.  The tactical rifle had a loaded chamber and one round remaining in its original 20 round magazine placed in its magazine well.

00084

AG046

## C. Identification

### 1. Firearms/Weapons:

### b. Officer Michael G. Blackwood, ID 21516

| | |
|---|---|
| **Weapon Type:** | Semi-Automatic Departmental Tactical Rifle Total: 20 Round Capacity |
| **Serial Number:** | 2560CHP |
| **Make:** | Sig Sauer |
| **Model:** | M400 |
| **Caliber:** | 5.56 North Atlantic Treaty Organization (NATO) |
| **Barrel Length:** | Sixteen inches |
| **Finish:** | Hard Coat Anodized Black Metal |
| **Ammunition:** | Departmental Issued: Speer Gold Dot, .223 caliber Remington, 62 grain, soft point. For law enforcement use only. |
| **Other Weapons:** | Primary duty weapon, Smith & Wesson, Model M&P40, .40 caliber, semi-automatic pistol, serial number JBU5902 (not used). |

**Disposition:**

On February 17, 2021, San Bernardino County Sheriff-Coroner's Department (SBCSD) Crime Scene Specialist I (CSS) Stephenie Seavey, ID F9219, took possession of Officer M. Blackwood's tactical rifle at the scene. The tactical rifle was located within the Lektro-Lok of California Highway Patrol (CHP) vehicle #1430695. CSS S. Seavey, photographed the tactical rifle in its post-incident condition. The tactical rifle was inspected by CSS S. Seavey. The tactical rifle was found with an empty magazine well and empty chamber and the safety selector was in the "Safe" position. The tactical rifle's 20-round capacity magazine contained 19 rounds and was located on the passenger's seat in the patrol vehicle. One round was found on the center counsel near the base of the Lektro-Loc.

**1**

CONFIDENTIAL

## C. Identification

### 1. Firearms/Weapons: Continued

**Disposition Continued:**

There was one full 20 round magazine located in the magazine pouch on the butt stock for the tactical rifle. The tactical rifle was taken on-scene and placed into evidence at the SBCSD (Case number H# 2021-024).

The tactical rifle was returned to CHP on February 25, 2021, and Inland Division Critical Incident Investigation Team Investigator Mark Nelson, ID 18727, transported and returned the tactical rifle to the CHP Victorville Area Office.

**Examination Results:**

The tactical rifle was sent to the CHP Academy Weapons Training Unit (3500 Reed Avenue, West Sacramento, California 95605) for a post-shooting inspection. Upon successful inspection following the standard 23-point CHP Inspection checklist, the tactical rifle was returned to the CHP Victorville Area. The examination results of Officer M. Blackwood's tactical rifle are attached in Annex 5.

### Summary of Ammunition Usage:

| Weapon | Spare Magazine | Spare Magazine |
|---|---|---|
| 19 Rounds | 0 Rounds | 20 Rounds |
| 1 round on center console | 20 rounds fired (on ground) | Not used (full) |

During this incident, Officer M. Blackwood discharged a total of 20 rounds from the departmental tactical rifle. The tactical rifle had a clear chamber and clear magazine well and was locked in the Lektro-Lok. There were 19 rounds remaining in a 20-round magazine that was located on the passenger's seat inside the patrol vehicle and one round was found on the center counsel near the Lektro-Lok gun bracket base.

CONFIDENTIAL

## C. Identification

### 1. Firearms/Weapons:

### c. Officer Bernardo Rubalcava, ID 22510

| | |
|---|---|
| **Weapon Type:** | Semi-Automatic Pistol<br>Round capacity 15+1 |
| **Serial Number:** | JBZ3312 |
| **Make:** | Smith & Wesson |
| **Model:** | Military and Police |
| **Caliber:** | .40 |
| **Barrel Length:** | 4.25 inches |
| **Barrel Material:** | Stainless Steel |
| **Overall Length:** | 7.6 inches |
| **Slide Material:** | Stainless Steel |
| **Frame Material:** | Polymer |
| **Slide Finish:** | Armornite® |
| **Frame Finish:** | Black |
| **Ammunition:** | Federal Smith and Wesson .40 Caliber |
| **Other Weapon:** | None |

**Disposition:**

On February 17, 2021, California Highway Patrol (CHP) Inland Division Critical Incident Investigation Team (CIIT) Investigator Mark Nelson, ID 18727, responded to the CHP Victorville Area Office to photograph Officer Bernardo Rubalcava and his duty weapon.  San Bernardino County Sheriff-Coroner's Department (SBCSD) Crime Scene Specialist I (CSS) Stephenie Seavey, ID F9219, was present.  Photographs were taken of the holster and duty weapon as they were worn at the time of the shooting incident.  CSS S. Seavey collected Officer B. Rubalcava's weapon as evidence.

