Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br> Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> Hon. Kenly K. Kato – Courtroom 3 <br><br> **DECLARATION OF ALEXANDER JASON IN SUPPORT OF COUNTY DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** <br><br> *[Filed Concurrently County Defendants' MSJ; Separate Statement of Undisputed Material Facts; Exhibits; Proposed Judgment]* <br><br> Date:  March 20, 2025 <br> Time:  9:30 a.m. <br> Courtroom:  1 <br><br> *Trial Date: June 2, 2025* <br><br> *Complaint filed: 06/07/2022* <br> *FAC filed: 10/18/22* <br> *SAC filed: 01/13/23* <br> *TAC filed: 05/12/23* |

1
**DECLARATION OF ALEXANDER JASON**

# DECLARATION OF ALEXANDER JASON

I, Alexander Jason, declare as follows:

1. I am a Senior Crime Scene Analyst and Force Science Analyst with over 40 years of practical experience in the examination of crime scenes and investigations. I have a master's degree in forensic science (Honors). I am Board Certified as a Senior Crime Scene Analyst with specialized training and experience in the reconstruction and analysis of crime scenes.

2. I am Certified by Axon as a Video Investigate Operator, Video Investigate Examiner, and Video Metrologist.

3. I am Certified as a Force Science Analyst – the study of the cognitive, perceptual and movement dynamics involved in the use of force.

4. I have been accepted as an expert in state and federal courts in California and 11 other states to provide expert testimony in crime scene reconstruction, shooting incident reconstruction, wound ballistics, and force science.

5. I have performed analysis and reconstructions on more than 500 shooting incidents and I have been retained by U.S. Attorneys, U.S. Army Judge Advocate General, United States Department of State, and many other agencies to perform shooting analyses or training in shooting incident reconstruction.

6. I have formal training in neuroscience and the specific areas of neuroscience of the visual system and neuroscience for action and perception (Harvard University and Duke University School of Medicine). I have performed substantial research on the time and movement of persons involved in shooting incidents, the neuropsychological factors related to the decisions to shoot, and the time dynamics relating to firearm operation and bullet travel. I have attended F.B.I. training in facial recognition methods.

7. I am the author or co-author of over 20 peer-reviewed papers including A research paper on "Shooting Dynamics: Elements of Time and Movement in

"Shooting Incidents" and several other published papers relating to wound ballistics and firearms.

8. For over 10 years I was a paid consultant to the U.S. Department of Justice performing reviews and providing recommendations on Federal funding of grants for new forensic science and crime scene investigation technologies and programs.

9. I am a Fellow of the American Academy of Forensic Sciences, a member of the International Association for Identification, and a Technical Advisor to the Association of Firearm and Toolmark Examiners.

10. I have made over 100 presentations to forensic science, law enforcement, prosecutors, and defense counsel groups and I have also been published in the F.B.I.'s forensic science journal. My qualifications, memberships, education, experience, and training is fully described in the attached C.V.

11. A true and correct copy of my *curriculum vitae* is attached hereto as Exhibit C.

12. The following facts are within my personal knowledge. If called as a witness, I could and would testify competently thereto. I make this declaration in support of County of San Bernardino, Sergeant Vaccari's, and Deputy Adams' ("County Defendants") Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication in this matter.

13. In making this declaration, I reviewed the following:
- San Bernardino County Sheriff's Department Lethal Force Encounter Report (H2021-024 Book 1) COSB000039-000729
- San Bernardino County Sheriff's Department Lethal Force Encounter Report (H2021-024 Book 2) COSB000730-001345
- AUDIO: 20210222 0918 Sergeant Isaiah Kee COSB001350
- AUDIO: 20210222 1527 Officer Michael Blackwood COSB001351

