# EXHIBIT C

00134

# Alexander Jason

**Certified Senior Crime Scene Analyst**
**Certified Force Science Analyst**

PO Box 375 Pinole, CA 94564 • 510-724-1003 / ajason@alexanderjason.com

## CURRICULUM VITAE

**Board Certified Senior Crime Scene Analyst**: Certified by the *International Association for Identification* (IAI); the oldest professional forensic science organization.

**Certified Force Science Analyst**: Force Science Institute; Human Dynamics in Shooting Incidents

**Certified Axon Investigate Video Examiner and Metrologist** (Police & Security Video), by Axon Investigate Academy

**Certification in Forensic Digital Analysis and Authentication** by the Natl Center for Media Forensics

**Qualified Expert Witness in:**

- **Crime Scene Reconstruction**
- **Shooting Incident Reconstruction**
- **Wound Ballistics**
- **Force Science Analysis**
- **Bloodspatter Interpretation**
- **Forensic Photography & Digital Imaging**
- **Forensic Computer Animation**

Federal and State Courts (Alaska, California, Colorado, Florida, Kansas, Maryland, Missouri, New Jersey, New York, Texas, Washington, and West Virginia.)

## PROFESSIONAL DESCRIPTION & EXPERIENCE

The focus of my professional work is crime scene analysis, shooting incident reconstruction and wound ballistics research. My primary interest is in the reconstruction and analysis of shooting incidents, the human and mechanical dynamics of shooting and the science of wound ballistics which relates to the use of firearms against humans and specifically to the interaction of projectiles and the human body.

## PROFESSIONAL MEMBERSHIPS

**Fellow** of the American Academy of Forensic Sciences
**Member**: International Association of Bloodstain Pattern Analysts
**Member**: International Association for Identification
**Technical Advisor**: Association of Firearm and Toolmark Examiners
**Co-Founder**: International Wound Ballistics Association

00135

**CURRENT POSITIONS**

**Former Member of the National Institute of Justice's Standing Review Panel.** Appointed by the NIJ Director as a consultant to review & evaluate forensic science & crime scene investigation technology research and project proposals.

**Forensic Analyst / Forensic Photographer** for homicide and other coroner cases involving organ transplant for the California Transplant Donor Network.

**Peer Reviewer** for: American Academy of Forensic Science *Journal of Forensic Sciences*; *Investigative Sciences Journal*.

**Consultant on Shooting Incidents, Firearms and Ballistics** to the United States Army, federal agencies, major corporations, law enforcement agencies as well as to the "Mythbusters," "CSI," & "Law & Order" TV shows, NBC, CBS, ABC, PBS/NOVA and several major film studios. I have also consulted on bullet design and performance parameters for ammunition manufacturers. I have appeared numerous times on CNN, Fox News, NBC, MSNBC and other news shows while interviewed on current shooting incidents.

**PRIOR PROFESSIONAL POSITIONS**

**Past President, Fellow, & Distinguished Member:** Association for Crime Scene Reconstruction

**Shooting Reconstruction Instructor:** Selected by the U.S. State Department to teach a 3 day course on Shooting Reconstruction to members of the PGR (Attorney General of Mexico's Investigative and Crime Scene personnel -- equivalent to our FBI) at the PGR Academy in Mexico City, Mexico (October, 2000).

**U.S. Congress' Office of Technology Assessment Advisory Panel** (1990-1992): Appointment to study and evaluate the effects of police officers being shot and to develop ballistic impact and penetration standards for police body armor.

**Managing Editor of the** *Wound Ballistics Review*: *The Journal of the International Wound Ballistics Association*; 1990-1995. (Most IWBA Full Members are physicians; many others are engineers, scientists, and law enforcement members engaged in the study of wound ballistics.)

**Writer, Producer, & Director** of six instructional video programs on firearms, wound ballistics, the use of deadly force by civilians, and forensic firearms evidence:

> *Deadly Weapons: Firearms & Firepower* (1 hour and 45 minutes);
> *Deadly Effects: Wound Ballistics* (1 hour and twenty minutes);
> *Deadly Force: Firearms, Self Defense, & The Law* (1 hour and 40 minutes);
> *Forensic Firearms Evidence: Elements of Shooting Incident Investigation* (3 hours)
> *Gunshot Wounds: Examination, Interpretation, Documentation (Producer)*
> *Blunt Force, Sharp Force, Pattern Injury: Examination, Interpretation, (Producer)*

*All the above video programs are utilized for training by law enforcement agencies (including the FBI), crime labs, universities, medical schools, and many other institutions throughout the world.*

00136

**Editor** of the *Forensic Firearms Evidence: Elements of Shooting Incident Investigation* handbook and the co-author of a forensic firearms evidence written examination both of which are used by law enforcement agencies and crime laboratories in the U.S. and many other countries.

