# EXHIBIT D

00152

Case 5:22-cv-00949-KK-SHK   Document 103-7   Filed 02/20/25   Page 2 of 2   Page ID #:1366



00153