# **EXHIBIT E**

00154



