# EXHIBIT F

00156

