# EXHIBIT G

00158

