# **EXHIBIT H**

00160



Puga had a highly reflective object, consistent with the slide of his pistol, in his hand.