# EXHBIT I
# SLIP SHEET
# VIDEO COMPILATION

00162