Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO,
ROBERT VACCARI and JAKE ADAMS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>                    Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**DECLARATION OF JAKE ADAMS IN SUPPORT OF COUNTY DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>*[Filed Concurrently County Defendants' MSJ; Separate Statement of Undisputed Material Facts; Exhibits; Proposed Judgment]*<br><br>Date:          March 20, 2025<br>Time:          9:30 a.m.<br>Courtroom:   1<br><br>*Trial Date: June 2, 2025*<br><br>*Complaint filed: 06/07/2022*<br>*FAC filed: 10/18/22*<br>*SAC filed: 01/13/23*<br>*TAC filed: 05/12/23* |

00163

**1**
**DECLARATION OF JAKE ADAMS**

## <u>DECLARATION OF JAKE ADAMS</u>

I, Jake Adams, declare as follows:

1.    I am employed by the San Bernardino County Sheriff's Department as a deputy sheriff and am a named defendant in the matter of *L.C., et al. v. County of San Bernardino, et al.* Case No.  5:22-cv-00949-KK-(SHKx).

2.    I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true.  If called upon to testify to the matters herein, I could and would competently do so.  This Declaration is made in support of County Defendants' Motion for Summary Judgment, or in the alternative, Summary Adjudication against Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually ("Plaintiffs").

3.    On February 17, 2021, I was a deputy sheriff assigned to patrol. Generally speaking, my duties were to patrol my assigned area in the County of San Bernardino, respond to calls for service in protection of the public, and respond to assist fellow law enforcement as situations arise.

4.    On February 17, 2021, I assisted in an ongoing pursuit by California Highway Patrol officers of a white SUV.  The driver of this SUV was later identified as Hector Puga.

5.    I was notified through the San Bernardino County Sheriff's Department dispatch that the white SUV was involved in a shooting on the freeway and there was believed to be a gun in the vehicle.  Based on this information, I believed there was a gun in the white SUV.

00164

1      6.    The pursuit ended on Peach Street, just south of the intersection of Peach

2 and Catalpa in Hesperia, CA.  Upon information and belief, it is my understanding

3 Exhibit J is a cell phone video taken by a neighbor.  Exhibit J accurately depicts that

4 Puga dropped his hands down suddenly while he was standing at the front of his

5 vehicle, facing his car, then withdrew a firearm.

6      7.    I reviewed the portion of Exhibit K, which upon information and

7 belief is the dashcam footage from CHP Officer Blackwood's vehicle, that depicts the

8 shooting involving Hector Puga.  Exhibit K accurately depicts how long Puga was at

9 the driver's side of his vehicle to when he ran to the front of his vehicle and that Puga

10 had a firearm that he did not drop when he turned away from deputies.

11      8.    I reviewed the portion of Exhibit L, which upon information and

12 belief is in two parts and is the dashcam footage from CHP Sergeant Kee's vehicle.

13 Exhibit L accurately depicts how long Puga's vehicle was stopped before the rear

14 windshield of his SUV was broken, how long the span of time is when the pepper

15 balls were deployed, and how long Puga was at the driver's side of his vehicle before

16 running to the front of the SUV.

17      I declare under penalty of perjury under the laws of the State of California that

18 the above statement is true and correct. Executed this _19TH_ day of February 2025,

19 in San Bernardino, California.

20

21

22 DECLARANT
JAKE ADAMS

23

24

25

26

27

28

00165