# EXHBIT J
# SLIP SHEET
# COSB001416 Erin Mangerino Video

00166