# EXHBIT K
# SLIP SHEET
# [814C] Blackwood MVARS_Fragment04

00167