SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
ANITA K. CLARKE (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**DECLARATION OF ANITA K. CLARKE, ESQ. IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>*[Filed Concurrently Defendants' Motion for Summary Judgment; Defendants' Separate Statement; Exhibits; Proposed Judgment]*<br><br>Date:  March 20, 2025<br>Time:  9:00 a.m.<br>Courtroom:  3<br><br>*Trial Date:*  June 2, 2025<br><br>*Complaint filed:* 06/07/2022<br>*FAC filed:* 10/18/22<br>*SAC filed:* 01/13/23<br>*TAC filed:* 05/12/23 |

1
**DECLARATION OF ANITA K. CLARKE, ESQ.**

**DECLARATION OF ANITA K. CLARKE**

I, Anita K. Clarke, declare as follows:

1. I am an attorney at law duly authorized to practice before this Court and am an associate with Lynberg & Watkins, attorneys for Defendants County of San Bernardino, Sergeant Robert Vaccari, and Deputy Jake Adams ("County Defendants") in this action. I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

2. Exhibit M is a true and correct copy of Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO's, individually Third Amended Complaint (Dkt. 68) filed in this action Case No. 5:22-cv-00949-KK-(SHKx) on May 12, 2023.

3. Exhibit N is a true and correct copy of County Defendants' Answer to Plaintiffs' Third Amended Complaint (Dkt. 70) filed in this action Case No. 5:22-cv-00949-KK-(SHKx) on May 26, 2023.

4. Exhibit O is a true and correct copy of the tort claim submitted by Estate of Hector Javier Puga to the County of San Bernardino on November 23, 2021.

5. Exhibit P is a true and correct copy of the tort claim submitted by Antonia Salas Ubaldo to the County of San Bernardino on November 23, 2021.

6. Exhibit Q is a true and correct copy of the tort claim submitted by I.H. to the County of San Bernardino on November 23, 2021.

7. Exhibit R is a true and correct copy of the tort claim submitted by A.L.

1 | to the County of San Bernardino on November 23, 2021.

8. Exhibit S is a true and correct copy of the tort claim submitted by L.C. to the County of San Bernardino on November 23, 2021.

9. Exhibit T is a true and correct copy of the relevant portions of Defendant Jake Adams' deposition transcript.

10. Exhibit U is a true and correct copy of the relevant portions of Defendant Robert Vaccari's deposition transcript.

11. Exhibit V is a true and correct copy of the relevant portions of Defendant Isaiah Kee's deposition transcript.

12. Exhibit W is a true and correct copy of the relevant portions of Defendant Bernardo Rubalcava's deposition transcript.

13. Exhibit X is a true and correct copy of the relevant portions of Defendant Michael Blackwood's deposition transcript.

14. Exhibit Y is a true and correct copy of the relevant portions of Coroner Timothy Jong, M.D.'s deposition transcript.

15. Exhibit Z is a true and correct copy of the relevant portions of Maria Cadena's deposition transcript, who is the guardian *ad litem* of minor L.C.

16. Exhibit AA is a true and correct copy of Senior Crime Scene Analyst and Force Science Analyst defense expert Alexander Jason's rebuttal report served on Plaintiffs' counsel on February 13, 2025.

17. The aforementioned Exhibit K, portions authenticated by Deputy Jake Adams in his declaration is Officer Blackwood's dashcam MVARs footage in two parts. Exhibit K, fragment 01 and 04, are both true and accurate copies of the video the State Defendants produced in discovery in response to Plaintiff L.C.'s request for production of documents Set One, bates stamped AG811 and AG814C.

18. The aforementioned Exhibit L, portions authenticated by Deputy Jake

1  Adams in his declaration is Sergeant Kee's dashcam MVARs footage in two parts.
2  Exhibit L, parts 1 and 2, are both true and accurate copies of the video the State
3  Defendants produced in discovery in response to Plaintiff L.C.'s request for
4  production of documents Set One, bates stamped AG815 and AG816C.

5      19.   Exhibit BB is a true and correct copy of the relevant portions of lay
6  witness Tammy Goodson's deposition transcript.

7      20.   Exhibit CC is a true and correct copy of the relevant portions of lay
8  witness Edward Mangerino's deposition transcript.

9      I declare under penalty of perjury under the laws of the State of California that
10 the above statement is true and correct.  Executed this 20 day of February 2025, in
11 Orange, California.

            */s/ Anita K. Clarke*
            **DECLARANT**
            **ANITA K. CLARKE**