# EXHIBIT P

00227

# CLAIM AGAINST COUNTY OF SAN BERNARDINO
*(CLAIM FORM MUST BE FILLED OUT PROPERLY OR CLAIM WILL BE RETURNED WITHOUT FILING)*

COUNTY OF SAN BERNARDINO
RISK MANAGEMENT/LIABILITY SECTION
NOV 23 2021

**DATE:** November 19, 2021

Claim is hereby made against the treasury of the County of San Bernardino, State of California, as follows:

- Less than $10,000 – State the total amount claimed $ ___ in excess of $10 million
- More than $10,000 – Check one of the boxes:
  - ☐ Municipal Court Jurisdiction ($10,000 - $25,000)
  - ☒ Superior Court Jurisdiction ($25,001 and up)

Claimant makes the following statements in support of the claim:

1. **Name of Claimant:** Antonia Sala Ulbaldo   818-347-3333
   *First / Middle / Last   (Area Code and Phone No.)*

2. **Address of Claimant:** 21800 Burbank Boulevard, Suite 310  Woodland Hills, CA 91367
   *Street / City / Zip Code*

   Gender: __ Male __ Female   Date of Birth: See Attach A   SS#: See Attach A
   ***(The information Requested is Mandatory if Presenting a Claim for Bodily Injury)***

3. Notices concerning claim should be sent to:
   Dale K. Galipo   21800 Burbank Blvd.   Suite 310  91367   818-347-3333
   *Name / Address / Zip Code / (Area Code and Phone No.)*

4. Circumstances giving rise to claim are as follows: See Attachment A

5. Date, Time and Place (city, street, cross-street) damage occurred and nature thereof:
   See Attachment A

6. Public property and/or public officers or employees causing injury, damage or loss:
   See Attachment A

7. Name, address and telephone number of witnesses:
   See Attachment A

8. Basis of computation of claimed amount is as follows:

   Medical expenses to date  See Attachment A     Loss wages ___
   Estimated future medical expenses ___          General damages ___
   Other expenses ___                             Property damage ___
   Other damages ___

   *Claimant or Representative (Signature)*

**RETURN COMPLETED FORM TO:**
Risk Management Division – County of San Bernardino, State of California
222 W. Hospitality Lane, 3rd Floor
San Bernardino, CA 92415-0016

Office: (909) 386-8631
Fax:   (909) 382-3212

Revised 9-2011

00228

# CLAIM FOR DAMAGES
## (AGAINST COUNTY OF SAN BERNARDINO; COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT DEPUTIES; and DOES 1-10)
### Government Code Section 910.4

**TO:** COUNTY OF SAN BERNARDINO

**FROM:** LAW OFFICES OF DALE K. GALIPO
28100 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333

**CLAIMANTS:** Hector Javier Puga (deceased); Antonia Sala Ubaldo (natural mother of decedent); I.H. (minor son of decedent); A.L. (minor daughter of decedent); S.S.C. (minor daughter of decedent); L.C. (minor daughter of decedent); Estate of Hector Javier Puga and all Wrongful Death Heirs

**INJURY/DAMAGE:**
1. Wrongful Death Damages
2. Survival Damages
3. General Damages
4. Funeral and Burial Expenses
5. Punitive Damages
6. Attorney's Fees
7. Loss of Financial Support

**AMOUNT CLAIMED:** In excess of $10 million

**DATE OF INCIDENT:** February 17, 2021

**PLACE OF INCIDENT:** The intersection of Peach Avenue and Catalpa Street in Hesperia, California

**WITNESSES:** INVOLVED COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT DEPUTIES (names currently unknown); CALIFORNIA HIGHWAY PATROL OFFICERS (names currently unknown); RESPONDING PARAMEDICS (names currently unknown); INVESTIGATORS (names currently

00229

        unknown); DECEDENT'S VEHICLE'S PASSENGER (name currently unknown) and CIVILIAN WITNESSES (names currently unknown)

CLAIMS AGAINST: STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL OFFICERS (names currently unknown); COUNTY OF SAN BERNARDINO; INVOLVED COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT DEPUTIES (names currently unknown)

STATEMENT OF FACTS:

  February 17, 2021, at approximately 1:42 a.m., California Highway Patrol officers and County of San Bernardino sheriff's deputies encountered Mr. Puga on a street in Hesperia, California. In a populated, residential area, officers and deputies fired approximately 31 shots at Mr. Puga, thereby using excessive force against him. The shots struck three innocent bystanders and fatally wounded Mr. Puga.

  At the time of the shooting and other undiscovered uses of force, Mr. Puga did not pose an immediate threat of death or serious bodily injury to any person. After the shooting, the involved officers and deputies failed to timely summon medical attention for or provide medical aid to Mr. Puga, thereby further contributing to his injuries and death. As a result of the shooting and other uses of force, Mr. Puga endured severe pain and suffering, and lost his life and earning capacity. At all relevant times, the involved officers and deputies were acting under color of state law and in the course and scope of their employment with the State of California and County of San Bernardino, respectively.

CONTENTIONS OF THE CLAIMANTS:

1. Battery;
2. Negligence;
3. Failure to summon medical assistance;
4. Wrongful death;
5. Survival action;
6. Violation of the Bane Act (Civil Code § 52.1);
7. Violations of the state constitution; and
8. Vicarious liability

00230

AMOUNT OF CLAIM:

In excess of $10 million. Jurisdiction is designated as "unlimited." The United States District Court for the Central District of California and the Superior Court of the State of California for the County of San Bernardino would have jurisdiction over an action filed with respect to this claim.

CLAIMANTS' ADDRESS:

    c/o Law Offices of Dale K. Galipo
    21800 Burbank Boulevard, Suite 310
    Woodland Hills, California 91367

CLAIMANTS' TELEPHONE NUMBER:

    c/o Law Offices of Dale K. Galipo
    (818) 347-3333

ADDRESSES TO WHICH ALL NOTICES ARE TO BE SENT:

    Law Offices of Dale K. Galipo
    21800 Burbank Boulevard, Suite 310
    Woodland Hills, California 91367

DATED:   11/19/21

Dale K. Galipo
*Attorneys for Claimants*

00231

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On November 19, 2021, I served the foregoing document described as:
**CLAIM FOR DAMAGES ON BEHALF OF ANTONIA SALA UBALDO (NATURAL MOTHER OF DECEDENT); I.H. (MINOR SON OF DECEDENT); A.L. (MINOR DAUGHTER OF DECEDENT); S.S.C. (MINOR DAUGHTER OF DECEDENT); L.C. (MINOR DAUGHTER OF DECEDENT); ESTATE OF HECTOR JAVIER PUGA AND ALL WRONGFUL DEATH HEIRS,** on all interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

RISK MANAGEMENT DIVISION
COUNTY OF SAN BERNARDINO
STATE OF CALIFORNIA
222 W. HOSPLTALITY LANE, 3RD FLOOR
SAN BERNARDINO, CA 92415-0016

METHOD OF SERVICE

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 19, 2021, at Woodland Hills, California.

*[signature]*

Stacy Berger

00232