# EXHIBIT Z

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: 5:22-cv-00949-KK-(SHKx)

L.C., a minor by and through her
guardian ad litem Maria Cadena,
individually and as
successor-in-interest to Hector
Puga; I.H., a minor by and through
his guardian ad litem Jasmine
Hernandez, individually and as
successor-in-interest to Hector
Puga; A.L., a minor by and through
her guardian ad litem Lydia Lopez,
individually and as
successor-in-interest to Hector
Puga; and ANTONIA SALAS UBALDO,
individually,

        Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE; MICHAEL
BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS; and
DOES 6-10, inclusive,

        Defendants.

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MARIA CADENA

Wednesday, December 11, 2024, 1:04 p.m.

Taken remotely via Zoom

REPORTED BY:  Mary P. Randle, CSR No. 10312

1

```
 1   APPEARANCES:
 2   (Appearances via videoconference)
 3
 4   For Plaintiffs:
 5        LAW OFFICES OF DALE K. GALIPO
          HANG D. LE, ESQ.
 6        21800 Burbank Boulevard
          Suite 310
 7        Woodland Hills, California 91367
          818-347-3333
 8        hlee@galipolaw.com
 9
10   For Defendants County of San Bernardino, Robert Vaccari,
     and Jake Adams:
11
          LYNBERG & WATKINS, APC
12        SHANNON L. GUSTAFSON, ESQ.
          1100 West Town & Country Road
13        Suite 1450
          Orange, California 92868
14        714-937-1010
          sgustafson@lynberg.com
15
16
     For Defendants State of California by and through
17   California Highway Patrol and Michael Blackwood:
18        OFFICE OF THE ATTORNEY GENERAL
          TORT & CONDEMNATION SECTION
19        DIANA ESQUIVEL, ESQ.
          1300 I Street
20        Suite 125
          Sacramento, California 95814-2951
21        916-210-7320
          diana.esquivel@doj.ca.gov
22
23
     Also Present:
24
          Vionela Vaughn-Austin, Videographer
25
```

2

```
 1                    INDEX TO EXAMINATION
 2
 3   EXAMINATION                                          PAGE
 4
 5   By Ms. Gustafson                                        6
 6   By Ms. Esquivel                                        36
 7   By Ms. Gustafson                                       43
```

|   |             |                                          |      |
|---|-------------|------------------------------------------|------|
| 1 |             | INDEX TO EXHIBITS                        |      |
| 3 | MARKED      | DESCRIPTION                              | PAGE |
| 5 | Exhibit 36  | Layla Ibarra's birth certificate         | 34   |
| 6 | Exhibit 37  | Photos, Bates stamped Plaintiff's 229    | 36   |

4

```
 1                TAKEN REMOTELY VIA ZOOM
 2              WEDNESDAY, DECEMBER 11, 2024
 3                      1:04 P.M.
 4
 5          THE VIDEOGRAPHER:  Good afternoon.  This is the
 6   video deposition of Maria Cadena, taken remotely on
 7   December 11, 2024, in the matter of L.C. versus State of
 8   California, Case Number 5:22-cv-004 -- pardon me --
 9   52 -- 5:22-cv-00949-KK-(SHKx).  This case is being heard
10   in the United States District Court of Central District
11   of California.  The deposition is on the behalf of the
12   Defendant.
13          My name is Vionela Vaughn-Austin, and I'm the
14   legal videographer contracted through Dean Jones Legal
15   Videos, Inc., of Los Angeles and Santa Ana, California.
16   Now, because we're not in person, I, as the
17   videographer, may have to interrupt the proceedings if
18   the deponent drifts out of the frame or should any
19   connectivity issues occur with the Zoom.
20          This deposition is commencing at 1:04 p.m.
21   Would all present please identify yourselves, starting
22   with the court reporter, then the deponent, and then
23   counsel.
24          THE COURT REPORTER:  Mary Randle on behalf of
25   Jilio-Ryan Court Reporters.
```

