# EXHIBIT BB

00472

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.C., a minor by and through  )
her guardian ad litem Maria   )
Cadena, individually and as   )
successor-in-interest to      )
Hector Puga, et al.,          )
                              ) Case No.
         Plaintiffs,          ) 5:22-cv-00949-KK-(SHKx)
                              )
    vs.                       )
                              )
STATE OF CALIFORNIA, et al.,  )
                              )
         Defendants.          )
_____)
                              )
ABBREVIATED CAPTION.          )
_____)


VIDEOTAPED DEPOSITION OF TAMMY GOODSON

TUESDAY, NOVEMBER 26, 2024

TAKEN REMOTELY VIA ZOOM


Reported by:

SUSAN H. CAIOPOULOS
CSR No. 8122

1

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4
   L.C., a minor by and through her    )
 5 guardian ad litem Maria Cadena,     )
   individually and as successor-in-   )
 6 interest to Hector Puga; I.H., a    )
   minor by and through his guardian   )
 7 ad litem Jasmine Hernandez,         ) Case No.
   individually and as successor-in-   ) 5:22-cv-00949-KK-(SHKx)
 8 interest to Hector Puga; A.L., a    )
   minor by and through her guardian   )
 9 ad litem Lydia Lopez, individually  )
   and as successor-in-interest to     )
10 Hector Puga; and ANTONIA SALSA      )
   UBALDO, individually,               )
11                                     )
              Plaintiffs,              )
12                                     )
       vs.                             )
13                                     )
   STATE OF CALIFORNIA; COUNTY OF      )
14 SAN BERNARDINO; S.S.C., a nominal   )
   defendant; ISAIAH KEE; MICHAEL      )
15 BLACKWOOD; BERNARDO RUBALCAVA;      )
   ROBERT VACCARI; JAKE ADAMS; and     )
16 DOES 6-10, inclusive,               )
                                       )
17            Defendants.              )
   _____)
18
19
20         VIDEOTAPED DEPOSITION OF TAMMY GOODSON, taken
21 remotely via Zoom, on behalf of Defendants County of
22 San Bernardino, Robert Vaccari, and Jake Adams,
23 beginning at 2:17 p.m. and ending at 4:00 p.m. on
24 Tuesday, November 26, 2024, before SUSAN H. CAIOPOULOS,
25 Certified Shorthand Reporter No. 8122.
```

2

```
 1   APPEARANCES:

 2

 3   For Plaintiffs L.C., I.H., A.L.,
     and Antonia Salas Ubaldo:
 4
         LAW OFFICES OF DALE K. GALIPO
 5       BY:  HANG D. LE, ESQ.
         21800 Burbank Boulevard, Suite 310
 6       Woodland Hills, California 91367
         (818) 347-3333
 7       hlee@galipolaw.com

 8   For Defendants County of San Bernardino,
     Robert Vaccari, and Jake Adams:
 9
         LYNBERG & WATKINS
10       BY:  AMY R. MARGOLIES, ESQ.
         1100 West Town & Country Road, Suite 1450
11       Orange, California 92868
         (714) 937-1010
12       amargolies@lynberg.com

13
     For Defendants State of California by and through
14   California Highway Patrol, and Michael Blackwood,
     Isaiah Kee, and Bernardo Rubalcava:
15
         DEPUTY ATTORNEY GENERAL
16       TORTE & CONDEMNATION SECTION
         BY:  DIANA ESQUIVEL, ESQ.
17       1300 I Street, Suite 125
         Sacramento, California 95814
18       (916) 210-7320
         diana.esquivel@doj.ca.gov
19

