# EXHIBIT CC

00481

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.C., a minor by and through )
her guardian ad litem Maria )
Cadena, individually and as )
successor-in-interest to )
Hector Puga; I.H., a minor by)
and through his guardian ad )
litem Jasmine Hernandez, )
individually and as )
successor-in-interest to ) CASE NO. 5:22-cv-00949-KK
Hector Puga; A.L., a minor by)      (SHKx)
and through her guardian ad )
litem Lydia Lopez, )
individually and as )
successor-in-interest to )
Hector Puga; and ANTONIA )
SALAS UBALDO, individually, )
)
          Plaintiffs, )
) ORAL AND VIDEOTAPED
     vs. )    DEPOSITION OF
)    EDWARD MANGERINO
STATE OF CALIFORNIA; COUNTY ) VIA WEB VIDEOCONFERENCE
OF SAN BERNARDINO; S.S.C., a ) MONDAY, NOVEMBER 25, 2024
nominal defendant; ISAIAH )
KEE; MICHAEL BLACKWOOD; )
BERNARDO RUBALCAVA; ROBERT )
VACCARI; JAKE ADAMS; and )
DOES 6-10, inclusive, )
)
          Defendants. )
_____)


Oral and videotaped deposition taken remotely on behalf
of Defendants, commencing at 2:01 p.m. on Monday,
November 25, 2024 before Erika "Rik" Rutledge, Certified
Shorthand Reporter No. 13774 for the State of
California.

1

```
 1   APPEARANCES OF COUNSEL:

 2

     FOR PLAINTIFFS:
 3
         LAW OFFICES OF DALE K. GALIPO
 4       BY:  HANG D. LE
              ATTORNEY AT LAW
 5       21800 Burbank Boulevard
         Suite 310
 6       Woodland Hills, California 91367
         818.347.3333
 7       hlee@galipolaw.com

 8

 9   FOR DEFENDANTS State of California by and through the
     CHP, and Officers Michael Blackwood, Isaiah Kee, and
10   Bernardo Rubalcava:

11       STATE OF CALIFORNIA
         TORT & CONDEMNATION SECTION
12       OFFICE OF ATTORNEY GENERAL
         BY:  DIANA ESQUIVEL
13            DEPUTY ATTORNEY GENERAL
         1300 "I" Street
14       Sacramento, California 95814
         916.210.7320
15       diana.esquivel@doj.ca.gov

16

17   FOR DEFENDANTS County of San Bernardino, Robert Vaccari,
     and Jake Adams:
18
         LYNBERG & WATKINS
19       BY:  AMY R. MARGOLIES
              ATTORNEY AT LAW
20       1100 West Town & Country Road
         Suite 1450
21       Orange, California 92868
         714.937-1010
22       amargolies@lynberg.com

23

24   LEGAL VIDEOGRAPHER:

25       Armando Perez
```

2

00483

```
1                            INDEX

2    DEPONENT              EXAMINATION              PAGE

3    Edward Mangerino      Ms. Margolies           5, 67

4                          Ms. Esquivel           49, 62

5                          Ms. Le                     56

6

                              EXHIBITS
7
     Exhibit               Description              Page
8
     EXHIBIT 19      Notice of Deposition and Subpoena    6
9
     EXHIBIT 20      Interview Audio (Bates:  COSB 1383) 18
10
     EXHIBIT 21      Photograph - Incident Scene      23
11                   (Bates:  COSB 3377)

12   EXHIBIT 22      Video - Incident Scene           41
                     (Bates:  COSB 1417)
13
     EXHIBIT 23      Video - Incident Scene           59
14                   (Bates:  COSB 1459)

15

16          PREVIOUSLY MARKED AND ATTACHED HEREIN

17   EXHIBIT 13      Interview Audio (Bates:  COSB 1415)

18   EXHIBIT 17      Photograph - Incident Scene
                     (Bates:  COSB 3233)
19

20                     QUESTIONS NOT ANSWERED

21                          (None)

22

23                     INFORMATION REQUESTED

24                          (None)

25
```

3

00484

|   |   |
|---|---|
| 1 | REMOTE VIA WEB VIDEOCONFERENCE |
| 2 | MONDAY, NOVEMBER 25, 2024 2:01 P.M. |
| 3 | oo00oo |
| 4 | |
| 14:01:52 5 | THE VIDEOGRAPHER:  We're now on the record. |
| 6 | Today's date is November 25th, 2024, and the time is |
| 7 | 2:01 p.m. Pacific.  This is the video deposition of |
| 8 | Edward Mangerino in the matter of L.C., et al. versus |
| 9 | State of California, et al.  Filed in the United States |
| 14:02:21 10 | District Court, Central District of California.  Case |
| 11 | No. 522CV00949-KK(SHKx). |
| 12 | This deposition is taking place via web |
| 13 | videoconference, with all participants attending |
| 14 | remotely.  My name is Armando Perez; I'm the |
| 14:02:57 15 | videographer representing Jilio-Ryan Court Reporters. |
| 16 | Would counsel on the conference please identify |
| 17 | yourselves and state whom you represent, beginning with |
| 18 | the questioning attorney. |
| 19 | MS. MARGOLIES:  Good afternoon.  Amy Margolies |
| 14:03:09 20 | from Lynberg & Watkins on behalf of the County of San |
| 21 | Bernardino and Deputies Adam and Vaccari. |
| 22 | MS. ESQUIVEL:  Good afternoon.  Diana Esquivel |
| 23 | representing the State of California by and through the |
| 24 | California Highway Patrol, and Officers Blackwood, Kee, |
| 14:03:29 25 | and Rubalcava. |

