# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**[PROPOSED] JUDGMENT GRANTING COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>*[Filed Concurrently Defendants' Motion for Summary Judgment; Defendants' Separate Statement of Undisputed Material Facts; Declarations; Exhibits]*<br><br>Date:       March 20, 025<br>Time:       9:30 a.m.<br>Dept.:       3<br><br>Trial Date:   June 2, 2025<br><br>Complaint filed: 06/07/2022<br>FAC filed:  10/18/22<br>SAC filed:  01/13/23<br>TAC filed: 05/12/23 |

1

**[PROPOSED] JUDGMENT**

# [PROPOSED] JUDGMENT

The arguments having been presented and fully considered, and in accordance with the Court's Order granting Defendants County of San Bernardino, Robert Vaccari, and Jake Adams' Motion for Summary Judgment as to the operative Complaint in 5:22-cv-00949-KK-(SHKx) it is now **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in this action as follows:

1. Plaintiffs L.C. a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H. a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and a successor-in-interest to Hector Puga; A.L. a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and Antonia Salas Ubaldo, individually shall recover nothing from Defendants County of San Bernardino, Jake Adams, and Robert Vaccari as to Plaintiffs' Third Amended Complaint.

2. Plaintiffs' operative complaint in 5:22-cv-00949-KK (SHKx) (Dkt. 68) is dismissed in its entirety as to the County of San Bernardino, Robert Vaccari, and Jake Adams.

3 Defendants County of San Bernardino, Robert Vaccari, and Jake Adams shall have judged in their favor on Plaintiffs' First Amended Complaint in 5:22-cv-00949-KK-(SHKx).

///
///
///
///
///
///
///
///

4   Defendants County of San Bernardino, Robert Vaccari, and Jake Adams shall recover their costs as the prevailing party from Plaintiffs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

**IT IS SO ORDERED**.

DATED:

**HON. KENLY KIYA KATO**
United States District Court Judge