SHANNON L. GUSTAFSON (SBN 228856)
AMY R. MARGOLIES (SBN 283471)
ANITA K. CLARKE (SBN 321015)
LYNBERG & WATKINS 1100 Town & Country Road, #1450 Orange, California 92868

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.C. a minor by and through her guardian ad litem, Maria Cadena, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:22-cv-00949-KK-SHK<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

The USB drive contains video recordings in support of Defendant County of San Bernardino, Robert Vaccari, and Jake Adams' Motion for Summary Judgment and/or Adjudication:
- Ex. I - Video Compilation
- Ex. J - COSB001416 Mangerino Video
- Ex. K - [811] Blackwood MVARS_Fragment01 and [814C] Blackwood MVARS_Fragment04
- Ex. L - [815] Kee MVARS p1 and [816C] Kee MVARS p2

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 20, 2025
Date

Anita K. Clarke
Attorney Name

County of San Bernardino, et al.
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)      NOTICE OF MANUAL FILING OR LODGING