Rob Bonta
Attorney General of California
Norman D. Morrison
Supervising Deputy Attorney General
Diana Esquivel
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol, Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **L.C., et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                Defendants. | No. 5:22-cv-00949 KK (SHKx)<br><br>**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3 (3rd Floor)<br>Judge: Hon. Kenly Kiya Kato<br>Trial Date: June 2, 2025<br>Action Filed: June 7, 2022 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 20, 2025, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled court, before the Honorable Kenly Kiya Kato, Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava will move, under Federal Rule of Civil Procedure 56 and Local Rule 56-1, for summary judgment on the grounds that:

1　　　　(1) Defendants Blackwood, Kee, and Rubalcava used objectively reasonable and necessary force under the totality of the circumstances to overcome decedent Hector Puga's resistance, the immediate threat of seriously bodily injury or death Puga posed to the Defendants and other officers on scene, and to stop a fleeing felon such that Plaintiffs' claims for excessive force under the Fourth Amendment, battery and negligence under California Law, and violation of the California Bane Act fail.

　　　　(2) No evidence shows that Defendants Blackwood, Kee, and Rubalcava acted with a purpose to harm Puga unrelated to a legitimate law enforcement objective such that Plaintiffs' claim for violations of their substantive due process rights under the Fourteenth Amendment fail. .

　　　　(3) Defendants Blackwood, Kee and Rubalcava are entitled to qualified immunity.

　　　　(4) Defendant Rubalcava did not cause Puga's death, therefore Plaintiffs' wrongful death claim is barred against him.

　　　　(5) Defendants Blackwood, Kee, and Rubalcava's pre-shooting tactics were reasonable and met the standard of care, such that Plaintiffs' negligence claim against them fails.

　　　　(6) Defendants Blackwood, Kee, and Rubalcava are immune from Plaintiffs' state-law claims because Defendants acted in self-defense or in defense of others.

　　　　(7) Because there is no liability for Blackwood, Kee, or Rubalcava's conduct, Plaintiffs' state-law claims for vicariously liability against the State of California also fail.

　　　　The motion is based on this Notice, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, the Declaration of Diana Esquivel, the pleadings, records, and files in this action, and such other matters as may properly come before the Court.

**Informal resolution efforts**. As required under the Court's Standing Order in Civil Actions and Local Rule 7-16, the parties met and conferred prior to the filing of this motion. The undersigned verbally outlined the factual and legal basis for the motion during the parties' February 17, 2025 telephonic conference. Plaintiffs agreed to dismiss the First and Third Claims for Relief in the Third Amended Complaint and to not pursue any claim based on Defendants' alleged denial of medical care to Puga. (ECF No. 101.) The parties were unable to reach agreement on any of the remaining claims.

Dated:  February 20, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of Cal., by and through the Cal. Highway Patrol, Blackwood, Kee, and Rubalcava*

LA2022603031
38804634.docx