IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.C., et al.,** | No. 5:22-cv-00949 KK-SHKx |
| Plaintiffs, | **[Proposed] ORDER GRANTING STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | **JUDGMENT IN A CIVIL ACTION** |
| Defendants. | |

    The Court, having considered the motion for summary judgment filed by Defendants State of California, by and through the California Highway Patrol (CHP), Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava (collectively State Defendants), and all the papers and argument in support and in opposition thereof, and all the pleadings and other evidence, FINDS as follows:

    CHP Officers Blackwood, Kee, and Rubalcava are entitled to summary judgment on Plaintiffs' 42 U.S.C. § 1983 claim for excessive force under the Fourth Amendment and for battery and negligence under California law, because the undisputed facts demonstrate that their use of lethal force against decedent Hector Puga was reasonable under the totality of the circumstances. Because Plaintiffs'

claim under the Bane Act is premised on Defendants' violation of Plaintiffs' rights under the Fourth Amendment for excessive force, the Bane Act also fails.

CHP Officers Blackwood, Kee, and Rubalcava are entitled to summary judgment on Plaintiffs' 42 U.S.C. § 1983 claim under the Fourteenth Amendment for deprivation of the familial relationship because Plaintiffs have no evidence to show or raise a genuine issue of material fact that Defendants acted with a purpose to harm Puga unrelated to a legitimate law enforcement objective.

CHP Officer Rubalcava is entitled to summary judgment on Plaintiffs' wrongful death claim because the undisputed evidence shows that the ammunition Rubalcava used did not cause Puga's death.

CHP Officers Blackwood, Kee, and Rubalcava are entitled to qualified immunity because a reasonable officer in their position would have believed his use of lethal force was lawful based on the circumstances Defendants encountered with Puga.

CHP Officers Blackwood, Kee, and Rubalcava are immune from Plaintiffs' state-law claims under Penal Code sections 820.2 and 835a(c)(1)(A).

Defendant State of California is entitled to judgment in its favor as to Plaintiffs' state-law claims because its employees, CHP Officers Blackwood, Kee, and Rubalcava, are not liable or are immune. Cal. Gov. Code § 815.2

Accordingly, the Court ORDERS and ADJUDGES as follows:

1. The State Defendants' motion for summary judgment as to Plaintiffs' Third Amended Complaint is GRANTED.

2. The Clerk shall enter judgment in favor of Defendants State of California, Blackwood, Kee, and Rubalcava on all of Plaintiffs' remaining claims in this action.

3. Plaintiffs shall recover nothing from the State Defendants.

IT IS SO ORDERED.

Dated: _____    _____
                                                                  Hon. Kenly Kiya Kato
                                                                  United State District Court Judge

LA2022603031
38804822.docx