|   |   |
|---|---|
| 1 | ROB BONTA |
|   | Attorney General of California |
| 2 | NORMAN D. MORRISON |
|   | Supervising Deputy Attorney General |
| 3 | DIANA ESQUIVEL |
|   | Deputy Attorney General |
| 4 | State Bar No. 202954 |
|   |  1300 I Street, Suite 125 |
| 5 |  P.O. Box 944255 |
|   |  Sacramento, CA 94244-2550 |
| 6 |  Telephone:  (916) 210-7320 |
|   |  Facsimile:  (916) 322-8288 |
| 7 |  E-mail:  Diana.Esquivel@doj.ca.gov |
|   | *Attorneys for Defendants State of California, by and* |
| 8 | *through the California Highway Patrol, Blackwood,* |
|   | *Kee, and Rubalcava* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **L.C., et al.,** | No. 5:22-cv-00949 KK (SHKx) |
| Plaintiffs, | **STATE DEFENDANTS' NOTICE OF MANUAL LODGING OF VIDEO/AUDIO EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | Date: March 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3 (3rd Floor)<br>Judge: Hon. Kenly Kiya Kato<br>Trial Date: June 2, 2025<br>Action Filed: June 7, 2022 |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2 and 11-5.1, Defendants State of California, by and through the California Highway Patrol, Blackwood, Kee, and Rubalcava (State Defendants) are manually lodging the video or audio files listed below, with the Court, via submission of a USB flash drive because the items are exempt from, and

are not conducive to, electronic filing. These items are being submitted as exhibits in support of the State Defendants' Motion for Summary Judgment.

1. Exhibit B: Mobile Video Audio Recording System (MVARS), Part 1, from the patrol unit Defendant Kee drove on February 17, 2021.

2. Exhibit C: MVARS, Part 2, from the patrol unit Defendant Kee drove on February 17, 2021.

3. Exhibit D: MVARS, Part 1, from the patrol unit Defendant Blackwood drove on February 17, 2021.

4. Exhibit E: MVARS, Part 2, from the patrol unit Defendant Blackwood drove on February 17, 2021.

5. Exhibit F: MVARS, Part 3, from the patrol unit Defendant Blackwood drove on February 17, 2021.

6. Exhibit G: MVARS, Part 4, from the patrol unit Defendant Blackwood drove on February 17, 2021.

7. Exhibit H: Cellphone footage that Edward Mangerino recorded on February 17, 2021, bates stamped COSB001459.

8. Exhibit I: Cellphone footage that Erin Mangerino recorded on February 17, 2021, bates stamped COSB001416.

9. Exhibit J: Cellphone footage that Betzbeth Gonzalez recorded on February 17, 2021, bates stamped PLAINTIFF 0241.

10. Exhibit K: Cellphone footage that Plaintiff Jonathan W. Botten Sr. recorded on February 17, 2021, bates stamped COSB001469.

11. Exhibit L: Audio recorded interview of Plaintiff Annabelle Botten, conducted on February 17, 2021, bates stamped COSB001379.

12. Exhibit M: Audio recorded interview of Plaintiff Jonathan W. Botten, Sr., conducted on February 17, 2021, bates stamped COSB001391.

| | | |
|---|---|---|
| 1 | Dated: February 20, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | NORMAN D. MORRISON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Diana Esquivel* |
| 6 | | DIANA ESQUIVEL<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants State of Cal., by and through the Cal. Highway Patrol, Blackwood, Kee, and Rubalcava* |

LA2022603031
38804774.docx