1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7320
    Facsimile: (916) 322-8288
7   E-mail: Diana.Esquivel@doj.ca.gov
   *Attorneys for Defendants State of California, by and*
8  *through the California Highway Patrol, Blackwood,*
   *Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **L.C., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 5:22-cv-00949 KK (SHKx)<br><br>**STATE DEFENDANTS'** ***CORRECTED*** **NOTICE OF MANUAL LODGING OF VIDEO/AUDIO EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3 (3rd Floor)<br>Judge: Hon. Kenly Kiya Kato<br>Trial Date: June 2, 2025<br>Action Filed: June 7, 2022 |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2 and 11-5.1, Defendants State of California, by and through the California Highway Patrol, Blackwood, Kee, and Rubalcava (State Defendants) are manually lodging the video or audio files listed below, with the Court, via submission of a USB flash drive because the items are exempt from, and

are not conducive to, electronic filing. These items are being submitted as exhibits in support of the State Defendants' Motion for Summary Judgment.

    1. Exhibit B:  Mobile Video Audio Recording System (MVARS), Part 1, from the patrol unit Defendant Kee drove on February 17, 2021.

    2. Exhibit C:  MVARS, Part 2, from the patrol unit Defendant Kee drove on February 17, 2021.

    3. Exhibit D:  MVARS, Part 1, from the patrol unit Defendant Blackwood drove on February 17, 2021.

    4. Exhibit E:  MVARS, Part 2, from the patrol unit Defendant Blackwood drove on February 17, 2021.

    5. Exhibit F:  MVARS, Part 3, from the patrol unit Defendant Blackwood drove on February 17, 2021.

    6. Exhibit G:  MVARS, Part 4, from the patrol unit Defendant Blackwood drove on February 17, 2021.

    7. Exhibit H:  Cellphone footage that Edward Mangerino recorded on February 17, 2021, bates stamped COSB001459.

    8. Exhibit I:  Cellphone footage that Erin Mangerino recorded on February 17, 2021, bates stamped COSB001416.

    9. Exhibit J:  Cellphone footage that Betzbeth Gonzalez recorded on February 17, 2021, bates stamped PLAINTIFF 0241.

/ / /
/ / /
/ / /
/ / /
/ / /

10. Exhibit K: Audio recorded interview of Plaintiff Annabelle Botten, conducted on February 17, 2021, bates stamped COSB001379.

Dated: February 20, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of Cal., by and through the Cal. Highway Patrol, Blackwood, Kee, and Rubalcava*

LA2022603031
38804774.docx