# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>                    Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>                    Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO ALLOW PLAINTIFFS TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, CURRENTLY DUE FEBRUARY 27, 2025, THAT EXCEEDS THE WORD COUNT LIMIT PURSUANT TO LOCAL RULE 11-6.1** |

1  The Court, having considered the parties' stipulation and good cause having
2  been shown, hereby ORDERS that, pursuant to Local Rule 11-6.1, Plaintiffs L.C., a
3  minor by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and
4  through his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her
5  guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo may file a Consolidated
6  Opposition to County Defendants' Motion for Summary Judgment and State
7  Defendants' Motion for Summary Judgment, with a word count that does not exceed
8  **12,000** words, including headings, footnotes, and quotations but excluding the
9  caption, the table of contents, the table of authorities, the signature block, the
10 certification required by L.R. 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED**.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE