# Exhibit 7

```
                UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
L.C. a minor by and through  )
her guardian ad litem Maria  )
Cadena, individually and as  )
successor-in-interest to     )
Hector Puga; I.H., a minor by)
and through his guardian ad  )
litem Jasmine Hernandez,     )
individually and as          )
successor-in-interest to     ) CASE NO. 5:22-cv-00949-KK
Hector Puga; A.L., a minor by)         (SHKx)
and through her guardian ad  )
litem Lydia Lopez,           )
individually and as          )
successor-in-interest to     )
Hector Puga; and ANTONIA     )
SALAS UBALDO, individually,  )
                             )
          Plaintiffs,        )
                             )  ORAL AND VIDEOTAPED
     vs.                     )     DEPOSITION OF
                             )     ERIN MANGERINO
STATE OF CALIFORNIA; COUNTY  ) VIA WEB VIDEOCONFERENCE
OF SAN BERNARDINO; S.S.C., a ) MONDAY, NOVEMBER 25, 2024
nominal defendant; ISAIAH    )
KEE; MICHAEL BLACKWOOD;      )
BERNARDO RUBALCAVA; ROBERT   )
VACCARI; JAKE ADAMS; and     )
DOES 6-10, inclusive,        )
                             )
          Defendants.        )
_____)
```

Oral and videotaped deposition taken remotely on behalf of Defendants, commencing at 10:02 a.m. on Monday, November 25, 2024 before Erika "Rik" Rutledge, Certified Shorthand Reporter No. 13774 for the State of California.

1

```
                  1   it was a police helicopter?
                  2        A    Because there was a voice coming out of the
                  3   loudspeaker, I figured it was.
                  4        Q    I believe you also said you saw multiple police
        10:32:06  5   cars behind a white car.  How did you know they were
                  6   police cars?
                  7        A    The flashing red and blue lights.
                  8        Q    Do you recall if all the vehicles that you saw
                  9   that were police vehicles were all the same type of
        10:32:22 10   police vehicles?
                 11        A    They weren't.  But I couldn't tell you which
                 12   were which.
                 13        Q    Do you remember how many police vehicles you
                 14   saw?
        10:32:40 15        A    Maybe five or six.
                 16        Q    Okay.  So after you hear the police helicopter
                 17   and see the white vehicle and the police cars behind it,
                 18   what do you hear next?
                 19        A    There was an officer -- I'm not sure who or
        10:33:02 20   from what vehicle -- was speaking through the
                 21   loudspeaker in their car to whoever was in that white
                 22   vehicle.
                 23        Q    So this is a different sound than the
                 24   helicopter?  This is a sound that you hear from a
        10:33:23 25   loudspeaker from one of the police vehicles on the
```

21

1  **street?**
2     A   Yes.
3     Q   Do you recall anything that that police vehicle
4  was -- anything that was coming from the police vehicle,
5  what the words were?
6     A   I remember we learned the guys' name because
7  they were addressing him by name and they were telling
8  them to get out of the vehicle.  And I know at one point
9  he had gone -- whoever was in the car had gotten hit by
10 a pepper bullet or something; he was complaining about
11 his eye.
12         I remember them telling him he could get
13 medical treatment, but I think that's all I really
14 remember them saying.
15    **Q   What time was this?**
16    A   I think about 3:00 in the morning.
17    **Q   When you first heard the helicopter?**
18    A   Yeah.
19    **Q   Okay.  You just said something about addressing**
20 **him by name or that you learned of his name.**
21        **Do you recall what name you heard?**
22    A   Hector.
23    **Q   Do you know approximately how long the officers**
24 **were asking Hector to get out of the vehicle?**
25    A   About an hour.

22

```
 1      Q   Do you recall if Hector was talking back to
 2   them?
 3      A   He was talking.  I don't really know if it was
 4   a conversation or if he was just yelling things; I'm not
 5   sure.
 6      Q   Do you recall if what you heard Hector was
 7   saying was in English?
 8      A   Yes.
 9          MS. MARGOLIES:  Sorry, give me one second.  I
10   apologize.  I have a sick four-year-old that just walked
11   into the room.  I apologize everyone.  Thank you.
12   BY MS. MARGOLIES:
13      Q   I'm sorry, Ms. Mangerino.  I think my last
14   question was whether Hector was speaking English, and I
15   don't think I heard your response.
16      A   He was.
17      Q   Do you recall any of the things that were being
18   said, either by the police -- let's start with by the
19   police.  Do you remember any of the things said?
20      A   For him to exit the vehicle.  Again, that they
21   would get him medical attention for his eye.  Those are
22   the only things I specifically remember.
23      Q   Do you recall anything specific that Hector
24   said?
25      A   His eye a lot.  He mentioned that they had hit
```

