# Exhibit 10

(Erin Mangerino Video)