# Exhibit 11

(Blackwood MVARS Part 4)