# Exhibit 12

## (Kee MVARS Part 2)