# Exhibit 13

Betzabeth Gonzalez Cellphone Video (Plaintiff 0241)