# Exhibit 14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____
                                            )
JONATHAN WAYNE BOTTEN, SR.; TANJA           )
DUDEK-BOTTEN; ANNABELLE BOTTEN; AND         )
J.B., A MINOR BY AND THROUGH HIS            )
GUARDIAN JONATHAN WAYNE BOTTEN, SR.,        )
                                            )
                                            ) CASE NO.
                  Plaintiffs,               ) 5:23-CV-00257-KK-
                                            ) (KSHKX)
            vs.                             )
                                            )
STATE OF CALIFORNIA; COUNTY OF              )
SAN BERNARDINO; ISAIAH KEE; MICHAEL         )
BLACWOOD; BERNARDO RUBALCAVA; ROBERT        )
VACCARI; JAKE ADAMS; AND DOES 1-10,         )
INCLUSIVE,                                  )
                                            )
                  Defendants.               )
_____)

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

JONATHAN WAYNE BOTTEN, SR.

DECEMBER 16, 2024

REPORTED BY SANDRA NALLEY, CSR NO. 13607

1

```
12:27  1   don't know if I tripped.  I don't know what happened.  I
12:27  2   just know that I ended up on the ground, my right arm was
12:27  3   throbbing, and I heard my wife screaming.
12:27  4         Q.   So at the time that Mr. Puga's in front of the
12:27  5   car immediately before the shooting, I just want to make
12:28  6   sure I have you positioned correctly, you are inside of
12:28  7   your house with the security door shut and the front door
12:28  8   open?
12:28  9         A.   Correct.
12:28 10         Q.   I want to pull back up, I want to say it was
12:28 11   Exhibit 43, just to kind of get your placement.  So if
12:28 12   we're looking at Exhibit 43, where were you roughly in
12:28 13   relation to the security door, which I understand this
12:28 14   picture shows it open.  It would have been closed that
12:28 15   day.
12:28 16         A.   It would have been center mass of the door, of
12:28 17   the screen door.
12:28 18         Q.   How far back from the door, if you can recall?
12:28 19         A.   Six inches.
12:28 20         Q.   So you were pretty much right up against the
12:29 21   screen looking out?
12:29 22         A.   Correct.
12:29 23         Q.   Do you know where anybody else in your family
12:29 24   was at that moment before the shooting started?
12:29 25         A.   I believe I made a comment, and when I made
```

63

```
12:29  1   that comment, my wife had walked up behind me and my son
12:29  2   had walked up behind him -- behind her.
12:29  3       Q.   How far behind you was your wife, if you
12:29  4   remember?
12:29  5       A.   I could not tell you.
12:29  6       Q.   Was -- would she have been in view of this
12:29  7   photo that we're looking at on Exhibit 43?
12:29  8       A.   Yes.  If I was standing at the door slightly
12:29  9   turned at an angle, she would have walked up behind me
12:29 10   to -- at -- probably at the same angle to see the same
12:29 11   view that I was looking at.
12:29 12       Q.   And then what about your son?  Do you know
12:29 13   where he was at?  Would he have been in view of this
12:29 14   picture or farther back?
12:29 15       A.   I have no idea.
12:29 16       Q.   What about your daughter?  Do you know where
12:30 17   she was?
12:30 18       A.   Not at the moment of the shooting, but after
12:30 19   the shooting, she was on the kitchen floor.
12:30 20       Q.   And I believe you told me you fell back into
12:30 21   the house and you were on the ground temporarily?
12:30 22       A.   Yes.  Yes.
12:30 23       Q.   And you felt a throbbing to your right arm?
12:30 24       A.   Correct.
12:30 25       Q.   What is the next thing you recall?
```

```
12:36  1        Q.   And so now we've got your son leaves in an
12:36  2   ambulance, your wife leaves in an ambulance, you've been
12:37  3   told they're going to Loma Linda.  What's the next thing
12:37  4   that happens?
12:37  5        A.   One of the paramedics had asked me if I had
12:37  6   been shot, and I told them I didn't know.  I was wearing
12:37  7   a flannel jacket.  I took that flannel jacket off and
12:37  8   like I said, it looked like I dipped both my arms in the
12:37  9   deepest, darkest red paint you could ever imagine.
12:37 10        Q.   Your wife --
12:37 11        A.   And then they cut my shirt off --
12:37 12        Q.   Yeah, your wife --
12:37 13             (Reporter interjects.)
12:37 14             THE WITNESS:  It -- it appeared that -- as if I
12:37 15   had dipped my arms in the deepest, darkest red paint you
12:37 16   could imagine.  And then the ambulance -- the medic cut
12:37 17   my shirt off.
12:37 18   BY MS. GUSTAFSON:
12:37 19        Q.   So your wife and son are gone in the ambulance.
12:37 20   This is when you now realize -- you take your flannel off
12:37 21   and realize both your arms are bleeding?
12:37 22        A.   Yes.
12:37 23        Q.   And then the paramedics start treating you for
12:38 24   your injuries?
12:38 25        A.   Correct.
```

