# Exhibit 21

```
                UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
                Case No.: 5:22-cv-00949-KK-(SHKx)


L.C., a minor by and through her
guardian ad litem Maria Cadena,
individually and as
successor-in-interest to Hector
Puga; I.H., a minor by and through
his guardian ad litem Jasmine
Hernandez, individually and as
successor-in-interest to Hector
Puga; A.L., a minor by and through
her guardian ad litem Lydia Lopez,
individually and as
successor-in-interest to Hector
Puga; and ANTONIA SALAS UBALDO,
individually,

              Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE; MICHAEL
BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS; and
DOES 6-10, inclusive,

              Defendants.
_____



   VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MARIA CADENA
          Wednesday, December 11, 2024, 1:04 p.m.
               Taken remotely via Zoom



REPORTED BY:  Mary P. Randle, CSR No. 10312
```

1

```
 1    A    Saida Ibarra.
 2    Q    I'm sorry, what was the first name?
 3    A    Saida.
 4    Q    Saida.  And how old is she?
 5    A    She's 24.
 6    Q    And the names of your other children?
 7    A    Denise Ibarra, 21.  Nicholas Ibarra, 16.  And
 8  Layla Ibarra, 11.
 9    Q    Has Layla ever gone by the name of Isabella?
10    A    No.  That was, like, a nickname that we had for
11  her.
12    Q    Were you ever in a relationship with
13  Hector Puga?
14    A    Yes.
15    Q    And when were you in a relationship with
16  Mr. Puga?
17    A    We started our relationship around a year
18  before I got pregnant, which was around 2012.
19    Q    What is Layla's date of birth?
20    A    Layla, 4/29/13.
21    Q    And how long were you with Hector Puga?
22    A    About a year.
23    Q    Were you still with him when Layla was born?
24    A    No.
25    Q    How long before Layla was born was it that you
```

12

```
 1      A     Me, and Layla, and my son, Nicholas.
 2      Q     Where did you live prior to the current
 3   residence?
 4      A     I used to stay with a friend in Downey.
 5      Q     In Downey?
 6      A    Yes.
 7      Q     And what was the friend's name?
 8      A     Maribel Aguirre.
 9      Q     And how long did you stay with Maribel Aguilar
10   (as spoken)?
11      A     Oh, I don't recall.  Maybe about ten years.
12   Close to ten years.
13      Q     Before that, is that when you were living in
14   Long Beach in the place where you lived with Hector?
15      A     Yes.
16      Q     When was the last time that you saw
17   Hector Puga?
18      A     The last time I saw Hector was the Friday
19   before his incident.
20      Q     The Friday before he died?
21      A     Yes.
22      Q     What was the reason that you saw Hector the
23   Friday before he died?
24      A     I was getting off work, and I guess he was
25   following the bus that I was driving just to stop and
```

15

```
 1   say hi.  I was just getting off work.
 2       Q    Did you have any conversations with him when
 3   he -- you saw him that Friday?
 4       A    No.  The only thing that he said, how was I
 5   doing, how was my daughter doing, and I said, fine, and
 6   I just walked away.
 7       Q    Were you upset with him that he was following
 8   your bus?
 9       A    No.
10       Q    Was that something that he regularly did?
11       A    Yes.
12       Q    How often would he follow your bus to talk to
13   you?
14       A    Whenever, I guess, he was in Long Beach.
15       Q    Before the Friday that he followed the bus,
16   when was the last time you saw him before that?
17       A    Maybe -- I would say like, oh, two years
18   before.
19       Q    After you and Hector ended your relationship,
20   would there be periods of time where you didn't see him
21   for a long period?
22       A    Yes.
23       Q    Do you know where Hector was living in February
24   of 2021 when he died?
25       A    No.
```

16

```
 1      Q     Why not?
 2      A     Because he wasn't in my life anymore.
 3      Q     Is it fair to say that you did not want him
 4   there?
 5      A     Yes.  I didn't want him there.
 6      Q     When was the first time that Mr. Puga saw Layla
 7   after she was born?
 8      A     From my side, like, I never let him see her.  I
 9   would let the mother see her, and I'm pretty sure she
10   will let him see her.
11      Q     When you say, "the mother," you're referring to
12   Antonia?
13      A     Yes.
14      Q     And how often would you let Antonia see Layla?
15      A     Oh, my God, I don't recall, but I -- the whole
16   time she's seen her, now that she's 11, they've probably
17   seen her about, I would say, seven times maybe.
18      Q     Do you know how old Layla was the last time
19   that Antonia saw her?
20      A     The last time that she saw her, Layla was
21   about -- maybe like eight maybe.  Right after, like, the
22   funeral.
23      Q     So it's been a couple years since Antonia has
24   seen Layla?
25      A     Yes.
```

