# Exhibit 22

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4    L.C., et al.,

 5              Plaintiffs,

 6         vs.                              No. 5:22-cv-00949
                                                  KK-SHK
 7    STATE OF CALIFORNIA, et al.,

 8              Defendants.
      _____/
 9

10

11

12
                        REMOTE DEPOSITION OF
13
                           GABRIELA SALAS
14
                              VOLUME I
15
              Appearing from Long Beach, California
16
                   Thursday, December 19, 2024
17

18

19

20

21

22
      Reported by:
23    KATHLEEN BACA
      CSR No. 10267
24

25    JOB No. 00125976
```

L.C., ET AL vs STATE OF CALIFORNIA, ET AL
Gabriela Salas, Vol. 1 on 12/19/2024

Page 23

1  A.  When he was -- there was another incident that
2  happened in -- with Yobanna.  We don't really know
3  because every time we would go visit him, my mom and I
4  or my sisters would go visit him, we wouldn't get into
5  full detail to what happened.  But it was the incident
6  with Yobanna.  I'm not sure what happened there.
7  Q.  And did you visit him at -- at the county jail
8  or are we talking about prison?  Both?  Which facilities
9  are we talking about?
10  A.  I believe it was prison in Norco.  The one in
11  Norco.  Yeah.  We would go over there to visit him.
12  **Q.  To the best of your recollection how long was**
13  **he at Norco?**
14  **A.  I would say about three years.**
15  Q.  And would -- when you visited him would your
16  mother be with you every time?
17  A.  Yes.  Every time.  Me -- I would go maybe once
18  a month -- once or twice.  My mom would go every
19  weekend.  Every weekend she was there.  And on holidays
20  she would visit twice a week.
21  Q.  And if I understood your testimony correctly
22  you never asked him specifics about what happened that
23  resulted in him going to prison.  Is that correct?
24  A.  Correct.
25  Q.  Is it that you didn't ask him or he wouldn't

Page 30

```
 1     A.    No.
 2     Q.    Any other time after that that you recall
 3  visiting him in jail or other correctional facility?
 4     A.    No.
 5     Q.    Starting with -- I'm assuming the order of the
 6  children that you gave me -- Isabel, Serenity, Isaiah
 7  and Alison -- that's the order from the oldest to the
 8  youngest?
 9     A.    Yes.
10     Q.    In the -- let's just take, you know, the --
11  the two years before Hector's passing, do you know how
12  often he visited Isabel?  Is it Isabella or Isabel?
13     A.    Isabella.
14     Q.    Okay.  Do you know how often he visited
15  Isabella in the two years before his passing?
16     A.    It was more with -- more so with my sister
17  Susy.  She would let her borrow Isabella.  But I don't
18  remember.  But he would want to -- more than see as
19  often -- like the permission that was given to him, he
20  would have preferred to see her more.
21     Q.    Okay.  I'm sorry.  Go ahead.  Finish your
22  answer.
23     A.    Go ahead.
24     Q.    I was going to ask you:  When you said she
25  would let her and then you mentioned Susy -- just so I
```

Page 31

```
 1   can get clarification.
 2           Isabella's mom would let Isabella visit your
 3   sister Susy.  And then whether Hector saw her at Susy's
 4   house or not, would you have any knowledge of that when
 5   he would go see her when Isabella's mom took her to
 6   Susy's house?
 7       A.   I wouldn't have any recollection or remember
 8   just because it was just random.  Like she would bring
 9   her over for an hour or two.  And, yeah, I wouldn't
10   remember.
11       Q.   Okay.  So would you be there when Isabella's
12   mom took her to your sister's house?
13       A.   I was there may be like a handful of times.
14   But other than that -- well, at the time when I was
15   there Hector seen her three times.  But on top of that,
16   I wasn't there when they would see Isabella.
17       Q.   Do you have any knowledge whether your sister
18   told you or Hector told you that every single occasion
19   that Isabella's mom took her to Susy's house, he would
20   go to your sister's house for the purpose of visiting
21   his daughter?
22       A.   Can you repeat that?
23       Q.   Sure.
24           Do you have any way of knowing whether Susy
25   told you or Hector told you or you saw it yourself, on
```

Page 81

```
 1   know that he had a friend that lived in Hesperia?
 2      A.    Yes.
 3      Q.    And was it common for Hector to stay with
 4   friends?
 5      A.    Yes.
 6      Q.    You mentioned that Hector had a daughter named
 7   Isabella.  Does Isabella also go by Layla?
 8      A.    Yes.
 9      Q.    So that's the same person then?
10      A.    Correct.
11      Q.    And you mentioned when you spoke to the
12   neighbor that -- she told you Hector was trying to call
13   his mom and his sisters.
14            Did I get that correct?
15      A.    Correct.
16      Q.    Did you ever hear from any other source other
17   than this neighbor that Hector was trying to call his
18   sisters or his mom?
19      A.    Yes.
20      Q.    What other source?
21      A.    There was people at his funeral -- I'm not
22   sure if it was the same girl that was with him that
23   night -- that he had spoke to a family member saying
24   that he was trying to get ahold of his family.
25      Q.    Have you ever heard that he -- the person he
```

Page 85

# CERTIFICATE

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: December 27, 2024.

_____
KATHLEEN BACA, CSR #10267