Exhibit 23

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: 5:22-cv-00949-KK-(SHKx)


L.C., a minor by and through her
guardian ad litem Maria Cadena,
individually and as
successor-in-interest to Hector
Puga; I.H., a minor by and through
his guardian ad litem Jasmine
Hernandez, individually and as
successor-in-interest to Hector
Puga; A.L., a minor by and through
her guardian ad litem Lydia Lopez,
individually and as
successor-in-interest to Hector
Puga; and ANTONIA SALAS UBALDO,
individually,

         Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE; MICHAEL
BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS; and
DOES 6-10, inclusive,

         Defendants.

_____


VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

JASMINE HERNANDEZ

Wednesday, December 11, 2024, 9:03 a.m.

Taken remotely via Zoom

REPORTED BY:  Mary P. Randle, CSR No. 10312

1

```
 1       Q    When you say he kept in communication, you mean
 2   he continued to talk to you?
 3       A    Yes.  We would talk through his sisters.
 4       Q    Did you ever talk directly to Hector during
 5   this time frame that Lydia was pregnant and told him to
 6   stay away from you?
 7       A    Yes.  Hector would call private, and I knew it
 8   was him.  But he wouldn't come to see us.
 9       Q    I believe you told me that when Isaiah was
10   born -- or strike that.
11            I believe you told me you never lived with
12   Hector.  But after Isaiah was born, how often did he see
13   Isaiah?
14       A    When Isaiah was born, Hector was currently
15   incarcerated.
16       Q    When -- or strike that.
17            Where was Hector incarcerated?
18       A    Los Angeles County in downtown L.A.
19       Q    And do you know when he went to jail in
20   downtown L.A.?
21       A    January, 2019.
22       Q    So shortly after you became pregnant, Hector
23   went to jail?
24       A    Correct.
25       Q    Do you know why he went to jail?
```

1    affairs were my affairs.

2        Q    If I understand you correctly, it's fair to say

3    that you never talked to Hector about the reasons that

4    he was running from police or shooting at police?

5        A    No.  He would never discuss that with me.

6        Q    Did he ever talk to you about the fact that he

7    was shot by the police?

8        A    Yes, because he -- when he came home, he would

9    have leg pain and some side pain when it was cold.

10        Q    Other than talking about the pain, did he tell

11    you anything else about his injuries that day?

12        A    No.

13        Q    Do you know how long he went to jail after

14    shooting at the police?

15        A    I believe four -- four years.

16        Q    Did you ever go see him when he was in jail

17    during those four years?

18        A    No.

19        Q    Did you have any communications with him during

20    those four years that he was incarcerated after the

21    shooting with police?

22        A    Yes.

23        Q    How did you communicate with him?

24        A    He would call my phone collect.

25        Q    And you would take his calls?

35

```
 1   STATE OF CALIFORNIA        )
                                )
 2   COUNTY OF SAN DIEGO        )

 3

 4        I, Mary P. Randle, Certified Shorthand

 5   Reporter in and for the State of California,

 6   Certificate No. 10312, do hereby certify:

 7        That prior to being examined, the witness named

 8   in the foregoing deposition was by me first duly sworn

 9   to testify to the truth, the whole truth, and nothing

10   but the truth;

11         That said deposition was taken remotely before

12   me at the time and place therein set forth and was taken

13   down by me in shorthand and thereafter transcribed into

14   typewriting under my direction and supervision;

15        I further certify that I am neither counsel for,

16   nor related to, any party to said action, nor in any way

17   interested in the outcome thereof.

18        In witness whereof, I have hereunto subscribed my
     name.
19

20   Dated: December 22, 2024

21

22

23   Mary Randle, CSR#10312
     MARY P. RANDLE
24   CSR No. 10312

25
```

95