**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [LOCAL RULE 79-5.2.2(b)]** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that L.C., I.H., A.L., and Antonia Salas Ubaldo hereby submits this application to file under seal the following documents and things:

- "**Exhibit 6**" – a true and correct copy of the relevant portions of the transcribed March 3, 2021 interview of Robert Vaccari.
- "**Exhibit 9**" – a true and correct copy of a cellphone video of the incident taken by witness Edward Mangerino, produced by County Defendants in the course of discovery, bates stamped COSB001459.
- "**Exhibit 20**" – a true and correct copy of the relevant portions of the transcribed February 22, 2021 Interview of Isaiah Kee.

*See* Declaration of Hang D. Le ("Le Decl.") ¶ 2.

These documents have been designated by Defendants County of San Bernardino as confidential pursuant to the protective order entered by then-Magistrate Kenly Kiya Kato on September 19, 2023 (Doc. No. 74).

DATED: February 27, 2025           LAW OFFICES OF DALE K. GALIPO

                                   By _____*/s/ Hang D. Le*_____
                                      Dale K. Galipo
                                      Hang D. Le
                                      Attorneys for Plaintiffs