LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian ad litem Maria Cadena, et al.<br>PLAINTIFF(S)<br>v.<br>State of California, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>5:22-cv-00949-KK-SHK<br><br>**AMENDED NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☑ Lodged:  (**List Documents**)

Plaintiffs' Exhibits to Declaration of Hang Le
Ex. 9 - Edward Mangerino Video (under seal)
Ex. 10 - Erin Mangerino Video
Ex. 11 - Michael Blackwood MVARS Part 4
Ex. 12 - Isaiah Kee MVARS Part 2
Ex. 13 - Betzabeth Gonzalez Video

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 28, 2025
Date

Hang D. Le
Attorney Name

Plaintiffs
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **AMENDED NOTICE OF MANUAL FILING OR LODGING**