# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>                    Plaintiffs,<br>        vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>                    Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**ORDER RE: APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

# ORDER

Having reviewed Plaintiffs' Application for Leave to File Under Seal Exhibits in Opposition to Defendants' Motions For Summary Judgment, the Court finds that good cause exists for the subject exhibits to be filed under seal. It is hereby ordered that the following documents shall be filed under seal:

- **"Exhibit 6"** – a true and correct copy of the relevant portions of the transcribed March 3, 2021 interview of Robert Vaccari.
- **"Exhibit 9"** – a true and correct copy of a cellphone video of the incident taken by witness Edward Mangerino, produced by County Defendants in the course of discovery, bates stamped COSB001459.
- **"Exhibit 20"** – a true and correct copy of the relevant portions of the transcribed February 22, 2021 Interview of Isaiah Kee.

**IT IS SO ORDERED**.

DATED: March 5, 2025    _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE