**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**JOINT REPORT RE: SETTLEMENT PROCEEDINGS UNDER COURT-DIRECTED ADR PROGRAM** |

**TO THE HONORABLE COURT:**

Pursuant to the Court's Civil Trial Scheduling Order, Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") and Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, Bernardo Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and Jake Adams ("County Defendants") (collectively "the Parties"), hereby submit this Joint Report Regarding Settlement Proceedings Under Court-Directed ADR Program.

A mediation pursuant to ADR Procedure No. 2 was held on April 1, 2025, before ADR Panel Mediator Richard Copeland. The individual parties, their respective trial counsel, and/or representatives appeared as required by Local Rule 16-15.5(b).

Plaintiffs and County Defendants reached a tentative settlement. This settlement is subject to County Board approval as well as Court approval of the minor Plaintiffs' application of compromise of claims. This matter is set for review by the Board of Supervisors at the next available closed session meeting on April 29, 2025.

Plaintiffs and State Defendants were unable to reach a settlement. However, the Plaintiffs and State Defendants are open to reopening settlement discussions should circumstances change.

//
//
//
//
//
//
//

Respectfully submitted,

DATED: April 8, 2025         LAW OFFICES OF DALE K. GALIPO

By _____/s/ Hang D. Le_____
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiffs

DATED: April 8, 2025         ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

*/s/  Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant State of Cal., by and through the CHP, Blackwood, Kee, and Rubalcava*

DATED: April 8, 2025         LYNBERG & WATKINS

By _____/s/ Shannon L. Gustafson_____
Shannon L. Gustafson
Amy R. Margolies
Attorneys for Defendants
COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.