# EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____
                                      )
JONATHAN WAYNE BOTTEN, SR.; TANJA     )
DUDEK-BOTTEN; ANNABELLE BOTTEN; AND   )
J.B., A MINOR BY AND THROUGH HIS      )
GUARDIAN JONATHAN WAYNE BOTTEN, SR.,  )
                                      )
                                      ) CASE NO.
              Plaintiffs,             ) 5:23-CV-00257-KK-
                                      ) (KSHKX)
         vs.                          )
                                      )
STATE OF CALIFORNIA; COUNTY OF        )
SAN BERNARDINO; ISAIAH KEE; MICHAEL   )
BLACWOOD; BERNARDO RUBALCAVA; ROBERT  )
VACCARI; JAKE ADAMS; AND DOES 1-10,   )
INCLUSIVE,                            )
                                      )
              Defendants.             )
_____)

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

ANNABELLE BOTTEN

DECEMBER 16, 2024

REPORTED BY SANDRA NALLEY, CSR NO. 13607

1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
    _____
 4                                        )
    JONATHAN WAYNE BOTTEN, SR.; TANJA     )
 5  DUDEK-BOTTEN; ANNABELLE BOTTEN; AND   )
    J.B., A MINOR BY AND THROUGH HIS      )
 6  GUARDIAN JONATHAN WAYNE BOTTEN, SR.,  )
                                          )
 7                                        ) CASE NO.
                     Plaintiffs,          ) 5:23-CV-00257-KK-
 8                                        ) (KSHKX)
                vs.                       )
 9                                        )
    STATE OF CALIFORNIA; COUNTY OF        )
10  SAN BERNARDINO; ISAIAH KEE; MICHAEL   )
    BLACWOOD; BERNARDO RUBALCAVA; ROBERT  )
11  VACCARI; JAKE ADAMS; AND DOES 1-10,   )
    INCLUSIVE,                            )
12                                        )
                     Defendants.          )
13  _____)
14
15  VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF ANNABELLE
16  BOTTEN, taken remotely on Monday, December 16, 2024, at
17  2:47 p.m., before Sandra Nalley, Certified Shorthand
18  Reporter, CSR No. 13607.
19
20
21
22
23
24
25
```

2

```
                  A P P E A R A N C E S:


   FOR THE PLAINTIFFS:

          LAW OFFICES OF DALE K. GALIPO
          BY:  HANG LE, ESQ.
               (Appearing via videoconference)
          21800 Burbank Blvd., Suite 310
          Woodland Hills, California 91367
          818.347.3333
          Hlee@galipolaw.com


   FOR THE DEFENDANTS MICHAEL BLACKWOOD, BERNARDO RUBALCAVA,
   AND STATE OF CALIFORNIA:

          OFFICE OF THE DEPUTY ATTORNEY GENERAL
          BY:  DIANA ESQUIVEL, ESQ.
               (Appearing via videoconference)
          1300 I Street, Suite 125
          Sacramento, California 94222
          916.210.7320
          Diana.esquivel@doj.ca.gov

   FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO,
   ROBERT VACCARI AND JAKE ADAMS:

          LYNBERG & WATKINS
          BY:  SHANNON L. GUSTAFSON, ESQ.
               (Appearing via videoconference)
          1100 W. Town & Country Road, Suite 1450
          Orange, California 92868
          714.937.1010
          Sgustafson@lynberg.com


   ALSO PRESENT:

          JOSE FONTAO, VIDEOGRAPHER
```

```
 1                        I N D E X
 2
 3
 4    WITNESS:   ANNABELLE BOTTEN
 5    EXAMINATION                                      PAGE
 6    BY MS. GUSTAFSON:                                   6
 7    BY MS. ESQUIVEL:                                  103
 8
 9                       E X H I B I T S
10
11
12              (No exhibits were marked.)
13
14
15       QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
16
17                        (None.)
18
19
20
21
22
23
24
25
```

4

```
02:48  1              THE VIDEOGRAPHER:  Good afternoon.
02:48  2              This is the video deposition of
02:48  3    Annabelle Botten, taken remotely on Monday, December 16th
02:48  4    in the year 2024.  We're here in the matter of Jonathan
02:48  5    Wayne Botten, Sr. et al. vs. State of California et al.,
02:48  6    Case No. 5:23-CV-00257-KK-(SHKX).  This case is being
02:48  7    heard in the United States District Court for the Central
02:48  8    District of California.
02:48  9              My name is Jose Fontao, legal videographer
02:48 10    contracted through Dean Jones Legal Videos, Inc. of
02:48 11    Los Angeles and Santa Ana, California.  This deposition
02:48 12    is commencing at 2:48 p.m.
02:48 13              Would all present please identify themselves,
02:48 14    beginning with the deponent.  Go ahead, Ms. Botten.
02:48 15              THE WITNESS:  Hi.  My name is Annabelle Marie
02:48 16    Botten.  I don't know what else I'm supposed to say.
02:48 17              MS. GUSTAFSON:  That's it.  You're doing great.
02:48 18              Shannon Gustafson for the County defendants.
02:48 19              MS. ESQUIVEL:  Diana Esquivel for the State
02:48 20    defendants, appearing from Sacramento.
02:48 21              MS. LE:  Hang Le on behalf of the deponent,
02:48 22    Annabelle Botten, and the plaintiffs.
02:49 23              THE VIDEOGRAPHER:  And would the court reporter
      24    please administer the oath.
      25    ///
```

5

