# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Mr. Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Mr. Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Mr. Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 3<br><br>**[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS' MOTION IN LIMINE NO. 6 TO EXCLUDE LAY WITNESS OPINION AS TO HECTOR PUGA'S STATE OF MIND**<br><br>Date:          May 15, 2025<br>Time:         9:30 a.m.<br>Courtroom:  3<br><br>*Trial Date:*   June 2, 2025<br><br>*Complaint filed: 06/07/2022*<br>*FAC filed: 10/18/22*<br>*SAC filed: 01/13/23*<br>*TAC filed: 05/12/23* |

1
**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

On April 17, 2025, County Defendants filed their Motions *in Limine* No. 6 to exclude lay witness opinions regarding Hector Puga's state of mind.

The Court, having considered County Defendants' Motion *in limine*, all moving papers, evidence, and oral arguments associated therewith and finding good cause, therefore, hereby GRANTS the Motion and ORDERS as follows:

Plaintiffs, their witnesses, and their counsel are precluded from making, in the presence of the jurors, any statement, utterance, insinuation, or use of Hector Puga's state of mind.

IT IS FURTHER ORDERED THAT Plaintiffs and Plaintiffs witnesses shall not mention, refer to, interrogate concerning, or attempts to convey to the jury in any manner, either directly or indirectly, the evidence mentioned herein, without first obtaining permission of the Court outside the presence and hearing of the jury; shall not make any reference to the fact that this motion has been filed, and/or granted; and are warned and cautioned to strictly follow these instructions.

**IT IS SO ORDERED.**

DATED:_____            _____
                                  HONORABLE KENLY KIYAKATO
                                  UNITED STATES DISTRICT JUDGE