| | |
|---|---|
| **From:** | Hang Le |
| **To:** | Diana Esquivel; Amy R. Margolies |
| **Cc:** | Shannon Gustafson; Dale Galipo; Santiago Laurel |
| **Subject:** | L.C. (Puga), et al. v. State of California, et al. |
| **Date:** | Monday, April 14, 2025 6:05:46 PM |
| **Attachments:** | ▇▇▇▇▇▇ |

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.



With regards to the issue of the excluding the black and white surveillance video taken by the Bottens' neighbor, Dale is not amenable to a stipulation to exclude the video at this time. ▇▇▇▇

Best,
Hang

**Hang D. Le, Esq. | Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.