# EXHIBIT E

SLIP SHEET

VIDEO LABELED PLTFS00345