# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>    Plaintiffs,<br><br>vs<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive;<br><br>    Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS'** *EX PARTE* **APPLICATION FOR ONE ADDITIONAL MOTION IN LIMINE** |

///

///

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

On April 17, 2025, Defendants COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS filed their *ex parte* application for an additional motion *in limine*.

Finding good cause appearing therefrom:

1. Defendants shall be permitted to file an additional motion in Limine.

**IT IS SO ORDERED**.

DATED:

                                  **HON. KENLY K. KATO**
                                  United States District Court Judge