SHANNON L. GUSTAFSON (SBN 228856)
AMY R. MARGOLIES (SBN 283471)
LYNBERG & WATKINS ll00 Town & Country Road,
#1450 Orange, California 92868

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. a minor by and through her guardian ad litem, Maria Cadena, individually, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:22-cv-00949-KK-SHK<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

USB drive containing video PLTFS00345

**Reason:**

☐  Under Seal

☐  In Camera

☑  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

April 17, 2025
_____
Date

Amy Margolies
_____
Attorney Name

County of San Bernardino, et al.
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*