SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Mr. Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Mr. Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Mr. Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 3<br><br>**DECLARATION OF SHANNON L GUSTAFSON, ESQ. COUNTY DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY, EVIDENCE, ARGUMENT REGARDING ROGER CLARK'S OPINIONS**<br><br>Date:        May 15, 2025<br>Time:       9:30 a.m.<br>Courtroom:  3<br><br>*Trial Date:*   June 2, 2025<br><br>*Complaint filed:* 06/07/2022<br>FAC filed: 10/18/22<br>SAC filed: 01/13/23<br>TAC filed: 05/12/23 |

1
**DECLARATION OF SHANNON L GUSTAFSON, ESQ. COUNTY DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY, EVIDENCE, ARGUMENT REGARDING ROGER CLARK'S OPINIONS**

# DECLARATION OF SHANNON L. GUSTAFSON

I, Shannon L. Gustafson, do state and declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a shareholder in the law firm of Lynberg & Watkins, P.C., attorneys of record for Defendants County of San Bernardino, Robert Vaccari, and Jake Adams in the above-captioned matter. I have personal knowledge of the facts stated herein, except those stated upon information and believe, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

2. Attached hereto as Exhibit "A" is a true and correct copy of Roger Clark's expert report.

3. Attached hereto as Exhibit "B" is a true and correct copy of the relevant portions of Roger Clark's deposition.

4. Attached hereto as Exhibit "C" is a true and correct copy of Roger Clark's CV which detail his law enforcement experience.

5. Attached hereto as Exhibit "D" is a true and correct copy of Docket #82 Civil Minute Order regarding Consolidation.

6. Attached hereto as Exhibit "E" is a true and correct copy of the email from Plaintiffs' counsel confirming their position as to the admissibility of Clark Opinions 8-10 involving the Bottens.

7. Attached hereto as Exhibit "F" is a true and correct copy of the relevant portions of Mr. Kimmis' deposition, Plaintiff's retained video analysis expert.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this April 17, 2025, at Orange, California.

*/s/Shannon L. Gustafson*
Declarant