# EXHIBIT E

**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Subject:** RE: L.C. (Puga), et al. v. State of California, et al.

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hi Amy,

We are willing to stipulate that Mr. Clark will not be testifying as to his Opinion #8 (with the exception of the sentence, "A reasonable officer facing the facts and circumstances confronting the involved officers knew or should have known that there were innocent bystanders inside the residential homes surrounding the incident location in the middle of the night.") for the purposes of the Puga trial. We are not willing to stipulate to the exclusion of Opinions #9-10 as we believe it relates to the officers' tactics.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Amy R. Margolies <amargolies@lynberg.com>
**Sent:** Tuesday, April 15, 2025 3:28 PM
**To:** Hang Le <hlee@galipolaw.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Subject:** RE: L.C. (Puga), et al. v. State of California, et al.

Hang,

Regarding Plaintiffs' expert Mr. Clark, will Plaintiffs stipulate that for the purposes of the Puga trial, that Mr. Clark will not be testifying as to his opinions 8-10 which concern the Bottens?