# EXHIBIT F

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian ad litem Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian ad litem Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAD UBALDO, individually, <br><br>             Plaintiffs, <br><br>        vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br>             Defendants. | Case No. 5:22-cv-00949-KK-(SHKx) |

REMOTE VIDEOTAPED DEPOSITION OF MATTHEW KIMMINS

MARCH 4, 2025


REPORTED BY:   RACHAEL RAMIREZ
               Certified Shorthand Reporter
               License No. 13098

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3
 4                                          )
    L.C., a minor by and through her        )
 5  guardian ad litem Maria Cadena,         )
    individually and as                     )
 6  successor-in-interest to Hector         )
    Puga; I.H., a minor by and through      )
 7  his guardian ad litem Jasmine           )
    Hernandez, individually and as          )
 8  successor-in-interest to Hector         )
    Puga; A.L., a minor by and through      )
 9  her guardian ad litem Lydia Lopez,      )
    individually and as                     )
10  successor-in-interest to Hector         )
    Puga; and ANTONIA SALAD UBALDO,         )
11  individually,                           )
                                            )
12               Plaintiffs,                )
                                            )
13          vs.                             )Case No. 5:22-cv-
                                            )  00949-KK-(SHKx)
14  STATE OF CALIFORNIA; COUNTY OF SAN      )
    BERNARDINO; S.S.C., a nominal           )
15  defendant; ISAIAH KEE; MICHAEL          )
    BLACKWOOD; BERNARDO RUBALCAVA;          )
16  ROBERT VACCARI; JAKE ADAMS; and         )
    DOES 6-10, inclusive,                   )
17                                          )
                 Defendants.                )
18  _____)
19
20         REMOTE VIDEOTAPED DEPOSITION OF MATTHEW
21  KIMMINS, taken remotely via Zoom, on Tuesday,
22  March 4, 2025, at 2:01 p.m., before Rachael Ramirez,
23  Certified Shorthand Reporter, in and for the State
24  of California.
25
```

2

```
 1                        APPEARANCES

 2

 3   FOR THE PLAINTIFFS:

 4       LAW OFFICES OF DALE K. GALIPO
         By:  Renee Masongsong, Esq.
 5       21800 Burbank Boulevard, Suite 310
         Woodland Hills, California  91367
 6       (818) 347-3333
         hlee@galipolaw.com
 7

 8   FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO,
     ROBERT VACCARI AND JAKE ADAMS:
 9
         LYNBERG & WATKINS
10       By:  Amy R. Margolies, Esq.
         1100 W. Town & Country Road, Suite 1450
11       Orange, California  92868
         (714) 937-1010
12       amargolies@lynberg.com

13

14   FOR THE DEFENDANTS STATE OF CALIFORNIA BY AND
     THROUGH CALIFORNIA HIGHWAY PATROL AND MICHAEL
15   BLACKWOOD:

16       OFFICE OF THE ATTORNEY GENERAL
         By:  Diana Esquivel, Esq.
17       1300 I Street, Suite 125
         Sacramento, California  95814
18       (916) 210-7320
         diana.esquivel@doj.ca.gov
19

