# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Mr. Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Mr. Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Mr. Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 3<br><br>**[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY, EVIDENCE, ARGUMENT REGARDING EXPERT CLARK'S OPINIONS AND REPORT**<br><br>Date:         May 15, 2025<br>Time:         9:30 a.m.<br>Courtroom:   3<br><br>*Trial Date:*   June 2, 2025<br><br>*Complaint filed: 06/07/2022*<br>*FAC filed:  10/18/22*<br>*SAC filed:  01/13/23*<br>*TAC filed: 05/12/23* |

1

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

On April 17, 2023, County Defendants filed their Motions *in Limine* No. 2 to exclude certain portions of Roger Clark's opinions.

The Court, having considered Defendants' Motion *in limine*, all moving papers, evidence, and oral argument associated therewith and finding good cause therefore, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

DATED:_____          _____
                                 HONORABLE KENLY KIYAKATO
                                 UNITED STATES DISTRICT JUDGE