SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, County of San Bernardino, Robert Vaccari, and Jake Adams

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually, <br><br> Plaintiffs, <br><br> vs <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br> Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> Hon. Kenly K. Kato – Courtroom 3 <br><br> **DECLARATION OF AMY R. MARGOLIES, ESQ. IN SUPPORT OF COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE "SAL'S" UNAUTHENTICATED BLACK & WHITE SUREVEILLANCE VIDEO** |

1

**DECLARATION OF AMY R. MARGOLIES, ESQ. IN SUPPORT OF COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE "SAL'S" UNAUTHENTICATED BLACK & WHITE SUREVEILLANCE VIDEO**

## DECLARATION OF AMY R. MARGOLIES

I, Amy R. Margolies, declare as follows:

1. I am an attorney at law duly authorized to practice before this Court and am a partner with Lynberg & Watkins, attorneys for Defendants County of San Bernardino, Robert Vaccari, and Jake Adams in this action. I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

2. Attached hereto as Exhibit "A" is a true and correct copy of "Sal's" (last name unknown) black and white video of the incident[1].

3. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiffs' Opposition to County's Ex Parte to Extend Discovery Cutoff.

4. Attached hereto as Exhibit "C" is a true and correct copy of the email correspondence between Defense counsel and Plaintiffs' counsel re Plaintiff Correspondence re Refusal to Stipulate, Defendant Correspondence re Request Reconsideration, and Plaintiff Correspondence re Continued Refusal to Stipulate .

5. Attached hereto as Exhibit "D" is a true and correct copy of the County's Ex Parte to Reconsider for Single Deposition.

6. On January 21, 2025 Defendants served Plaintiffs' counsel with an amended notice of deposition for "Sal" that was to occur on January 30, 2025 but "Sal" never appeared for the noticed deposition.

///

///

///

---

[1] In order to play "Sal's" video, media player is needed to view and listen as the VLC player will only play audio.

2
DECLARATION OF AMY R. MARGOLIES, ESQ. IN SUPPORT OF COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE "SAL'S" UNAUTHENTICATED BLACK & WHITE SUREVEILLANCE VIDEO

I declare under penalty of perjury under the laws of the United States of America that the above statement is true and correct. Executed this 17$^h$ day of April, 2025 in Orange, California.

/s/ Amy R. Margolies
**DECLARANT**
**AMY R. MARGOLIES**