# EXHIBIT A

SLIP SHEET

VIDEO LABELED PLTFS00345