# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>    Plaintiffs,<br><br>vs<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive;<br><br>    Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE "SAL'S" UNAUTHENTICATED BLACK & WHITE SUREVEILLANCE VIDEO** |

///

///

[PROPOSED] ORDER

**[PROPOSED] ORDER**

On April 17, 2025, Defendants COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS filed their Motion in Limine No. 4 to exclude testimony, evidence, or argument regarding "Sal's" (last name unknown) unauthenticated black and white surveillance video of the incident.

Finding good cause appearing therefrom, the Court GRANTS Defendants' Motion in Limine No. 4 and hereby orders that Plaintiffs, their witnesses, and counsel be precluded from introducing any evidence, referring to, or using any pleading, document, testimony, remarks, questions, or arguments concerning the following facts or circumstances: "Sal's" (last name unknown) unauthenticated black and white surveillance video of the incident.

**IT IS SO ORDERED**.

DATED:

**HON. KENLY K. KATO**
United States District Court Judge