1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7320
     Facsimile: (916) 322-8288
7    E-mail: Diana.Esquivel@doj.ca.gov
   *Attorneys for Defendants State of California, by and*
8  *through California Highway Patrol, Blackwood,*
   *Kee, and Rubalcava*
9

10            IN THE UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    RIVERSIDE DIVISION

13

14  | L.C., et al., | No. 5:22-cv-00949 KK-SHKx |
15  | | |
    | Plaintiffs, | **STATE DEFENDANTS' NOTICE** |
16  | | **OF JOINDER AND JOINDER IN** |
    | | **COUNTY DEFENDANTS'** |
17  | v. | **MOTIONS IN LIMINE NOS. 2, 4,** |
    | | **AND 6** |
18  | **STATE OF CALIFORNIA, et al.,** | |
    | | Date:       May 15, 2025 |
19  | Defendants. | Time:       9:30 a.m. |
    | | Courtroom:  3 (3rd Floor) |
20  | | Judge:      Hon. Kenly Kiya Kato |
    | | Trial Date: June 2, 2025 |
21  | | Action Filed: June 7, 2022 |

22        TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

23        PLEASE TAKE NOTICE that Defendants State of California, by and through

24  California Highway Patrol, Michael Blackwood, Isaiah Kee, and Bernardo

25  Rubalcava (State Defendants) join in Defendants County of San Bernardino, Jake

26  Adams, and Robert Vaccari's (County Defendants) motions in limine Nos. 2, 4, and

27

28

6, filed on April 15, 2025, and set for hearing on May 15, 2025, at 9:30 a.m., in Courtroom 3, before the Honorable Kenly Kiya Kato. (ECF Nos. 126, 129, 130.)

This joinder is based on this notice of joinder, the County Defendants' notices of motions and motions in limine Nos. 2, 4, and 6[1] with all supporting documents and memorandum, the Court's file in this matter, matters of which the Court may take judicial notice, and any other matter that may properly come before the Court. Based on this joinder, the State Defendants respectfully move this Court for orders: (a) limiting or excluding the testimony of Plaintiffs' police-practices expert Roger Clark; (b) excluding the black-and-white video footage taken by "neighbor Sal"; and (c) excluding lay witness testimony of decedent Hector Puga's state of mind.

This Joinder is made following a conference of counsel pursuant to the Court's Standing Order in Civil Actions and Local Rule 7-16, which took place on April 7 and 11, 2025.

Dated:  April 17, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State, Blackwood, Kee, and Rubalcava*

LA2022603031
38956399.docx

---

[1] This joinder includes the State Defendants' joinder in the County Defendants' ex parte application to be permitted to file an additional motion in limine. (*See* ECF No. 127.)