IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.C., et al.,**<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　Defendants. | No. 5:22-cv-00949 KK-SHKx<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1** |

　　On May 15, 2025, the Defendants' Motions in Limine No. 1 to exclude certain portions of Matthew Kimmins' opinions and his videos, entitled "Pl Expert1-Post Fall Bullet Count Video R1.mp4" and "Pl Expert2-Puga Compilation Video R6.mp4," came on for hearing. The Court, having considered all the papers, evidence, and argument in support and in opposition thereof, hereby GRANTS the motion.

　　IT IS SO ORDERED.

Dated: _____   _____
　　　　　　　　　　　　　　　　　　　　　Hon. Kenly Kiya Kato
　　　　　　　　　　　　　　　　　　　　　United State District Court Judge

LA2022603031

1