ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone:  (916) 210-7320
　Facsimile:  (916) 322-8288
　E-mail:  Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol, Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **L.C., et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　Defendants. | No. 5:22-cv-00949 KK (SHKx)<br><br>**DEFENDANTS' NOTICE OF MANUAL LODGING OF VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1**<br><br>Date:　　　　May 15, 2025<br>Time:　　　　9:30 a.m.<br>Courtroom:　3 (3rd Floor)<br>Judge:　　　Hon. Kenly Kiya Kato<br>Trial Date:　June 2, 2025<br>Action Filed: June 7, 2022 |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-4.2 and 11-5.1, Defendants are manually lodging the video files listed below, with the Court, via submission of a USB flash drive because the items are exempt from, and are not conducive to, electronic filing.

1. Pl Expert1-Post Fall Bullet Count Video R1.mp4
2. Pl Expert2-Puga Compilation Video R6.mp4

These items are being submitted as exhibits in support of the Defendants' Motion in Limine No. 1 to Exclude Portions of the Testimony of Plaintiffs' Expert Matthew Kimmins and to Exclude His Videos.

Dated: April 17, 2025

Respectfully submitted,

R0B BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State, Blackwood, Kee, and Rubalcava*

LA2022603031
38956526.docx