**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF DECEDENT'S CRIMINAL HISTORY, PRIOR CONTACTS WITH LAW ENFORCEMENT, PERIODS OF INCARCERATION, ALLEGED GANG AFFILIATION, AND POTENTIAL CHARGES AND SENTENCING HAD DECEDENT SURVIVED** |

# [PROPOSED] ORDER

Having considered the papers filed in support of and in opposition of Plaintiffs' Motion in Limine No. 1 to Exclude Evidence of Decedent's Criminal History, Prior Contacts with Law Enforcement, Periods of Incarceration, Alleged Gang Affiliation, and Potential Charges and Sentencing Had Decedent Survived, IT IS HEREBY ORDERED that Plaintiffs' Motion in Limine No. 1 is GRANTED. Defendants are hereby precluded from introducing evidence, testimony, argument or reference to Hector Puga's criminal history, prior contacts with law enforcement, alleged gang affiliation and specific details of any alleged crime that was unknown to the involved at the time of the incident and any potential criminal charges that could have been brought had Mr. Puga survived and related terms of sentencing and incarceration.

**IT IS SO ORDERED**.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE