1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo
7

8  **UNITED STATES DISTRICT COURT FOR THE**
9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  L.C., a minor by and through her
guardian *ad litem* Maria Cadena,
12  individually and as successor-in-interest
to Hector Puga; I.H., a minor by and
13  through his guardian *ad litem* Jasmine
Hernandez, individually and as
14  successor-in-interest to Hector Puga;
A.L., a minor by and through her
15  guardian *ad litem* Lydia Lopez,
individually and as successor-in-interest
16  to Hector Puga; and ANTONIA SALAS
UBALDO, individually;
17

18

19                    Plaintiffs,
            vs.
20

21  STATE OF CALIFORNIA; COUNTY
OF SAN BERNARDINO; S.S.C., a
22  nominal defendant; ISAIAH KEE;
MICHAEL BLACKWOOD;
23  BERNARDO RUBALCAVA; ROBERT
VACCARI; JAKE ADAMS; and DOES
24  6-10, inclusive,
25

26                    Defendants.
27

28

Case No. 5:22-cv-00949-KK-SHK

*Honorable Kenly Kiya Kato*

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION IN LIMINE
NO. 2 TO EXCLUDE EVIDENCE
REGARDING DECEDENTS'
ALLEGED HISTORY OF DRUGS
AND ALCOHOL USE THAT WAS
UNKNOWN TO THE OFFICERS**

5:22-cv-00949-KK-SHK

1

## **[PROPOSED] ORDER**

2      Having considered the papers filed in support of and in opposition of

3  Plaintiffs' Motion in Limine No. 2 to Exclude Evidence Regarding Decedent's

4  Alleged History of Drug and Alcohol Use That Was Unknown to the Officers, IT IS

5  HEREBY ORDERED that Plaintiffs' Motion in Limine No. 2 is GRANTED.

6  Defendants are hereby precluded from introducing evidence, testimony, argument or

7  reference to Hector Puga's history of drugs and alcohol use that was unknown to the

8  involved officers at the time of the incident, including the toxicology report

9  findings, Mr. Puga's alleged frequency of alcohol consumption, any prior drug

10 and/or alcohol related law enforcement contacts, and any defense expert opinions

11 related to or based on Mr. Puga's alleged use of drugs or alcohol that was unknown

12 to the officers.

13

14 **IT IS SO ORDERED**.

15 DATED:                                        _____

16                                              HON. KENLY KIYA KATO
                                               UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28