**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>              Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>              Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE ANY EVIDENCE THAT WAS UNTIMELY DISCLOSED OR PRODUCED AFTER THE FACT DISCOVERY CUTOFF** |

# [PROPOSED] ORDER

Having considered the papers filed in support of and in opposition of Plaintiffs' Motion in Limine No. 3 to Exclude Any Evidence That Was Untimely Disclosed or Produced After the Fact Discovery Cut-Off, IT IS HEREBY ORDERED that Plaintiffs' Motion in Limine No. 3 is GRANTED. Defendants are hereby precluded from introducing evidence, testimony, argument or reference to evidence and information that was not disclosed or produced prior to the fact discovery cut-off date.

**IT IS SO ORDERED**.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE