**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually; <br><br> Plaintiffs, <br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br> Defendants. | Case No. 5:22-cv-00949-KK-SHK <br><br> *Honorable Kenly Kiya Kato* <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF STATE OF CALIFORNIA AND COUNTY OF SAN BERNARDINO'S FINDINGS THAT THE OFFICERS' USES OF FORCE WAS NOT CRIMINAL, WAS REASONABLE, JUSTIFIED, AND/OR WAS WITHIN POLICY** |

# [PROPOSED] ORDER

Having considered the papers filed in support of and in opposition of Plaintiffs' Motion in Limine No. 5 to Exclude Evidence of State of California and County of San Bernardino's Findings that the Officers' Uses of Force Was Not Criminal, Was Reasonable, Justified, and/or Was Within Policy, IT IS HEREBY ORDERED that Plaintiffs' Motion in Limine No. 5 is GRANTED. Defendants are hereby precluded from introducing evidence, testimony, argument or reference to any findings by the State of California or the County of San Bernardino that the Defendant Officers' uses of force against decedent Hector Puga was not criminal, was reasonable, justified, and/or within the California Highway Patrol's policy or the San Bernardino County Sheriff's Department's policy, including any reference (whether implicit or explicit) to the fact that the State of California and the County of San Bernardino reviewed the incident.

**IT IS SO ORDERED**.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE