**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**DECLARATION OF HANG D. LE IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5** |

I, Hang D. Le, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I make this Declaration in Support of Plaintiffs Motions in Limine Nos. 1-5. I have personally familiar with the matters stated herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the Rule 26 Report of County Defendants' forensic psychologist Kris Mohandie, Ph.D.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the Rule 26 Report of County Defendants' expert Joshua Peter Visco, Esq.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the Rule 26 Report of County Defendants' toxicologist Richard Clark, M.D.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the Rule 26 Report of County Defendants' police practices expert Ken Hubbs.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the Rule 26 Report of State Defendants' police practices expert Grey Meyer.

7. Attached hereto as "**Exhibit F**" is a true and correct of the relevant portions of the February 12, 2025 Deposition of Greg Meyer.

8. Attached hereto as "**Exhibit G**" is a true and correct email correspondence from County Defendants producing subpoenaed documents after the January 2, 2025 fact discovery cut-off.

9. Attached hereto as "**Exhibit H**" is a true and correct copy of Defendants County of San Bernardino, Robert Vaccari and Jake Adams' Third Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26.

10. Attached hereto as "**Exhibit I**" is a true and correct copy of Defendants County of San Bernardino, Robert Vaccari and Jake Adams' Fourth Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26

//
//

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States of America that the foregoing is true and correct. Executed this 17th
3  day of April 2025, in Los Angeles, California.

_____
Hang D. Le