# Exhibit G

| | |
|---|---|
| **From:** | Angelica S. Calderon |
| **To:** | dalekgalipo@yahoo.com; Hang Le; Santiago Laurel; Diana.Esquivel@doj.ca.gov |
| **Cc:** | Shannon Gustafson; Amy R. Margolies |
| **Subject:** | RE: Puga - Subpoenaed Records |
| **Date:** | Monday, February 10, 2025 2:33:04 PM |
| **Attachments:** | image001.png |

Counsel,

Please note that your link has been updated with records.
 Puga - Subpoenaed Records

Should you have any questions please let me know.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003

**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

---

**From:** Angelica S. Calderon
**Sent:** Monday, February 3, 2025 5:02 PM
**To:** 'dalekgalipo@yahoo.com' <dalekgalipo@yahoo.com>; 'hlee@galipolaw.com' <hlee@galipolaw.com>; 'SLaurel@galipolaw.com' <SLaurel@galipolaw.com>; 'Diana.Esquivel@doj.ca.gov' <Diana.Esquivel@doj.ca.gov>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Counsel,

Please note that your link has been updated with records.
 Puga - Subpoenaed Records

Should you have any questions please let me know.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



### LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Wednesday, January 22, 2025 10:09 AM
**To:** 'dalekgalipo@yahoo.com' <dalekgalipo@yahoo.com>; 'hlee@galipolaw.com' <hlee@galipolaw.com>; 'SLaurel@galipolaw.com' <SLaurel@galipolaw.com>; 'Diana.Esquivel@doj.ca.gov' <Diana.Esquivel@doj.ca.gov>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good morning Counsel,

Please note that new materials have been added to your link with records.
 Puga - Subpoenaed Records

Should you have any questions please let me know.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003

### LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Friday, January 17, 2025 4:25 PM
**To:** dalekgalipo@yahoo.com; hlee@galipolaw.com; SLaurel@galipolaw.com; Diana.Esquivel@doj.ca.gov

**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good Afternoon Counsel,

Please note that your link has been updated with records.
⬜ Puga - Subpoenaed Records

Thank you.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Wednesday, January 15, 2025 9:28 AM
**To:** 'dalekgalipo@yahoo.com' <dalekgalipo@yahoo.com>; 'hlee@galipolaw.com' <hlee@galipolaw.com>; 'SLaurel@galipolaw.com' <SLaurel@galipolaw.com>; 'Diana.Esquivel@doj.ca.gov' <Diana.Esquivel@doj.ca.gov>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good morning counsel,

Materials have been added to the link below with records received in response to subpoena.
⬜ Puga - Subpoenaed Records

Please let me know if you have any questions.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



## LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Thursday, January 2, 2025 5:21 PM
**To:** dalekgalipo@yahoo.com; hlee@galipolaw.com; SLaurel@galipolaw.com; Diana.Esquivel@doj.ca.gov
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good evening counsel,

Please note, additional materials have been added to the link below.
 Puga - Subpoenaed Records

Thank you.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003

## LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Thursday, December 19, 2024 10:17 AM
**To:** dalekgalipo@yahoo.com; hlee@galipolaw.com; SLaurel@galipolaw.com; Diana.Esquivel@doj.ca.gov
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>

**Subject:** Puga - Subpoenaed Records

Good morning counsel,

I hope this email find you well. Below is a link to the subpoenaed records we have received.

 Puga - Subpoenaed Records

Please let me know if you have any questions.

Thank you.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003

**LW**

**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

| | |
|---|---|
| **From:** | Angelica S. Calderon |
| **To:** | dalekgalipo@yahoo.com; Hang Le; Santiago Laurel; Diana.Esquivel@doj.ca.gov |
| **Cc:** | Shannon Gustafson; Amy R. Margolies |
| **Subject:** | RE: Puga - Subpoenaed Records |
| **Date:** | Tuesday, January 28, 2025 1:42:21 PM |
| **Attachments:** | image001.png |

Good afternoon counsel,

New records have been added to your link.
Re: LAPD & LBPD records
 Puga - Subpoenaed Records

Please let me know if you have any questions.

