# Exhibit I

1  SHANNON L. GUSTAFSON (SBN #228856)
   Sgustafson@lynberg.com
2  AMY R. MARGOLIES (SBN #283471)
   Amargolies@lynberg.com
3  ANITA K. CLARKE (SBN #321015)
   aclarke@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 W. Town & Country Road, Suite #1450
   Orange, California 92868
6  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
7
8  Attorneys for Defendant, COUNTY OF SAN BERNARDINO,
   ROBERT VACCARI, and JAKE ADAMS
9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13  L.C., a minor by and through her          CASE NO. 5:22-cv-00949-KK-(SHKx)
    guardian *ad litem* Maria Cadena,
14  individually and as successor-in-interest  *Assigned for All Purposes to:*
    to Hector Puga; I.H., a minor by and       *Hon. Kenly K. Kato– Courtroom 1*
15  through his guardian *ad litem* Jasmine
    Hernandez, individually and as
16  successor-in-interest to Hector Puga;      **DEFENDANTS COUNTY OF SAN**
    A.L., a minor by and through her           **BERNARDINO, ROBERT**
17  guardian *ad litem* Lydia Lopez,           **VACCARI and JAKE ADAMS'**
    individually and as successor-in-interest  **FOURTH SUPPLEMENTAL**
18  to Hector Puga; and ANTONIA                **DISCLOSURES PURSUANT TO**
    SALAS UBALDO, individually,                **FED. R. CIV. P. 26**
19                Plaintiffs,
20                                             *Trial Date:     June 2, 2025*
          vs.
21                                             *Complaint filed: June 7, 2022*
    STATE OF CALIFORNIA; COUNTY                *FAC filed: October 18, 2022*
22  OF SAN BERNARDINO; S.S.C., a               *SAC filed: January 13, 2023*
    nominal defendant; ISAIAH KEE;             *TAC filed: May 12, 2023*
23  MICHAEL BLACKWOOD;
    BERNARDO RUBALCAVA;
24  ROBERT VACCARI; JAKE ADAMS;
    and DOES 6-10, inclusive,
25
26                Defendants.
27
28  ─────────────────────────────────
                              1
    **DEFENDANTS COUNTY OF SAN BERNARDINO, ROBERT VACCARI**
    **and JAKE ADAMS' FOURTH SUPPLEMENTAL DISCLOSURES**
    **PURSUANT TO FED. R. CIV. P. 26**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to <u>Federal Rules of Civil Procedure</u> 26 and <u>Local Rule</u> 26-1, Defendants COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS ("County Defendants") hereby make the following initial disclosures, based on information presently available:

## II.    DOCUMENTS DEFENDANT COUNTY MAY USE TO SUPPORT DEFENSE(S)

Without waiving their rights, including but not limited to their right under the attorney-client privilege and work product doctrine, as well as right to privacy, and any privileges afforded Defendant, Defendant identifies the following documents or categories of documents they may use in support of their defenses:

29. GoFundMe: Fundraiser by Gabriela Salas Help for funeral for Hector J. Puga, bate stamped *COSB009498-COSB009510.*

30. Facebook Profile – Puga, bate stamped *COSB009511-COSB009557.*

31. Restraining Order Documents re Maria R. Cadena 03/07/13, Case #NQ018271, bate stamped *COSB009558-COSB009577.*

32. Request Order Documents re Maria R. Cadena 01/25/13, Case #NQ018271, bate stamped *COSB009578-COSB009587.*

33. Case Summary re Restraining Order re Maria Cadena, Case #NQ018271, bate stamped *COSB009588-COSB00958.*

34. Case Summary re Restraining Order re Yobana Puga, Case #BQ047632, bate stamped *COSB009590-COSB009593.*

35. Case Summary re Restraining Order re Yobana Puga, Case #BQ045673, bate stamped *COSB009594-COSB009595.*

36. Emergency Protective Order re Linda Rangel 01/29/19, Case #T-1900506, bate stamped *COSB009596.*

**DEFENDANTS COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS' FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26**

37. Restraining Order Documents re Yobana Puga and child 02/04/15, Case #BQ047632, bate stamped *COSB009614-COSB009631.*

38. Restraining Order Documents re Yobana Puga and child 08/21/14, Case #BQ045673, bate stamped *COSB009597-COSB009613.*

DATED:  January 14, 2025

**LYNBERG & WATKINS**
A Professional Corporation


By:  */s/ Amy R. Margolies*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**ANITA K. CLARKE**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO
ROBERT VACCARI, and JAKE ADAMS

**DEFENDANTS COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS' FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is 1100 Town & Country Road, Suite #1450, Orange, California 92868.

On January 14, 2025, I served the foregoing document(s) described as **DEFENDANT COUNTY OF SAN BERNARDINO ROBERT VACCCARI AND JAKE ADAMS FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

### *REFER TO ATTACHED SERVICE LIST*

☐ **BY MAIL**: As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, I deposited such envelope in the mail at Orange, California.

☐ **VIA ELECTRONIC MAIL (CM/ECF) -** all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

☐ **BY FEDERAL EXPRESS/OVERNIGHT MAIL**:  I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

☒ **BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted at the respective email address(es) indicated.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 14, 2025  at Orange, California.

/s/ Gloria Pence
**Gloria Pence**

---

4

**DEFENDANTS COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS' FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26**

1

### *SERVICE LIST*

2

Dale K. Galipo, Esq.
Hang D. Le, Esq.
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tele: (818) 347-3333
Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com
Email: hlee@galipolaw.com
Email:  SLaurel@galipolaw.com –
Litigation Secretary

Attorney for Plaintiffs,
L.C., I.H., A.L., and
ANTONIA SALAS UBALDO

3

4

5

6

7

8

9

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION
SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

Attorney for Defendants
STATE OF CALIFORNIA by and
through California Highway Patrol and
Michael Blackwood

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS COUNTY OF SAN BERNARDINO, ROBERT VACCARI
and JAKE ADAMS' FOURTH SUPPLEMENTAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26**