IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.C., et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **STATE OF CALIFORNIA, et al.,** <br><br> Defendants. | No. 5:22-cv-00949 KK-SHKx <br><br> **[Proposed] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3** |

On May 15, 2025, the Defendants' Motions in Limine No. 3 to exclude any evidence of or reference to the injuries sustained by the Botten family or any third-party, came on for hearing. The Court, having considered all the papers, evidence, and argument in support and in opposition thereof, hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: _____          _____

Hon. Kenly Kiya Kato
United State District Court Judge

LA2022603031

1