**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and
ANTONIA SALAS UBALDO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>[Consolidated for purposes of discovery with *Botten, et al. v. State of California, et al.*, Case No. 5:23-cv-00257-KK-SHK]<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**PLAINTIFFS' RULE 26 INITIAL EXPERT DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26, L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and Antonia Salas Ubaldo, individually, hereby make their initial expert disclosures pursuant to Rule 26(a)(2)(A) and (C) of the Federal Rules of Civil Procedure as follows:

**RETAINED EXPERTS**

Plaintiffs disclose the following retained expert witnesses who may be called upon to give expert testimony at trial pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure:

1. **Roger Clark** - Police Practices Expert
   10207 Molino Road
   Santee, CA 92071
   (203) 351-2458

Mr. Clark's Rule 26 report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as "Exhibit 1."

2. **Matthew Kimmis** – Video Analysis and Graphics Expert
   2458 Maplewood Drive SE
   Grand Rapids, MI 49506
   (415) 225-3962

Mr. Kimmis's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as "Exhibit 2."

//
//
//
//

**NON-RETAINED EXPERTS**

Plaintiffs further identify expert witnesses who may present evidence pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, but who are not retained by Plaintiffs to provide expert testimony. Plaintiffs hereby disclose the following witnesses and submit the following summaries of the witness' expected testimony pursuant to Rule 26(a)(2)(A) and (C):

1. Sergeant Robert Ripley – San Bernardino Sheriff's Department, Specialized Investigations Division
   c/o County Defense Counsel

Sergeant Ripley was the main detective who processed the incident scene and undertook the crime scene investigation. Sergeant Ripley also conducted the interview of Deputy Adams and two witness interviews. Sergeant Ripley worked alongside Crime Scene Specialist Christopher Hermosillo in processing the incident scene and documented all the evidence found in a report. Sergeant Ripley also took measurements of various physical evidence. Sergeant Ripley is expected to testify regarding all the evidence that he found at the scene in relation to the incident, including but not limited to bullet casings, bullets, bullet strikes, weapons, blood stains, and Mr. Puga's body position and final resting place.

2. Christopher Hermosillo – San Bernardino Sheriff's Department Crime Scene Specialist
   c/o County Defense Counsel

Mr. Hermosillo was the Crime Scene Specialist who assisted Sergeant Ripley with the crime scene investigation. Mr. Hermosillo took photographs of the scene, labeled evidence found at the scene, photographed each item of evidence prior to it being measured and collected as evidence, measured evidence, and attempted to determine bullet trajectories of found bullet entry/exit holes. Mr. Hermosillo further took photographs of significant aspects of Mr. Puga's autopsy and collected samples of Mr. Puga's head hair, fingernail clippings, blood and fingerprints and other evidence.

Mr. Mr. Hermosillo also processed collected evidence at the crime lab. Mr. Hermosillo is expected to testify regarding the evidence observed and collected at the scene, the evidence observed and collected at Mr. Puga's autopsy, and evidence processed at the crime lab.

     3.  Timony Jong, M.D. – Forensic Pathologist

Dr. Jong was the forensic pathologist who performed the autopsy of Hector Puga. Dr. Jong is expected to testify on the autopsy she performed on Mr. Puga, the external examination of Mr. Puga's body, the nature and extent of Mr. Puga's injuries, the cause and manner of the injuries found on Mr. Puga's body, the trajectory of the gunshot wounds to Mr. Puga's body, the internal examination of Mr. Puga's body, any other findings from Mr. Puga's autopsy, and the manner and cause of death.

DATED: January 30, 2025         LAW OFFICES OF DALE K. GALIPO

                                      By _____
                                            Dale K. Galipo
                                            Hang D. Le
                                            Attorneys for Plaintiffs