# Exhibit 3

## Hang Le

| | |
|---|---|
| **From:** | Diana Esquivel <Diana.Esquivel@doj.ca.gov> |
| **Sent:** | Monday, April 7, 2025 6:57 PM |
| **To:** | Hang Le; Amy R. Margolies; Shannon Gustafson |
| **Cc:** | Dale Galipo; Santiago Laurel |
| **Subject:** | RE: L.C., et al. v. State of California, et al. - State Defs' MILs |

Good afternoon,

State Defs intend to file the following MILs:

1. Exclude testimony of any witness who opined that Puga was scared or having other emotion
2. Limit photos of Puga's body and exclude all autopsy photos
3. Exclude evidence of other lawsuits or complaints filed against Defendants
4. Exclude Kimmin's testimony and video re bullet count, and if necessary, exclude his commentary in compilation video (*see* No. 5 in next section below)
5. Limit Dr. Jong's testimony to findings and opinions stated in his report and exclude any opinion not included in his report, including those opinions based on hypothetical scenarios

State Defs request that the parties stipulate to the exclusion of the following issues to avoid filing a MIL (including seeking leave to file add'l MILs):

1. Exclude evidence of the Botten injuries
2. Exclude evidence of the State and County's indemnification of an adverse verdict
3. Exclude "Sal" surveillance video
4. Exclude evidence of Antonia Salas Ubaldo's wrongful death damages
5. Exclude Kimmin's commentary in compilation video
6. Exclude Roger Clark's opinions re ultimate facts
7. Exclude evidence of Plaintiffs' funeral/burial expenses

Thanks,

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, April 7, 2025 4:55 PM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>

**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** L.C., et al. v. State of California, et al. - Plaintiffs' MILs

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Below please find Plaintiffs' contemplated Motions in Limine in the *L.C., et al. v. State of California, et al.* case.

1. MIL to exclude Puga's criminal history and prior contacts with law enforcement
2. MIL to exclude Mr. Puga's prior alleged drug and alcohol use and use of drugs/alcohol on the day of the incident, including the toxicology report
3. MIL to exclude allegations of Mr. Puga's affiliation or membership with a gang
4. MIL to exclude evidence/documents produced after the fact discovery cutoff
5. MIL to exclude certain opinions from Defendants' police practices experts
   a. Greg Meyer
      i. Forensic analysis of videos: that Puga had a gun in his waistband when he was exiting the vehicle and he had a gun in his hand while he was running
      ii. Action-reaction time
      iii. Rebuttal opinions to Matthew Kimmins videos
      iv. Speculation regarding what officers perceived after Puga fell to the ground
   b. Kenneth Hubbs
      i. Hector's actions were consistent with chronic drug abuse
      ii. Hector's actions on February 17, 2021 are consistent with suicide by cop
      iii. Puga was a dangerous career criminal (and recitation of his criminal history that as unknown to the officers)
      iv. Assessment that Puga was attempting to manipulate the officers and deputies into a position where he could ambush and shoot the officers and deputies
      v. Conclusion that Puga was preparing for a gunfight and planned to go down with gunfire to avoid being sent back to prison
      vi. Speculation that Puga may have fired as many as five rounds during the incident

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.