# Exhibit 5

# Hang Le

| | |
|---|---|
| **From:** | Hang Le |
| **Sent:** | Monday, April 14, 2025 6:05 PM |
| **To:** | Diana Esquivel; Amy R. Margolies |
| **Cc:** | Shannon Gustafson; Dale Galipo; Santiago Laurel |
| **Subject:** | L.C. (Puga), et al. v. State of California, et al. |
| **Attachments:** | Ps' Exhibit List.pdf; Ps' Witness List.pdf |

Counsel,

Attached please find Plaintiffs' proposed Exhibit List and Witness List. Please also find Plaintiffs' selected autopsy photos as discussed in last Friday's meet and confer regarding Defendants' MIL re autopsy photos at the following Dropbox link:

https://www.dropbox.com/scl/fi/cgd3717wdd96bc8kzkzy5/Autopsy-Photos_Redacted.pdf?rlkey=92epy2rlld0qcvphfo2cly3sz&dl=0

With regards to the issue of the excluding the black and white surveillance video taken by the Bottens' neighbor, Dale is not amenable to a stipulation to exclude the video at this time. The issue of dismissing Ms. Salas from the state law claims is still a work in progress.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.