# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:22–cv–00949–KK–SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __4/17/2025__

Document No.: __131__

Title of Document:  __STATE DEFENDANTS NOTICE OF JOINDER AND JOINDER IN COUNTY DEFENDANTS MOTIONS IN LIMINE NOS. 2, 4, AND 6__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motions and Related Filings > Joinder

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 18, 2025__     By: __/s/ Alison Bandek  alison_bandek@cacd.uscourts.gov__
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**