SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly K. Kato – Courtroom 3*<br><br>**COUNTY DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN STATE DEFENDANTS' MOTIONS IN LIMINE NOS. 1, 3, AND 5**<br><br>Date: May 15, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3<br><br>*Trial Date:* June 2, 2025<br><br>*Complaint filed: 06/07/2022*<br>*FAC filed: 10/18/22*<br>*SAC filed: 01/13/23*<br>*TAC filed: 05/12/23* |

1

**COUNTY DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN STATE DEFENDANTS' MOTIONS IN LIMINE NOS. 1, 3, AND 5**

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant's COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS (hereinafter "County Defendants") join in Defendants State of California, by and through California Highway Patrol, Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava (hereinafter "State Defendants") motions in limine Nos. 1, 3, and 5, filed on April 15, 2025, and set for hearing on May 15, 2025, at 9:30 a.m., in Courtroom 3, before the Honorable Kenly Kiya Kato. (Dkt. Nos. 132 ,140, and 141)

This joinder is based on this notice of joinder, the State Defendants' notice of motions and motions in limine Nos. 1, 3, and 5 with all supporting documents and memorandum, the Court's file in this matter, matters of which the Court may take judicial notice, and any other matter that many properly come before the Court. Based on this joinder, the County Defendants respectfully move this Court for orders:

1. excluding portions of the testimony of Plaintiffs' Expert Matthew Kimmins and excluding his videos;

2. excluding evidence and testimony concerning shooting and injuries of third parties during the subject incident; and

3. limiting the testimony of medical examiner Timothy Jong, M.D.

This joinder is made following a conference of counsel pursuant to the Court's Standing Order in Civil Actions and Local Rule 7-16, which took place on April 7 and 11, 2025.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: April 21, 2025 | **LYNBERG & WATKINS**<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Amy R. Margolies<br>**SHANNON L. GUSTAFSON**<br>**AMY R. MARGOLIES** |
| 5 | | Attorneys for Defendant,<br>COUNTY OF SAN BERNARDINO |
| 6 | | ROBERT VACCARI, and JAKE ADAMS |