ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through California Highway Patrol, Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN-RIVERSIDE DIVISION

| | |
|---|---|
| **L.C., et al.,**<br><br>                                        Plaintiffs,<br><br>      v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                        Defendants. | No. 5:22-cv-00949 KK-SHKx<br><br>**NOTICE OF UNAVAILABILITY OF ATTORNEY DIANA ESQUIVEL FOR STATE DEFENDANTS**<br><br>Judge:       Hon. Kenly Kiya Kato<br>Trial Date:  June 2, 2025<br>Action Filed: June 7, 2022 |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Diana Esquivel, counsel of record for Defendants State of California, by and through California Highway Patrol, Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava (State Defendants), will be out of the office and unavailable from April 25, 2025 to May 13, 2025.

/ / /

/ / /

1  During this period, please contact Supervising Deputy Attorney General
2  Norman D. Morrison (559.705.2304 or norman.morrison@doj.ca.gov) or the
3  paralegal assigned to this matter, Judith Milch (916.210.6484 or
4  judith.milch@doj.ca.gov), for assistance.

6  Dated: April 21, 2025                   Respectfully submitted,

   ROB BONTA
   Attorney General of California
   NORMAN D. MORRISON
   Supervising Deputy Attorney General

   */s/ Diana Esquivel*

   DIANA ESQUIVEL
   Deputy Attorney General
   *Attorneys for Defendants State,
   Blackwood, Kee, and Rubalcava*

LA2022603031
38957236.docx