# EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian ad litem Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian ad litem Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually, | )<br>)<br>)<br>)<br>)<br>)<br>)No. 5:22-cv-00949-KK-(SHKx)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

REMOTE VIDEOTAPED DEPOSITION OF ANTONIA SALAS UBALDO

Bellflower, California

Tuesday, December 3, 2024

Volume I

Reported by:
JILL GLANTZ
CSR No. 11341

Job No. 131706

1

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA
                                            )
 3   L.C., a minor by and through her       )
     guardian ad litem Maria Cadena,        )
 4   individually and as                    )
     successor-in-interest to Hector        )
 5   Puga; I.H., a minor by and through )No. 5:22-cv-00949-KK-(SHKx)
     his guardian ad litem Jasmine          )
 6   Hernandez, individually and as         )
     successor-in-interest to Hector        )
 7   Puga; A.L., a minor by and through )
     her guardian ad litem Lydia Lopez, )
 8   individually and as                    )
     successor-in-interest to Hector        )
 9   Puga; and ANTONIA SALAS UBALDO,        )
     individually,                          )
10                                          )
              Plaintiffs,                   )
11                                          )
         vs.                                )
12                                          )
     STATE OF CALIFORNIA; COUNTY OF SAN )
13   BERNARDINO; S.S.C., a nominal          )
     defendant; ISAIAH KEE; MICHAEL         )
14   BLACKWOOD; BERNARDO RUBALCAVA;         )
     ROBERT VACCARI; JAKE ADAMS; and        )
15   DOES 6-10, inclusive,                  )
                                            )
16            Defendants.                   )
     _____)

17

18          Remote videotaped deposition of ANTONIA SALAS

19   UBALDO, Volume I, taken on behalf of Defendants, in

20   Bellflower, California, beginning at 10:05 a.m. and

21   ending at 3:56 p.m. on Tuesday, December 3, 2024,

22   before JILL GLANTZ, Certified Shorthand Reporter

23   No. 11341.

24

25
```

2

```
1    APPEARANCES:

2

3    For Plaintiffs L.C., I.H., A.L., and Antonia Salas

4    Ubaldo:

5         LAW OFFICES OF DALE K. GALIPO

6         BY:  HANG D. LE

7         Attorney at Law

8         21800 Burbank Boulevard, Suite 310

9         Woodland Hills, California 91367

10        (818) 347-3333

11        hlee@galipolaw.com

12

13   For Defendant County of San Bernardino, Robert

14   Vaccari, and Jake Adams:

15        LYNBERG & WATKINS, A Professional Corporation

16        BY:  SHANNON L. GUSTAFSON

17        Attorney at Law

18        1100 W. Town & Country Road, Suite 1450

19        Orange, California 92868

20        (714) 937-1010

21        sgustafson@lynberg.com

22

23

24

25
```

3

```
 1    APPEARANCES (continued):

 2

 3    For Defendants State of California by and through

 4    California Highway Patrol and Michael Blackwood:

 5         CALIFORNIA ATTORNEY GENERAL'S OFFICE

 6         BY:  DIANA ESQUIVEL

 7         Attorney at Law

 8         1300 I Street, Suite 125

 9         PO Box 944255

10         (916) 210-7320

11         Diana.Esquivel@doj.ca.gov

12

13    Videographer:

14         BLAKE JONES

15

16    Interpreter:

17         CARMEN STRICKLAND

18

19

20

21

22

23

24

25
```

4

```
 1                          INDEX

 2   WITNESS: ANTONIA SALAS UBALDO                  PAGE

 3   VOLUME I

 4   EXAMINATION BY MS. GUSTAFSON                      8

 5   EXAMINATION BY MS. ESQUIVEL                      89

 6

 7
                          EXHIBITS
 8
                                                    PAGE
 9
     Exhibit 28  Photographs 0001-0039              80
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       Bellflower, California, Tuesday, December 3, 2024

2                    10:05 a.m.

3

4       THE VIDEOGRAPHER:  Good morning.  This is the

10:05:48  5  video deposition of Antonia Salas Ubaldo, taken

6  remotely on Tuesday, December 3rd, 2024, in the

7  matter of L.C., et al. versus State of California,

8  County of San Bernardino, Case Number

9  5:22-cv-00949-KK-(SHKx).  This case is being heard

10:06:23 10  in the United States District Court, Central

11  District of California.

12       My name is Blake Jones, Legal Videographer

13  contracted through Dean Jones Legal Videos,

14  Incorporated of Los Angeles and Santa Ana,

10:06:32 15  California.  Since we're not in person, the

16  videographer might have to interrupt the proceedings

17  if the deponent drifts out of frame or there is any

18  connectivity issues.  This deposition is commencing

19  at 10:06 a.m.

