# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: 5:22-cv-00949-KK-(SHKx)

L.C., a minor by and through her
guardian ad litem Maria Cadena,
individually and as
successor-in-interest to Hector
Puga; I.H., a minor by and through
his guardian ad litem Jasmine
Hernandez, individually and as
successor-in-interest to Hector
Puga; A.L., a minor by and through
her guardian ad litem Lydia Lopez,
individually and as
successor-in-interest to Hector
Puga; and ANTONIA SALAS UBALDO,
individually,

        Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE; MICHAEL
BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS; and
DOES 6-10, inclusive,

        Defendants.
_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

JASMINE HERNANDEZ

Wednesday, December 11, 2024, 9:03 a.m.

Taken remotely via Zoom

REPORTED BY:  Mary P. Randle, CSR No. 10312

1

```
 1   APPEARANCES:
 2   (Appearances via videoconference)
 3
 4   For Plaintiffs:
 5        LAW OFFICES OF DALE K. GALIPO
          HANG D. LE, ESQ.
 6        21800 Burbank Boulevard
          Suite 310
 7        Woodland Hills, California 91367
          818-347-3333
 8        hlee@galipolaw.com
 9
10   For Defendants County of San Bernardino, Robert Vaccari,
     and Jake Adams:
11
          LYNBERG & WATKINS, APC
12        SHANNON L. GUSTAFSON, ESQ.
          1100 West Town & Country Road
13        Suite 1450
          Orange, California 92868
14        714-937-1010
          sgustafson@lynberg.com
15
16
     For Defendants State of California by and through
17   California Highway Patrol and Michael Blackwood:
18        OFFICE OF THE ATTORNEY GENERAL
          TORT & CONDEMNATION SECTION
19        DIANA ESQUIVEL, ESQ.
          1300 I Street
20        Suite 125
          Sacramento, California 95814-2951
21        916-210-7320
          diana.esquivel@doj.ca.gov
22
23
     Also Present:
24
          Vionela Vaughn-Austin, Videographer
25
```

```
 1                INDEX TO EXAMINATION
 2
 3   EXAMINATION                              PAGE
 4
 5   By Ms. Gustafson                            6
 6   By Ms. Esquivel                            79
 7
```

```
 1                    INDEX TO EXHIBITS
 2
 3    MARKED              DESCRIPTION                PAGE
 4
 5    Exhibit 34    Isaiah Hernandez's birth          65
                   certificate
 6
      Exhibit 35    Facebook posts, Bates stamped     67
 7                 Plaintiff 233-236
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1                  TAKEN REMOTELY VIA ZOOM
 2                WEDNESDAY, DECEMBER 11, 2024
 3                       9:03 A.M.
 4
 5          THE VIDEOGRAPHER:  Good morning.  This is the
 6   video deposition of Jasmine Hernandez, taken remotely on
 7   December 11th, 2024, in the matter of L.C. versus
 8   State of California, Case Number
 9   5:22-cv-00949-KK-(SHKx).  This case is being heard in
10   the United States District Court of Central District of
11   California.  This deposition is being taken on behalf of
12   the Defendant.
13          My name is Vionela Vaughn-Austin.  I'm the
14   legal videographer contracted through Dean Jones Legal
15   Videos, Inc., of Los Angeles and Santa Ana, California.
16   Now, because we are not in person, as the videographer,
17   I may have to interrupt the proceedings should the
18   deponent drift -- or the witness drift out of frame or
19   should any Zoom connectivity issues occur.
20          This deposition is commencing at 9:03 a.m.
21   Would all present please identify yourselves, starting
22   with the court reporter, then the witness, and then
23   counsel.
24          THE COURT REPORTER:  My name is Mary Randle
25   with Jilio-Ryan.
```

5

1          THE WITNESS:  My name is Jasmine Hernandez.
2          MS. GUSTAFSON:  Shannon Gustafson for the
3  County Defendants.
4          MS. ESQUIVEL:  Diana Esquivel for the State
5  Defendants, appearing from Sacramento.
6          MS. LE:  Hang Le for the Deponent and for the
7  Plaintiffs in L.C., et al., versus State of California,
8  et al.
9          THE VIDEOGRAPHER:  Thank you.  Now, would the
10  court reporter please administer the oath.
11
12                   JASMINE HERNANDEZ,
13     having been first duly sworn, was examined and
14                   testified as follows:
15
16                       EXAMINATION
17  BY MS. GUSTAFSON:
18     **Q    Can you please state your name for the record.**
19     A    Jasmine Hernandez.
20     **Q    Have you ever used any name other than**
21  **Jasmine Hernandez?**
22     A    No.
23     **Q    Have you ever had your deposition taken before?**
24     A    No.
25     **Q    I'm sure you had an opportunity to speak with**

6

```
 1      A    Years before Isaiah was born.
 2      Q    So, years before Isaiah was born you knew
 3   Hector as a friend, and you saw something on the news
 4   about him.  Is that fair to say?
 5      A    Yes.
 6      Q    And what was it you saw on the news?
 7      A    Hector in a police pursuit.
 8      Q    And when you saw this news about the police
 9   pursuit, you recognized that it was the Hector that you
10   knew?
11      A    Yes.
12      Q    What do you recall about what happened during
13   the police pursuit?
14      A    Hector not stopping.
15      Q    Did you also see on this news channel that he
16   shot at police?
17      A    Yes.
18      Q    And did you see that Hector was shot by the
19   police?
20      A    Yes.
21      Q    Did you ever talk to Hector about what happened
22   that day when he shot at the police?
23      A    No.
24      Q    Why not?
25      A    I believed his affairs were his affairs and my
```

34

```
 1   affairs were my affairs.
 2        Q    If I understand you correctly, it's fair to say
 3   that you never talked to Hector about the reasons that
 4   he was running from police or shooting at police?
 5        A    No.  He would never discuss that with me.
 6        Q    Did he ever talk to you about the fact that he
 7   was shot by the police?
 8        A    Yes, because he -- when he came home, he would
 9   have leg pain and some side pain when it was cold.
10        Q    Other than talking about the pain, did he tell
11   you anything else about his injuries that day?
12        A    No.
13        Q    Do you know how long he went to jail after
14   shooting at the police?
15        A    I believe four -- four years.
16        Q    Did you ever go see him when he was in jail
17   during those four years?
18        A    No.
19        Q    Did you have any communications with him during
20   those four years that he was incarcerated after the
21   shooting with police?
22        A    Yes.
23        Q    How did you communicate with him?
24        A    He would call my phone collect.
25        Q    And you would take his calls?
```

```
 1   STATE OF CALIFORNIA        )
                                )
 2   COUNTY OF SAN DIEGO        )

 3

 4        I, Mary P. Randle, Certified Shorthand
 5   Reporter in and for the State of California,
 6   Certificate No. 10312, do hereby certify:
 7        That prior to being examined, the witness named
 8   in the foregoing deposition was by me first duly sworn
 9   to testify to the truth, the whole truth, and nothing
10   but the truth;
11        That said deposition was taken remotely before
12   me at the time and place therein set forth and was taken
13   down by me in shorthand and thereafter transcribed into
14   typewriting under my direction and supervision;
15        I further certify that I am neither counsel for,
16   nor related to, any party to said action, nor in any way
17   interested in the outcome thereof.
18        In witness whereof, I have hereunto subscribed my
     name.
19
20   Dated: December 22, 2024
21
22
23   _Mary Randle, CSR#10312_
     MARY P. RANDLE
24   CSR No. 10312
25
```

95