# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian ad litem Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian ad litem Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually, | CASE NO. 5:22-cv-00949 -KK-(SHKx) |

Plaintiffs,

vs.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE;
MICHAEL BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS;
and DOES 6-10, inclusive,

                    Defendants.
_____


VIDEOTAPED

ZOOM DEPOSITION OF LIDIA LOPEZ

WEDNESDAY, DECEMBER 4, 2024

2:05 P.M.


REPORTED BY:  VICTORIA FRENCH, CSR NO. 14193

1

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4        LAW OFFICES OF DALE K. GALIPO
          BY:  HANG LE, ESQ.
 5        21800 Burbank Boulevard, Suite 310
          Woodland Hills, California 91367
 6        t. 818.347.3333
          e. hlee@galipolaw.com
 7

 8    FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO,
      ROBERT VACCARI, AND JAKE ADAMS:
 9
          LYNBERG & WATKINS
10        BY:  SHANNON GUSTAFSON, ESQ.
          1100 West Town & Country Road, Suite #1450
11        Orange, California 92868
          t. 714.937.1010
12        e. sgustafson@lynberg.com

13
      FOR THE DEFENDANTS STATE OF CALIFORNIA, BY AND
14    THROUGH CALIFORNIA HIGHWAY PATROL AND MICHAEL
      BLACKWOOD:
15
          TORT & CONDEMNATION SECTION
16        OFFICE OF THE ATTORNEY GENERAL
          BY:  DIANA ESQUIVEL, DEPUTY ATTORNEY GENERAL
17        1300 I Street, Suite 125
          Sacramento, California  95814
18        t. 916.210.7320
          e. diana.esquivel@doj.ca.gov

19

20

21    ALSO PRESENT:

22    -BLAKE JONES, Legal Videographer

23

24

25
```

2

```
 1                         I N D E X
 2
 3   WITNESS:   LIDIA LOPEZ
 4
 5   EXAMINATION                                        PAGE
 6   BY MS. GUSTAFSON ------------------------------ 5, 81
 7   BY MS. ESQUIVEL -------------------------------- 71
 8
 9
10
11                        E X H I B I T S
12   DEFENDANTS'            DESCRIPTION                PAGE
13   EXHIBIT 29    Two color photos                      10
14   EXHIBIT 30    Eight color photos                    14
15   EXHIBIT 31    Video                                 23
16   EXHIBIT 32    Responses to Interrogatories          51
17   EXHIBIT 33    Birth certificate                     69
```

3

```
 1                WEDNESDAY, DECEMBER 4, 2024, 2:05 P.M.
 2                            - - -
 3            THE VIDEOGRAPHER:  Good afternoon.  This
 4   is the video deposition of Lidia Lopez, taken
 5   remotely on Wednesday, December 4th, 2024, in the
 6   matter of L.C. et al. versus State of California,
 7   County of San Bernardino, Case Number
 8   5:22-cv-00949-KK-(SHKx).  This case is being heard
 9   in the United States District Court in the Central
10   District of California.
11            My name of Blake Jones, legal
12   videographer, contracted through Dean Jones Legal
13   Videos, Incorporated, Los Angeles and Santa Ana,
14   California.  Since we're not in person today, the
15   videographer might have to interrupt the proceedings
16   if the deponent drifts out of frame or we have any
17   connectivity issues.  This deposition is commencing
18   at 2:05 p.m.
19            Would all present please identify
20   themselves, beginning with the deponent?
21            THE WITNESS:  Lidia Lopez.
22            MS. GUSTAFSON:  Shannon Gustafson for the
23   San Bernardino County Defendants.
24            MS. ESQUIVEL:  Diana Esquivel on behalf of
25   the State of California, Officer -- California
```

4

