# EXHIBIT E

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: 5:22-cv-00949-KK-(SHKx)

L.C., a minor by and through her
guardian ad litem Maria Cadena,
individually and as
successor-in-interest to Hector
Puga; I.H., a minor by and through
his guardian ad litem Jasmine
Hernandez, individually and as
successor-in-interest to Hector
Puga; A.L., a minor by and through
her guardian ad litem Lydia Lopez,
individually and as
successor-in-interest to Hector
Puga; and ANTONIA SALAS UBALDO,
individually,

    Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE; MICHAEL
BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS; and
DOES 6-10, inclusive,

    Defendants.

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MARIA CADENA

Wednesday, December 11, 2024, 1:04 p.m.

Taken remotely via Zoom

REPORTED BY:  Mary P. Randle, CSR No. 10312

1

```
 1    APPEARANCES:
 2    (Appearances via videoconference)
 3
 4    For Plaintiffs:
 5         LAW OFFICES OF DALE K. GALIPO
           HANG D. LE, ESQ.
 6         21800 Burbank Boulevard
           Suite 310
 7         Woodland Hills, California 91367
           818-347-3333
 8         hlee@galipolaw.com
 9
10    For Defendants County of San Bernardino, Robert Vaccari,
      and Jake Adams:
11
           LYNBERG & WATKINS, APC
12         SHANNON L. GUSTAFSON, ESQ.
           1100 West Town & Country Road
13         Suite 1450
           Orange, California 92868
14         714-937-1010
           sgustafson@lynberg.com
15
16
      For Defendants State of California by and through
17    California Highway Patrol and Michael Blackwood:
18         OFFICE OF THE ATTORNEY GENERAL
           TORT & CONDEMNATION SECTION
19         DIANA ESQUIVEL, ESQ.
           1300 I Street
20         Suite 125
           Sacramento, California 95814-2951
21         916-210-7320
           diana.esquivel@doj.ca.gov
22
23
      Also Present:
24
           Vionela Vaughn-Austin, Videographer
25
```

2

```
 1                    INDEX TO EXAMINATION
 2
 3   EXAMINATION                                         PAGE
 4
 5   By Ms. Gustafson                                      6
 6   By Ms. Esquivel                                      36
 7   By Ms. Gustafson                                     43
 8
 9
10
...
25
```

3

```
 1                    INDEX TO EXHIBITS

 2

 3   MARKED            DESCRIPTION                    PAGE

 4

 5   Exhibit 36   Layla Ibarra's birth certificate     34

 6   Exhibit 37   Photos, Bates stamped                36
                  Plaintiff's 229
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                TAKEN REMOTELY VIA ZOOM
 2               WEDNESDAY, DECEMBER 11, 2024
 3                       1:04 P.M.
 4
 5          THE VIDEOGRAPHER:  Good afternoon.  This is the
 6   video deposition of Maria Cadena, taken remotely on
 7   December 11, 2024, in the matter of L.C. versus State of
 8   California, Case Number 5:22-cv-004 -- pardon me --
 9   52 -- 5:22-cv-00949-KK-(SHKx).  This case is being heard
10   in the United States District Court of Central District
11   of California.  The deposition is on the behalf of the
12   Defendant.
13          My name is Vionela Vaughn-Austin, and I'm the
14   legal videographer contracted through Dean Jones Legal
15   Videos, Inc., of Los Angeles and Santa Ana, California.
16   Now, because we're not in person, I, as the
17   videographer, may have to interrupt the proceedings if
18   the deponent drifts out of the frame or should any
19   connectivity issues occur with the Zoom.
20          This deposition is commencing at 1:04 p.m.
21   Would all present please identify yourselves, starting
22   with the court reporter, then the deponent, and then
23   counsel.
24          THE COURT REPORTER:  Mary Randle on behalf of
25   Jilio-Ryan Court Reporters.
```

5

```
 1            MS. GUSTAFSON:  Can you state your name?
 2            THE WITNESS:  Oh, me?
 3            THE VIDEOGRAPHER:  Maria, would you please
 4   state your name.
 5            THE WITNESS:  Sure.  Maria Cadena.
 6            MS. GUSTAFSON:  Shannon Gustafson on behalf of
 7   the County Defendants.
 8            MS. ESQUIVEL:  Diana Esquivel on behalf of the
 9   State Defendants.
10            MS. LE:  Hang Le on behalf of the Deponent and
11   the Plaintiffs in L.C. versus State of California.
12            THE VIDEOGRAPHER:  Thank you.  Now, would the
13   court reporter please administer the oath.
14
15                      MARIA CADENA,
16      having been first duly sworn, was examined and
17                    testified as follows:
18
19                        EXAMINATION
20   BY MS. GUSTAFSON:
21       Q    Can you please state your name for the record.
22       A    Maria Cadena.
23       Q    Have you ever used any name other than
24   Maria Cadena?
25       A    No.
```

6

```
 1      A    Yes.
 2      Q    And how did she contact you three days ago?
 3      A    Through messenger on Facebook.
 4      Q    Did she say anything about why she was making
 5  contact with you?
 6      A    No.  I was just -- I just told her I was
 7  surprised she got in contact with me.  She was wondering
 8  how my daughter was doing.
 9      Q    Has Layla and Serenity spent any time together
10  other than at the funeral?
11      A    No.
12      Q    Do you know Linda's last name?
13      A    I don't.
14      Q    Do you know where she lives?
15      A    The last time I know, she lived in Los Angeles.
16      Q    When you were with Hector, were you aware of
17  any time that he had been arrested?
18      A    No.
19      Q    Were you aware -- or are you aware that he's
20  ever been arrested of domestic violence?
21      A    No.
22      Q    Did he ever become violent with you?
23      A    Just verbally.
24      Q    Meaning you would have arguments where he would
25  yell?
```

22

```
 1      A    Yeah.
 2      Q    Did those happen frequently?
 3      A    Yes.
 4      Q    And would he typically be drinking during those
 5 arguments or they would just happen at other times as
 6 well?
 7      A    It was both, when he wasn't drinking and when
 8 he was drinking.
 9      Q    Was there anything in particular that the two
10 of you would fight about?
11      A    No.  He was just a very jealous person.
12      Q    Did you ever have any issues with him being
13 around other women when he was with you?
14      A    No.
15      Q    As you sit here today, do you know if Hector's
16 ever been arrested?
17      A    No.
18      Q    Do you know if he ever spent any time in prison
19 or jail?
20      A    No.
21      Q    Did you ever hear about an incident where he
22 was in a pursuit with L.A. Sheriff's Department and he
23 fired a gun at them?
24      A    Yes.
25      Q    How did you find out about that incident?
```

23

```
 1   STATE OF CALIFORNIA        )
                                )
 2   COUNTY OF SAN DIEGO        )

 3

 4         I, Mary P. Randle, Certified Shorthand

 5   Reporter in and for the State of California,

 6   Certificate No. 10312, do hereby certify:

 7         That prior to being examined, the witness named

 8   in the foregoing deposition was by me first duly sworn

 9   to testify to the truth, the whole truth, and nothing

10   but the truth;

11          That said deposition was taken remotely before

12   me at the time and place therein set forth and was taken

13   down by me in shorthand and thereafter transcribed into

14   typewriting under my direction and supervision;

15         I further certify that I am neither counsel for,

16   nor related to, any party to said action, nor in any way

17   interested in the outcome thereof.

18         In witness whereof, I have hereunto subscribed my
     name.
19

20   Dated: December 22, 2024

21

22

23
     _Mary Randle, CSR#10312_
24   MARY P. RANDLE
     CSR No. 10312
25
```

47