# EXHIBIT F

| DV-100 | **Request for Domestic Violence Restraining Order** |
|---|---|

You must also complete Form CLETS-001, *Confidential CLETS Information* and give it to the clerk when you file this Request.

**① Name of person asking for protection:**
~~Bianca M Salvador~~ Maria R Cadena  Age: 22

Your lawyer in this case *(if you have one)*:
Name: Maria R. Cadena    State Bar No.: _____
Firm Name: 840 Gaviota Avenue, Apt. #7
**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: 840 Gaviota Avenue, Apt. #7
City: Long Beach    State: CA    Zip: 90813
Telephone: _____    Fax: _____
E-Mail Address: _____

*Clerk stamps date here when form is filed.*

**FILED**
LOS ANGELES SUPERIOR COURT
JAN 25 2013
JOHN A. CLARKE, CLERK
BY PAMELA HAMILTON, DEPUTY

*Fill in court name and street address:*
Superior Court of California, County of
Los Angeles
Superior Court of Califor
415 W. Ocean Blvd.
Same           lafla-lb
Long Beach CA 90802
South District

*Clerk fills in case number when form is filed.*
**Case Number:** NQ018271

**② Name of person you want protection from:**
Hector J. Puga

Description of person you want protection from:
Sex: [x] M  [ ] F  Height: 5'8  Weight: 230  Hair Color: Dark brn  Eye Color: Dark Brn
Race: Hispanic                              Age: 24  Date of Birth: 1/17/89
Address *(if known)*: currently unknown
City: _____    State: _____    Zip: _____

**③ Do you want an order to protect family or household members?** [ ] Yes [x] No
*If yes, list them:*

| Full name | Sex | Age | Lives with you? | Relationship to you |
|---|---|---|---|---|
| | | | [ ] Yes [ ] No | |
| | | | [ ] Yes [ ] No | |
| | | | [ ] Yes [ ] No | |

[ ] Check here if you need more space. Attach a sheet of paper and write "DV-100, Protected People" for a title.

**④ What is your relationship to the person in ②?** *(Check all that apply)*:
a. [ ] We are now married or registered domestic partners.
b. [ ] We used to be married or registered domestic partners.
c. [ ] We live together.
d. [ ] We used to live together.
e. [ ] We are related by blood, marriage, or adoption (specify relationship): _____
f. [x] We are dating or used to date, or we are or used to be engaged to be married.
g. [ ] We are the parents together of a child or children under 18:
   Child's Name: _____    Date of Birth: _____
   Child's Name: _____    Date of Birth: _____
   Child's Name: _____    Date of Birth: _____
   [ ] Check here if you need more space. Attach a sheet of paper and write "DV-100, Children Under 18" for a title.
h. [ ] We have signed a Voluntary Declaration of Paternity for our child or children. *(Attach a copy if you have one).*

*If you do not have one of these relationships, the court may not be able to consider your request. Read DV-500-INFO for help.*

**This is not a Court Order.**

Judicial Council of California,
Revised January 2, 2012, Mandatory Form
Family Code, § 6200 et seq.

**Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)

DV-100, Page 1 of 5
Legal
SDSB009578
Plus

Case Number: N018271

5. **Other Court Cases**

   a. Have you or any other person named in item ③ been involved in another court case with the person in ②?
   [x] No  [ ] Yes  *If yes, check each kind of case and indicate where and when each was filed:*

   | Kind of Case | County or Tribe Where Filed | Year Filed | Case Number *(if known)* |
   |---|---|---|---|
   | [ ] Divorce, Nullity, Legal Separation | | | |
   | [ ] Civil Harassment | | | |
   | [ ] Domestic Violence | | | |
   | [ ] Criminal | | | |
   | [ ] Juvenile, Dependency, Guardianship | | | |
   | [ ] Child Support | | | |
   | [ ] Parentage, Paternity | | | |
   | [ ] Other *(specify):* _____ | | | |

   [ ] Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Court Cases" for a title.

   b. Are there any domestic violence restraining/protective orders now (criminal, juvenile, family)?
   [x] No  [ ] Yes  *If yes, attach a copy if you have one.*

