# EXHIBIT J

| | |
|---|---|
| From: | Santiago Laurel |
| To: | Diana.Esquivel@doj.ca.gov; Shannon Gustafson; Amy R. Margolies; Gloria Pence |
| Cc: | Hang Le; Dalekgalipo@yahoo.com |
| Subject: | L.C., et al. (Puga) v. State of California |
| Date: | Friday, December 20, 2024 12:30:52 PM |
| Attachments: | 2024.12.20 - Letter re Objection to Subpoena (Wasco State Prison).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (South Angeles County Sheriff's Station).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (Los Angeles Sheriff's Department).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (Los Angeles Police Department).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (Los Angeles County Sheriff's Department Norwalk Station).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (Los Angeles County Sheriff's Department Cerritos Station).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (Long Beach Police Department).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (LAPD Metropolitan Detention Center).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (East Angeles County Sheriff's Station).pdf |
| | 2024.12.20 - Letter re Objection to Subpoena (CDCR Archives).pdf |

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Counsel,

Attached please find the following:

**Letter re Objection to Subpoena (CDCR Archives)**
**Letter re Objection to Subpoena (CDCR Archives)**
**Letter re Objection to Subpoena (East Angeles County Sheriff's Station)**
**Letter re Objection to Subpoena (LAPD Metropolitan Detention Center)**
**Letter re Objection to Subpoena (Long Beach Police Department)**
**Letter re Objection to Subpoena (Los Angeles County Sheriff's Department Cerritos Station)**
**Letter re Objection to Subpoena (Los Angeles County Sheriff's Department Norwalk Station)**
**Letter re Objection to Subpoena (Los Angeles Police Department)**
**Letter re Objection to Subpoena (Los Angeles Sheriff's Department)**
**Letter re Objection to Subpoena (South Angeles County Sheriff's Station)**
**Letter re Objection to Subpoena (Wasco State Prison)**

Please advise if you have any issues viewing or downloading attachments.

Best regards,
Santiago G. Laurel

**Santiago G. Laurel, Litigation Secretary | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: SLaurel@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

Long Beach Police Department
Attn: Custodian of Records
400 Broadway
Long Beach, CA

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to the Long Beach Police Department:

*"Any and all records, reports, photographs, videos, and statements, including but not limited to: initial reports, supplemental reports, and witness statements. Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data, including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."*

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

*Hang Le*
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)
Amy Margolies (amargolies@lynberg.com)
State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

LAPD Metropolitan Detention Center
Attn: Custodian of Records
180 N. Los Angeles Street
Los Angeles, CA 90012

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to the East Angeles County Sheriff's Station:

*"Any and all records, reports, photographs, videos, and statements, including but not limited to: initial reports, supplemental reports, and witness statements. Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data, including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."*

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

*Hang Le*
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)
Amy Margolies (amargolies@lynberg.com)
State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

CDCR Archives
Attn: Custodian of Records
2015 Aerojet Rd. #D
Rancho Cordova, CA 95742

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to the East Angeles County Sheriff's Station:

> *"Any and all records, reports, photographs, videos, and statements, including but not limited to: initial reports, supplemental reports, and witness statements. Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data, including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."*

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

*Hang Le*
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)
Amy Margolies (amargolies@lynberg.com)
State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

Wasco State Prison
Attn: Custodian of Records
701 Scofield Ave.
Wasco, CA 93280

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to Wasco State Prison:

"Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data, including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

*Hang Le*
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)
Amy Margolies (amargolies@lynberg.com)
State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

East Angeles County Sheriff's Station
Attn: Custodian of Records
5019 E. Third Street
Los Angeles, CA 90022

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to the East Angeles County Sheriff's Station:

> "Any and all records, reports, photographs, videos, and statements, including but not limited to: initial reports, supplemental reports, and witness statements. Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data, including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

*Hang Le*
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)
Amy Margolies (amargolies@lynberg.com)
State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

Los Angeles Police Department
Attn: Custodian of Records
200 N. Spring Street
Los Angeles, CA 90012

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to the Los Angeles Police Department:

*"Any and all records, reports, photographs, videos, and statements, including but not limited to: initial reports, supplemental reports, and witness statements. Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data, including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."*

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

*Hang Le*
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
**County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)**
Amy Margolies (amargolies@lynberg.com)
**State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)**



# LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

South Angeles County Sheriff's Station
Attn: Custodian of Records
1310 W. Imperial Highway
Los Angeles, CA 90044

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to the South Angeles County Sheriff's Station:

*"Any and all records, reports, photographs, videos, and statements, including but not limited to: initial reports, supplemental reports, and witness statements. Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."*

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

*Hang Le*
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)
Amy Margolies (amargolies@lynberg.com)
State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)



LAW OFFICES OF
# DALE K. GALIPO

21800 BURBANK BOULEVARD, SUITE 310 | WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 347-3333 | FACSIMILE (818) 347-4118 | info@galipolaw.com
WWW.GALIPOLAW.COM

December 20, 2024

**VIA U.S. MAIL:**

Los Angeles Sheriff's Department
Attn: Custodian of Records
211 W. Temple St.
Los Angeles, CA

**Subject: Withdrawal of Objection to Subpoena re: Hector Javier Puga, DOB: 1/17/89**

Dear Custodian of Records,

I am writing to notify you that Plaintiffs L.C., I.H., A.L., and Antonia Salas Ubaldo ("Plaintiffs") hereby withdraw their objection to the December 6, 2024 subpoena issued by the County of San Bernardino to the Los Angeles Sheriff's Department:

*"Any and all records, reports, photographs, videos, and statements, including but not limited to: initial reports, supplemental reports, and witness statements. Any and all records, medical records, institution records, criminal records, disciplinary records, evaluations, reviews, hearings, court files, and data including but not limited to admission and release records from this or any other facility, including any and all parole records. CDL: D7320932, CII #: A26588846, FBI#: 611102JC6 pertaining to Hector Javier Puga, DOB: 1/17/89."*

Plaintiffs no longer intend to file a motion to quash or modify the subpoena in the United States District Court for the Central District of California. You may release the documents to the deposition officer.

If you have any questions, please do not hesitate to contact me by phone or email at hlee@galipolaw.com.

Best Regards,
LAW OFFICES OF DALE K. GALIPO

Hang Le
Attorney for Plaintiffs

cc: (via email only) to:
Kopy Kat, Carrie Page (cpage@kopykat.net)
County Defendants' Counsel – Shannon Gustafson (sgustafson@lynberg.com)
Amy Margolies (amargolies@lynberg.com)
State Defendants' Counsel – Diana Esquivel (Diana.Esquivel@doj.ca.gov)