SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Mr. Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Mr. Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Mr. Puga; and ANTONIA SALAS UBALDO, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br> Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> Hon. Kenly K. Kato – Courtroom 3 <br><br> **DECLARATION OF SHANNON L GUSTAFSON, ESQ. IN SUPPORT OF COUNTY DEFENDANTS'** ***CONDITIONAL*** **OPPOSITION TO MOTION IN LIMINE NO. 5** <br><br> Date: May 15, 2025 <br> Time: 9:30 a.m. <br> Courtroom: 3 <br><br> *Trial Date:* June 2, 2025 <br><br> *Complaint filed: 06/07/2022* <br> *FAC filed: 10/18/22* <br> *SAC filed: 01/13/23* <br> *TAC filed: 05/12/23* |

1
**DECLARATION OF SHANNON L GUSTAFSON, ESQ. IN SUPPORT OF COUNTY DEFENDANTS'** ***CONDITIONAL*** **OPPOSITION TO MOTION IN LIMINE NO. 5**

## DECLARATION OF SHANNON L. GUSTAFSON

I, Shannon L. Gustafson, do state and declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a shareholder in the law firm of Lynberg & Watkins, P.C., attorneys of record for Defendants County of San Bernardino, Robert Vaccari, and Jake Adams in the above-captioned matter. I have personal knowledge of the facts stated herein, except those stated upon information and believe, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

2. Attached hereto as Exhibit "1" is a true and correct copy of Roger Clark's expert report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this April 24, 2025, at Orange, California.

/s/Shannon L. Gustafson
Declarant