SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO,
ROBERT VACCARI, and JAKE ADAMS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

L.C., a minor by and through her
guardian *ad litem* Maria Cadena,
individually and as successor-in-interest
to Hector Mr. Puga; I.H., a minor by
and through his guardian *ad litem*
Jasmine Hernandez, individually and as
successor-in-interest to Hector Mr.
Puga; A.L., a minor by and through her
guardian *ad litem* Lydia Lopez,
individually and as successor-in-interest
to Hector Mr. Puga; and ANTONIA
SALAS UBALDO, individually,

                Plaintiffs,

    vs.

STATE OF CALIFORNIA; COUNTY
OF SAN BERNARDINO; S.S.C., a
nominal defendant; ISAIAH KEE;
MICHAEL BLACKWOOD;
BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS;
and DOES 6-10, inclusive,

                Defendants.

CASE NO. 5:22-cv-00949-KK-(SHKx)

*Assigned for All Purposes to:*
*Hon. Kenly K. Kato – Courtroom 3*

**DECLARATION OF SHANNON L GUSTAFSON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #4 TO EXCLUDE PORTIONS OF EXPERT HUBBS OPINIONS**

Date:      May 15, 2025
Time:      9:30 a.m.
Courtroom:  3

*Trial Date:   June 2, 2025*

*Complaint filed: 06/07/2022*
*FAC filed: 10/18/22*
*SAC filed: 01/13/23*
*TAC filed: 05/12/23*

1
**DECLARATION OF SHANNON L GUSTAFSON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #4 TO EXCLUDE PORTIONS OF EXPERT HUBBS OPINIONS**

## DECLARATION OF SHANNON L. GUSTAFSON

I, Shannon L. Gustafson, do state and declare as follows:

1.  I am an attorney at law duly licensed to practice before this Court and am a shareholder in the law firm of Lynberg & Watkins, P.C., attorneys of record for Defendants County of San Bernardino, Robert Vaccari, and Jake Adams in the above-captioned matter. I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

2.  Attached hereto as Exhibit "1" is a true and correct copy of Roger Clark's expert report.

3.  Attached hereto as Exhibit "2" is a true and correct copy of the relevant portions of Roger Clark's deposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this April 24th, 2025, at Orange, California.

*/s/Shannon L. Gustafson*

Declarant

**DECLARATION OF SHANNON L GUSTAFSON IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #4 TO EXCLUDE PORTIONS OF EXPERT HUBBS OPINIONS**