**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**DECLARATION OF HANG D. LE IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5** |

I, Hang D. Le, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I make this Declaration in Support of Plaintiffs Motions in Limine Nos. 1-5. I have personally familiar with the matters stated herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the November 4, 2024 Deposition Transcript of Bernardo Rubalcava.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the November 4, 2025 Deposition Transcript of Bernardo Rubalcava.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the November 12, 2024 Deposition Transcript of Jake Adams.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the Rule 26 Report of Plaintiffs' police practices expert Roger Clark.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the November 14, 2024 Deposition Transcript of Robert Vaccari.

7. Attached hereto as "**Exhibit 6**" is a true and correct of the relevant portions of the December 30, 2024 Deposition Transcript of Betzabeth Gonzalez.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 24th day of April 2025, in Los Angeles, California.

_____

1  Hang D. Le

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28