# Exhibit 1

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JONATHAN WAYNE BOTTEN, SR.; TANJA     )
     DUDEK-BOTTEN; ANNABELLE BOTTEN; and   )
 5   J.B., a minor by and through his     )
     guardian JONATHAN WAYNE BOTTEN, SR.,  )
 6                                        )
                  Plaintiffs,             )
 7                                        )
                  vs.                     ) Case No.
 8                                        ) 5:23-CV-00257-JGB-SHK
     STATE OF CALIFORNIA; COUNTY OF SAN    )
 9   BERNARDINO; ISAIAH KEE; MICHAEL       )
     BLACKWOOD; BERNARDO RUBALCAVA; ROBERT )
10   VACCARI; JAKE ADAMS; and DOES 1-10,   )
     inclusive,                            )
11                                        )
                  Defendants.             )
12   _____)

13

14

15

16          REMOTE VIDEOCONFERENCE DEPOSITION OF

17                    BERNARDO RUBALCAVA

18                MONDAY, NOVEMBER 4, 2024

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  112646
```

Page 20

1   shot?
2       A.   I don't recall.
3       Q.   In between your first shot and your last shot, did
4   you give any commands to Mr. Puga?
5       A.   No.
6       Q.   What was in your background when you were firing
7   your first group of shots at him?
8       A.   It was dark.
9       Q.   You were aware there was a residential
10  neighborhood?
11      A.   I was not aware there were houses in the
12  background.
13      Q.   Were you aware that there was a residential
14  neighborhood, though, that there were some homes somewhere in
15  the area?
16      A.   Yes.
17      Q.   You're just saying you were not aware specifically
18  there were houses in the background?
19      A.   Correct.
20      Q.   Were you trained that you have to -- you should
21  consider your background or backdrop when you fire?
22      A.   Yes.
23      Q.   And were you trained that the reason that's
24  important is because if your bullets miss, innocent people
25  could get shot?

Page 21

```
 1     A.   Yes.
 2     Q.   And do you know what your background was when you
 3  fired your second group of shots?
 4     A.   Yes.
 5     Q.   What was it?
 6     A.   Just a roadway.
 7     Q.   Do you know now that your background when you fired
 8  your first group of shots were some homes?
 9     A.   Yes.
10     Q.   The vehicle that Mr. Puga was in, was it a white
11  vehicle?
12     A.   Yes.
13     Q.   Do you recall which way it was facing directionally
14  when it was in a stopped position?
15     A.   Facing north.
16     Q.   And then when you were firing, were you kind of
17  firing in a northeast direction for your first volley of
18  shots?
19     A.   Yes.
20     Q.   Do you know if any other officers were near you on
21  the driver's side of the vehicle when you fired your first
22  volley of shots?
23     A.   Yes.
24     Q.   What other officers were on the driver's side?
25     A.   Sergeant Kee.
```

Page 106

CERTIFICATE

OF

CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

I, JINNA GRACE KIM, CSR No. 14151, a Certified Stenographic Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth;

That any witnesses in the foregoing proceedings, prior to testifying, were placed under oath;

That a verbatim record of the proceedings was made by me, using machine shorthand, which was thereafter transcribed under my direction;

Further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action, nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have subscribed my name, this date: November 4, 2024.

_____
Jinna Grace Kim, CSR No. 14151