# Exhibit 3

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JONATHAN WAYNE BOTTEN, SR.; TANJA    )
     DUDEK-BOTTEN; ANNABELLE BOTTEN; and  )
 5   J.B., a minor by and through his     )
     guardian JONATHAN WAYNE BOTTEN, SR., )
 6                                        )
                   Plaintiffs,            )
 7                                        )
                   vs.                    ) Case No.
 8                                        ) 5:22-CV-00949-JGB-KK
     STATE OF CALIFORNIA; COUNTY OF SAN   )
 9   BERNARDINO; ISAIAH KEE; MICHAEL      )
     BLACKWOOD; BERNARDO RUBALCAVA; ROBERT)
10   VACCARI; JAKE ADAMS; and DOES 1-10,  )
     inclusive,                           )
11                                        )
                   Defendants.            )
12   _____)

13

14

15

16          REMOTE VIDEOCONFERENCE DEPOSITION OF

17                       JAKE ADAMS

18              TUESDAY, NOVEMBER 12, 2024

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  116769
```

1  Q.  Did you approach Mr. Puga at some point after all
2  the shots had ended?
3  A.  Yes, sir, I did.
4  Q.  Did you hear some screaming coming from the
5  residence at the northeast corner?
6  A.  Yes, sir, I did.
7  Q.  And at some point did you become aware that some
8  innocent bystanders were struck by gunfire?
9  A.  I do recall hearing somebody saying somebody had
10 been shot.  I did not know who.  I did not know exactly
11 where, but it did sound like it was coming from the residence
12 on the northeast corner.
13      But I overheard that as I was approaching the
14 suspect, and I never made contact again for clarification by
15 anybody at that residence.
16 Q.  When Mr. Puga was running northwest, were you firing
17 generally in a northwest direction?
18 A.  Yes, sir.
19 Q.  One of your concerns, obviously, being in a
20 residential neighborhood with a lot of shots being fired is
21 innocent people potentially being struck; is that fair?
22 A.  Yes, sir.
23 Q.  And when you approached Mr. Puga, did you notice his
24 chest cavity rising still, and it appeared initially he was
25 still alive?

```
 1                    CERTIFICATE

 2                         OF

 3        CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5        I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6   Stenographic Shorthand Reporter of the State of California,

 7   do hereby certify:

 8        That the foregoing proceedings were taken before me

 9   at the time and place herein set forth;

10        That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12        That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15        Further, that the foregoing is an accurate

16   transcription thereof.

17        I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21        IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  November 12, 2024.

23

24        _____
          Jinna Grace Kim, CSR No. 14151
25
```