**1**

## C. Identification

### 1. Firearms/Weapons: Continued

**Examination Results:**

The duty weapon was found loaded and ready for live fire.  One round was in the chamber, and the duty weapon's magazine contained 15 rounds.  Four magazines were located in two horizontal magazine pouches attached to Officer B. Rubalcava's duty belt.  One of the magazines contained two rounds and the other three magazines contained 15 rounds.  The duty weapon was collected by CSS S. Seavey at the CHP Victorville Area Office and placed into evidence at SBCSD (Case number H# 2021-024).

The duty weapon was returned to the CHP on February 25, 2021, and Inland Division Critical Incident Investigation Team Investigator M. Nelson, transported and returned the weapon to the Victorville Area Office.

The duty weapon was sent to the CHP Academy Weapons Training Unit (3500 Reed Avenue, West Sacramento, California 95605) for a post-shooting inspection.  Upon successful inspection following the standard 23-point CHP Inspection checklist, the duty weapon was returned to the CHP Victorville Area. The examination results of Officer B. Rubalcava's duty weapon are attached in Annex 5.

**Summary of Ammunition Usage:**

Officer B. Rubalcava discharged 14 rounds from his duty weapon.  Casings from Officer B. Rubalcava's discharged rounds were collected as evidence by SBCSD CSS S. Seavey (Refer to Annex 15).

00088
AG050

## C. Identification

### 1. Firearms/Weapons:

#### d. Suspect Hector Javier Puga

| | |
|---|---|
| **Weapon Type:** | Semi-automatic pistol<br>Total: 17 – round capacity (double stack) magazine and one in chamber |
| **Serial Number:** | None |
| **Year of Manufacture:** | Unknown |
| **Make:** | Unknown (Glock-style) |
| **Model:** | Unknown |
| **Caliber:** | 9 x 19 Luger |
| **Barrel Length:** | 4.49 inches |
| **Finish:** | Black polymer frame with polished silver metal |
| **Ammunition:** | One round of LAX 9mm Luger ammunition within the chamber. Two rounds of LAX 9mm Luger, three rounds of F.C. 9mm Luger, three rounds of TSA 9mm Luger, one round of G.F.L 9mm Luger, three rounds of WIN 9mm Luger, and one round of Speer 9mm Luger ammunition within the magazine. (14 – rounds total) |
| **Registered Owner:** | Unknown |
| **Legal Owner:** | Unknown |

**Disposition:**

San Bernardino County Sheriff-Coroner's Department (SBCSD) Crime Scene Specialist I (CSS) Stephenie Seavey, ID F9219, recovered the black and metallic semi-automatic pistol from the scene. The pistol was placed into evidence with SBCSD (Case number H2021-024).

CONFIDENTIAL

**C. Identification**

   **2. Witnesses:**

   **a. California Highway Patrol**

   None

CONFIDENTIAL

**C. Identification**

    **2. Witnesses:**

    **b. Other Witnesses**

**Annabelle Botten**
Date of Birth: 09-18-2003
17994 Catalpa Street
Hesperia, California 92345
(442) 230-5777

**Erin M. Mangerino**
Date of Birth: 10-03-1991
11498 Peach Avenue
Hesperia, California 92345
(760) 949-8411

**Ryan Mangerino**
Date of Birth: 11-25-1996
11498 Peach Avenue
Hesperia, California 92345
(760) 949-8411

**Wendy Mangerino**
Date of Birth: 11-24-1954
11498 Peach Avenue
Hesperia, California 92345
(760) 949-8411

CONFIDENTIAL

**C.  Identification**

    **3.  Victims:**

    **a.  Injured Victims**

    **Jonathan Wayne Botten Sr.**
Date of Birth: 08-09-1980
17994 Catalpa Street
Hesperia, California 92345
(442) 230-5777

    **Tanja N. Dudek-Botten**
Date of Birth: 12-21-1977
17994 Catalpa Street
Hesperia, California 92345
(760) 946-3239

    **Jonathan Botten Jr.**
Date of Birth: 07-18-2006
17994 Catalpa Street
Hesperia, California 92345
(442) 230-5777

CONFIDENTIAL

CONFIDENTIAL

**C. Identification**

    **3. Victims:**

    **b. Property Damage Victims**

**Jonathan Wayne Botten Sr.**
Date of Birth: 08-09-1980
17994 Catalpa Street
Hesperia, California 92345
(442) 230-5777

**Tammy Goodson**
Date of Birth: 10-17-1972
11516 Peach Avenue
Hesperia, California 92345
(760) 686-3920

**Edward M. Lloyd**
Date of Birth: 04-08-1970
11516 Peach Avenue
Hesperia, California 92345
(760) 686-3920

**Edward Mangerino**
Date of Birth: 06-20-1956
11498 Peach Avenue
Hesperia, California 92345
(760) 985-2124

CONFIDENTIAL

AG055

## C.  Identification

### 4.  Other Involved Personnel:

### a.  California Highway Patrol

**California Highway Patrol Inland Division - 801**
**847 East Brier Drive**
**San Bernardino, California 92408**
**(909) 806-2400**