| | |
|---|---|
| 1 | • AUDIO: 20210303 1431 Sergeant Robert Viccari COSB001352 |
| 2 | • AUDIO: 20210222 CHP Ofr Bernardo Rubalcava 1 COSB001353 |
| 3 | • AUDIO: 20210222 CHP Ofr Bernardo Rubalcava 2 COSB001354 |
| 4 | • AUDIO: 20210222 CHP Ofr Michael Blackwood COSB001355 |
| 5 | • AUDIO: 20210301 Wendy Mangerino (AB) COSB001356 |
| 6 | • AUDIO: HE210480013 SPR2100041 DC51 DC15 COSB001368 |
| 7 | • AUDIO: HE210480025 SPR2100041 DC52 COSB001369 |
| 8 | • AUDIO: CHP Officer Bernardo Rubalcava #1 COSB001370 |
| 9 | • AUDIO: CHP Officer Bernardo Rubalcava #2 COSB001371 |
| 10 | • AUDIO: CHP Officer Bernardo Rubalcava #3 COSB001372 |
| 11 | • AUDIO: CHP Sgt. Isaiah Kee #1 COSB001373 |
| 12 | • AUDIO: CHP Sgt. Isaiah Kee #2 COSB001374 |
| 13 | • AUDIO: CHP Sgt. Isaiah Kee #3 COSB001375 |
| 14 | • AUDIO: 20210303 1431 Sergeant Robert Vaccari COSB001376 |
| 15 | • AUDIO: Andrew Walk H #24 COSB001377 |
| 16 | • AUDIO: Annabelle Botten 2 COSB001378 |
| 17 | • AUDIO: Annabelle Botten H #24 COSB001379 |
| 18 | • AUDIO: Barrett, Christina 2 COSB001380 |
| 19 | • AUDIO: Barrett, Christina H COSB001381 |
| 20 | • AUDIO: Edward Mangerino H COSB001383 |
| 21 | • AUDIO: Gabriela Salas NOK COSB001386 |
| 22 | • AUDIO: Sgt Robert Vaccari 1 COSB001398 |
| 23 | • AUDIO: Sgt Robert Vaccari 2 COSB001399 |
| 24 | • AUDIO: Sgt Robert Vaccari 3 COSB001400 |
| 25 | • AUDIO: Deputy Jake Adams COSB001401 |
| 26 | • AUDIO: PUMA2008 COSB001402 |
| 27 | • AUDIO: PUMA2009 COSB001403 |
| 28 | |

- AUDIO: Interview Daniel Rios COSB001404
- AUDIO: Jack Adams 030221 depint.Ripley COSB001412
- VIDEO: PXL_20210217_104040522 = "Witness Cell Phone Video" COSB001417
- VIDEO: PXL_20210217_104108390 = "Witness Cell Phone Video" COSB001418
- VIDEO: PXL_20210217_104151950 = "Witness Cell Phone Video" COSB001419
- VIDEO: PXL_20210217_104257578 = "Witness Cell Phone Video" COSB001420
- VIDEO: PXL_20210217_104334041 = "Witness Cell Phone Video" COSB001421
- VIDEO: PXL_20210217_104459107 = "Witness Cell Phone Video" COSB001422
- VIDEO: PXL_20210217_104822927 = "Witness Cell Phone Video" COSB001423
- VIDEO: PXL_20210217_104950292 = "Witness Cell Phone Video" COSB001424
- VIDEO: PXL_20210217_105818865 = "Witness Cell Phone Video" COSB001425
- VIDEO: PXL_20210217_105958167 = "Witness Cell Phone Video" COSB001426
- VIDEO: PXL_20210217_110052441 = "Witness Cell Phone Video" COSB001427
- VIDEO: PXL_20210217_110129038 = "Witness Cell Phone Video" COSB001428
- VIDEO: PXL_20210217_110258983 = "Witness Cell Phone Video"