**Awards:**
    Association of Firearm & Toolmark Examiners "**Most Outstanding Paper**" (*Firearm Recoil Dynamics*) 2008
    American Film Institute's 1990 AVC Award for "Best Instructional Video" for *Deadly Force: Firearms, Self Defense, & The Law.*

# WORK HISTORY

**San Francisco Police Department** 1970-74;
Principle duty was as an detective working in the Intelligence Unit performing special investigations, crime scene analysis, vulnerability evaluations, and protective operations. Received Letter of Commendation for assisting in homicide investigation

**Second Chance Body Armor**, Inc., Executive Vice President, 1975-1976;
    Supervised research, development, and testing of body armor for law enforcement.

**Research West**, **Inc**. 1976 -1978;
    Senior Analyst performing research, analysis, and supervising investigations.

**Letterman Army Institute of Research**
    Informally studied and performed research for three years at the U.S. Army's Wound Ballistics Laboratory w/ Dr. Martin L. Fackler, MD -- which was an internationally recognized wound ballistics research facility (1987-90.)

**Center for Ballistic Analysis**, Director, 1987-1992: Research and consulting in wound ballistics, body armor performance, and bullet performance dynamics.

**Shooting Incident Reconstruction / Crime Scene Analyst:** Self-employed 1990 - present;

# EDUCATION & PROFESSIONAL DEVELOPMENT

00137

**Masters in Forensic Science (MFS)**, GPA 3.9, *Summa Cum Laude* / Honors Thesis
National University, San Diego, CA, 2023 / Alpha Phi Sigma Criminal Justice Honor Society

**San Francisco State University**, B.A., Journalism, 1973. (Honor graduate: *Cum Laude*)

Human Factors in Forensic Science: **National Institute for Justice**, Center for Forensic Sciences

Fractography/Failure Analysis of Glass and Ceramics. Certificate. **Alfred University, Alfred NY**

Forensic Analysis & Authentication of Digital Images, Certificate, **University of Colorado, Center for Media Forensics**

Audio Forensic Analysis Procedures**, National Institute of Justice, Forensic Technology Center**

*Fundamentals of Neuroscience, Part 1,2,3*. 15 weeks: Certificate, (Dr. David Cox, Ph.D thru HarvardX/edX). **Harvard University.**

*Foundational Neuroscience for Action and Perception* Same course taught to medical students but without clinical aspects. 16 weeks: Course completed; (Dr. Leonard White, Ph.D thru Coursera **Duke University School of Medicine**).

*The Brain and Space: Neuroscience of Visual & Auditory Systems.* (Dr. Jennifer M. Groh, Ph.D thru Coursera). 5 weeks: Course completed "*With Distinction*"; **Duke University School of Medicine**.

*Visual Perception & The Brain. 5 weeks.* Certificate. **Duke University Institute for Brain Sciences**: (Dr. Dale Purves, MD thru Coursera)

*Computational Vision*. **Institute of Cognitive Science / Univ. Colorado:** 4 weeks**.** Certificate. **(**Dr. David Quigley, thru Coursera)

*Human Anatomy.* 6 weeks. Certificate*.* **Faculty of Health Sciences**: **Polytechnic University of Hong Kong** (Dr. John Yuen, Ph.D thru edX).