5

```
 1              MS. GUSTAFSON:  Can you state your name?
 2              THE WITNESS:  Oh, me?
 3              THE VIDEOGRAPHER:  Maria, would you please
 4    state your name.
 5              THE WITNESS:  Sure.  Maria Cadena.
 6              MS. GUSTAFSON:  Shannon Gustafson on behalf of
 7    the County Defendants.
 8              MS. ESQUIVEL:  Diana Esquivel on behalf of the
 9    State Defendants.
10              MS. LE:  Hang Le on behalf of the Deponent and
11    the Plaintiffs in L.C. versus State of California.
12              THE VIDEOGRAPHER:  Thank you.  Now, would the
13    court reporter please administer the oath.
14
15                        MARIA CADENA,
16      having been first duly sworn, was examined and
17                      testified as follows:
18
19                          EXAMINATION
20    BY MS. GUSTAFSON:
21        Q    Can you please state your name for the record.
22        A    Maria Cadena.
23        Q    Have you ever used any name other than
24    Maria Cadena?
25        A    No.
```

6

```
 1     A    No.
 2     Q    To your knowledge, were you ever at Milliken
 3  High School at the same time as Hector Puga?
 4     A    No.
 5     Q    How are you currently employed, if at all?
 6     A    Long Beach Transit.
 7     Q    And what do you do for Long Beach Transit?
 8     A    I'm a bus driver.
 9     Q    And how long have you been a bus driver for
10  Long Beach Transit?
11     A    20 years.
12     Q    Have you ever been married?
13     A    Yes.
14     Q    Are you currently married?
15     A    Yes.
16     Q    And how long have you been married?
17     A    Since 2001.
18     Q    And what is your husband's name?
19     A    Marcelino Ibarra.
20     Q    Have you ever been married to anyone other than
21  Marcelino Ibarra?
22     A    No.
23     Q    How many children do you have?
24     A    Four.
25     Q    And what are their names and ages?
```

11

1   A   Saida Ibarra.
2   Q   I'm sorry, what was the first name?
3   A   Saida.
4   Q   Saida.  And how old is she?
5   A   She's 24.
6   Q   And the names of your other children?
7   A   Denise Ibarra, 21.  Nicholas Ibarra, 16.  And
8   Layla Ibarra, 11.
9   Q   Has Layla ever gone by the name of Isabella?
10  A   No.  That was, like, a nickname that we had for
11  her.
12  Q   Were you ever in a relationship with
13  Hector Puga?
14  A   Yes.
15  Q   And when were you in a relationship with
16  Mr. Puga?
17  A   We started our relationship around a year
18  before I got pregnant, which was around 2012.
19  Q   What is Layla's date of birth?
20  A   Layla, 4/29/13.
21  Q   And how long were you with Hector Puga?
22  A   About a year.
23  Q   Were you still with him when Layla was born?
24  A   No.
25  Q   How long before Layla was born was it that you

12

1    and Hector ended your relationship?
2         A    The beginning.  I was about a month pregnant.
3         Q    And what was the reason your relationship with
4    Mr. Puga ended?
5         A    We just didn't get along anymore.
6         Q    Any other reason?
7         A    No.  He -- well, besides that, because he was
8    going out too much.
9         Q    When you say, "going out too much," how often
10   did he go out?
11        A    All day, every day.
12        Q    And did he drink when he went out?
13        A    Yes.
14        Q    And was -- did you -- from your observations of
15   Mr. Puga when you were in a relationship with him, was
16   he a heavy drinker?
17        A    Yes.
18        Q    Was he often drunk?
19        A    Yes.
20        Q    What was his demeanor like when he was drunk?
21        A    He was just, like, always sad.  I would say
22   always sad.
23        Q    Did he ever get angry?
24        A    At himself.
25        Q    What about at you?