20   Also Present:

21       ELIZABETH PRADO, Videographer

22       JESSICA GOODSON

23       RAYMOND GOODSON

24

25
```

```
 1                      I N D E X
 2   WITNESS                                    EXAMINATION
 3   TAMMY GOODSON
 4               BY MS. MARGOLIES                6, 66
 5               BY MS. ESQUIVEL                    40
 6               BY MS. LE                          50
 7
 8
 9
10
11          EXHIBITS MARKED FOR IDENTIFICATION
12   NUMBER            DESCRIPTION                PAGE
13   Exhibit 24   Amended Notice of Taking Deposition    7
                  of Tammy Goodson, with attachments;
14                8 pages
15   Exhibit 25   Audio recording; (COSB001413)         23
16   Exhibit 26   Audio recording; (COSB001414)         37
17   Exhibit 27   Photo; (COSB003771)                   67
18
19
20          EXHIBITS ATTACHED FOR REFERENCE
21   NUMBER            DESCRIPTION                PAGE
22   Exhibit 15   Scene overview photos; (COSB000105)   28
23   Exhibit 17   Scene photos (COSB003233);            56
24
25
```

4

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | TUESDAY, NOVEMBER 26, 2024                                      |
|       | 2  | 2:17 P.M. - 4:00 P.M.                                           |
|       | 3  |                                                                 |
|       | 4  | THE VIDEOGRAPHER:  We are now on the record.                    |
| 02:17 | 5  | Today's date is November 26th, 2024, and the time is            |
|       | 6  | 2:17 p.m. Pacific time.                                         |
|       | 7  | This is the video deposition of Tammy Goodson                   |
|       | 8  | in the matter of L.C., et al., versus State of                  |
|       | 9  | California, et al., filed in the United States District         |
| 02:18 | 10 | Court, Central District of California, Case Number              |
|       | 11 | 5:22-cv-00949-KK-(SHKx).                                        |
|       | 12 | This deposition is taking place via web                         |
|       | 13 | videoconference with all participants attending                 |
|       | 14 | remotely.                                                       |
| 02:18 | 15 | My name is Elizabeth Prado.  I'm the                            |
|       | 16 | videographer representing Jilio-Ryan Court Reporters.           |
|       | 17 | Would counsel on the conference please identify                 |
|       | 18 | yourselves and state whom you represent, beginning with         |
|       | 19 | the questioning attorney.                                       |
| 02:18 | 20 | MS. MARGOLIES:  Amy Margolies from Lynberg &                    |
|       | 21 | Watkins on behalf of the County of San Bernardino and           |
|       | 22 | Deputies Jake Adams and Robert Vaccari.                         |
|       | 23 | MS. ESQUIVEL:  Good afternoon.  Diana Esquivel                  |
|       | 24 | on behalf of the State of California, by and through the        |
| 02:18 | 25 | California Highway Patrol, and Officers Blackwood, Kee,         |

5

```
      1    and Rubalcava.
      2            MS. LE:  Good afternoon.  Hang Le on behalf of
      3    the plaintiff in L.C., et al., versus State of
      4    California, et al.; and the plaintiffs in Botten,
02:19 5    et al., versus State of California, et al.
      6            THE VIDEOGRAPHER:  Thank you.
      7            The court reporter today is Susan Caiopoulos
      8    representing Jilio-Ryan Court Reporters.  The reporter
      9    will now swear in the witness.
      10
      11                     TAMMY GOODSON,
      12           having been administered an oath, was
      13           examined and testified as follows:
      14
02:19 15                       EXAMINATION
      16   BY MS. MARGOLIES:
      17      Q    Ms. Goodson could you please state and then
      18   spell your first and last name for us.
      19      A    Tammy Goodson, T-a-m-m-y G-o-o-d-s-o-n.
02:19 20     Q    Ms. Goodson, you're here today because you were
      21   served a subpoena to appear.  Does that sound right?
      22      A    Yes.
      23      Q    I'm going to show you that subpoena on your
      24   screen right now.  You let me know when you can see it.
02:20 25     A    I can see it.
```

6

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | A   Yes.                                                       |
|       | 2  | Q   And is it your recollection --                             |
|       | 3  | A   Yes, I did.  Mm-hmm, yes.                                  |
|       | 4  | Q   And then when he finally did, he was opening               |
| 02:55 | 5  | the door and closing the door.  You could see he threw         |
|       | 6  | his shit out, and you kept wondering is he going to get        |
|       | 7  | out, is he going to get out, and then he finally got           |
|       | 8  | out.  Is that right?                                           |
|       | 9  | A   That is correct.                                           |
| 02:55 | 10 | Q   Do you know about how long that interaction was            |
|       | 11 | happening, how long law enforcement was trying to get          |
|       | 12 | him out of the car for?                                        |
|       | 13 | A   I think like 30 minutes.  And then when he                 |
|       | 14 | finally did get out, he took something out of his              |
| 02:55 | 15 | waistband, it looked like a gun, and I think that's when       |
|       | 16 | he shot at the cops.  And then that's when that whole          |
|       | 17 | fire thing went on.                                            |
|       | 18 | Q   Okay.  So just to back up, so for approximately            |
|       | 19 | 30 minutes is what you recall law enforcement was trying       |
| 02:56 | 20 | to get the suspect, Mr. Puga, out of the vehicle?              |
|       | 21 | A   Yes, I would say, at least.                                |
|       | 22 | Q   And after about 30 minutes, the suspect finally            |
|       | 23 | gets out of the vehicle?                                       |
|       | 24 | A   Yes.  And then he takes something out of his               |
| 02:56 | 25 | waistband, a gun apparently, shot at the cops, and then        |

26

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing transcript is an
10   accurate transcription thereof.
11              I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney of any of the parties.
14              IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16
17   Dated: 12/04/2024
18
19
20              _____
21              SUSAN H. CAIOPOULOS
                CSR No. 8122
```

71