00485

1          MS. LE:  Good afternoon.  Hang Le representing

2     the plaintiffs in L.C., et al versus the State of

3     California, et al., and the plaintiffs in Botten, et al.

4     versus the State of California, et al.

14:03:44  5          THE VIDEOGRAPHER:  Our court reporter today is

6     Rik Rutledge representing Jilio-Ryan Court Reporters.

7     The court reporter will now swear in the witness.

8          THE REPORTER:  Raise your right hand, please.

9          You do solemnly swear that the testimony you

14:04:06 10   are about to give in this deposition shall be the truth,

11    the whole truth, and nothing but the truth, so help you

12    God?

13         THE WITNESS:  Yes.

14         THE REPORTER:  Thank you.

14:04:10 15                   EXAMINATION

16    BY MS. MARGOLIES:

17    Q    Good afternoon, Mr. Mangerino.  Thank you so

18    much for being with us on a holiday week.  I know that

19    is not convenient, but we sincerely appreciate you

14:04:19 20   responding and appearing today.

21    A    Thank you.

22    Q    Would you state and spell your first and last

23    name for the record.

24    A    Edward, E-d-w-a-r-d, Mangerino,

14:04:32 25   M-a-n-g-e-r-i-n-o.

5

00486

```
     1        A   No, he did not.  He made no attempt to do so.

     2        Q   Go ahead and pick up what you recall from

     3   there.   Then he runs to the front of his vehicle, and

     4   what happens next?

14:49:31  5        A   They're now telling him to come back, I'm

     6   assuming.  I can't remember exactly what they said.  But

     7   I just know from my feelings is that I just realized

     8   this thing could take a whole different course.  It now

     9   got very serious.

14:49:52 10            And I can't really recollect what the police

    11   were saying.  But if you want to go on, at some point

    12   while he was standing there.  But his arm was raised

    13   up -- and I could not see a gun, so we'll be clear on

    14   that, I couldn't see a gun.

14:50:08 15            But his arm was up, he had his hand around

    16   something, and smoke came from the front of his hand,

    17   which gave me the impression that he had a gun.

    18            Then that's when my camera died, my phone died,

    19   and everything else I think Erin has on her phone after

14:50:25 20   that.  This is something I forgot to tell you, and it's

    21   going to be important.

    22            Erin was in the bedroom filming.  I was filming

    23   from the south door along the garage facing south on

    24   Catalpa in that picture.  I was at the south door, and I

14:50:43 25   had a clearer view than what Erin had at that time
```

                                                                    35

00487

1  period.  But she gets everything else after that period.

2       When I finally get back to the bedroom, the

3  gentleman has just fallen to the ground.

4       Q   I'm going to show you again Exhibit 21, COSB

14:51:28  5  3377.  I'm not sure if we can see it.  I think we can.

6  But if you could let me know from looking at this

7  photograph if you could show us where you were standing

8  when you saw the suspect with his arm out, his hand

9  wrapped around something, and then a puff of the smoke

14:51:51  10  expel from that hand.  You said you did not see a gun?

11       A   No, I didn't.  But the impression of his

12  movements and things like that, yes, that gave me the

13  impression he had a gun.

14       Q   The item then that his hand was wrapped around,

14:52:22  15  your impression was based on his movement and that smoke

16  came from it?

17       A   Yes.  Yes, it was.

18       Q   I'm going to show you Exhibit 21 again

19  (indicating).  Can you see that?

14:52:39  20       A   If you see the three cars in my front yard,

21  you'll see the door just between two of the cars; that's

22  where I was standing there.  So from that angle, the car

23  was almost kitty-corner from that angle.  But I can't

24  show you where he was standing.

14:53:01  25       If you had the other picture, would that be

36

00488

```
 1    STATE OF CALIFORNIA        )
                                 )     ss.
 2    COUNTY OF ORANGE           )

 3

 4

 5              I, Erika "Rik" Rutledge, Certified

 6    Shorthand Reporter, Certificate No. 13774, for the State

 7    of California, hereby certify:

 8              I am the deposition officer that

 9    stenographically recorded the testimony in the foregoing

10    deposition;

11              Prior to being examined, the deponent was

12    by me first duly sworn;

13              The foregoing transcript is a true and

14    accurate record of the testimony given.

15

16    Dated:  December 16, 2024

17

18

19    _____

20              Erika "Rik" Rutledge

21

22

23

24

25
```

00489