Timestamps: 10:38:22 (line 5), 10:38:54 (line 10), 10:39:23 (line 15), 10:39:42 (line 20), 10:40:02 (line 25)

25

|  |  |
|---|---|
| 1 | <mark>him in the eye; his eye was hurt.</mark> |
| 2 | Q  Do you recall at what point during the hour |
| 3 | that he was in his vehicle, at what point it was that he |
| 4 | started to complain about his eye? |
| 10:40:29  5 | A  I can't remember. |
| 6 | Q  Do you recall if it was toward the beginning, |
| 7 | the middle or the end, or you aren't sure? |
| 8 | A  Probably the middle. |
| 9 | Q  What's the next thing that you recall happening |
| 10:40:45 10 | then?  We have the helicopter that wakes you up, you go |
| 11 | to your parents' room, you see the police vehicles, you |
| 12 | see the white car, there are some pepper balls as well |
| 13 | as a passenger who exits the vehicle, Hector was |
| 14 | complaining about his eye. |
| 10:41:05 15 | What's the next thing you recall? |
| 16 | A  I remember him throwing stuff -- near the end |
| 17 | he was throwing stuff out of the vehicle, like the |
| 18 | sweater and maybe a bottle or something.  And I know my |
| 19 | dad had been down at the lower part of the house where |
| 10:41:27 20 | the cars are. |
| 21 | There's a door there, so I know that he was |
| 22 | filming from there.  And when Hector had gotten out, he |
| 23 | said his phone was dying so he asked me to record. |
| 24 | So he had gotten out of his car.  He was by the |
| 10:41:51 25 | driver's side when they were yelling instructions to him |

|  |  |
|---|---|
|  | 1  passenger door at any point? |
|  | 2     A   I can't. |
|  | 3     Q   When Hector opened his door and he got out of |
|  | 4  the vehicle and he ran to the front of the vehicle, |
| 10:55:46 | 5  what's the next thing you recall happening? |
|  | 6     A   I remember then police officers giving him |
|  | 7  instructions.  I remember, I think, two officers coming |
|  | 8  up from the passenger side.  That is when he started |
|  | 9  running and then the shooting started. |
| 10:56:17 | 10  And he -- I don't think he ran directly to our |
|  | 11  house.  He kind of did, like, a little curve before he |
|  | 12  started running more towards our front yard. |
|  | 13     Q   When you say the police were giving |
|  | 14  instructions, could you describe anything more.  When |
| 10:56:44 | 15  you say instructions, what type of instructions? |
|  | 16     A   I believe they were telling him to come back |
|  | 17  around, that they couldn't see him clearly from that |
|  | 18  side of the car.  And I can't remember if he was talking |
|  | 19  back to them.  I just -- it happened really quickly from |
| 10:57:08 | 20  that point on.  But that's what I specifically remember |
|  | 21  them saying. |
|  | 22     Q   I want to talk specifically at the moment where |
|  | 23  I think you described two officers were coming up from |
|  | 24  the passenger side of Hector's vehicle. |
| 10:57:39 | 25     A   Yes. |

34

```
            1   can't tell.
            2       Q   At any point could you see if he had anything
            3   in his waistband?  Could you even see his waistband?
            4   Let me start there.
10:59:32    5       A   His back was more towards us, so I couldn't
            6   really see.
            7       Q   At any point could you see if anything was in
            8   Hector's hands while he was at the front of his
            9   vehicle?
10:59:53   10       A   At that point, no.  I think my focus was still
           11   all over the place, so I didn't see anything.
           12       Q   I'm sorry, that was probably a bad question on
           13   my end.  Could you see if anything was in his hands?
           14       A   No.
11:00:32   15       Q   When you said that the shooting started, do you
           16   know who was shooting?
           17       A   The officers.
           18       Q   Do you know if it was the two officers that
           19   were coming up the passenger side or other officers?
11:00:57   20       A   I can't tell.
           21       Q   We talked a lot about the two officers who were
           22   coming up from the passenger side.  But earlier I think
           23   you said there were more than that.  Do you know where
           24   any of the other officers were at any point?
11:01:13   25       A   The majority were by the cars, the police cars
```