70

```
12:38  1        Q.    And did you also go in an ambulance?
12:38  2        A.    Yes, I did.
12:38  3        Q.    And where did you go?
12:38  4        A.    Desert Valley Medical Center.
12:38  5        Q.    And were you treated for your injuries at
12:38  6   Desert Valley Medical Center?
12:38  7        A.    Yes.
12:38  8        Q.    And how long were you at Desert Valley Medical
12:38  9   Center?
12:38 10        A.    Maybe four hours.
12:38 11        Q.    And what do you recall -- what treatment did
12:38 12   you receive for your injuries?
12:38 13        A.    They poured, like, a saline solution through my
12:38 14   arm and my hand and then bandaged it up and gave me some
12:38 15   ibuprofen and some type of pain medication.
12:38 16        Q.    Did you receive any stitches?
12:38 17        A.    No.
12:38 18        Q.    Did they bandage up your arms?
12:39 19        A.    Yes.
12:39 20        Q.    Did they remove any shrapnel or bullet
12:39 21   fragments?  Did they remove anything from your injuries
12:39 22   that you're aware of?
12:39 23        A.    No.  It's still in my arm.
12:39 24        Q.    And how do you know that something is still in
12:39 25   your arm?
```

```
12:39  1        A.   Because I can see it.
12:39  2        Q.   And which arm is it?
12:39  3        A.   My right arm.
12:39  4        Q.   Where in your right arm?
12:39  5        A.   Right bicep.
12:39  6        Q.   Are you able to -- well, I don't want --
12:39  7   can you -- you can see it through the skin still?
12:39  8        A.   Yeah.  Yes.
12:39  9        Q.   Yeah, if you don't mind showing us just so --
12:39 10   I'm trying to figure out --
12:39 11        A.   Where's the camera --
12:39 12        Q.   You went a little off camera.  Sorry.  There --
12:39 13        A.   Yeah, it would be right there.
12:39 14        Q.   Can you move a little bit farther over?  Okay.
12:39 15   There you go.
12:39 16        A.   Yeah, it's backwards on my side, so it's --
12:39 17        Q.   No worries.  So it's right where you're
12:39 18   pointing?
12:39 19        A.   Yeah, right there.
12:39 20        Q.   You can feel something in your arm there?
12:39 21        A.   Yeah.
12:39 22        Q.   Okay.  Thank you.
12:40 23        A.   Sorry.  The camera is backwards.
12:40 24        Q.   No worries.  Did any of the doctors at Desert
12:40 25   Valley tell you why they did not remove that piece from
```

72

```
12:41  1   that were attributed to you?
12:41  2       A.   Yes.
12:41  3       Q.   And so the last time that you went to a doctor
12:41  4   related to any injuries would have been some time in the
12:41  5   February, March 2021 period?
12:41  6       A.   Yes.
12:41  7       Q.   You -- we talked about your right arm with the
12:41  8   bullet still being in there.  I know you said there was
12:41  9   blood on your left arm.  What were the injuries to your
12:41 10   left arm?
12:41 11       A.   Metal fragments on my left arm and then one of
12:42 12   the bullets went through my left hand.
12:42 13       Q.   There were fragments in your left forearm and a
12:42 14   bullet went through your left hand?
12:42 15       A.   Correct.
12:42 16       Q.   And you were treated for those injuries at
12:42 17   Desert Valley?
12:42 18       A.   Yes.
12:42 19       Q.   And no stitches?
12:42 20       A.   No.
12:42 21       Q.   Did they do anything to close the wound?
12:42 22       A.   They just wrapped it.  I don't know if they put
12:42 23   any type of, like, glue, medical glue or anything like
12:42 24   that on it.  I was pretty -- I was feeling pretty good
12:42 25   when I got to the hospital you can say.
```