26

```
 1     Q    And what about before Hector died?  When was
 2  the last time that you let Antonia see Layla before
 3  Hector's death?
 4     A    I don't recall, but I would say Layla was
 5  probably about four.  Maybe four years old.
 6     Q    So, to the best of your recollection, the last
 7  time that Layla saw Antonia before Hector's death, she
 8  was about four years old?
 9     A    Yes.
10     Q    And it's your recollection that -- or to the
11  best of your recollection, you've allowed Antonia to see
12  Layla about seven times?
13     A    Yes.
14     Q    What was the reason you did not let Hector see
15  Layla?
16     A    It's just that we didn't get along and I just
17  didn't want her to be around her [sic].
18     Q    Did you think Hector would be a bad influence
19  on Layla?
20     A    No.
21     Q    Were you concerned about his drinking if he was
22  around Layla?
23     A    Yes.
24     Q    Were you concerned that -- about his conduct
25  related to getting into the shooting with L.A. Sheriff's
```

27

```
 1   Department?
 2       A    No.
 3       Q    Do you know how -- so -- strike that.
 4            If I understood you correctly, you've never let
 5   Hector see Layla, but you believe that he may have seen
 6   her a few times when Layla was with his mom?
 7       A    Yes.
 8       Q    Do you know whether Hector actually saw Layla
 9   any of those times that Antonia had her?
10       A    No.
11       Q    Did Hector ever contact you about seeing Layla?
12       A    He called me about, I would say, like, three
13   times.  She did speak to him on the phone.  But other
14   than that, that was it.
15       Q    When you said, "she," you're referring to
16   Layla?
17       A    Yes.
18       Q    Do you know how old she was the last time she
19   spoke to Hector on the phone?
20       A    Layla was about five.
21       Q    And how often would Layla talk to Hector on the
22   phone?
23       A    Not often.  He only spoke to her about three
24   times.
25       Q    To the best of your knowledge, is it fair to
```

28

```
 1   list your husband as the father even though Hector was
 2   the father?
 3        A    Yes.
 4        Q    And Mr. Ibarra was okay with that?
 5        A    Yes.
 6        Q    Since Layla was born, has your husband held
 7   your daughter out to your family and friends as his
 8   daughter?
 9        A    Yes.
10        Q    Has he ever denied that he's -- he's Layla's
11   father?
12        A    No.
13        Q    And you mentioned that Hector never wanted to
14   take responsibility for Layla.  What exactly did you
15   mean by that?
16        A    When we first -- when I found out that I was
17   pregnant and I had told him that I was pregnant, he
18   said, "If she doesn't come out with curly hair, it's not
19   mine."  I said, "Well, you know what, this point and on,
20   she's not yours."  So once I got -- he found out that I
21   had the baby, he was, like, so desperately wanting to
22   see her.  The first person to see her was the mom, when
23   Layla was two months old.
24        Q    Did Hector ever approach you about correcting
25   Layla's birth certificate so that he could be listed as
```

37

```
 1   the father?
 2        A    No.
 3        Q    Did he ever voluntarily see or did he ever
 4   approach you and -- and tell you that he would
 5   voluntarily support Layla since it was his child?
 6        A    He did, but I didn't believe it because he
 7   didn't have a job.
 8        Q    And what did he tell you when he approached you
 9   about providing support for Layla?
10        A    That he would buy whatever she needed, and
11   whatever I needed, let him know.  But I know that wasn't
12   true.
13        Q    Did he ever drop off any supplies or gifts for
14   Layla in the entire time after she was born until the
15   time he passed away?
16        A    No.  She never got anything from him.
17        Q    Did you ever try to pursue, like, a child
18   support order against Hector?
19        A    No.
20        Q    Is there any particular reason why you chose
21   not to do that?
22        A    I just didn't want nothing from him.
23        Q    In the times -- you mentioned that about maybe
24   seven times total you've allowed Layla to visit with
25   Antonia, Hector's mom?
```

38

```
 1   STATE OF CALIFORNIA      )
                              )
 2   COUNTY OF SAN DIEGO      )

 3

 4        I, Mary P. Randle, Certified Shorthand

 5   Reporter in and for the State of California,

 6   Certificate No. 10312, do hereby certify:

 7        That prior to being examined, the witness named

 8   in the foregoing deposition was by me first duly sworn

 9   to testify to the truth, the whole truth, and nothing

10   but the truth;

11         That said deposition was taken remotely before

12   me at the time and place therein set forth and was taken

13   down by me in shorthand and thereafter transcribed into

14   typewriting under my direction and supervision;

15        I further certify that I am neither counsel for,

16   nor related to, any party to said action, nor in any way

17   interested in the outcome thereof.

18        In witness whereof, I have hereunto subscribed my
     name.
19

20   Dated: December 22, 2024

21

22

23
     _Mary Randle, CSR#10312_
24   MARY P. RANDLE
     CSR No. 10312
25
```

47