```
                    ANNABELLE M. BOTTEN,
       having been first duly sworn, testified as follows:

                         EXAMINATION
  BY MS. GUSTAFSON:
       Q.   Have you ever gone by any name other than
  Annabelle Marie Botten?
       A.   No, ma'am.
       Q.   Have you ever had your deposition taken before?
       A.   No.
       Q.   I'm sorry?
       A.   No, ma'am.  Not that I'm aware of.
       Q.   Since this is the first you've ever done this,
  we're going to just go ahead and go over some of the
  rules and what's going to be happening today just to make
  sure we're all on the same page.
            So do you understand that the oath that was
  just administered to you by the court reporter is the
  same oath as if you were testifying in court with a judge
  and jury present and that you have an obligation here to
  tell the truth?
       A.   Yes, ma'am.
       Q.   Is there any reason that you cannot tell us the
  truth today, for example, you're on medication that makes
  it hard for you to think straight, you didn't get enough
```

6

```
03:39  1   memory is you were laying down in the living room, and
03:39  2   then the next memory you have is your mom bleeding?
03:39  3        A.   Yes, ma'am.
03:39  4        Q.   And there was nothing that you can recall in
03:39  5   between there?
03:39  6        A.   No, ma'am.
03:39  7        Q.   So the last -- so is it your testimony, as you
03:39  8   sit here today, that you never saw Mr. Puga outside of
03:39  9   the vehicle?
03:39 10        A.   No.
03:39 11        Q.   I'm sorry.  Did you ever see Mr. Puga outside
03:39 12   of the vehicle?
03:39 13        A.   No.
03:39 14        Q.   Did you ever see Mr. Puga with a gun?
03:39 15        A.   No.
03:39 16        Q.   Did you see -- ever see Mr. Puga's -- did you
03:39 17   ever see Mr. Puga bring his arm down and raise a gun up
03:39 18   with his right hand?
03:39 19        A.   No.
03:39 20        Q.   Do you know that you told that to detectives
03:39 21   the night that this happened?
03:40 22        A.   No.
03:40 23        Q.   So basically what you're saying is if I --
03:40 24   anything that you may have told detectives that night you
03:40 25   have no recollection of?
```

51

```
03:40  1       A.   I have no recollection of.  I don't even
03:40  2   remember having the -- like, you know, going to the -- I
03:40  3   remember being in there with the detectives, but I can't
03:40  4   even remember what was even said to the detectives.  Alls
03:40  5   I can remember was when they called me incompetent.
03:40  6       Q.   It's your belief that the detectives that
03:40  7   were -- interviewed you called you incompetent?
03:40  8       A.   Yes.  They told me they were going to ask me a
03:40  9   bunch of dumb questions to see if I was competent enough.
03:40 10       Q.   And who told you that?
03:40 11       A.   I can't remember.  I know -- I don't know
03:40 12   the -- I can't remember the names of the detectives.  I
03:40 13   know one of the detectives' name was Steel, and the only
03:40 14   reason I remember that -- well, his last name was because
03:40 15   I thought it was a cool last name.
03:40 16       Q.   So as you sit here today, you have a clear
03:41 17   recollection that one of the detectives said, I'm going
03:41 18   to ask you a bunch of dumb questions to see if you're
03:41 19   competent, but that is the only thing that you can recall
03:41 20   about your interview with detectives?
03:41 21       A.   Yes, ma'am.
03:41 22       Q.   Everything else is completely blacked out?
03:41 23       A.   Yes, ma'am.
03:41 24       Q.   Give me one moment.  I'm going to try to play
03:41 25   some audio here.
```

52

```
03:46  1              (Audio played.)
03:46  2    BY MS. GUSTAFSON:
03:46  3         Q.   And you would agree that you heard yourself
03:46  4    tell detectives that you saw a flash from Mr. Puga's gun?
03:46  5         A.   Yes, I do agree.
03:46  6         Q.   And as you sit here today, you have no
03:46  7    recollection of seeing a flash from Mr. Puga's gun; is
03:46  8    that correct?
03:46  9         A.   Yes.
03:47 10              (Audio played.)
03:47 11    BY MS. GUSTAFSON:
03:47 12         Q.   I'm actually going to -- I had stopped it at
03:47 13    2048.  I'm actually going to move it up to 2144.  So I'm
03:47 14    skipping some of the statement here, and I'm starting to
03:47 15    play at 2144 now.
03:47 16              (Audio played.)
03:47 17    BY MS. GUSTAFSON:
03:47 18         Q.   Did you hear yourself tell detectives that the
03:47 19    officers returned fire after Puga started firing?
03:47 20         A.   Yes, I do.
03:47 21         Q.   And you would agree that you have no
03:48 22    recollection, as you sit here today, of making that
03:48 23    statement?
03:48 24         A.   Yes, ma'am.
03:48 25         Q.   And you have no recollection of seeing Mr. Puga
```

55