20

21   ALSO PRESENT:  Gigi Fadich, Videographer

22

23

24

25
```

3

```
 1                     I N D E X

 2   EXAMINATION                                    PAGE

 3   BY MS. MARGOLIES                                  6

 4   BY MS. ESQUIVEL                                 102

 5

 6

 7                    E X H I B I T S

 8   EXHIBIT          DESCRIPTION                   PAGE

 9   Exhibit 55       Notice of Deposition             8

10   Exhibit 56       Requested Expert Report         17

11   Exhibit 57       List of Previous Depositions    30
```

|  |  |
|---|---|
| | 1    TUESDAY, MARCH 4, 2025, 2:01 P.M. |
| | 2 |
| | 3         THE VIDEOGRAPHER:  Good afternoon.  This is |
| | 4    the remote deposition of Matthew Kimmins taken on |
| 02:01:49 | 5    Tuesday, March 4, 2025, in the matter of L.C., et |
| | 6    al. versus State of California, et al., Case |
| | 7    Number 5:22-cv-00949-KK-(SHKx).  This case is being |
| | 8    heard in the United States District Court, Central |
| | 9    District of California. |
| 02:02:13 | 10        This deposition is on behalf of the |
| | 11   defendant.  My name is Gigi Fadich, legal |
| | 12   videographer, contracted through Dean Jones Legal |
| | 13   Videos, Incorporated, of Los Angeles and Santa Ana, |
| | 14   California.  Because we are not in person, I will |
| 02:02:24 | 15   have to interrupt proceedings if deponent drifts out |
| | 16   of frame or there should be any connectivity issues. |
| | 17        This deposition is commencing at 2:02 p.m. |
| | 18   Pacific time.  All present please identify |
| | 19   themselves beginning with the deponent.  You are |
| 02:02:42 | 20   muted. |
| | 21        THE WITNESS:  Sorry about that.  My name is |
| | 22   Matthew Kimmins, and I am the creative director for |
| | 23   Trial Template. |
| | 24        MS. MARGOLIES:  Amy Margolies on behalf of |
| 02:02:53 | 25   County defendants. |

5

|  |  |
|---|---|
| 02:02:56 | 1  MS. ESQUIVEL: Diana Esquivel on behalf of |
|  | 2  the State defendants. |
|  | 3  MS. MASONGSONG: Renee Masongsong on behalf |
|  | 4  of the plaintiffs. |
| 02:03:01 | 5  THE VIDEOGRAPHER: Would the court reporter |
|  | 6  please introduce herself and administer the oath. |
|  | 7  THE REPORTER: My name is Rachael Ramirez. |
|  | 8  I am a California Certified Shorthand Reporter. My |
|  | 9  license number is 13098. |
| 02:03:07 | 10 |
|  | 11  MATTHEW KIMMINS, |
|  | 12  having been first duly sworn, was examined |
|  | 13  and testified as follows: |
|  | 14 |
| 02:03:07 | 15  EXAMINATION |
|  | 16 |
|  | 17  BY MS. MARGOLIES: |
|  | 18  Q  Good afternoon, Mr. Kimmins. My name is |
|  | 19  Amy Margolies, and I represent the County |
| 02:03:34 | 20  defendants, and I'll be asking you some questions |
|  | 21  today. |
|  | 22  A  Certainly. |
|  | 23  Q  I do apologize for the quality of my voice |
|  | 24  and quite possibly the quality of my questions as we |
| 02:03:46 | 25  move forward today. If you have any trouble hearing |

6

```
04:35:25   1   pull that up again, and I'm on page 6 of your
           2   report.
           3       A    I assume you're referring to the shot count
           4   paragraph.
04:35:51   5       Q    I am.  The first sentence -- so on page 6,
           6   last paragraph there's a header that reads "shot
           7   count."
           8       A    Uh-huh.
           9       Q    And the first sentence under "shot count"
04:36:04  10   states "Based on the files we have reviewed, we
          11   cannot with any amount of clear specificity
          12   determine how many shots were fired in total because
          13   the audio is so overlapping with loud punctuated WAV
          14   forms of audio."
04:36:27  15       A    Correct.
          16       Q    Did I read that correct?
          17       A    That is correct.
          18       Q    And if I'm understanding your report, then,
          19   you state that each audio WAV form that indicates a
04:36:42  20   shot could be representative of either the gunshot
          21   itself or an echo of the gunshot; is that right?
          22       A    That is correct.  However, may I share
          23   my -- my screen with you and share something?
          24       Q    I'm happy to have you share something.
04:37:16  25   Just give me one second.  I just want to make sure
```

91

```
04:41:58   1   did conclude as far as the audio -- trying to
           2   examine the audio files is that you really do need a
           3   forensic audio expert, and I stand by that.  I
           4   really do.  This needs further scrutiny, and it is a
04:42:15   5   level of scrutiny that I do not believe I have the
           6   technology or the professional experience to really
           7   go into further detail on.  So this is requiring a
           8   little bit more attention to examine the audio form.
           9        Q    Thank you for that.
04:42:33  10             In your report you wrote in the middle
          11   there of that same paragraph, "the audio from these
          12   sources could not be clear enough for us to
          13   distinctly count shots fired with accuracy."
          14        A    That is true.  Although the right and left
04:42:49  15   audio channels do give me greater understanding and
          16   do provide more definition, it is still very
          17   difficult for us to understand how many shots are
          18   fired at the end of it.  I cannot with any amount of
          19   specificity state the number of shots that were
04:43:06  20   fired.
          21        Q    Do you have any training and experience on
          22   firearms?
          23        A    Training, yes.
          24        Q    What training do you have in using
04:43:17  25   firearms?
```

95