Thank you.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003

LW
LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

---

**From:** Angelica S. Calderon
**Sent:** Friday, January 24, 2025 1:54 PM
**To:** dalekgalipo@yahoo.com; hlee@galipolaw.com; SLaurel@galipolaw.com; Diana.Esquivel@doj.ca.gov
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good afternoon counsel,

New records have been added to your link.
Re: East Angeles County Sheriff's Station re Incarceration Records
 Puga - Subpoenaed Records

Please let me know if you have any questions.

Thank you.

Aɴɢᴇʟɪᴄᴀ S. Cᴀʟᴅᴇʀᴏɴ
Pᴀʀᴀʟᴇɢᴀʟ
Off: (714) 937-1010    Fax: (714) 937-1003



**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com       www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Wednesday, January 22, 2025 10:09 AM
**To:** 'dalekgalipo@yahoo.com' <dalekgalipo@yahoo.com>; 'hlee@galipolaw.com' <hlee@galipolaw.com>; 'SLaurel@galipolaw.com' <SLaurel@galipolaw.com>; 'Diana.Esquivel@doj.ca.gov' <Diana.Esquivel@doj.ca.gov>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good morning Counsel,

Please note that new materials have been added to your link with records.
📁 Puga - Subpoenaed Records

Should you have any questions please let me know.

Aɴɢᴇʟɪᴄᴀ S. Cᴀʟᴅᴇʀᴏɴ
Pᴀʀᴀʟᴇɢᴀʟ
Off: (714) 937-1010    Fax: (714) 937-1003



**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com       www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Friday, January 17, 2025 4:25 PM
**To:** dalekgalipo@yahoo.com; hlee@galipolaw.com; SLaurel@galipolaw.com; Diana.Esquivel@doj.ca.gov
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good Afternoon Counsel,

Please note that your link has been updated with records.
⬜ Puga - Subpoenaed Records

Thank you.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com      www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

---

**From:** Angelica S. Calderon
**Sent:** Wednesday, January 15, 2025 9:28 AM
**To:** 'dalekgalipo@yahoo.com' <dalekgalipo@yahoo.com>; 'hlee@galipolaw.com' <hlee@galipolaw.com>; 'SLaurel@galipolaw.com' <SLaurel@galipolaw.com>; 'Diana.Esquivel@doj.ca.gov' <Diana.Esquivel@doj.ca.gov>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good morning counsel,

Materials have been added to the link below with records received in response to subpoena.
⬜ Puga - Subpoenaed Records

Please let me know if you have any questions.

ANGELICA S. CALDERON
PARALEGAL

Off: <u>(714) 937-1010</u>   Fax: <u>(714) 937-1003</u>



**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Thursday, January 2, 2025 5:21 PM
**To:** dalekgalipo@yahoo.com; hlee@galipolaw.com; SLaurel@galipolaw.com;
Diana.Esquivel@doj.ca.gov
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** RE: Puga - Subpoenaed Records

Good evening counsel,

Please note, additional materials have been added to the link below.
 Puga - Subpoenaed Records

Thank you.

ANGELICA S. CALDERON
PARALEGAL
Off: <u>(714) 937-1010</u>   Fax: <u>(714) 937-1003</u>

**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Angelica S. Calderon
**Sent:** Thursday, December 19, 2024 10:17 AM
**To:** dalekgalipo@yahoo.com; hlee@galipolaw.com; SLaurel@galipolaw.com;
Diana.Esquivel@doj.ca.gov

**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>
**Subject:** Puga - Subpoenaed Records

Good morning counsel,

I hope this email find you well. Below is a link to the subpoenaed records we have received.
 Puga - Subpoenaed Records

Please let me know if you have any questions.

Thank you.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003

**LW**

**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com       www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.