10:06:44 20       Would all present please identify themselves,

21  beginning with the deponent.

22       THE WITNESS:  Antonia Salas Ubaldo.

23       MS. GUSTAFSON:  Shannon Gustafson for the San

24  Bernardino County Sheriff's Department Defendants.

10:07:08 25       MS. ESQUIVEL:  Good morning.  Diana Esquivel

6

| | | |
|---|---|---|
| | 1 | on behalf of the State of California and Officers |
| | 2 | Blackwood, Rubalcava and Kee, appearing from |
| | 3 | Sacramento, California. |
| | 4 | MS. LE:  Good morning.  Hang Le on behalf of |
| 10:07:24 | 5 | the Plaintiff Antonia Salas Ubaldo and the |
| | 6 | Plaintiffs. |
| | 7 | THE INTERPRETER:  And good morning.  This is |
| | 8 | Carmen Strickland, a state certified court |
| | 9 | interpreter.  Certification Number is 301388. |
| 10:07:35 | 10 | THE VIDEOGRAPHER:  Will the court reporter |
| | 11 | please administer the oath. |
| | 12 | THE REPORTER:  Yes.  Please, Ms. Ubaldo, |
| | 13 | please raise your right hand so I can swear you in. |
| | 14 | THE INTERPRETER:  Do you want to swear in the |
| | 15 | interpreter first? |
| | 16 | THE REPORTER:  I'm sorry.  Yes. |
| | 17 | CARMEN STRICKLAND, |
| | 18 | was administered an oath to act as English/Spanish |
| | 19 | interpreter. |
| | 20 | ANTONIA SALAS UBALDO, |
| | 21 | having been first administered an oath through the |
| | 22 | interpreter, was examined and testified through the |
| | 23 | interpreter as follows: |
| | 24 | /// |
| | 25 | /// |

7

1    Hector got arrested even though he did not do
2    anything wrong?  Is that what you're telling us?
3       A   I'm going to tell you that I don't know how
4    the fight started.  But I know how everything ended
12:43:23  5    up.
6       Q   And so I'm going to ask you again.  To your
7    knowledge, did Hector ever hit this girl?
8       A   No.
9       Q   And so do you believe that Hector got
12:43:49 10    arrested for domestic violence for no reason?
11       A   They took him to the hospital because they
12    called the police because Hector was not feeling
13    well.  But they were going to take her for lying.
14       Q   So did Hector ever get arrested as a result
12:44:30 15    of this fight that you have been describing?  "Yes,"
16    "no," or "I don't know"?
17       A   No.
18       Q   Has Hector ever been arrested for any type of
19    domestic violence?
12:44:55 20       A   I don't remember if he was.
21       Q   Are you aware that your son has been arrested
22    in the past?
23       A   Yes.
24       Q   To your knowledge, how many times has Hector
12:45:42 25    been arrested?

49

Ubaldo, Antonia
L.C., a minor v. State of California

```
             1        A    I don't remember how many times.
             2        Q    Are you able to estimate how many times?
             3   More than five?  Less than five?
             4        A    I don't remember.
12:46:20     5        Q    What is your understanding of the reasons
             6   that Hector has been arrested?
             7        A    I don't remember.  I don't know.  I don't
             8   remember why, but he was -- he had been arrested.
             9        Q    Can you tell me any of the reasons that
12:47:11    10   Hector has been arrested?
            11        A    I don't remember why he was arrested.  I had
            12   been in court for him, but I don't remember why.
            13        Q    Has Hector ever been to jail or prison?
            14        A    Yes.
12:48:11    15        Q    How many times?
            16        A    About two or three times.
            17        Q    Do you know where he was in jail or prison?
            18        A    Here in Los Angeles.  In Los Angeles and --
            19   what's the name?  I don't remember, but he was in
12:49:07    20   another one.
            21        Q    Do you remember the city that the other place
            22   was located?
            23        A    It's a ranch.  I don't remember what they
            24   call it.  I really don't remember.
12:49:42    25        Q    Do you remember when he was in Los Angeles in
```

50

THE WITNESS:  That's what I was thinking.  It was, like, one hour one way and one hour on the way back.

BY MS. GUSTAFSON:

12:53:18  Q   Do you recall how long he was in that location?

A   I don't remember if it was a year or less.  I don't remember very well.