```
 1   Highway Patrol Officers Kee, Blackwood, and
 2   Rubalcava, appearing from Sacramento.
 3          MS. LE:  Hang Le on behalf of the deponent
 4   Lidia Lopez and the Plaintiffs.
 5          THE VIDEOGRAPHER:  Court reporter, please
 6   administer the oath.
 7                      - - -
 8                   LIDIA LOPEZ,
 9         having first declared under penalty of
10           perjury to tell the truth, was examined
11           and testified as follows:
12                    -EXAMINATION-
13   BY MS. GUSTAFSON:
14       Q.   Will you please state and spell your full
15   name for the record?
16       A.   Yes.  Lidia Lopez, L-i-d-i-a, L-o-p-e-z.
17       Q.   Have you ever gone by any other name other
18   than Lidia Lopez?
19       A.   No.
20       Q.   Have you ever had your deposition taken
21   before?
22       A.   No.
23       Q.   Since this is a new process to you, I'm
24   just going to go ahead and explain some of the
25   ground rules.  I'm sure you had an opportunity to
```

02:06:01 (14), 02:06:03 (15), 02:06:04 (16), 02:06:15 (17), 02:06:17 (18), 02:06:18 (19), 02:06:19 (20), 02:06:19 (21), 02:06:20 (22), 02:06:21 (23), 02:06:23 (24), 02:06:27 (25)

5

```
03:13:00  1   gone?
03:13:02  2         Q.    The last time you talked to her.
03:13:04  3         A.    She called Allyson this morning.
03:13:10  4         Q.    Does she regularly call Allyson?
03:13:13  5         A.    She calls her in the nighttime, or Allyson
03:13:15  6   will call her when I'm free for her to talk to her.
03:13:21  7         Q.    When was the last time that Allyson saw
03:13:26  8   Antonia?
03:13:27  9         A.    She came for her 3rd birthday party.
03:13:33 10         Q.    Do you know where Antonia currently lives?
03:13:37 11         A.    Yeah.  In Long Beach.
03:13:43 12         Q.    How far is Long Beach from Bell?
03:13:51 13         A.    About maybe 20 to 25 minutes.
03:13:59 14         Q.    You had told me earlier that you were no
03:14:02 15   longer in a relationship with Hector in February of
03:14:06 16   2021.
03:14:08 17               What was the reason your relationship with
03:14:10 18   him ended while you were still pregnant with
03:14:13 19   Allyson?
03:14:19 20         A.    It's kind of, like, I'm a stay-at-home
03:14:26 21   person, and, you know, he liked to be outdoors a
03:14:30 22   lot, and it's just we were not compatible.
03:14:41 23         Q.    Were you aware that Hector had been
03:14:42 24   arrested before he was in a relationship with you?
03:14:47 25         A.    Not that I recall.
```

43

```
03:14:48  1       Q.   Did he ever tell you that he had been
03:14:50  2   arrested?
03:14:54  3       A.   Yeah, but I don't know why.
03:14:57  4       Q.   Did you ever ask him why he had been
03:14:59  5   arrested in the past?
03:15:01  6       A.   No.
03:15:03  7       Q.   Were you concerned at all that he had been
03:15:05  8   arrested previously?
03:15:07  9       A.   No.
03:15:08 10       Q.   Why not?
03:15:12 11       A.   I just didn't think of asking him why.  I
03:15:17 12   mean, he was out, and that's all I cared for.
03:15:23 13       Q.   Were you aware that he had been in jail in
03:15:26 14   prison?
03:15:28 15       A.   Not that I recall.
03:15:31 16       Q.   Did Hector ever tell you that he had spent
03:15:33 17   time in prison?
03:15:34 18       A.   No.
03:15:35 19       Q.   Is me asking the question the first time
03:15:45 20   you learned that he had previously been to prison?
03:15:48 21       A.   I mean, I've heard it around, but that's
03:15:51 22   as much as I know about it.
03:15:53 23       Q.   And what do you mean you heard it around?
03:15:55 24       A.   I mean, people talk, Facebook.  I mean,
03:15:58 25   there's internet.
```

44

```
 1        I, Victoria French, CSR No. 14193, certify:
 2   that the foregoing proceedings were taken before me
 3   at the time and place herein set forth; at which
 4   time the witness was duly sworn; and that the
 5   transcript is a true record of the testimony so
 6   given.
 7        Witness review, correction and signature was
 8     (X) by Code.                   ( ) requested.
 9     ( ) waived.                    ( ) not requested.
10     ( ) not handled by the deposition officer due to
11   party stipulation.
12        The dismantling, unsealing, or unbinding of
13   the original transcript will render the reporter's
14   certificate null and void.
15        I further certify that I am not financially
16   interested in the action, and I am not a relative or
17   employee of any attorney of the parties, nor of any
18   of the parties.
19
20             Dated this 14th day of January, 2025
21
22
23                   V French
24                   _____
25                       Victoria French
```

84