## Check the orders you want. ☑

6. [x] **Personal Conduct Orders**

   I ask the court to order the person in ② not to do the following things to me or anyone listed in ③:

   a. [x] Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, or block movements

   b. [x] Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail or e-mail or other electronic means

   *The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

7. [x] **Stay-Away Order**

   a. I ask the court to order the person in ② to stay at least __100__ yards away from *(check all that apply):*

   [x] Me                      [ ] My vehicle
   [x] My home                 [ ] The children's school or child care
   [ ] My job or workplace     [ ] Each person listed in ③
   [ ] My school               [ ] Other *(specify):* _____

   b. If the person listed in ② is ordered to stay away from all the places listed above, will he or she still be able to get to his or her home, school, job, workplace, school, or vehicle? [x] Yes [ ] No *(If no, explain):*

8. [ ] **Move-Out Order**

   *(If the person in ② lives with you and you want that person to stay away from your home, you must ask for this move-out order)*

   I ask the court to order the person in ② to move out from and not return to *(address):* _____

   I have the right to live at the above address because (explain): _____

**This is not a Court Order.**

Case Number: NQ018271 

**⑨ Guns or Other Firearms and Ammunition**
I believe the person in ② owns or possesses guns, firearms, or ammunition. ☐ Yes ☐ No [x] I don't know
*If the judge approves the order, the person in ② will be ordered not to own, possess, purchase or receive a firearm or ammunition. The person will be ordered to sell to a gun dealer or turn in to law enforcement any guns or firearms that he or she owns or possesses.*

**⑩ [x] Record Unlawful Communications**
I ask for the right to record communications made to me by the person in ② that violate the judge's orders.

**⑪ ☐ Animals: Possession and Stay-Away Order**
I ask for the sole possession, care, and control of the animals listed below. I ask the court to order the person in ② to stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals: _____

_____

I ask for the animals to be with me because: _____

**⑫ ☐ Child Custody and Visitation**
a. ☐ I do not have a child custody or visitation order and I want one.
b. ☐ I have a child custody or visitation order and I want it changed.
*If you ask for orders, you must fill out and attach Form DV-105, Request for Child Custody and Visitation Orders.*
*You and the other parent may tell the court that you want to be legal parents of the children (use Form DV-180, Agreement and Judgment of Parentage).*

**⑬ ☐ Child Support** *(Check all that apply):*
a. ☐ I do not have a child support order and I want one.
b. ☐ I have a child support order and I want it changed.
c. ☐ I now receive or have applied for TANF, Welfare, CalWORKS, or Medi-Cal.
*If you ask for child support orders, you must fill out and attach Form FL-150, Income and Expense Declaration or Form FL-155, Financial Statement (Simplified).*

**⑭ ☐ Property Control**
I ask the court to give *only* me temporary use, possession, and control of the property listed here:

_____

**⑮ ☐ Debt Payment**
I ask the court to order the person in ② to make these payments while the order is in effect:
☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Debt Payment" for a title.*
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

**⑯ ☐ Property Restraint**
**I am married to or have a registered domestic partnership with the person in ②.** I ask the judge to order that the person in ② not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course of business or for necessities of life. I also ask the judge to order the person in ② to notify me of any new or big expenses and to explain them to the court.

**This is not a Court Order.**

Case Number: N001827

(17) ☐ **Spousal Support**
I am married to or have a registered domestic partnership with the person in (2) and no spousal support order exists. I ask the court to order the person in (2) to pay spousal support. *(You must fill out, file, and serve Form FL-150, Income and Expense Declaration, before your hearing).*

(18) ☐ **Lawyer's Fees and Costs**
I ask that the person in (2) pay some or all of my lawyer's fees and costs.
You must complete, file and serve Form FL-150, Income and Expense Declaration *before your hearing.*

(19) ☐ **Payments for Costs and Services**
I ask the court to order the person in (2) to pay the following:
*You can ask for lost earnings or your costs for services caused directly by the person in (2) (damaged property, medical care, counseling, temporary housing, etc.). You must bring proof of these expenses to your hearing.*
Pay to: _____ For: _____ Amount: $ _____
Pay to: _____ For: _____ Amount: $ _____

(20) ☐ **Batterer Intervention Program**
I ask the court to order the person listed in (2) to go to a 52-week batterer intervention program and show proof of completion to the court.