Chief Daniel Minor, ID 13318
Incident Commander

Assistant Chief John Tyler, ID 14364
Assistant Incident Commander

Officer Michael Eshleman, ID 14904
Inland Division Mobile Command Post Operator

Officer George Padilla, ID 15429
Inland Division Mobile Command Post Operator

Officer Daniel Rodriguez, ID 20559
Inland Division Mobile Command Post Operator

Officer Jeremy Vargas, ID 20973
Inland Division Mobile Command Post Operator

CONFIDENTIAL

C. **Identification**

    4. **Other Involved Personnel: Continued**

    **California Highway Patrol Inland Division - 801**
    **Critical Incident Investigation Team (CIIT)**
    **847 East Brier Drive**
    **San Bernardino, California 92408**
    **(909) 806-2400**

    Captain Mario Lucio, ID 15415
    Team Coordinator

    Lieutenant Jeff Briggs, ID 13722
    Team Leader

    Lieutenant Royal Johnson, ID 15092
    Team Leader

    Lieutenant Dave Yokley, ID 13852
    Team Leader

    Sergeant Marcus Passow, ID 18065
    Team Sergeant / Lead Investigator

    Sergeant Erick Helvie, ID 19077
    Team Sergeant / Investigator

    Sergeant Napoleon Salais, ID 19044
    Team Sergeant / Investigator

    Sergeant Thomas Skinner, ID 16640
    Team Sergeant / Investigator

    Officer William Hatcher, ID 15312
    Investigator

    Officer Rafael Garcia, ID 17422
    Investigator

    Officer Christopher McLeod, ID 17652
    Investigator

    Officer Mark Nelson, ID 18727
    Investigator

**2**

AG057

CONFIDENTIAL

C. Identification

    4. Other Involved Personnel: Continued

**California Highway Patrol Inland Division - 801**
**Critical Incident Investigation Team (CIIT) (Continued)**

Officer Gregory Lomenick, ID 18972
Investigator

Officer Chad Clark, ID 20389
Investigator

Officer Brian Baker, ID 21176
Investigator

**California Highway Patrol Inland Division**
**Multidisciplinary Accident Investigation Team (MAIT) - 807**
**13892 Victoria Street**
**Fontana, California 92336**
**(909) 428-5559**

Sergeant Joshua Carter, ID 14979
Team Leader

Officer William Bozyk, ID 16901
Team Member

Officer Christopher Hitchcock, ID 18964
Team Member

Officer Ryan Smith, ID 20668
Team Member

00096

CONFIDENTIAL                                    AG058

## C. Identification

### 4. Other Involved Personnel: Continued

**California Highway Patrol Inland Division Air Operations - 811**
**21806 Corwin Road**
**Apple Valley, California 92307**
**(760) 240-8004**

Officer Scott Steele, ID 15754
Pilot

Officer Alex Manciu, ID 18961
Flight Observer

Officer Gustavo Aguirre, ID 21733
Flight Observer / Paramedic


**California Highway Patrol Barstow Area - 835**
**300 East Mountain View Street**
**Barstow, California 92311**
**(760) 255-5900**

Sergeant Robert Chester, ID 19197
Responded to Scene


**California Highway Patrol Victorville Area - 850**
**14210 Amargosa Road**
**Victorville, California 92392**
**(760) 241-1186**

Captain Michael Stefanoff, ID 14924
Area Commander

Sergeant William Osegueda, ID 16101
Scene Supervisor

Officer Michael Mumford, ID 19189
Public Information Officer

00097

CONFIDENTIAL

AG059

CONFIDENTIAL

C. **Identification**

    4. **Other Involved Personnel: Continued**

    **California Highway Patrol Inland Communications Center - 818**
    **13892 Victoria Street**
    **Fontana, California 92336**
    **(909) 428-5400**

    Monica Hernandez, ID A10244
    Public Safety Dispatch Supervisor I

    Jeanne Alexander, ID A10091
    Public Safety Dispatch Supervisor I

    Aileen Munoz, ID A10150
    Public Safety Dispatcher II

    Susan Sween, ID A10420
    Public Safety Dispatcher II

    Marcela Jensen, ID A13098
    Public Safety Dispatcher II

    Merry Escelara, ID A13108
    Public Safety Dispatcher II

    Daisy Vargas, ID A09381
    Public Safety Dispatcher

    Jason Stiber, ID A12671
    Public Safety Dispatcher

    Marianne Tillman, ID A13816
    Public Safety Dispatcher

    Desiree Sandoval, ID A13997
    Public Safety Dispatcher

    Andrea Nicolas, ID A15041
    Public Safety Dispatcher

    Jaclyn Mendenhall, ID A15119
    Public Safety Dispatcher

00098

AG060

CONFIDENTIAL

## C. Identification

### 4. Other Involved Personnel: Continued

**California Highway Patrol Inland Communications Center – 818 (Continued)**

Jennifer Martinez, ID A16688
Public Safety Dispatcher

Diana Foltz, ID A16887
Public Safety Dispatcher

Paul Rosales, ID A15636
Public Safety Operator

**California Highway Patrol Barstow Dispatch Center - 835**
**300 East Mountain View Street**
**Barstow, California 92311**
**(760) 255-8750**