DECLARATION OF ALEXANDER JASON

COSB001429
- VIDEO: PXL_20210217_110337442 = "Witness Cell Phone Video" COSB001430
- VIDEO: PXL_20210217_110404485 = "Witness Cell Phone Video" COSB001431
- VIDEO: PXL_20210217_110426250 = "Witness Cell Phone Video" COSB001432
- VIDEO: PXL_20210217_110440579 = "Witness Cell Phone Video" COSB001433
- VIDEO: PXL_20210217_110506595 = "Witness Cell Phone Video" COSB001434
- VIDEO: PXL_20210217_110525533 = "Witness Cell Phone Video" COSB001435
- VIDEO: PXL_20210217_110556636 = "Witness Cell Phone Video" COSB001436
- VIDEO: PXL_20210217_110651227 = "Witness Cell Phone Video" COSB001437
- VIDEO: PXL_20210217_110826122 = "Witness Cell Phone Video" COSB001438
- VIDEO: PXL_20210217_110902298 = "Witness Cell Phone Video" COSB001439
- VIDEO: PXL_20210217_110932848 = "Witness Cell Phone Video" COSB001440
- VIDEO: PXL_20210217_111056307 = "Witness Cell Phone Video" COSB001441
- VIDEO: PXL_20210217_111157299 = "Witness Cell Phone Video" COSB001442

1
2
- VIDEO: PXL_20210217_111301501 = "Witness Cell Phone Video" COSB001443

3
4
- VIDEO: PXL_20210217_111411822 = "Witness Cell Phone Video" COSB001444

5
6
- VIDEO: PXL_20210217_111517156 = "Witness Cell Phone Video" COSB001445

7
8
- VIDEO: PXL_20210217_111809103 = "Witness Cell Phone Video" COSB001446

9
10
- VIDEO: PXL_20210217_112524856 = "Witness Cell Phone Video" COSB001447

11
12
- VIDEO: PXL_20210217_112838708 = "Witness Cell Phone Video" COSB001448

13
14
- VIDEO: PXL_20210217_112904469 = "Witness Cell Phone Video" COSB001449

15
16
- VIDEO: PXL_20210217_113006597 = "Witness Cell Phone Video" COSB001450

17
18
- VIDEO: PXL_20210217_113036018 = "Witness Cell Phone Video" COSB001451

19
20
- VIDEO: PXL_20210217_113102612 = "Witness Cell Phone Video" COSB001452

21
22
- VIDEO: PXL_20210217_113146859 = "Witness Cell Phone Video" COSB001453

23
24
- VIDEO: PXL_20210217_113300442 = "Witness Cell Phone Video" COSB001454

25
26
- VIDEO: PXL_20210217_113425563 = "Witness Cell Phone Video" COSB001455

27
28
- VIDEO: PXL_20210217_113641520 = "Witness Cell Phone Video"

COSB001456
- VIDEO: PXL_20210217_113813085 = "Witness Cell Phone Video" COSB001457
- VIDEO: PXL_20210217_114038478 = "Witness Cell Phone Video" COSB001458
- VIDEO: PXL_20210217_114124996 = "Witness Cell Phone Video" COSB001459
- VIDEO: PXL_20210217_114322159 = "Witness Cell Phone Video" COSB001460
- VIDEO: PXL_20210217_114419144 = "Witness Cell Phone Video" COSB001461
- California Highway Patrol (CHP) dashcam videos of the pursuit and subsequent standoff culminating in a shooting incident at the intersection of Peach Avenue and Catalpa Street in Hesperia, California,
- VIDEO: Fragment 1 = "DashCam Video" COSB001462
- VIDEO: Fragment 2 = "DashCam Video" COSB001463
- VIDEO: Fragment 3 = "DashCam Video" COSB001464
- VIDEO: Fragment 4 = "DashCam Video" COSB001465
- VIDEO: File Folder = "DashCam Video" COSB001466
- VIDEO: File Folder = "DashCam Video" COSB001467
- VIDEO: "Cell Phone Video" COSB001468
- VIDEO: "Cell Phone Video" COSB001469
- VIDEO: Video = "Cell Phone Video" COSB001470
- PHOTOS: CH31A Scene COSB001471-001576
- Numerous shooting scene photographs depicting the locations of the white SUV, CHP vehicles, the San Bernardino County Sheriff's Department vehicles, yellow plastic 'tents' marking the locations of evidence and cartridge cases), the

decedent, and decedent's semi-automatic pistol near his body.