**TRAINING**
    **Basic Peace Officer Training**: San Francisco Police Academy, 1971
        Firearms, Criminal Law, Crime Scene Investigation, etc.
    **Pathology of Gunshot Wounds & Blunt and Sharp Force Injuries Seminars**
        Dr. Patrick Besant-Matthews, MD, Forensic Pathologist. 1992, 1993, 1994, 1996, 1997. 1999.
    **Crime Scene Investigation Training Seminar**,
        International Assoc for Identification Sep, 1993, 2002

00138

**Crime Scene Reconstruction Training**
    Assoc of Crime Scene Reconstruction, Oct 1994
**Shooting Incident Reconstruction Seminar**,
    AFTE Conference, San Diego, CA, 1995
**Advanced Field Evidence Technician Seminar**
    California State University, Long Beach, 1996
**Firearms Trajectory Interpretation (Instructor)**
    Calif Dept of Justice, January, 1996
**Shooting Reconstruction: Ballistic Trajectory Analysis**
    California Department of Justice, California Criminalistics Institute, February, 1996.
**Institute on the Physical Significance of Bloodstain Evidence**
    Laboratory of Forensic Science, May, 1996.
**National Seminar on Forensic Medicine,**
    Institute of Forensic Medicine, Panama Dept of Justice, Panama City, July, 1996
**Shooting Reconstruction Workshop**
    California Assoc of Criminalists, May 1997
**Shooting Incident Reconstruction Workshop**
    Assoc of Crime Scene Reconstruction, Oct, 2001
**Mathematics of Shooting Scene Reconstruction**
    AFTE Training Seminar, May, 2003
**Evidence Photography Training**
    Evidence Photographers Intl, Nov 2003
**Shooting Scene Reconstruction Workshop** (FBI-Philadephia PD)
    AFTE Training Seminar, May, 2003
**Investigation of Long Range Shooting Cases,**
    AFTE Conference, San Francisco, 2007
**Forensic Shooting Scene Reconstruction Course**
    Forensic Science Consultants; Luke & Mike Haag, Paulden, AZ, September, 2008
**Force Science Certification Training**:
    San Jose P.D., June, 2009
**Gunshot Wounds: Theory & Practice Seminar**
    Dr. Vincent J. DiMaio, MD, author of "*Gunshot Wounds*," Feb, 2010
**Shooting Reconstruction: Elements of Trajectory Analysis**,
    RTI, 2013
**Forensic Image Comparison Workshop**
    IAI – FBI, August 2015
**Advanced Bloodspatter Analysis**
    Forensic Pieces Sep, 2017 - Pasadena Police Dept,
**Fundamentals of Fluid Dynamics Workshop**
    IABPA, Sep 2017 - Cal State University, Dept of Mechanical Engineering
**Forensic Image Comparison Workshop**
    IAI – FBI, Reno, NV August 2019
**The Use of Human Gait Analysis**
    IAI – Reno, NV August 2019

## FIREARMS EXPERIENCE

    Formally National Rated Competitive Shooter; U.S. Army "Expert" rating in Rifle and Pistol. SFPD Academy Combat Pistol and Shotgun Training. Served for 14 years as Rangemaster at one of the major law enforcement shooting competitions. Duties included design of shooting courses and events, evaluating marksmanship skills and proficiency with handguns, rifles, and/or shotguns

## CERTIFICATIONS, MEMBERSHIPS, & LICENSES

00139

      California Department of Justice Certified Firearms Instructor

      California Private Investigator's License

      Certified Range Safety Officer

# Membership

      MENSA (restricted to those with an IQ in the 98th percentile.)

# Patent

Inventor of advanced crime scene evidence collection tool currently being tested by law enforcement agencies. (Patent Issued.)

## PRESENTATIONS

Phoenix Law Enforcement Association
*Wound Ballistics*
Phoenix, AZ; February, 1989

The National Judicial College
*Demonstrative Evidence: Forensic Computer Animation*
Reno, NV; December, 1992

Assoc of Firearm & Toolmark Examiners Training Seminar
*Forensic Animation: Shooting Incident Reconstruction*
Miami, FL; April, 1992

San Francisco Barrister's Club
*Demonstrative Evidence: Forensic Animation*
San Francisco, CA; August, 1992

Detroit Police Department / American Society for Industrial Security
*Shooting Incident Reconstructions & Computer Animation*
Detroit, MI; March, 1993

California Association of Criminalists
*Forensic Animation for Criminal and Civil Trials*
Berkeley, CA; March, 1993

Assoc of Firearm & Toolmark Examiners Training Seminar
*Forensic Computer Animation*
Raleigh, NC; May, 1993

Tulare County Trial Lawyers Association
*Forensic Animation: Shooting Incident Reconstruction*
Visalia, CA: September, 1993