13

```
 1    was with him before.
 2        Q    Other than the information you got from Jenny,
 3    do you know anything else about what happened between
 4    Hector and the L.A. Sheriff's Department?
 5        A    No.
 6        Q    And Jenny told you that Hector had been shot,
 7    correct?
 8        A    Yes.
 9        Q    Did she also tell you that Hector shot at the
10    police?
11        A    No.
12        Q    Did you ever see Hector with any guns when you
13    were with him?
14        A    No.
15        Q    Do you know if he owned any guns?
16        A    No.
17        Q    And it's my understanding that you were not
18    with Hector when Layla was born?
19        A    No.
20        Q    Did Hector Puga go to the hospital to see you
21    when Layla was born?
22        A    No.
23        Q    Did you tell him when you went to the hospital
24    to give birth to Layla?
25        A    No.
```

25

```
 1      Q    Why not?
 2      A    Because he wasn't in my life anymore.
 3      Q    Is it fair to say that you did not want him
 4  there?
 5      A    Yes.  I didn't want him there.
 6      Q    When was the first time that Mr. Puga saw Layla
 7  after she was born?
 8      A    From my side, like, I never let him see her.  I
 9  would let the mother see her, and I'm pretty sure she
10  will let him see her.
11      Q    When you say, "the mother," you're referring to
12  Antonia?
13      A    Yes.
14      Q    And how often would you let Antonia see Layla?
15      A    Oh, my God, I don't recall, but I -- the whole
16  time she's seen her, now that she's 11, they've probably
17  seen her about, I would say, seven times maybe.
18      Q    Do you know how old Layla was the last time
19  that Antonia saw her?
20      A    The last time that she saw her, Layla was
21  about -- maybe like eight maybe.  Right after, like, the
22  funeral.
23      Q    So it's been a couple years since Antonia has
24  seen Layla?
25      A    Yes.
```

1    Q    And what about before Hector died?  When was
2    the last time that you let Antonia see Layla before
3    Hector's death?
4    A    I don't recall, but I would say Layla was
5    probably about four.  Maybe four years old.
6    Q    So, to the best of your recollection, the last
7    time that Layla saw Antonia before Hector's death, she
8    was about four years old?
9    A    Yes.
10   Q    And it's your recollection that -- or to the
11   best of your recollection, you've allowed Antonia to see
12   Layla about seven times?
13   A    Yes.
14   Q    What was the reason you did not let Hector see
15   Layla?
16   A    It's just that we didn't get along and I just
17   didn't want her to be around her [sic].
18   Q    Did you think Hector would be a bad influence
19   on Layla?
20   A    No.
21   Q    Were you concerned about his drinking if he was
22   around Layla?
23   A    Yes.
24   Q    Were you concerned that -- about his conduct
25   related to getting into the shooting with L.A. Sheriff's

```
 1  Department?
 2      A    No.
 3      Q    Do you know how -- so -- strike that.
 4           If I understood you correctly, you've never let
 5  Hector see Layla, but you believe that he may have seen
 6  her a few times when Layla was with his mom?
 7      A    Yes.
 8      Q    Do you know whether Hector actually saw Layla
 9  any of those times that Antonia had her?
10      A    No.
11      Q    Did Hector ever contact you about seeing Layla?
12      A    He called me about, I would say, like, three
13  times.  She did speak to him on the phone.  But other
14  than that, that was it.
15      Q    When you said, "she," you're referring to
16  Layla?
17      A    Yes.
18      Q    Do you know how old she was the last time she
19  spoke to Hector on the phone?
20      A    Layla was about five.
21      Q    And how often would Layla talk to Hector on the
22  phone?
23      A    Not often.  He only spoke to her about three
24  times.
25      Q    To the best of your knowledge, is it fair to
```

28

```
 1      Q    Setting aside the incident where you learned
 2  from Jenny that Hector was shot by the L.A. Sheriff's
 3  Department and the night that he died, are you aware of
 4  any other times that Hector has been involved in
 5  altercations with law enforcement?
 6      A    No.
 7      Q    I'm going to show you some exhibits.  I'm going
 8  to mark the first exhibit as Exhibit 36.  Let me get
 9  that pulled up for you.
10           And I've put up on the screen, which I'm going
11  to mark as Exhibit 36, what I believe to be Layla's
12  birth certificate.  Is that correct?
13      A    Yes.
14           (Exhibit 36 marked)
15  BY MS. GUSTAFSON:
16      Q    And it looks like the father listed on the
17  birth certificate is Marcelino Ibarra; is that correct?
18      A    Yes.
19      Q    Is there a reason that you put Mr. Ibarra on
20  the birth certificate and not Mr. Puga?
21      A    Yes.
22      Q    Explain that to me.
23      A    His birth -- the name on the certificate's on
24  there because Hector never wanted to take
25  responsibility.  And when I had Layla, Hector was aware
```