36

```
 1  or -- yeah.
 2      Q   So as far as you know, there were no police up
 3  towards your house, then, on the other side of Hector's
 4  white car?
 5      A   I don't know.  I think I saw some down Catalpa
 6  very far, but I don't recall down Peach seeing
 7  anything.
 8      Q   At any point did you see any officers make it
 9  any farther than the passenger side?  That's a bad
10  question.  Strike that.
11          To your recollection, it was the officers that
12  were shooting; is that right?
13      A   Yes.
14      Q   At any point did you see Mr. Puga shoot a
15  weapon?
16      A   I didn't.
17      Q   I believe you said that he started running
18  towards your house.  And I think you said it wasn't a
19  direct line, he curved a little.  I'm not sure if that's
20  the word you used.  Could you describe that for me.
21      A   Yeah.  So, like, more towards the house across
22  the street, but then it was just a small, like, little
23  curve before he started running directly towards our
24  front yard.
25      Q   When you say the house across the sheet, I'm
```

```
                1   minutes or so.
                2       Q   It's okay if you aren't sure.  Are you
                3   estimating?
                4       A   Estimating, yeah.
11:07:22        5       Q   Can you describe Hector for us.
                6       A   It was dark, and that light doesn't really help
                7   much.  I couldn't really see him very well, so I can't
                8   give you fine details about him.  I knew it was a man.
                9   He had that white vest on with pants, but that was about
11:07:48       10   as detailed as I can get.
               11       Q   Do you recall if he had any tattoos on him?
               12       A   I can't.
               13       Q   A minute ago you mentioned that it was dark.
               14   Could you describe for us the lighting that night in the
11:08:14       15   area that you were at?  No, scratch that.  Strike that.
               16   Bad question.
               17       Could you describe for us the lighting at the
               18   area the incident was occurring.
               19       A   We have one streetlight right there on the
11:08:31       20   corner of Peach and Catalpa towards -- it's on the side
               21   of the house that's across Catalpa from us.
               22       Q   I believe you also said that the police had
               23   their red and blue lights on.  Were they on throughout
               24   the incident?
11:08:51       25       A   Yes.
```

|  |  |  |
|---|---|---|
| 1 | Q | Do you recall any other lighting? |
| 2 | A | Only from the houses.  Like, we have a porch light, but it's not very bright. |
| 11:09:12  5 | Q | Do you recall if your porch light was on that night, that day? |
| 6 | A | It was. |
| 7 | Q | Any other lighting that you can recall? |
| 8 | A | No. |
| 11:09:49 10 | Q | Is there anything else about the incident that you feel is important for us to know? |
| 11 | A | No. |
| 12 | Q | From what you recall, do you believe that they gave Hector a chance to surrender? |
| 14 | A | Yes. |
| 11:10:19 15 | Q | Could you tell us why that is that you believe that. |
| 17 | A | There was about an hour and they were in communication with him the whole time.  That's why I think so. |
| 11:10:42 20 | Q | I know you said earlier that your memory to some of the details was better closer in time to the incident, so I'm just going to play Exhibit 13 again.  I'm sorry, Exhibit 14, COSB 9190.  And it's from the interview that you gave on March 11, 2021 at 29 minutes and 54 seconds. |

41

```
            1   you ever saw a spotlight coming from the helicopter
            2   above?
            3        A   I can't recall.  I would say no, I don't
            4   remember seeing one.
11:41:29    5        Q   Now that you've had an opportunity to talk
            6   about the incident for over an hour and a half, has that
            7   in any way refreshed your recollection as to what
            8   kind -- what was being said through the loudspeaker
            9   coming from the helicopter?
11:41:51   10        A   No.
           11        Q   Okay.  You testified earlier also that you
           12   recall seeing two officers approaching from the
           13   passenger side of the white car; is that correct?
           14        A   Yes.
11:42:11   15        Q   Okay.  Just based from your view, the angle
           16   that you had of all the patrol cars and all the
           17   individuals that were present, could you see whether
           18   there were any officers on your side of the street on
           19   Peach Street, if there were any officers standing on
11:42:38   20   your side of the street, even though it was below or, I
           21   guess, on the south side of Catalpa?
           22        A   I couldn't.
           23        Q   Other than the two officers that you mentioned
           24   that were on the passenger side of the white vehicle,
11:43:10   25   could you see any of the other officers that were by
```