74

```
12:42  1        Q.   When you say feeling pretty good, do you mean
12:42  2   because they gave you pain meds?
12:42  3        A.   Yeah.  I don't even know what they gave me, but
12:42  4   yeah, they gave me -- I -- I requested that they didn't
12:42  5   give me any pain medication, but they said to trust them,
12:43  6   that I was going to need it, so I went against my better
12:43  7   judgment.
12:43  8        Q.   So best of your recollection, you received pain
12:43  9   meds in the ambulance on the way to the hospital?
12:43 10        A.   Yes.
12:43 11        Q.   And as you sit here today, you're not -- you're
12:43 12   not certain which pain meds they gave you?
12:43 13        A.   Correct.
12:43 14        Q.   So you have the injury to your right bicep,
12:43 15   left forearm, and left hand.  Any other injuries?
12:43 16        A.   Right leg.
12:43 17        Q.   What was the injury to your right leg?
12:43 18        A.   I was either hit with a piece of a bullet or an
12:43 19   actual bullet, but it went through my -- through my work
12:43 20   pants.
12:43 21        Q.   When did you discover this injury?
12:43 22        A.   After I got down to Loma Linda.
12:44 23        Q.   Were you treated at all at Desert Valley for
12:44 24   the right leg injury?
12:44 25        A.   No.
```

75

```
12:44  1        Q.   When you -- what was it that was happening at
12:44  2   Loma Linda when you realized there was an injury to your
12:44  3   right leg?
12:44  4        A.   My -- it was sore.  It was starting to, like,
12:44  5   give me a throbbing pain, and I had pulled up my pants
12:44  6   leg and that was when I noticed the hole in my leg with
12:44  7   all the blood going down to my sock.
12:44  8        Q.   Did you ask for any medical treatment at
12:44  9   Loma Linda while you were there?
12:44 10        A.   Yes, I did.
12:44 11        Q.   And did they provide you medical care?
12:44 12        A.   No, they did not.
12:44 13        Q.   Why not?
12:44 14        A.   They said that because I wasn't admitted --
12:44 15   admitted there, that they couldn't help me.
12:44 16        Q.   And at this point there was blood on your leg?
12:44 17        A.   Yes.
12:44 18        Q.   And you were told --
12:44 19        A.   It was -- yeah, it was dried blood.
12:45 20        Q.   So you weren't still actively bleeding at
12:45 21   Loma Linda?
12:45 22        A.   No.  No.
12:45 23        Q.   And you were told by Loma Linda that they were
12:45 24   not able to treat your injuries?
12:45 25        A.   Correct.
```

76

```
12:54  1       Q.   And why -- why did you not take that?
12:55  2       A.   From when I had previous prescriptions of
12:55  3  oxycodeine, it didn't work out well for me, so I didn't
12:55  4  take them.
12:55  5       Q.   When you say didn't work out for you, is it
12:55  6  some --
12:55  7       A.   Side effects, yeah.
12:55  8       Q.   And did you ever fill the prescription for
12:55  9  oxycodone or you just were given it by the doctor?
12:55 10       A.   I never even filled it.
12:55 11       Q.   And then the ibuprofen, do you recall how much
12:55 12  that cost?
12:55 13       A.   $97, I believe.
12:55 14       Q.   And that was total?
12:55 15       A.   Yes.
12:55 16       Q.   When was the next time you saw your wife after
12:55 17  she was taken away in the ambulance?
12:55 18       A.   Probably around between 11:00 and 12:00 same
12:55 19  day, down at Loma Linda.
12:55 20       Q.   Did you ever talk to any of the doctors about
12:56 21  your wife's injuries?
12:56 22       A.   No.  They -- they made comments, but I didn't,
12:56 23  like, sit down and have an in-depth conversation with
12:56 24  them.
12:56 25       Q.   What are the comments you recall?
```