```
03:48  1   fire shots at officers?
03:48  2        A.   Yes, ma'am.
03:48  3        Q.   Do you have any -- did you ever see the
03:48  4   officers fire any shots at Mr. Puga that you can recall
03:48  5   as you sit here today?
03:48  6        A.   No.
03:48  7        Q.   Can you recall anything at all about what
03:48  8   Mr. Puga was doing outside of the vehicle?  I'm sorry?
03:48  9        A.   No.
03:48 10        Q.   Can you recall ever seeing Mr. Puga on the
03:48 11   ground?
03:48 12        A.   Yes.
03:48 13        Q.   What do you recall about seeing him on the
03:48 14   ground?
03:48 15        A.   I had walked up to his dead body.
03:48 16        Q.   You personally walked up to the body?
03:48 17        A.   Yes, ma'am.
03:48 18        Q.   When did this happen?
03:48 19        A.   After my family had gone in the ambulance.
03:48 20        Q.   Do you have any recollection, as you sit here
03:48 21   today, of any -- of seeing Mr. Puga at any time on
03:49 22   February 17th, 2021, before you walked up to his dead
03:49 23   body?
03:49 24        A.   No.
03:49 25        Q.   Was anybody with you when you walked up to his
```

56

```
03:49  1   body?
03:49  2        A.   No.
03:49  3        Q.   Was anybody near Mr. Puga?
03:49  4        A.   No.
03:49  5        Q.   What do you recall seeing?
03:49  6        A.   I saw him seem terrified and dead on the floor.
03:49  7        Q.   And was he face up or facedown?
03:49  8        A.   He was turned to the side and his head was
03:49  9   turned like -- like -- essentially, like, towards my
03:49 10   fence.
03:49 11        Q.   Was he laying on his back or his stomach?
03:49 12        A.   It was, like -- like, he was laying on his
03:49 13   stomach, but he was still turned, so he was almost, like,
03:49 14   laying on his side, but, like, he wasn't.  You know what
03:49 15   I mean?  Like, you know, like, when you lay on your side,
03:49 16   but, like, you -- you're not all the way laying on your
03:49 17   side?
03:49 18        Q.   So if I'm understanding you correctly, he was
03:49 19   partially on his stomach and partially on his side?
03:49 20        A.   Yes, ma'am.
03:49 21        Q.   And which side was he partially on, his left or
03:49 22   right?
03:49 23        A.   His left.
03:50 24        Q.   And was his head also turned to the left?
03:50 25        A.   Yes, ma'am.
```

```
03:50  1       Q.   And so you could see one side of his face?
03:50  2       A.   I could see both of his eyes.
03:50  3       Q.   And how long did you stare at Mr. Puga's body?
03:50  4       A.   I can't recall how long.
03:50  5       Q.   Can you estimate at all?  Was it a couple
03:50  6  seconds?  Did you stand there for 20 minutes?
03:50  7       A.   Maybe a minute at most.
03:50  8       Q.   Where did you go after you looked at Mr. Puga's
03:50  9  body?
03:50 10       A.   I went back into the house.
03:50 11       Q.   Did you have any communications with any
03:50 12  officers during the time that you walked over and looked
03:50 13  at Mr. Puga?
03:50 14       A.   No.
03:50 15       Q.   And what was it about what you saw that made
03:50 16  you believe Mr. Puga looked scared?
03:50 17       A.   His face.
03:50 18       Q.   What about his face?
03:50 19       A.   His eyes were wide open.
03:50 20       Q.   Can you recall seeing Mr. Puga's face at any
03:51 21  time before you walked up to his body on the ground?
03:51 22       A.   No.
03:51 23       Q.   Can you recall anything that Mr. Puga said or
03:51 24  did at any time prior to seeing him on the ground?
03:51 25       A.   No.
```

```
 1   I declare under penalty of perjury under the laws of the
 2   State of California that the foregoing is true and
 3   correct; that I have read my deposition and have made the
 4   necessary corrections, additions or changes to my answers
 5   that I deem necessary.
 6           Executed on this _____ day of _____,
 7   2024.
 8
 9
10
11
12
13
14                          _____
15                          ANNABELLE BOTTEN
16
17
18
19
20
21
22
23
24
25
```

**Botten, Annabelle**
**Botten v. State of California**

```
 1   I, SANDRA NALLEY, Certified Shorthand Reporter for the
 2   State of California, do hereby certify:
 3
 4   That the witness in the foregoing deposition was by me
 5   first duly sworn to testify to the truth, the whole truth
 6   and nothing but the truth in the foregoing cause; that
 7   the deposition was taken by me in machine shorthand and
 8   later transcribed into typewriting, under my direction,
 9   and that the foregoing contains a true record of the
10   testimony of the witness.
11
12   Dated:    This 30th day of December, 2024, at Temecula,
13   California.
14
15
16
17
18   _____
                 SANDRA NALLEY
19               CSR NO. 13607
20
21
22
23
24
25
```

121