```
04:47:20   1        A    Okay.
           2        Q    Okay.  So I just want to make sure.  Is it
           3   your testimony that you can hear a bang from a gun
           4   and that a bullet will have ejected out of that gun?
04:47:39   5        A    You're using the term "ejected."
           6   There's -- the bullet could be fired from the
           7   barrel, but the casing, you know -- the shell is
           8   ejected.  So there are many instances where a round
           9   is fired and comes out of the barrel but the casing
04:47:54  10   is not ejected.  There's -- oftentimes there's jams
          11   and things like that that happen.  Yes.
          12        Q    Okay.  Fair enough.  But you are not an
          13   expert in ballistics; correct?
          14        A    No.  Not at all.  Nope.  Not at all.
04:48:09  15        Q    In your video that you have, you title the
          16   video "post-fall bullet count video."
          17        A    Yes.
          18        Q    Right?
          19        A    Yes.
04:48:24  20        Q    But you don't know how many bullets were
          21   actually fired; true?
          22        A    Not with any amount of absolute
          23   specificity.  What we did notice was when I was
          24   isolating the left and right audio channels, what
04:48:46  25   became clear was that the right audio channel
```

99

```
04:48:48   1    contained a lot more definition and being able to
           2    hear the shots, and it made -- it made that counting
           3    a little bit easier but by no means 100 percent.  I
           4    cannot say unless, you know -- this needs to go in
04:49:05   5    front of an audio expert really.
           6         Q    And if I'm understanding your words
           7    correctly, are you equating the gunshot sounds to be
           8    the same as bullet count?
           9         A    Shots fired is what I would -- it's not
04:49:21  10    bullet count.  It's just shots fired is the way that
          11    I would title it based on, you know, the -- but
          12    initially it is hard to separate is this a shot?  Is
          13    it -- they're firing so quick, it really is
          14    difficult.  I think that I can actually -- I can
04:49:45  15    accurately narrow down the shots.  I can't say
          16    100 percent.  I believe I can bring it -- you know,
          17    I believe I can count it, but I cannot say with
          18    100 percent that is absolutely certain.  So I can
          19    give a best educated guess, which is my best count,
04:50:05  20    and it's based on what I can see in the audio files.
          21         Q    And you cannot say who fired --
          22         A    Not at all.
          23         Q    -- the gunshots?
          24         A    Not in the least.
04:50:20  25         Q    You couldn't say whether it was CHP, the
```

100

```
 1              DECLARATION UNDER PENALTY OF PERJURY
 2
 3         I, MATTHEW KIMMINS, do hereby certify under
 4    penalty of perjury that I have read the foregoing
 5    transcript of my deposition taken on March 4, 2025;
 6    that I have made such corrections as appear noted
 7    herein; that my testimony as contained herein, as
 8    corrected, is a true and accurate transcription of
 9    my testimony.
10
11
12         Dated this _____ day of _____,
13    2025, at _____, California.
                              CITY
14
15
16
17
                         _____
18                             MATTHEW KIMMINS
19
20
21
22
23
24
25
```

140

```
 1                REPORTER'S CERTIFICATION
 2
 3    I, Rachael Ramirez, do hereby certify:
 4         That I am a licensed Certified Shorthand
 5    Reporter, duly qualified and certified as such by
 6    the State of California.
 7         That prior to being examined, the witness
 8    named in the foregoing deposition was duly sworn to
 9    testify under oath.
10         That the preceding deposition was recorded
11    stenographically by me at the time and place herein
12    mentioned; and that the preceding pages constitute a
13    complete and accurate record of the testimony given
14    by the aforementioned witness.
15         That I am a neutral party, in no way
16    interested in the outcome of said action, and that I
17    am not related to or otherwise connected with any of
18    the parties involved with this matter, or their
19    respective counsel.
20
21         DATED:  3/27/2025
22
23                              _____
24                              Rachael Ramirez, CSR No. 13098
25
```