Q   Do you know how old he was when he was there?

12:53:47  A   No, I don't remember.

Q   Do you know why he was at this other jail that you can't remember the name of?

A   I don't know why.

Q   Did you ever talk to Hector about the reasons

12:54:10  that he got arrested or went to jail?

A   Well, I would call on the phone, and he would ask me, "Mom, what are you doing?"

And I would tell him, "I'm cleaning the house."  And I would tell him, "And you are there

12:54:56  because you want to."

Q   Did he ever tell you the reasons that he was in jail?

A   I don't remember.

Q   Do you know how long Hector had been out of

12:55:46  jail at the time that he died?

52

Ubaldo, Antonia
L.C., a minor v. State of California

1    A    On weekends, they would -- we would clean the

2  walls.  They all helped.  One of them would vacuum,

3  clean.  The other one would clean the kitchen.  The

4  other one would mop.  Everybody helped.

03:06:12  5    Q    Is it fair to say that all of your kids,

6  including Hector, helped you clean the house?

7    A    Of course, yes.  And I would also have yard

8  sales, and they will help me get the things out and

9  sell things with me.

03:06:47 10    Q    Was there anything that Hector would help you

11  with that your other kids did not?

12    A    Well, everybody did different tasks, but they

13  all helped.

14    Q    What types of things did you do with Hector

03:07:24 15  when he was alive?

16    A    Well, he enjoyed being with me a lot, and we

17  would be in the truck playing the radio, and we

18  would take turns.  He -- I wanted to listen in

19  Spanish.  He would change it to English.  He would

03:08:26 20  clean the truck.  He was very close to me.  He would

21  come to me to the store, to the park, always with

22  me.

23    Q    I think that is all I have.  I will turn the

24  floor over to Diana.

03:09:04 25    A    That's fine.

88

```
 1        A    Yes.

 2        Q    Did you ever find out why he ended up going

 3   to prison?

 4        A    Well, yes.

 5        Q    And why was that?

 6        A    He had a problem with the police when he

 7   lived with Yobanna.

 8        Q    Before he was sent to prison, do you know if

 9   he had a trial that resulted in him being found

10   guilty of some crime?

11        A    No.

12        Q    So is it fair to say that you never attended

13   any trial that Hector underwent after he was shot by

14   police in March of 2015?

15        A    Are you asking if I went to court?

16        Q    Yes.  Have you ever went to observe Hector's

17   trial?

18        A    Yes.

19        Q    Did you learn during your observation of

20   Hector's trial that he was convicted of battering

21   his wife Yobanna?

22        A    I didn't know well everything that had

23   happened, but there was a problem there.

24        Q    Did you ever learn during that trial that he

25   beat her with a gun?
```

Timestamps:
- 03:24:57  line 5
- 03:25:30  line 10
- 03:26:28  line 15
- 03:26:52  line 20
- 03:27:50  line 25

Ubaldo, Antonia
L.C., a minor v. State of California

1      A    No.

2      Q    Did you ever talk to Yobanna after Hector was

3  convicted of what had transpired between them that

4  resulted in Hector's conviction?

03:28:29    5      A    No.

6      Q    Did you ever ask Hector about what had

7  transpired between him and his wife that resulted in

8  him being convicted and sent to prison?

9      A    I didn't find out things like that.

03:29:11   10      Q    My question was a little more specific.   My

11  question -- well, let me back up.   You were aware

12  that Hector was sentenced to seven years in prison

13  as a result of the incident between him and Yobanna.

14  Is that correct?

03:29:40   15      A    No.

16      Q    Did you ever find out how long he was

17  sentenced to prison for?

18      A    How could I explain?   No.

19      Q    You remember earlier you were shown some

03:30:14   20  photographs, and one of those photographs, it was

21  Hector in prison uniform.   Do you remember that

22  photograph?

23      A    Yes.

24      Q    So you went to visit him in prison; correct?

03:30:42   25      A    Yes.

95

1        I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4        That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were administered an oath; that

8    a record of the proceedings was made by me using

9    machine shorthand which was thereafter transcribed

10   under my direction; that the foregoing transcript is

11   a true record of the testimony given.

12        Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal Case,

14   before completion of the proceedings, review

15   of the transcript {X} was { } was not requested.

16        I further certify I am neither financially

17   interested in the action nor a relative or employee of any

18   attorney or party to this action.

19     IN WITNESS WHEREOF, I have this date subscribed my

20   name.

21

22   Dated: December 10, 2024

23

                              JILL GLANTZ

24                              CSR No. 11341

25