(21) ☐ **Other Orders**
What other orders are you asking for? _____
_____

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Orders" for a title.*

(22) ☐ **Time for Service (Notice)**
*The papers must be personally served on the person in (2) at least five days before the hearing, unless the court orders a shorter time for service. If you want there to be fewer than five days between service and the hearing, explain why below. For help, read Form DV-200-INFO, "What Is Proof of Personal Service?"*
_____
_____

(23) **No Fee to Serve (Notify) Restrained Person**
*If you want the sheriff or marshal to serve (notify) the restrained person about the orders for free, ask the court clerk what you need to do.*

(24) **Court Hearing**
The court will schedule a hearing on your request. If the judge does not make the orders effective right away ("temporary restraining orders"), the judge may still make the orders after the hearing. If the judge does not make the orders effective right away, you can ask the court to cancel the hearing. Read Form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order* for more information.

**This is not a Court Order.**

Case Number: N0018271

**25. Describe Abuse**

Describe how the person in ② abused you. Abuse means to intentionally or recklessly cause or attempt to cause bodily injury to you; or to place you or another person in reasonable fear of imminent serious bodily injury; or to molest, attack, hit, stalk, threaten, batter, harass, telephone, or contact you; or to disturb your peace; or to destroy your personal property. Abuse can be spoken, written, or physical. (For a complete definition, see Family Code §§ 6203, 6320).

a. Date of most recent abuse: 1/24/2013

b. Who was there? myself, husband and minor child age" 4

c. Describe how the person in ② abused you or your children: See attached "DV-Recent Abuse".

☐ Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.

d. Did the person in ② use or threaten to use a gun or any other weapon? [x] No ☐ Yes *(If yes, describe):*

e. Describe any injuries: _____

f. Did the police come? [x] No ☐ Yes
If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☐ No ☐ I don't know
*Attach a copy if you have one.*
The order protects ☐ you or ☐ the person in ②

g. **Has the person in ② abused you (or your children) other times?**
*If yes,* ☐ *check here and use Form DV-101, Description of Abuse or a sheet of paper to describe any previous abuse.*

**26. Other Persons to Be Protected**

The persons listed in item ③ need an order for protection because *(describe):* _____

**27.** Number of pages attached to this form, if any: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 1/25/2013

Maria R. Cadena
*Type or print your name*

*Sign your name* (signed)

Date: _____

*Lawyer's name, if you have one*

▶ *Lawyer's signature*

**This is not a Court Order.**

Revised January 2, 2012 — **Request for Domestic Violence Restraining Order** (Domestic Violence Prevention) — DV-100, Page 5 of 5

COSB009582

N0018271

## DECLARATION OF FACTS IN SUPPORT OF MARIA R.CADENA
## DV-100 "RECENT ABUSE"

My name is Maria R. Cadena, and I am requesting that the Court grant me the protections afforded by a domestic violence restraining order all of the reasons listed below as well as other that may be raised at the hearing.

RELATIONSHIP HISTORY: Respondent, Hector J. Puga and I had a brief dating relationship while separated from my currently husband. This dating relationship lasted approximately 4 months. I broke this relationship with Respondent last year in August, 2012. It was after I broke Respondent stole my vehicle, I reported and eventually got it back with the help of the police. In that same month, I was out of town and when I returned I found out that he had broken into my apartment. In addition he threatened to kill me if I didn't go back to him. Since breaking up he has been stocking me. He has been to my place of work at least on 7 different occasions.

In October, 2012, I reconciled with my husband and our three minor children.

RECENT ABUSE: On 1/24/13, Respondent, he stood outside your home and threatened to kill me and my husband. Two of our youngest children were present when this happened. I left to take our son to school that same day and saw Respondent parked out his school.