Debbie Garcia, ID A09135
Public Safety Dispatch Supervisor I

Joey Serrano, ID A07785
Public Safety Dispatcher II

Monica Zillner, ID A14074
Public Safety Dispatcher II

Brittany Osburn, ID A14592
Public Safety Dispatcher II

Connie Rios, ID A15466
Public Safety Dispatcher II

Charlene Ryan, ID A12181
Public Safety Dispatcher

Carly Bond, ID A17852
Public Safety Dispatcher

00099

AG061

CONFIDENTIAL

## C. Identification

### 4. Other Involved Personnel: Continued

**California Association of Highway Patrolmen (CAHP)**
**2030 V Street**
**Sacramento, California 95818**
**(916) 452-6751**

Sergeant Christopher Denkers, ID 14481
CAHP Representative, Victorville Area

Officer Melanie Weaver, ID 13991
CAHP Director, District V

Officer Jason Costello, ID 17701
CAHP Representative, Victorville Area

Officer Travis Chapman, ID 21366
CAHP Representative, Victorville Area

Brian Gabriel
CAHP Legal Counsel

CONFIDENTIAL                                    AG062

## C. Identification

### 4. Other Involved Personnel:

#### b. San Bernardino County Sheriff – Coroner's Department

**San Bernardino County Sheriff – Coroner's Department**
**Headquarters**
**655 East Third Street**
**San Bernardino, California 92415**
**(909) 387-3589**

Sheriff-Coroner John McMahon
Incident Commander

Deputy Chief Gregg Herbert, ID H1514
Assistant Incident Commander

Sergeant Julius McChristian, ID D9596
Responded to Scene

**San Bernardino County Sheriff – Coroner's Department**
**Specialized Investigations Division – Homicide Detail**
**655 East Third Street**
**San Bernardino, California 92415**
**(909) 387-3589**

Sergeant Angelo Gilbilterra, ID G2410
Scene Supervisor

Detective Edward Hernandez, ID G4629
Case Agent

Detective Scott Abernathy, ID E8470
Investigator

Detective Adrian Bustamonte, ID E3893
Investigator

Detective Robert Ripley, ID C5864
Investigator

Detective Michelle Del Rio, ID A2689
Investigator present for Autopsy

**1**

CONFIDENTIAL

## C.  Identification

### 4.  Other Involved Personnel: Continued

**San Bernardino County Sheriff – Coroner's Department
Specialized Investigations Division – Crime Scene Investigations
711 East Rialto Avenue
San Bernardino, California 92415
(909) 387-3589**

Crime Scene Investigator Christopher Hermosillo, ID I2177
Scene and Autopsy Evidence Collection / Photographs

Crime Scene Investigator Stephenie Seavey, ID F9219
Scene Evidence Collection / Photographs

Crime Scene Investigator Natalie Rosales, ID F8197
Scene Evidence Collection / Photographs

Crime Scene Investigator Jennifer McNinch, ID G3926
Autopsy Evidence Collection / Photographs

**San Bernardino County Sheriff – Coroner's Department
Emergency Operations Division – Air Operations
199 Hanger Way
San Bernardino, California 92415**

Corporal Greg Jiminez, ID C9251
Pilot

Deputy Greg Ditfurth, ID D6032
Flight Officer

00102

CONFIDENTIAL

## C. Identification

### 4. Other Involved Personnel: Continued

**San Bernardino County Sheriff – Coroner's Department**
**Hesperia Station**
**15840 Smoke Tree Street**
**Hesperia, California 92345**
**(760) 947-1500**