- "Transcript of Intvw Sgt Isaiah Kee 03/04/21" COSB006004-006082
- "Transcript of Intvw Ofcr Michael Blackwood 03/18/21" COSB006083-006184
- "Transcript of CHP Ofcr Bernardo Rubalcava Intvw" COSB006185-006320
- "Transcript of Intvw SBCSD Sgt. Robert Vaccari" COSB006321-006410
- "Transcript of Deputy Jake Adams" COSB006411-006492
- "Transcript of Intvw Sgt Isaiah Kee" COSB006493-006570
- "Transcript of Ofcr Michael Blackwood" COSB006571-006670
- Car Chase Ends in Shootout Video on Live TV COSB006733
- Deputy Jake Adams Diagram COSB006734-006735
- H2021-024 Book 1 COSB006736-007426
- H2021-024 Book 2 COSB007427-008042
- Hector Puga Autopsy COSB008043-008048
- "Puga's Tattoos" COSB008051
- Jake Adams Profile Report COSB008052-008055
- " LACSD DA Memorandum Report" COSB008056-008061
- LASO Report 2-16-21 COSB008062-008072
- Officer Bernardino Rubalcava Diagram COSB008425-008426
- Michael Blackwood Diagram COSB008427 COSB008438-008456
- Sgt. Isaiah Kee Diagram COSB008726
- Sgt. Robert Vaccari Diagram COSB008727-008728
- Tort Claims 11-19-21 COSB008729-008760
- Vaccari Pathlore Profile COSB008761-008766
- Vaccari Pathlore COSB008767-008771
- Puga – Less Lethal Force COSB008786-008787
- Puga – Use of Lethal Force COSB008788-008790

- Folder – VIDEO_TS with VIDEO_TS.BUP, VIDEO_TS IFO, VIDEO_TS VOB, VTS_01_0.BUP, VTS_01_0 IFO, COSB009192, COSB009193, COSB009194, COSB009195, COSB009196
- VTS_01_1 = "Dashcam Video"
- VTS_01_2
- VTS_01_3
- COSB009197
- COSB009198
- COSB009199
- Folder- "Hesperia-02" = Interview Room Video COSB009200A,
- COSB009201A-009288
- Critical Incident Report Table of Contents AG01-AG03
- Summary of incident AG04-AG044
- Identification of officers, their firearms, witnesses, and other personnel AG045-AG074
- Patrol vehicle descriptions AG075-AG079
- Officer, witness, and victim statements AG080-AG094
- Scene description, weather and lighting, physical evidence and physical evidence diagram AG095-AG0125
- Photo log AG0126-AG0137
- Blood Toxicology Report AG0141-AG0144
- On-scene checklist (CHP 328) AG0145-AG0150
- DA Findings (pending) AG0156
- Puga DMV info AG0157-AG0172
- Vehicle Report (CHP 180) AG0173
- Shooting Arrest Report (CHP216) AG0241-AG0260
- Allied Agency Reports (refer to SBCSD report