International Association for Identification
*Shooting Incident Reconstruction with Computer Animation*
Caspar, WY: September, 1993

American Academy of Forensic Sciences
*Forensic Animation & Shooting Incident Reconstruction*
San Antonio, TX; February, 1994

California Public Defender's Association
*Computer Animation in the Courtroom*
Long Beach, CA: February 1994

International Wound Ballistics Association
*Shooting Incident Reconstruction & Computer Animation*
Sacramento, CA; March, 1994

International Wound Ballistics Association
*A Method for Determining Graze Wound Direction*
Sacramento, CA; March, 1994

California District Attorney's Association
*Forensic Animation and Graphics: Bringing Your Case to Life*
San Rafael, CA; April, 1994

Northwest Association of Forensic Scientists
*Forensic Animation & Shooting Incident Reconstruction*
Concord, CA; April, 1994

National College of District Attorneys
*Showing the Shooting: Developments in Forensic Ballistics*
South Lake Tahoe, CA; April, 1994

Assoc of Firearm & Toolmark Examiners Training Seminar
*Computer Animation and Shooting Reconstruction*
Indianapolis, IN; June, 1994

High Technology Crime Investigators Association
*Using Computers for Shooting Reconstruction*
Monterey, CA; June, 1994

Assoc for Crime Scene Reconstruction Training Conference
*Computer Animation for Crime Scene Reconstruction*
Oklahoma City, OK; September, 1994

American Academy of Forensic Sciences
General Section
*The Virtual Crime Scene*
Seattle, WA; February, 1995

American Academy of Forensic Sciences
Criminalistics Section
*Forensic Computer Animation: Illustration of Shooting Incidents*
Seattle, WA; February, 1995

Hastings Law School
Advanced Evidence Seminar
*Computer Animation as Demonstrative Evidence*
San Francisco, CA; March, 1995

American Inn of Court
*Crime Scene Reconstruction & Computer Animation*
San Francisco, CA; May, 1995

Assoc of Firearm & Toolmark Examiners Training Seminar
*Computer Animation and Shooting Reconstruction*
San Diego, CA; June, 1995

American Inn of Court
*Forensic Computer Animation: Uses & Abuses*
Lake Charles, LA; September, 1995

00141

International Bloodstain Pattern Analysts & Association of Crime Scene Reconstruction Joint Training Conference
*Shooting Incident Reconstruction*
Oklahoma City, OK; October, 1995

American Inn of Court
*Forensic Computer Animation*
University of San Francisco Law School
San Francisco, CA; October, 1995

American Academy of Forensic Sciences
*Computer Animation: It's Use in Crime Scene Reconstruction*
Nashville, TN; February, 1996

National Seminar on Forensic Medicine Panama Dept of Justice / Intl Criminal Investigative Training & Assistance Program
(U.S. Dept. of Justice)
*Shooting Incident Reconstruction / Wound Ballistics*
Institute of Forensic Medicine,
Panama Dept of Justice, Panama City; July 1996

Defense Investigator's Association
*Shooting Incident Reconstruction*
Oakland, CA; October, 1996

Scientific Assembly of Forensic Nurses
*Crime Scene Reconstruction*
Kansas City, MO; November, 1996

Association for Crime Scene Reconstruction /
Int'l Association of Bloodstain Pattern Analysts
*Shooting Incident Reconstruction*
Albuquerque, NM; November, 1996

American Academy of Forensic Sciences
Criminalistics Section
*Blood on the Bullet: The Detection of Blood on Fired Bullets*
New York, NY; February, 1997

American Academy of Forensic Sciences
*Crime Scene Reconstruction: Applying Computer Technology*
New York, NY; February, 1997

Association for Crime Scene Reconstruction / Int'l Assoc of Bloodstain Pattern Analysts Joint Training Conference
*Reconstruction of Shooting Incidents*
Seattle, WA; November, 1997

Association for Crime Scene Reconstruction / Int'l Assoc of Bloodstain Pattern Analysts Joint Training Conference
*Workshop: Shooting Incident Reconstruction*
Seattle, WA; November, 1997

American Association of Law Schools Section on Evidence
*Crime Scene Reconstruction & Computer Animation*
San Francisco, CA; January, 1998

00142

American Academy of Forensic Sciences
Criminalistics Section
*Blood on the Bullet: The Detection of Blood on Fired Bullets, Part II*
San Francisco, 1998