34

```
 1   that Marcelino was going to sign the birth certificate.
 2       Q    And were you married to Mr. Ibarra at this
 3   time?
 4       A    Yes.
 5       Q    Were you married to Mr. Ibarra during your
 6   relationship with Hector?
 7       A    Yes.
 8       Q    Were the two of you separated at that time?
 9       A    Yes.
10       Q    Were you back with Mr. Ibarra when Layla was
11   born?
12       A    Yes, because I left my home.
13       Q    What do you mean you left your home?
14       A    I didn't want Hector looking for me at my
15   apartment, so I went back home to Mr. Marcelino.
16       Q    And what is the reason you did not want Hector
17   looking for you?
18       A    Because Hector drank too much.  Hector was
19   always talking, like, verbally aggressive, and I didn't
20   want that around my daughter.
21       Q    When you say, "verbally aggressive," was he
22   verbally abusive towards you?
23       A    With words, yes.
24       Q    I have another exhibit that I'm going to mark
25   as Exhibit 37.  Exhibit 37 was previously produced as
```

35

```
 1  list your husband as the father even though Hector was
 2  the father?
 3      A    Yes.
 4      Q    And Mr. Ibarra was okay with that?
 5      A    Yes.
 6      Q    Since Layla was born, has your husband held
 7  your daughter out to your family and friends as his
 8  daughter?
 9      A    Yes.
10      Q    Has he ever denied that he's -- he's Layla's
11  father?
12      A    No.
13      Q    And you mentioned that Hector never wanted to
14  take responsibility for Layla.  What exactly did you
15  mean by that?
16      A    When we first -- when I found out that I was
17  pregnant and I had told him that I was pregnant, he
18  said, "If she doesn't come out with curly hair, it's not
19  mine."  I said, "Well, you know what, this point and on,
20  she's not yours."  So once I got -- he found out that I
21  had the baby, he was, like, so desperately wanting to
22  see her.  The first person to see her was the mom, when
23  Layla was two months old.
24      Q    Did Hector ever approach you about correcting
25  Layla's birth certificate so that he could be listed as
```

37

```
 1   the father?
 2        A    No.
 3        Q    Did he ever voluntarily see or did he ever
 4   approach you and -- and tell you that he would
 5   voluntarily support Layla since it was his child?
 6        A    He did, but I didn't believe it because he
 7   didn't have a job.
 8        Q    And what did he tell you when he approached you
 9   about providing support for Layla?
10        A    That he would buy whatever she needed, and
11   whatever I needed, let him know.  But I know that wasn't
12   true.
13        Q    Did he ever drop off any supplies or gifts for
14   Layla in the entire time after she was born until the
15   time he passed away?
16        A    No.  She never got anything from him.
17        Q    Did you ever try to pursue, like, a child
18   support order against Hector?
19        A    No.
20        Q    Is there any particular reason why you chose
21   not to do that?
22        A    I just didn't want nothing from him.
23        Q    In the times -- you mentioned that about maybe
24   seven times total you've allowed Layla to visit with
25   Antonia, Hector's mom?
```

```
 1   STATE OF CALIFORNIA        )
                                )
 2   COUNTY OF SAN DIEGO        )

 3

 4        I, Mary P. Randle, Certified Shorthand

 5   Reporter in and for the State of California,

 6   Certificate No. 10312, do hereby certify:

 7        That prior to being examined, the witness named

 8   in the foregoing deposition was by me first duly sworn

 9   to testify to the truth, the whole truth, and nothing

10   but the truth;

11        That said deposition was taken remotely before

12   me at the time and place therein set forth and was taken

13   down by me in shorthand and thereafter transcribed into

14   typewriting under my direction and supervision;

15        I further certify that I am neither counsel for,

16   nor related to, any party to said action, nor in any way

17   interested in the outcome thereof.

18        In witness whereof, I have hereunto subscribed my
     name.
19

20   Dated: December 22, 2024

21

22

23
     _Mary Randle, CSR#10312_
24   MARY P. RANDLE
     CSR No. 10312
25
```

47