53

|  |  |  |
|---|---|---|
|  | 1 | Q   At any time during the hour-plus that you were |
|  | 2 | watching the stand off, did you ever see a light from |
|  | 3 | your neighbors across the street where you eventually |
|  | 4 | heard someone yelling from that house? |
| 11:47:14 | 5 | A   I believe their porch light was on, but like |
|  | 6 | ours, it's not very bright. |
|  | 7 | Q   Do you have an actual recollection of their |
|  | 8 | porch light being on or you just think it was on because |
|  | 9 | that's maybe a customary thing that they do? |
| 11:47:32 | 10 | A   I believe it was on. |
|  | 11 | Q   Do you recall if any other lights were on? |
|  | 12 | A   No. |
|  | 13 | Q   Before February 17, 2021, had you ever spoken |
|  | 14 | to your neighbors across the street? |
| 11:47:56 | 15 | A   I haven't, no. |
|  | 16 | Q   At any time after the incident, other than the |
|  | 17 | brother that you mentioned came over twice to your home |
|  | 18 | after the incident, have you -- did -- have you spoken |
|  | 19 | to any of the family members other than that brother? |
| 11:48:16 | 20 | A   No. |
|  | 21 | Q   You mentioned that after the incident, you had |
|  | 22 | occasion of church members, acquaintances, and other |
|  | 23 | friends and family just generally inquire about the |
|  | 24 | shooting incident. |
| 11:48:43 | 25 | During any of those conversations that you had |

56

```
 1   taken and what you saw that day?
 2        A    No.
 3             MS. ESQUIVEL:  Okay.  I think that's all the
 4   questions I have.  Thank you.
 5             MS. LE:  I just have a few follow-up questions
 6   if that's okay.
 7                         EXAMINATION
 8   BY MS. LE:
 9        Q    I'm going to also jump around a little bit.  So
10   earlier you testified that you saw Hector running and
11   then you saw him fall to the ground.  Do you recall the
12   manner in which he fell to the ground -- was it on his
13   stomach or on his back?
14        A    His stomach.
15        Q    Okay.  And do you recall seeing where his arms
16   or hands were when he fell?
17        A    I don't recall that, no.
18        Q    Okay.  I'm going to play a portion of your
19   interview with the detectives.  Again, it's the Exhibit
20   14, COSB 9190.  If you can just bear with me a moment,
21   I'm going to try to share my computer audio, and let me
22   know if you can hear it.  I'm going to start it at 20
23   minutes even.  Let me know if you hear it.
24             (11:55 a.m. audio played for all parties.)
25   ///
```

Timestamps: 11:54:34 (line 5), 11:54:42 (line 10), 11:54:57 (line 15), 11:55:14 (line 20), 11:56:17 (line 25)

60

```
 1   BY MS. LE:
 2       Q   Okay.  I'm stopping at 20:34.  I'm going to
 3   stop sharing.  Did you hear that?
 4       A   Yes.
 5       Q   Does that refresh your recollection?
 6       A   No.
 7       Q   But did you hear that you said that his hands
 8   were next to him in that audio?
 9       A   Yes.
10       Q   Then just one more follow-up question.  So his
11   hands were next to him when he was on the ground, is
12   that correct, that's what you heard?
13       A   Yes.
14       Q   Okay.  Earlier you said that you had spoken to
15   some friends and family about the incident afterwards
16   and you said you spoke to some officers that were
17   interested.
18           When you said officers, was that your fiance's
19   brother and uncle in law enforcement?  Were those the
20   officers you had in mind?
21       A   No.  There was one who had just become an
22   officer; he worked in Barstow.  And because he was so
23   new he was interested to see.  But I sent the file to
24   him and it didn't work, our phones weren't compatible,
25   so he ended up not being able to watch it anyway.
```

61

```
 1  STATE OF CALIFORNIA     )
                            )    ss.
 2  COUNTY OF ORANGE        )

 3

 4

 5              I, Erika "Rik" Rutledge, Certified

 6  Shorthand Reporter, Certificate No. 13774, for the State

 7  of California, hereby certify:

 8              I am the deposition officer that

 9  stenographically recorded the testimony in the foregoing

10  deposition;

11              Prior to being examined, the deponent was

12  by me first duly sworn;

13              The foregoing transcript is a true and

14  accurate record of the testimony given.

15

16  Dated:  December 16, 2024

17

18
                    _____
19
                    Erika "Rik" Rutledge
20

21

22

23

24

25
```

67

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com