85

```
12:56  1        A.   Was that she had metal fragments in her eye --
12:56  2   in her eyes and that they were working on pulling those
12:56  3   out with tweezers.  And that was when I told them, Well,
12:56  4   I can't be in here with that because it's going to make
12:56  5   my eyes start watering and I won't be able to see
12:56  6   anything.
12:56  7        Q.   Does your wife still tell you about any
12:56  8   injuries that she has to this day that she believes were
12:56  9   caused by the shooting?
12:56 10        A.   Yes.
12:56 11        Q.   What does she tell you about?
12:56 12        A.   She says that there's a scrap -- like a scrap
12:56 13   metal or something in her right shoulder and it hurts her
12:57 14   shoulder.
12:57 15        Q.   Have you seen or felt this scrap metal in her
12:57 16   right shoulder?
12:57 17        A.   Yes.
12:57 18        Q.   And other than her right shoulder hurting,
12:57 19   anything else that she still complains about?
12:57 20        A.   Sometimes her left hand I believe it is.
12:57 21        Q.   What does she tell you about her left hand?
12:57 22        A.   That it hurts from -- like, in her fingers.
12:57 23        Q.   Any other injuries that your wife still
12:57 24   complains about?
12:57 25        A.   Other than those two major ones, I mean, every
```

86

```
01:21  1        A.   Yes.
01:21  2        Q.   And did you speak with any of the doctors at
01:21  3   that time about your son's injuries?
01:21  4        A.   No.  I wasn't worried about speaking with
01:21  5   doctors.  I just wanted to see my son.
01:21  6        Q.   It's my understanding that your son had
01:22  7   surgery.  Do you know if you saw him before or after his
01:22  8   surgery?
01:22  9        A.   I saw him after the surgery.
01:22 10        Q.   How long did you spend with your son?
01:22 11        A.   Roughly an hour before they said he -- he was
01:22 12   in and out of consciousness, and so I made the decision
01:22 13   to let him rest and that I knew I was going to be there
01:22 14   the next morning.
01:22 15        Q.   During that hour that you were at Loma Linda
01:22 16   seeing your son, did you get any information about his
01:22 17   injuries from any source?
01:22 18        A.   No.
01:22 19        Q.   When did you first learn what your son's
01:22 20   injuries consisted of?
01:22 21        A.   The next morning.
01:22 22        Q.   And where did you get that information from?
01:22 23        A.   From one of the -- the doctors that came in to
01:22 24   check on him.
01:22 25        Q.   So you spoke with a doctor the next day after
```

96

```
01:23  1    the 18th when you went to see your son?
01:23  2         A.   Yes.
01:23  3         Q.   Do you remember the doctor's name?
01:23  4         A.   No.
01:23  5         Q.   Do you remember what the doctor told you?
01:23  6         A.   Yes.
01:23  7         Q.   What?
01:23  8         A.   That he had a collapsed lung on his left side,
01:23  9    a ruptured spleen, and that a lot of internal organs were
01:23 10    damaged due to the spreading of the bullet.  And that --
01:23 11    for his chest was that his -- I don't know the -- the
01:23 12    medical term, but it's the -- there's a sac that your
01:23 13    heart sits in, and that was ruptured.
01:23 14         Q.   So you mentioned the doctor saying something
01:23 15    about internal organs were damaged.  Other than the sac
01:23 16    surrounding the heart, the spleen, and the lung, can you
01:23 17    remember any organs that were referenced?
01:23 18         A.   No.  He didn't specify any -- any other type
01:24 19    of, like, major organs.
01:24 20         Q.   Did you tell -- did he tell you how long your
01:24 21    son would be in the hospital?
01:24 22         A.   Ten days.
01:24 23         Q.   And was that how long your son was in the
01:24 24    hospital?
01:24 25         A.   Yes.
```

```
01:39  1      A.   I was at work and when I pulled the scab off,
01:39  2   it came off with it and I just threw it out the window.
01:39  3      Q.   And has that portion of your leg completely
01:39  4   healed?
01:39  5      A.   Yes.
01:39  6      Q.   Okay.  Do you have any kind of indentation left
01:39  7   in there or is it a -- smooth, but scar remain --
01:39  8      A.   There's a scar.
01:39  9      Q.   Any other pieces of foreign material that you
01:40 10   removed from your body after you went to Desert Valley?
01:40 11      A.   No.
01:40 12      Q.   Have you ever seen your wife remove any foreign
01:40 13   objects from her body after she left the hospital?
01:40 14      A.   No.
01:40 15      Q.   Have you ever assisted her in removing any
01:40 16   foreign bodies from her body?
01:40 17      A.   At home or at a hospital?
01:40 18      Q.   Well, let's do both.  At the hospital -- while
01:40 19   she was still at the hospital, did you ever assist her in
01:40 20   trying to remove some foreign material that you believed
01:40 21   was embedded in her body as a result of the shooting?
01:40 22      A.   Yes.  There was a foreign object embedded in
01:40 23   her chest that we had removed roughly seven days after
01:41 24   the shooting.
01:41 25      Q.   Okay.  And was that the -- the piece of metal
```