Respondent, has a history of past violence against another woman, I recently found out that Respondent is currently on summary probation. He was convicted for "Domestic Battery", "Contempt of Court" and 148 (A), (1) PC Misdemeanor. His behavior is irrational and scary. I fear for myself and family. .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 1.25.13





COSB009584

| DV-115 | **Request to Continue Court Hearing and Reissue Temporary Restraining Order** |
|---|---|

*Clerk stamps date here when form is filed.*

FILED
LOS ANGELES SUPERIOR COURT
FEB 14 2013
JOHN A. CLARKE, CLERK
BY A. ARCIAGA, DEPUTY

Use this form to change the hearing date listed on Form DV-109, *Notice of Court Hearing. (Read DV-115-INFO, How to Ask for a New Hearing Date for more information).*

**① Name of Person Asking for Protection:**
Maria R. Cadena

Your lawyer in this case *(if you have one):*
Name: Maria R. Cadena   State Bar No.: _____
Firm Name: 840 Gaviota Avenue, Apt. #7

**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: 840 Gaviota Avenue, Apt. #7
City: Long Beach   State: CA   Zip: _____
Telephone: _____   Fax: _____
E-Mail Address: _____

*Fill in court name and street address:*
**Superior Court of California, County of**
Los Angeles
Superior Court of Califo
415 W. Ocean Blvd.
Same            lafla-lb
Long Beach CA 90802
South District

*Fill in case number:*
**Case Number:**
NQ 018271

**② Name of Person to Be Restrained:**
Hector J. Puga
Mailing Address *(if known):* Men's Cental Jail @ 441 Bauchet Street
City: Los Angeles   State: CA   Zip: 90012

**③ Request to Continue Hearing and Reissue Temporary Restraining Order**

a. The hearing date is *(date):* 2/14/13
b. The *Notice of Court Hearing* (Form DV-109) and any temporary restraining orders have been reissued <u>once</u> times.
c. I ask the judge to continue the *Notice of Court Hearing* (Form DV-109) and reissue any temporary restraining orders granted on *Temporary Restraining Order* (Form DV-110) because:
  1. [x] I could not get the papers served before the hearing date.
  2. [ ] Other *(specify):* _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 2/13/2013

Maria R. Cadena
*Type or print your name*

*[signature]*
*Sign your name*

Date: _____

_____
*Lawyer's name, if you have one*

▶ _____
*Lawyer's signature*

**This is not a Court Order.**

Judicial Council of California,
Revised January 1, 2012, Mandatory Form
Family Code § 243, Approved by DOJ

**Request to Continue Court Hearing and Reissue Temporary Restraining Order**
**(Domestic Violence Prevention)**

Legal Solutions Plus

DV-115, Page 1 of 1

COSB009585



New Doc.

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: Maria R. Cadena / 840 Gaviota Avenue, Apt. #7 / Long Beach, CA 90813 | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| ATTORNEY FOR (NAME): | | **FILED** LOS ANGELES SUPERIOR COURT JAN 25 2013 JOHN A. CLARKE, CLERK BY PAMELA HAMILTON, DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS: 415 W. Ocean Blvd. Long Beach CA 90802 | | |
| PETITIONER / PLAINTIFF: Maria R. Cadena | | |
| RESPONDENT / DEFENDANT: Hector J. Puga | | |
| CHILD'S NAME: | CHILD'S DATE OF BIRTH: | CASE NUMBER: NQ018271 |
| DECLARATION RE: NOTICE OF EX PARTE REQUEST (NO NOTICE GIVEN) (Temporary Restraining Order) | | RELATED CASES (IF ANY): |

I, Maria R. Cadena (PRINT NAME), declare that:

1) I did not give notice to the other party in this action because:

   [x] I was afraid that the violence would reoccur when I gave notice that I was asking for these orders.

   [ ] I was afraid that the other party would take the children out of the area before the order could be granted and served.

   [ ] I believe that giving notice would make the orders useless because the other party would:

2) I attempted and was unable to inform _____ or his/her attorney _____ that I would be seeking a temporary restraining order. My attempts included _____

3) Other reason:

I declare that the above is true and correct, and that I executed this declaration at Long Beach, California

1/25/2013
DATE

SIGNATURE OF DECLARANT:
Maria R. Cadena

FAM 018 / CK 018
04/04

DECLARATION OF EX PARTE NOTICE

COSB009587