Lieutenant Douglas Hubbard, ID B7130
Scene Manager

Detective Jeremy Vasquez, ID B7507
Investigator

Detective Jason Schroeder, ID C4847
Investigator

Detective Travis James, ID D2486
Investigator

Detective Jacob LaDuke, ID 10395
Investigator

Sergeant Robert Vaccari, ID V0864
Involved

Deputy Jake Adams, ID H9020
Involved

Deputy Isaac Vega, ID G5398
Responded to Pursuit / Spike Strip Deployment

Deputy Gabriella Grant, ID H8240
Responded to Pursuit

Deputy Scott Lafond, ID D4301
Responded to Pursuit

Deputy Tanner Rogoff, ID H6883
Responded to Pursuit

Deputy Ty Roberts, ID G6203
Responded to Pursuit

00103

CONFIDENTIAL

AG065

CONFIDENTIAL

C. **Identification**

    4. **Other Involved Personnel: Continued**

    **San Bernardino County Sheriff – Coroner's Department**
    **Hesperia Station (Continued)**

    Deputy Cole Reynolds, ID E3922
    Scene Securement and Canvass

    Deputy Cory Drost, ID G3820
    Scene Securement and Canvass

    Deputy Stanley Wyatt, ID G8543
    Scene Securement and Canvass

    Deputy Anthony Alfaro, ID G3220
    Scene Securement and Canvass

    Deputy Shawn Martin, ID D7369
    Scene Securement and Canvass

    Deputy Jarrod Burns, ID B3333
    Scene Securement and Canvass

    Service Specialist Jaqueline Chambers, ID F5217
    Scene Containment

    Service Specialist Taylor Reynolds, ID G8023
    Scene Containment

    Motor Specialist Edgar Moran, ID G3599
    Responded to Scene

    Volunteer Chuck Bickmore, ID VOL5150
    Scene Containment

    Volunteer Adam Wisniewski, ID VOL6342
    Scene Containment

    Volunteer James Martin, ID VOL5511
    Scene Containment

    Volunteer Harry Davis, ID VOL30766
    Scene Containment

**4**

CONFIDENTIAL

AG066

CONFIDENTIAL

## C. Identification

### 4. Other Involved Personnel: Continued

**San Bernardino County Sheriff – Coroner's Department
Hesperia Station (Continued)**

Volunteer James Olquin, ID VOL8142
Scene Containment

Volunteer Barbara Rodriguez, ID VOL4416
Scene Containment

Volunteer Veigley Lloyd, ID VOL5151
Scene Containment

Volunteer Wendy Echavarria, ID VOL5476
Scene Containment

Volunteer Paul Terry, ID VOL5153
Scene Containment


**San Bernardino County Sheriff – Coroner's Department
Victorville City Station
14200 Amargosa Road
Victorville, California 92392
(760) 241-2911**

Sergeant Heather Forsythe, ID B6225
Responded to Pursuit

Deputy Marvin Wilkie, ID E6912
Responded to Pursuit / Spike Strip Deployment

Deputy Sarai Evans, ID E3738
Responded to Pursuit

Deputy Michael Martinez, ID F9722
Responded to Pursuit

Deputy Jim Musgrave, ID H6871
Responded to Pursuit

Deputy Rudy Castillo, ID H9747
Responded to Pursuit

CONFIDENTIAL

C.  Identification

    4.  Other Involved Personnel: Continued

    **San Bernardino County Sheriff – Coroner's Department**
**Victor Valley Station**
**11613 Bartlett Avenue**
**Adelanto, California 92301**
**(760) 552-6800**

Deputy Nicolas Franco, ID I2280
Responded to Pursuit

Deputy Joseph Mora, ID G3838
Responded to Pursuit

Deputy Kevin Nguyen, ID H7587
Responded to Pursuit

Deputy Daniel Peterson, ID H5163
Responded to Pursuit

Deputy Ashley Hood, ID I1579
Responded to Pursuit

**San Bernardino County Sheriff – Coroner's Department**
**Coroner's Office**
**175 South Lena Road**
**San Bernardino, California 92415**
**(909) 387-2978**

Deputy Coroner Bradley Coleman, ID G8146
Coroner

Pathologist Doctor Timothy Jeong, ID I6352
Autopsy

Forensic Technician Tamara Paris, ID I1239
Autopsy

**6**

CONFIDENTIAL

C.  Identification

    4.  **Other Involved Personnel: Continued**

    **San Bernardino County Sheriff – Coroner's Department**
    **Desert Dispatch Center**
    **15900 Smoke Tree Street**
    **Hesperia, California 92345**
    **(760) 995-8065**

    Marissa Woods, ID F7682
    Communications Dispatcher II

**7**

CONFIDENTIAL

## C. Identification

### 4. Other Involved Personnel:

### c. Other Personnel

**All in One Logistics Care**
**PO Box 1113**
**Victorville, California 92393**
**(760) 951-3594**

Robbie Fenn
Coroner Transportation

Robert Muzzy
Coroner Transportation

**California Department of Justice**
**Riverside Office**
**829 Marlborough Avenue**
**Riverside, California 92507**

Special Agent in Charge Scott Hunter, ID 19-0018
Responded to Scene

Special Agent Daniel Ibarra, ID 15-0050
Responded to Scene

Special Agent Dara Chan, ID 17-030
Responded to Scene

Special Agent Ugo Carlos, ID 17-0047
Responded to Scene

Special Agent Anthony Baca, ID 20-0001
Responded to Scene

**1**

**C.  Identification**

    **4. Other Involved Personnel: Continued**

    **California Department of Justice**
    **Riverside Criminalistics Laboratory**
    **7425 Mission Boulevard**
    **Riverside, California 92509**

    Senior Criminalist Jennifer Dernoncourt
    Scene Investigation

    Criminalist Casey Hughes
    Scene Investigation

    Criminalist Gina Williams
    Scene Investigation

    **Mercy Air Ambulance Services**
    **Mercy Air 22**
    **7070 Summit Valley Road**
    **Hesperia, California 92345**
    **(800) 675-9328**

    Pilot Mark Thomas
    Transportation of Jonathan Botten Jr. to Loma Linda University Medical Center

    Flight Nurse Zachary Sorn
    Treatment of Jonathan Botten Jr.