- DR#192101044) AG0261
- Emergency Medical Report AG0262
- Coroner's Report AG0263-AG0287
- Scene description, weather and lighting, physical evidence and physical evidence diagram AG0288-AG0317
- CHP Barstow Pursuit OIS log & Road Rage Shooting log AG0318-AG0337
- SBSD OIS (CAD) log AG0341-AG0356
- Death Report AG0379
- Puga SBCFDS Medical Records AG0380-AG0381
- LA DA findings re 2015 Puga shooting incident with LASD AG0417-AG0422
- Critical Incident Polices and Procedures AG0432-AG0450
- Involved officer photos and their weapons AG0466-AG0554
- Puga vehicle photos post incident AG0555-AG0670
- Arial screenshots of the scene AG0674-AG0680
- CHP photos – redacted (photos of involved officer vehicle photos, equipment check logs, handcuffs from officer Rubalcava that contain blood AG0681-AG0810
- Photos of decedent laying by side of the road post incident AG0818-AG0876
- Photos portraying the scene the following morning post incident AG0886-AG0985
- Photos of involved CHP vehicles, bullet casings , less than lethal weapons, photo of a gun AG0986-AG01038
- Photos of involved CHP vehicles, bullet casings, a rifle, evidence markers AG01086-AG01135
- Puga Autopsy photos AG0453-AG0465
- Photos of Puga post shooting as he lays on the ground AG01039-AG01085
- Audio of CHP Incident Requested Certification AG0451
- Video or photo taken on 2/17/21 AG0671-AG0673

- Involved officers (Blackwood and Kee) fragment video AG0811-AG0813
- Involved officer interviews (Blackwood and Rubalcava) AG0877-AG0879
- Involved officers (Blackwood) fragment video AG01377
- CH02 mp4 audio files AG01378-AG01464
- Video: Blackwood MVARS_Fragment04 814C
- Video: Kee MVARS p1 VTS_01_1 815
- Video: Kee MVARS p2 VTS_01_2 816C
- Video: Kee MVARS p3 VTS_01_3 817
- Plaintiff 0241 = "Cell phone video of incident"
- FARO subfolder COSB009356-009371
- Deposition Transcript: Bernardo Rubalcava 11/04/24 N/A
- Deposition Transcript: Isaiah Kee 11/05/24 N/A
- Deposition Transcript: Jake Adams 11/12/24 N/A
- Deposition Transcript: Michael Blackwood 11/04/24 N/A
- Deposition Transcript: Robert Vaccari N/A
- Betzabeth Gonzalez 11428 Peach Video 2 of 3 (00:31) N/A
- Puga FB Post re L.C. Bates 0229 Plaintiff 0239
- Video 03:37 Plaintiff 0256
- Video 00:03 Plaintiff 0257
- Video 00:31 Plaintiff 0258
- Plt PROD: PHOTO: Metal fragments N/

14. Exhibit D is a still image from the video taken by witness Erin Mangerino wherein Hector Puga was facing the windshield with his hands raised while two deputies were approaching. The annotations were created by me based upon my review of the evidence.

15. Exhibit E consists of two still images from the video taken by witness Erin Mangerino including an additional image within each that zoom in on Puga to

assist the viewer. The annotations were created by me based upon my review of the evidence.

16. Exhibit F is a still image from the video taken by witness Erin Mangerino wherein Hector Puga, less than one second from the still in Exhibit D, Puga's right hand and arm drop down. The annotations were created by me based upon my review of the evidence.

17. Exhibit G is a still image from the video taken by witness Erin Mangerino wherein Puga had a dark visible object in his right hand. The annotations were created by me based upon my review of the evidence.

18. Exhibit H is a still image from Deputy Blackwood's Dashcam footage Fragment 4 at approximately 2:33:44 wherein Puga had a highly reflective object, consistent with the slide of his pistol, in his hand and a photograph of the gun found near Puga's body, taken by the deputies when lodging the evidence. The annotations were created by me based upon my review of the evidence.

19. Exhibit I is a video compilation taken from the video taken by Erin Mangerino that shows Puga's hands being raised and quickly falling to his side in order to assist the viewer in seeing the movement. The annotations were created by me based upon my review of the evidence.

I declare under penalty of perjury under the laws of the State of California that the above statement is true and correct. Executed this 16th day of February 2025, in Pinole, California.

DECLARANT
ALEXANDER JASON