University of California, Hastings College of The Law
*Advanced Evidence Seminar* / Prof. Roger Park
San Francisco, CA; April, 1998

Utah Assoc of Crime Scene Analysts Principal Instructor
*Shooting Incident Reconstruction Training Class*
(2 days) Ogden, UT; June, 1998
Association for Crime Scene Reconstruction Workshop:
*Shooting Incident Reconstruction on Vehicles*
Oklahoma City, OK; November, 1998

Association for Crime Scene Reconstruction
*"He Didn't Fall for Her" -- A Shooting Reconstruction*
Oklahoma City, OK; November, 1998, CA, 1998

American Academy of Forensic Sciences General Section
*Shooting Incident Reconstruction*
Orlando, FL, 1999

University of California, Hastings College of The Law
*Forensic Computer Animation: Admission and Use*
San Francisco, CA; April, 1999

Richmond Police Department Evidence Technicians
*Shooting Incident Reconstruction Techniques*
Richmond, CA; May, 1999

Association for Crime Scene Reconstruction
*Shooting Reconstruction: 16 Bullets, One Dresser, One Decedent*
Kansas City, MO, Sept; 1999

Association for Crime Scene Reconstruction
*Shooting Reconstruction Workshop (Instructor)*
Kansas City, MO, Sept; 1999

American Academy of Forensic Sciences
*The Gallardo Case: A Shooting Reconstruction*
Reno, NV; February, 2000

University of California Hastings School of Law
*Advanced Evidence Seminar / Prof. Roger Parks*
San Francisco, CA; April, 2000

National Defense Investigators Association
*Crime Scene Reconstruction*
Las Vegas, NV; Oct, 2000

Procuraduria General de la Republica
(Office of the Attorney General of Mexico)
*Forensic Ballistics Course (3 Days)*
Mexico City, Mexico, Oct 2000

American Academy of Forensic Sciences
*The Effect of Hair Upon the Deposition of Gunshot Residue*

00143

Seattle, WA, Feb 2001

University of California Hastings School of Law
*Guest Speaker Advanced Evidence Seminar / Prof. Roger Park*
San Francisco, CA; April, 2001

California Judges Association
Guest Speaker*: Digital Evidence Seminar*, Palm Springs, CA, May, 2001

Association of Firearm & Toolmark Examiners
*Shooting Reconstruction: Putting It Together*
Newport Beach, CA, July, 2001

Association of Firearm & Toolmark Examiners
*The Effect of Hair Upon the Deposition of Gunshot Residue*
Newport Beach, CA, July, 2001

Association for Crime Scene Reconstruction
*The Effect of Hair Upon the Deposition of Gunshot Residue*
Las Vegas, NV, October, 2001

Santa Clara University Law School
Guest Speaker
*Advanced Evidence Seminar* / Prof. Kandis Scott,
Santa Clara, CA, February, 2002

University of California Hastings School of Law
Guest Speaker *Advanced Evidence Seminar /* Prof. Roger Park
San Francisco, CA; April, 2002

International Association for Identification
*Homicide or Suicide: The Cameron Reconstruction*
Las Vegas, NV; March, 2002

Association for Crime Scene Reconstruction
*The Penetration of Automotive Windshields by .223 Ammunition*
Denver, CO, October, 2002

Santa Clara University Law School
Guest Speaker
*Advanced Evidence Seminar* / Prof. Kandis Scott
Santa Clara, CA, March, 2003

Association of Firearm & Toolmark Examiners
*The Penetration of Automotive Windshields by .223 Ammunition*
Philadelphia, PA, May, 2003

Association of Firearm & Toolmark Examiners
*Through The Door: A Shooting Reconstruction*
Philadelphia, PA, May, 2003

Association of Firearm & Toolmark Examiners
*The Cameron Case: Shooting Reconstruction*
Vancouver, BC Canada; May, 2004

Forensic Science Educator's Conference
St. Louis University School Of Medicine
*Crime Scene Reconstruction: What It Is & Isn't*
St. Louis, MO, July, 2004

00144

*Forensic Digital Photography*
University Medical Center
Sexual Assault Response Team
Principal Instructor – 2 Day Seminar
San Diego, CA, September 2004