109

```
01:41  1   that was stuck in her collarbone?
01:41  2       A.   Her chest plate.
01:41  3       Q.   And did you remove it?
01:41  4       A.   The doctors did.
01:41  5       Q.   Okay.  But you did not remove it?
01:41  6       A.   No, I did not remove it.
01:41  7       Q.   So other than the metal in her chest plate, did
01:41  8   she have any other metal objects removed from her body
01:41  9   after she left Loma Linda the day of the shooting?
01:41 10       A.   No, not that we did personally, but there was
01:41 11   some metal fragments also removed from her fingers at the
01:41 12   hospital when they removed the bullet from her chest
01:41 13   cavity.
01:41 14       Q.   And was that the seven days after?
01:41 15       A.   Yes.
01:41 16       Q.   Okay.  And "after," I mean -- I'm referring to
01:42 17   the date of the incident, correct?
01:42 18       A.   Correct.  Correct.
01:42 19       Q.   Okay.  Have you ever seen your son remove any
01:42 20   metal foreign objects from his body after he left the
01:42 21   hospital?
01:42 22       A.   No.
01:42 23       Q.   Did you ever assist your son remove -- to
01:42 24   remove any foreign metal object from his body after he
01:42 25   left the hospital?
```

```
02:09   1    doctor?
02:09   2         A.   No.
02:09   3         Q.   Did you ever ask your father for the name of
02:10   4    that doctor to find out what their diagnosis was of that
02:10   5    hole?
02:10   6         A.   No.
02:10   7              MS. ESQUIVEL:  Okay.  I have no further
02:10   8    questions.
02:10   9              MS. LE:  I just have a few.
02:10  10
02:10  11                         EXAMINATION
02:10  12    BY MS. LE:
02:10  13         Q.   Mr. Botten, you previously testified that when
02:10  14    you saw Mr. Puga in the front of his car, you saw him
02:10  15    make a motion to the left.  Do you recall that?
02:10  16         A.   Yes.
02:10  17         Q.   Okay.  When you saw him make that motion to the
02:10  18    left, did you see him grab anything?
02:10  19         A.   No.
02:10  20         Q.   When you saw him make that motion to the left,
02:10  21    did you see him shoot anything?
02:10  22         A.   No.
02:10  23         Q.   When you saw him make that motion to the left,
02:10  24    did you see him with a gun in either hand?
02:10  25         A.   No.
```

```
02:10  1              MS. LE:  Okay.  That's all the questions I
02:10  2    have.  Thank you.
02:10  3
02:10  4                     FURTHER EXAMINATION
02:10  5    BY MS. GUSTAFSON:
02:10  6         Q.   Just as a follow-up, when he was moving to the
02:10  7    left, his waistband was still up towards the front of the
02:11  8    vehicle?
02:11  9         A.   Kind of.  It was kind of -- you know, he kind
02:11 10    of shifted.  It was, like, a shift.  So he kind of
02:11 11    shifted like this, and then that was when the gunfire
02:11 12    started.
02:11 13         Q.   So from your -- where you were standing at the
02:11 14    front door looking through the security door, you could
02:11 15    not see the front of Mr. Puga?
02:11 16         A.   Correct.
02:11 17              MS. GUSTAFSON:  I don't have anything else.
02:11 18    Does -- Diana?  Hang?
02:11 19              MS. LE:  No.
02:11 20              MS. ESQUIVEL:  I have no further questions.
02:11 21    Thank you.
02:11 22              MS. GUSTAFSON:  Okay.  We can go off the
02:11 23    record.
02:11 24              THE REPORTER:  Just before we go off,
02:11 25    Ms. Esquivel, would you like to order a certified copy?
```

```
 1   I, SANDRA NALLEY, Certified Shorthand Reporter for the
 2   State of California, do hereby certify:
 3
 4   That the witness in the foregoing deposition was by me
 5   first duly sworn to testify to the truth, the whole truth
 6   and nothing but the truth in the foregoing cause; that
 7   the deposition was taken by me in machine shorthand and
 8   later transcribed into typewriting, under my direction,
 9   and that the foregoing contains a true record of the
10   testimony of the witness.
11
12   Dated:    This 30th day of December, 2024, at Temecula,
13   California.
```

_____
SANDRA NALLEY
CSR NO. 13607

133