    Paramedic Robert Lynch
    Treatment of Jonathan Botten Jr.

00109

CONFIDENTIAL

## C. Identification

### 4. Other Involved Personnel: Continued

**Reach Air Medical Services**
**Reach 13**
**18708 Readiness Street, Building 720, Suite 100**
**Victorville, California 92354**

Pilot Pablo Murcia-Bilbao
Transportation of Tanja N. Dudek-Botten to Loma Linda University Medical
Center

Flight Nurse Megan Berryman
Treatment of Tanja N. Dudek-Botten

Paramedic Sean Wolfe
Treatment of Tanja N. Dudek-Botten

**San Bernardino County Fire Department**
**Station 22**
**12398 Tamarisk Road**
**Victorville, California 92395**
**(760) 245-1100**

Medic Engine 22

Captain Brett Marshall, ID B9312
Responded to Scene

Engineer Paramedic Jeremy Pendergraft, ID D9400
Responded to Scene

Firefighter Paramedic Carlos Topette, ID D7385
Responded to Scene

Medic Ambulance 22

Paramedic Mike Doucette, ID H5551
Responded to Scene / Treatment and Transportation of Jonathan Botten Jr.

Emergency Medical Technician Andrew Walk, ID D7385
Responded to Scene / Treatment and Transportation of Jonathan Botten Jr.

00110

CONFIDENTIAL

**C. Identification**

    **4. Other Involved Personnel: Continued**

    **San Bernardino County Fire Department**
    **Station 302**
    **17288 Olive Street**
    **Hesperia, California 92345**
    **(760) 949-5506**

    <u>Medic Engine 302</u>

    Captain Jesse Quinalty, ID Q0106
    Responded to Scene

    Engineer Jen Miescher, ID M1584
    Responded to Scene

    Firefighter Paramedic Michael Stachowicz, ID D4255
    Responded to Scene

    <u>Medic Ambulance 302</u>

    Paramedic Daniel Rios, ID I1449
    Responded to Scene / Treatment and Transportation of Jonathan Wayne
    Botten Sr.

    Emergency Medical Technician Marc Chappell, ID H9080
    Responded to Scene / Treatment and Transportation of Jonathan Wayne
    Botten Sr.

    <u>Medic Ambulance 302A</u>

    Paramedic Juan Cobian, ID H5550
    Responded to Scene / Treatment and Transportation of Tanja N. Dudek-Botten

    Emergency Medical Technician Noah Haney, ID I1403
    Responded to Scene / Treatment and Transportation of Tanja N. Dudek-Botten

00111
CONFIDENTIAL
AG073

CONFIDENTIAL

**C. Identification**

**4. Other Involved Personnel: Continued**

**San Bernardino County District Attorney's Office**
**303 West Third Street**
**San Bernardino, California 92415**
**(909) 382-3686**

Senior Investigator Hector Vidal, ID F7394
Responded to Scene

Senior Investigator David Steele, ID H6915
Responded to Scene

**San Bernardino County District Attorney's Office**
**Desert Division**
**14455 Civic Drive**
**Victorville, California 92392**

Deputy District Attorney Jamie Cimino, ID G7304
Responded to Scene

00112

CONFIDENTIAL                                                          AG074

| | Evidence collected from Deputy Adams at Hesperia Station on 2/17/21 | | |
|---|---|---|---|
| D-1 | Glock 9 X 19 caliber pistol, model: 17Gen4, s/n SSX946 w/ TLR-1 HL Streamlight s/n 41500 0817 | | SAN BERNARDINO COUNTY SHERIFF 2142000821 |
| D-2 | Glock ammo. mag from pistol, Item D-1 | | |
| D-3 | "WIN 9mm LUGER+P" cartridge from chamber of pistol, Item D-1 | | SAN BERNARDINO COUNTY SHERIFF 2142000822 |
| D-4 | 1 "WCC+P+07" cartridge & 6 "WIN 9mm LUGER+P"cartridges from ammo. mag, Item D-2 | | |
| | Evidence collected from CHP Officer Rubalcava at CHP Station on 2/17/21 | | |
| E-1 | Smith & Wesson .40 pistol, model: M&P 40, s/n: JBZ3312 w/ TLR-1 HL Streamlight s/n 644531 0619 | | SAN BERNARDINO COUNTY SHERIFF 2142000823 |
| E-2 | Ammo. mag from pistol Item E-1 | | |
| E-3 | "FEDERAL 40 S&W" cartridge from chamber of pistol, Item E-1 | | SAN BERNARDINO COUNTY SHERIFF 2142000824 |
| E-4 | 1 "F C 19 40 S&W" 14 "FEDERAL 40 S&W" cartridges from ammo mag Item E-2 | | |
| E-5 | 2 "FEDERAL 40 S&W" cartridges from ammo mag., Item E-6 | | SAN BERNARDINO COUNTY SHERIFF |