*Forensic Digital Photography & Documentation of Evidence*
Principal Instructor – 2 Day Seminar
South San Francisco, CA; March, 2005

University of California Hastings School of Law
Guest Speaker *Advanced Evidence Seminar* / Prof. Roger Park
San Francisco, CA; April, 2005

San Francisco MENSA Regional Meeting
"Brilliance by the Bay"
Invited Speaker: "
*CSI: Bullets, Bodies, & B.S."*
San Francisco, CA; November, 2005

American Academy of Forensic Sciences
*Shooting Reconstruction: The Value of Evidence & Analysis in a Double Homicide*
Seattle, WA, Feb 2006

University of California Hastings School of Law
Guest Speaker *Advanced Evidence Seminar* / Prof. Roger Park
San Francisco, CA; April, 2006

University Health Center
*Forensic Digital Photography Seminar* / Instructor: (2 Days)
San Diego, CA; April, 2006

California Association of Criminalists
Workshop Presenter: *Forensic Digital Photography*
Concord, CA; May, 2006

California Association of Criminalists
*Shooting Reconstruction: The Value of Evidence & Analysis*
Concord, CA; May, 2006

Office of the San Francisco Medical Examiner
Invited Speaker
*Shooting Incident Analysis & Reconstruction*
San Francisco, CA; February, 2007

San Francisco District Attorney's Office
Invited Speaker
*Shooting Incident Analysis & Reconstruction*
San Francisco, CA; March, 2007

California Association of Criminalists
*Muzzle Flash: Why Many See It and a Few Do Not (*Co-Author)
Garden Grove, CA; March, 2007

University of California Hastings School of Law
*Guest Speaker Advanced Evidence Seminar / Prof. Roger Park*
San Francisco, CA; April, 2007

Association of Firearm & Toolmark Examiners
*The Effect of Gripping Upon Firearm Recoil*
San Francisco, CA, May, 2007

Association of Firearm & Toolmark Examiners
*Drive By Shooting: To Dream the Impossible Crime*
San Francisco, CA, May, 2007

St Louis University School of Medicine
Dept of Forensic Science
Masters Death Investigation Training Conference
*Crime Scene Reconstruction: The Elements Of Investigation, Analysis & Determinations*
St. Louis, MO; July 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Harrisburg, PA: Nov, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Altoona, PA, Nov, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Pittsburg, PA, Nov, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Portland, ME, Dec, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Concord, NH, Dec, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Burlington, VT Dec, 2007

Evidence Photographers International Council
*Forensic Photography*
Orlando, FL; Jan 2008

American Academy of Forensic Sciences
*Shooting Reconstruction: The Boyd Case*
Washington, DC, Feb 2008

Association of Firearm & Toolmark Examiners
*City Shooting: The Sean Bell Case: A Complex Shooting Reconstruction*
Honolulu, HI, May, 2008

Association of Firearm & Toolmark Examiners
*Firearm Recoil Dynamics: The Inside Story*
"Most Outstanding Paper" 2008 Award
Honolulu, HI, May, 2008

California International Association for Identification
"A Complex Shooting Reconstruction"
San Jose, CA, May 2009

00146

American Academy of Forensic Sciences
*Shooting Dynamics: Elements of Time & Movement in Shooting Incidents*
Seattle, WA, Feb 2010

American Academy of Forensic Sciences
*The Rosario Case (NYPD): A Complex Shooting Incident Reconstruction*
Seattle, WA, Feb 2010

LeadAmerica Law & Justice Conference
*Crime Scene Reconstruction*
Stanford University, Palo Alto, CA July, 2010

Utah Medical Examiner Shooting Death Investigation Conference
Special Invited Guest
*Investigation of Shooting Incidents*
Salt Lake City, UT, Oct, 2010

University of California Hastings School of Law
*Guest Speaker Advanced Evidence Seminar / Prof. Roger Park*
San Francisco, CA; Nov, 2010

St. Mary's College High School
Invited Speaker
Shooting Incident Reconstruction
Albany, CA, Nov 2010

Critical Incidents: A New Look at Officer Involved Shootings Seminar
*Forensic Analysis of Officer Involved Shootings*
Featured Speaker
Oakland, CA, Mar 2011

Association of Firearm & Toolmark Examiners
*Shooting Dynamics: Elements of Time and Movement in Shooting Incidents*
Chicago, IL, May 2011