**BC 2142000826**

| | |
|---|---|
| **Item F-1:** | Sig Sauer 5.56 rifle, model: Sig M400, serial number: 2157 CHP from inside unit at Placard 3 |
| **Item F-2:** | PMAG 20 ammunition magazine from rifle, Item F-1 |

**BC 2142000827**

| | |
|---|---|
| **Item F-3:** | "SPEER 12 223 REM" cartridge from chamber of rifle, Item F-1 |
| **Item F-4:** | One "SPEER 12 223 REM" cartridge from ammunition magazine, Item F-2 |

**BC 2142000828**

| | |
|---|---|
| **Item G-1:** | Sig Sauer 5.56 rifle, model: Sig M400, serial number: 2560 CHP from inside unit at Placard 4 |
| **Item G-2:** | PMAG 20 ammunition magazine from rifle, Item G-1 |

**BC 2142000829**

| | |
|---|---|
| **Item G-3:** | Ten "SPEER 12 223 REM" cartridges and nine "SPEER 14 223 REM" cartridges from ammunition magazine, Item G-2 |

EVIDENCE/PROPERTY CONTINUATION REPORT

| ITEM NO. | DESCRIPTION | PLACARD | BAR CODE LABEL |
|---|---|---|---|
| | Evidence Collected from scene located at intersection of Peach Ave./Catalpa St., Hesperia on 2/17/21 | | |
| F-1 | Sig Sauer 5.56 rifle, model: Sig M400, s/n 2157 CHP<br><br>From inside unit at Placard 3 | 3 | SAN BERNARDINO COUNTY SHERIFF<br>2142000826 |
| F-2 | PMAG 20 ammunition magazine from rifle Item F-1 | 3 | |
| F-3 | "SPEER 12 223 REM" cartridge from chamber of rifle, Item F-1 | 3 | SAN BERNARDINO COUNTY SHERIFF<br>2142000827 |
| F-4 | 1 "SPEER 12 223 REM" cartridge from ammo. mag., Item F-2 | 3 | |
| G-1 | Sig Sauer 5.56 rifle, model: Sig M400, s/n 2560 CHP<br><br>From inside unit at Placard 4 | 4 | SAN BERNARDINO COUNTY SHERIFF<br>2142000828 |
| G-2 | PMAG 20 ammunition magazine from rifle Item G-1 | | |
| G-3 | 10 "SPEER 12 223 REM" cartridges and 9 "SPEER 14 223 REM" cartridges from ammo. mag. Item G-2 | 4 | SAN BERNARDINO COUNTY SHERIFF<br>2142000829 |

00115



# Officer Processing

### SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT

**CRIME REPORT**

DR#  192101044
H#   2021-024

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 664/187 | Attempted Murder on P.O. | LFE |

| VICTIM'S NAME – LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| Adams | Jake | | |

## EQUIPMENT / UNIFORM INVENTORY:

*Sergeant Robert Vaccari*

On Wednesday, February 17, 2021, at approximately 0930 hours, I contacted San Bernardino County Sheriff's Department (SBCSD) Sergeant Robert Vaccari, in the briefing room, at the Hesperia Sheriff's Station, located at 15840 Smoketree Street. Sheriff's Crime Scene Specialist Stephenie Seavey was present while I inventoried Vaccari's equipment.

On Wednesday, February 17, 2021, a lethal force encounter (LFE) occurred in intersection of Catalpa Street and Peach Avenue, Hesperia. A residence located at 17994 Catalpa Street was struck by gunfire during the LFE. Seavey photographed Vaccari in my presence. Vaccari wore his uniform and equipment at the time of the LFE.

Vaccari wore a "Class A" uniform, which consisted of a tan, long-sleeve, button-down shirt, green pants, and black boots. Vaccari did not button the top button of his uniform shirt, which exposed a white undershirt. Vaccari had a microphone for his handheld radio from underneath to his uniform shirt, between the second and third button. The radio's earpiece protruded from the collar of Vaccari's 's shirt and rested on his left ear. Vaccari had a cloth United States flag sewn above the right breast pocket. Vaccari had a gold colored nameplate pinned underneath the flag. The nameplate had the words "R. Vaccari" in black lettering. The nameplate also had the words "Victor Valley Station" in black lettering.



Reviewed By:                    Date:              Author: L. Laidlaw              Author Date: 02/19/2021
Page 1 of 4



# Officer Processing
## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT

**CRIME REPORT**

DR# 192101044
H# 2021-024

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 664/187 | Attempted Murder on P.O. | LFE |

| VICTIM'S NAME – LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| Adams | Jake | | |

## EQUIPMENT / UNIFORM INVENTORY continued:

The nameplate had a silver arrowhead emblem on the right side. Vaccari had a red metal award ribbon pinned on his right breast pocket. The metal award ribbon had "23152" in gold lettering. Vaccari's gold colored San Bernardino County Sheriff's badge was pinned above his left breast pocket. Vaccari had three metal award ribbons pinned above his left breast pocket. The medal award ribbons were colored red and white, green and white, and green and gold. Vaccari's shirt displayed San Bernardino County Sheriff's Department patches on both the right and left shoulders. Vaccari had a green epilate on his right shoulder with the words "MAIT" in red lettering. Vaccari wore a black watch on his left wrist. Vaccari wore black rimmed, Oakley glasses.