California Association of Criminalists
*Critical Issues in Shooting Incident Analysis*
Sacramento, CA, July 2011

American Academy of Forensic Sciences
*Critical Issues in Shooting Incident Analysis*
Atlanta, GA, Feb 2012

Rains Lucia Stern, PC
Invited Speaker
*Deadly Force in the Digital Age*
Concord, CA, May 2013

Association of Firearm & Toolmark Examiners
*Shooting Reconstruction: Combining Audio, Video, & Movement*
Albuquerque, NM, June, 2013

Association of Firearm & Toolmark Examiners
*Determining Bullet Direction from Clothing Fibers*
Albuquerque, NM, June, 2013

California Association of Criminalists
*Shot in the Yard: Complex Ballistics Analysis*
California Criminalistics Institute, Sacramento, CA, Dec, 2013

California Criminalistics Institute Firearms Academy Instructor
*Advanced Techniques in Shooting Incident Reconstruction*
CCI, Sacramento, CA; March, 2014

00147

Los Angeles County Coroner West Coast Training Seminar
Invited Speaker
*Shooting Incident Analysis: Methods and Results*
Los Angeles, CA May, 2014

Association of Firearm & Toolmark Examiners
*A Shot in the Yard: A Complex Shooting Reconstruction*
Seattle, WA, May, 2014

California Association of Criminalists
*A Momentous & Moving Case*
Ventura, CA, May 2015

California Association of Criminalists
*Was The Knife in The Hand? – A Shooting Incident Reconstruction*
San Francisco, CA, May 2017

International Association of Bloodstain Analysts
*A Gun Too Far: A Shooting Reconstruction of a Homicide*
Redondo Beach, CA, Sep 2017

Association of Firearm & Toolmark Examiners
*Murder of the Schoolmarm: An Historical Shooting Reconstruction*
Charleston, WV, June 2018

Association of Firearm & Toolmark Examiners
*A Gun Too Far: A Shooting Reconstruction of a Homicide*
Charleston, WV, June 2018

International Wound Ballistics Workshop (Invited speaker)
*Wound Ballistics in Action*
Hitzkirch, Switzerland.  October 2018

Contra Costa Police Chief's Association Workshop (Invited Speaker)
*In Depth Review: Homicide and OIS Cases*
Bodega Bay, CA, November 2018

California Association of Criminalists Annual Conference
*A Head in the Wrong Space: A Dynamic Shooting Incident Reconstruction*
Oakland, CA, May 2018

International Bloodstain Pattern Analysts Conference
*"The Value of Bloodstain Pattern Analysis in Shooting Incidents"*
Paris – Pontoise, France, June 2019

International Association for Identification Conference
*Officer Involved Fatal Shooting: Reconstruction & Analysis*
Reno, NV, August 2019

International Bloodstain Pattern Analysts Conference
*"A Head in Space"*
Chicago, IL, November 2019

Criminalistics Moderna Seminar (South America)
Invited Speaker
*Shooting Reconstruction Analysis and Reconstruction*
Buenos Aires, Argentina (via Zoom), Nov 6 2020

Calfornia Association of Criminalists
Firearms Study Group
*Performance of Full Metal Jacket and Truncated Cone Bullets in Tissue Simulant*
California, USA (via Zoom), Dec 8, 2020

Association for Crime Scene Reconstruction
*Studies in the Methodology of Shooting Reconstruction Cases*
Tulsa, OK, March 4, 2023

American Academy of Forensic Sciences
*The Effect of Angle on the Deposition of Gunshot Residue*
Colorado Springs, CO, Feb 2024

Magnet Virtual Summit
*Body Worn Cameras: Working with Bad Video to Find the Significant Elements*
March 5, 2024

00148

Association of Firearm & Toolmark Examiners
*The Effect of Angle on the Deposition of Gunshot Residue*
Anchorage, AK, May, 2024

California Association of Criminalists – Firearms Study Group
Shots in the Dark: OIS Shooting Incident Reconstruction
San Francisco Police Dept, May 2024

IV International Conference on Translational Forensics 2024
*A Gun Too Far: Homicide Shooting Incident Reconstruction*
Lisbon, Portugal, October, 2024

California Association of Criminalists – Firearms Study Group
*A Gun Too Far: Homicide Shooting Incident Reconstruction*
Sacramento, CA, Nov, 2024