Vaccari wore a black basketweave Sam Browne belt, with a silver buckle in the front. Vaccari's equipment on his Sam Browne belt was documented counterclockwise from the buckle, and were as followed:

- Black triple ammunition magazine case, which contained three black Glock magazines
- A key ring with a set of for vehicle keys, and a silver handcuff key attached, placed in a magazine case.
- A black cloth mask hung from a Glock magazine.
- Black plastic holster, which contained a yellow X2 Taser, serial number X300042CT.
- Black basketweave holster, which contained a Rapid Containment Baton.
- Black basketweave radio holster, which contained Vaccari's department-issued handheld radio.
- Black basketweave holster, which contained a small flashlight?
- Black basketweave handcuff case, which contained a single pair of handcuffs inside.
- Black basketweave handcuff case, which contained a single pair of handcuffs inside.
- Black basketweave case, which contained a set of ford vehicle keys.
- Black basketweve case, which contained a small pocketknife.
- Black basketweave holster, which contained Vaccari's department-issued Glock model 21, .45 caliber pistol.
- Black basketweave holster, which contained Vaccari's department-issued Oleoresin Capsicum (OC).
- Black basketweave case, which stored Vaccari's department-issued belt recorder.



# Officer Processing

SAN BERNARDINO COUNTY
SHERIFF'S DEPARTMENT

**CRIME REPORT**

**DR#** 192101044
**H#** 2021-024

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 664/187 | Attempted Murder on P.O. | LFE |

| VICTIM'S NAME – LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| Adams | Jake | | |

## WEAPON / MAGAZINES / AMMUNITION:

On Vaccari's right hip was a black holster with a Glock 21, Generation 4, .45 caliber semi-automatic handgun, serial number STM044. Attached to the handgun was a Surefire 300 tactical light, serial number A127112.

Vaccari removed his handgun in my presence and rendered it safe. There was one live hollow-point cartridge in the handgun's chamber, headstamped with "WINCHESTER 45 AUTO." The ammunition magazine, from the magazine well of the firearm contained 13 cartridges. All 13 cartridges were hollow-point cartridges and headstamped with "WINCHESTER 45 AUTO."

Three spare ammunition magazines were located on Vaccari's Sam Browne belt. The first magazine contained 13 live hollow-point cartridges. The headstamp of each cartridge was labeled "WINCHESTER 45 AUTO." The second magazine contained 13 live hollow-point cartridges. The headstamp of each cartridge was labeled "WINCHESTER 45 AUTO." The third magazine contained 13 live hollow-point cartridges. The headstamp of each cartridge was labeled "WINCHESTER 45 AUTO." Seavey photographed Vaccari's handgun, four magazines, and ammunition.



One chambered cartridge

| Reviewed By: | Date: | Author: L. Laidlaw | Author Date: 02/19/2021 |
|---|---|---|---|

00118



# Officer Processing
### SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT

**CRIME REPORT**

**DR#** 192101044
**H#** 2021-024

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 664/187 | Attempted Murder on P.O. | LFE |

| VICTIM'S NAME – LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| Adams | Jake | | |

## WEAPON / MAGAZINES / AMMUNITION continued:



13 cartridges



13 cartridges



13 cartridges

Reviewed By:                Date:                Author: L. Laidlaw                Author Date: 02/19/2021

00119



# INTERVIEW
## SAN BERNARDINO COUNTY
## SHERIFF'S DEPARTMENT

**CRIME REPORT**

**DR#** 192101044
**H#** 2021-024

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| **PC 664/187 (a)** | **Attempted Murder of a P.O.** | **LFE** |

| VICTIM'S NAME – LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| **Adams** | **Jake** | | |

## Interview: Sergeant Robert Vaccari

- Name: Robert Vaccari
- Employee number: V0864
- Date of birth: June 3, 1969
- Height: 6'04"
- Weight: 250 pounds
- Agency: San Bernardino County Sheriff's Department/Hesperia Station
- Date of hire: May 24, 1997
- Assignment: Patrol
- Shift hours: PM1, 1700-0500 hours
- Rank: Sergeant
- Previous law enforcement experience: None
- Uniform: Class A
- Vehicle driven: Marked patrol vehicle
- Audio recorder: Yes
- Body camera: No
- Photographs taken: No
- Injured: No
- Weapons used: Taser, Pepper ball and 40mm Launcher

Reviewed By: **Sgt. J. Giles**     Date:**05/26/2021**     Author: **Det. E. Hernandez**     Author Date: **05/24/2021**

Page **1** of **2**

00120