# Publications

*Misleading Gunshot Wounds from Atypical Bullet Behavior*
**American Journal of Forensic Medicine and Pathology**
June 2022 - Volume 43 - Issue 2

*Atypical Bullet Behavior – Misleading Gunshot Wounds and Bullet Impact Sites*
**Journal of the Association of Firearm & Toolmark Examiners**
Volume 52 Number 4  - Fall 2020

*Synthetic Gelatins as Soft Tissue Simulants*
**Journal of the Assoc of Firearm & Toolmark Examiners**
Volume 52 Number 2 - Spring 2020

*Methodology of Identification of the Non-Standard Discharge from Firearms*
**Advances in Criminalistics Journal 2017**
Prague, Czech Republic

*Bullet Entry Holes in Fabric: Fibers, Facts, and Fallacies*
**Journal of the Assoc of Firearm & Toolmark Examiners**
Volume 46, Number 2, Summer 2014

*Where Are The Bullets?*
*The Explanation for the Lack of Recognizable Bullets or*
*Significant Bullet Fragments at Certain Shooting Scenes (co-author)*
**Journal of the Association of Firearm & Toolmark Examiners**
Volume 44, Number 3, Summer 2012

*Drywall: Terminal Ballistic Properties of Forensic Interest (co-author)*
**Journal of the Assoc of Firearm & Toolmark Examiners**
Volume 42, Number 3, Summer 2010

*Shooting Dynamics: Elements of Time & Movement in Shooting Incidents*
**Investigative Sciences Journal**
Volume 2, Number 1, January 2010

*Muzzle Flash: One Witness Sees It, the Other Does Not (co-author)*
**California Association of Criminalists News Journal**
Third Quarter, 2007

00149

*The Effect of Hair Upon the Deposition of Gunshot Residue*
**Forensic Science Communication – Federal Bureau of Investigation**
April, 2004

*The Art and Science of Crime Scene Reconstruction*
**Forensic Nurse Journal** – May/June, 2004

*Courtroom Computer Animation and Simulation*
**The Champion: National Association of Criminal Defense Lawyers**
Vol XX No. 1, Jan/Feb 1996

*The "Rhino" Bullet*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 2. No. 1, 1995

*Ammunition Performance: Testing Data & Acceptance Criteria*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No. 4, 1993

*The Body Armor Standards Controversy*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No 3., 1992

*The Roots of Bad Data: The Relative Incapacitation Revisited*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol1, No. 2, 1992

*The Twilight Zone of Wound Ballistics*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No. 1, 1991

*Body Armor Standards: A Review and Analysis*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No. 1, 1991

*Wounding Effects of the AK-47 Rifle*
**American Journal of Forensic Medicine and Pathology**
(Co-author) 11(3), 185-189, 1990

*Forensic Animation*
**The Docket**, Jan 1993

*Computer Animation Training Tapes*
**CADalyst**, June 1993

*Evidence Set in Motion: The Mitchell Homicide*
**Police Journal**, June 1992

*A New Era in Combat Handguns*
**Police Marksman**, May 1989

*The Omni-Shock Bullet*
**Journal of the Association of Firearm & Toolmark Examiners** (Co-author)
January, 1989

# Alexander Jason

**Certified Senior Crime Scene Analyst**
**Certified Force Science Analyst**

PO Box 375, Pinole, CA 94564 • 510-724-1003 / ajason@alexanderjason.com

TAX ID: 81-1427116: Anite Company, Inc

**Fee Schedule**

Consulting & Analysis:

$400 per hour. Additional charges may be required for equipment rental and/or other professional assistance. Statements are to be paid within 30 days of receipt.

A 10% surcharge will be applied for each month thereafter.

**Payment is the responsibility of the law firm, not the client.**

**Minimum Retainer:**

Minimum fee for preliminary case review is $5,000; This fee is non-refundable after initial case materials are received.

**Depositions:**
$ 400 per hour; four hour minimum.

**Testimony & Court Time**:
$ 400 per hour – four hour minimum

**Travel Billing** (beyond 50 miles): $200 per hour

Days away from my office: 10 hours per day at $400/hr

Travel Expenses: Reasonable expenses which include airfare or mileage, auto rental, food, lodging, and professional support requirements which will be billed at actual cost.