**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually; <br><br>                    Plaintiffs, <br>          vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br>                    Defendants. | Case No. 5:22-cv-00949-KK-SHK <br><br> *Honorable Kenly Kiya Kato* <br><br> **JOINT EXHIBIT LIST** <br><br> FPTC:     May 15, 2025 <br> TIME:     10:30 a.m. <br> CTRM:     3 <br><br> TRIAL:    June 2, 2025 |

1  **TO THE HONORABLE COURT, ALL PARTIES AND THEIR**

2  **ATTORNEYS OF RECORD:**

3      Pursuant to the Court's Civil Trial Scheduling Order, Plaintiffs L.C., a minor

4  by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through

5  his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her

6  guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") and

7  Defendants State of California, by and through the California Highway Patrol,

8  Michael Blackwood, Isaiah Kee, Bernardo Rubalcava ("State Defendants"),

9  County of San Bernardino, Robert Vaccari, and Jake Adams ("County

10  Defendants") (collectively "the Parties"), hereby submit this Joint Exhibit List for

11  the June 2, 2025 trial.

12      All parties reserve the right to move into evidence any exhibit designated by

13  another party whether or not the moving party listed such exhibit.

14  DATED: April 24, 2025          LAW OFFICES OF DALE K. GALIPO

15

16                                By _____ */s/ Hang D. Le* _____

17                                   Dale K. Galipo
                                     Hang D. Le
18                                   Attorneys for Plaintiffs

19

20

21  DATED: April 24, 2025          ROB BONTA
                                    Attorney General of California
22                                  NORMAN D. MORRISON
                                    Supervising Deputy Attorney General
23

24                                  */s/ Diana Esquivel*

25                                  DIANA ESQUIVEL
                                    Deputy Attorney General
26                                  *Attorneys for Defendant State of Cal., by and*
                                    *through the CHP, Blackwood, Kee, and*
27                                  *Rubalcava*

28

1

2    DATED:  April 24, 2025         LYNBERG & WATKINS

3

4                                   By  */s/ Amy R. Margolies*
                                        Shannon L. Gustafson
5                                       Amy R. Margolies
                                        Attorneys for Defendants
6                                       COUNTY OF SAN BERNARDINO,
                                        ROBERT VACCARI. and JAKE ADAMS
7

8

9   *The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose

10  behalf the filing is submitted, concur with the filing's content and have authorized

11  the filing.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| *** | **PLAINTIFFS' EXHIBIT LIST** | *** | *** |
| 1. | Part 4 of MVARS Video from Michael Blackwood's Patrol Unit (COSB0001470) | | |
| 2. | Part 2 of MVARS Video from Isaiah Kee's Patrol Unit | | |
| 3. | Cellphone Video of Incident from Witness Erin Mangerino (COSB001470) | | |
| 4. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0241) | | |
| 5. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0256) | | |
| 6. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0257) | | |
| 7. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0258) | | |
| 8. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001453) | | |
| 9. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001454) | | |
| 10. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001455) | | |
| 11. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001456) | | |
| 12. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001457) | | |
| 13. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001458) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 14. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001459) | | |
| 15. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001460) | | |
| 16. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001461) | | |
| 17. | Trial Template Puga Compilation Video | | |
| 18. | Trial Template Post Fall Bullet Count Video | | |
| 19. | Audio Recording of Interview of Isaiah Kee (COSB001350) | | |
| 20. | Audio Recording of Interview of Isaiah Kee (COSB001373) | | |
| 21. | Audio Recording of Interview of Isaiah Kee (COSB001374) | | |
| 22. | Audio Recording of Interview of Isaiah Kee (COSB001375) | | |
| 23. | Report and Transcription of Interview of Isaiah Kee (COSB000648-729) | | |
| 24. | Audio Recording of Interview of Bernardo Rubalcava (COSB001353) | | |
| 25. | Audio Recording of Interview of Bernardo Rubalcava (COSB001354) | | |
| 26. | Audio Recording of Interview of Bernardo Rubalcava (COSB001370) | | |
| 27. | Audio Recording of Interview of Bernardo Rubalcava (COSB001371) | | |
| 28. | Audio Recording of Interview of Bernardo Rubalcava (COSB001372) | | |
| 29. | Report and Transcription of Interview of Bernardo Rubalcava (COSB000396-540) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 30. | Audio Recording of Interview of Michael Blackwood (COSB001351) | | |
| 31. | Audio Recording of Interview of Michael Blackwood (COSB001355) | | |
| 32. | Report and Transcription of Interview of Michael Blackwood (COSB000542-646) | | |
| 33. | Audio Recording of Interview of Jake Adams (COSB001412) | | |
| 34. | Report and Transcription of Interview of Jake Adams (COSB000309-394) | | |
| 35. | Audio Recording of Interview of Robert Vaccari (COSB001352) | | |
| 36. | Audio Recording of Interview of Robert Vaccari (COSB001376) | | |
| 37. | Audio Recording of Interview of Robert Vaccari (COSB001398) | | |
| 38. | Audio Recording of Interview of Robert Vaccari (COSB001399) | | |
| 39. | Audio Recording of Interview of Robert Vaccari (COSB001400) | | |
| 40. | Report and Transcription of Interview of Robert Vaccari (COSB000214-307) | | |
| 41. | Audio Recording of Interview of Wendy Mangerino (COSB001356) | | |
| 42. | Audio Recording of Interview of Erin Mangerino (COSB009190) | | |
| 43. | Audio Recording of Tammy Goodson (COSB001413) | | |
| 44. | Audio Recording of Interview of Tammy Goodson (COSB001414) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 45. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1387) | | |
| 46. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1388) | | |
| 47. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1389) | | |
| 48. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1390) | | |
| 49. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1391) | | |
| 50. | Selected Scene Photographs (COSB001472, 1477, 1478, 1482, 1487, 1489, 1492, 1493, 1498, 1499, 1500, 1557, 1558, 1561, 1562, 1571, 1692, 1838, 1839, 1840, 1843, 1846, 1847, 1852, 1854, 1877, 1878, 1883, 1985, 2090, 2093, 2095, 2098, 2099, 2101, 2102, 2103, 2104, 2108, 2111, 2113, 2115, 2119, 2122, 2126, 2128, 2134, 2135, 2137, 2139, 2141, 2143, 2146, 2148, 2152, 2227, 2232, 2349, 2350, 2352, 2353, 2354, 4238, 4239, 2440; AG0886-935, 966-985) | | |
| 51. | Selected Aerial Photographs of the Scene (COSB004198, 4199, 4208, 4209, 4217, 4220, 4222, 4269, 4272, 4273, 4276, 4277, 4278, 4285, 4286), 6734, 6735, 8427, 8727, 8728; AG0674-680) | | |
| 52. | Selected Photographs from Autopsy of Hector Puga (COSB002671 [redacted], 2688 [redacted], 2694, 2697 [redacted], 2698, 2702, 2703 [redacted], 2704 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [redacted], 2709, 2733 [redacted], 2737, 2738, 2770, 2771, 2775, 2776, 2780, 2781, 2811, 2812, 2900, 2901) | | |
| 53. | Photographs of Isaiah Kee taken after Incident (COSB004165-4168; COSB004257-4258; AG0531-536, 549-554) | | |
| 54. | Photographs of Bernardo Rubalcava and weapons taken after Incident (COSB004116-4120l AG0466-505) | | |
| 55. | Photographs of Michael Blackwood taken after Incident (COSB004143, 4144, 4253-4256; AG0506-510, 521-520) | | |
| 56. | Photographs of Jake Adams taken after Incident (COSB004088, 4115, 4142, 4169, 4223, 4224) | | |
| 57. | Photographs of Robert Vaccari taken after Incident (COSB004084-4087, 4227) | | |
| 58. | MAIT Supplemental Physical Evidence Identification and Scene Diagram (AG095-0125) | | |
| 59. | Scene Investigation Report by Detective Robert Ripley (COSB000103-186) | | |
| 60. | San Bernardino County Sheriff's Department Autopsy Protocol of Hector Puga (COSB000834-848) | | |
| 61. | Family Photographs with Hector Puga (Pltf 0001-0039) | | |
| 62. | Funeral and Burial Expenses (Plft 0040-0043) | | |
| 63. | Photographs of Items Bought for Plaintiff A.L. by Hector Puga (Pltf 0061-62) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 64. | Paystubs for Hector J. Puga (Pltf 0199-202) | | |
| 65. | Hector Puga Facebook Post re Plaintiff L.C. (Pltf 0229) | | |
| 66. | Hector Puga Facebook Post re Plaintiff A.L. (Pltf 0230-232) | | |
| 67. | Hector Puga Facebook Post re Plaintiff I.H. (0233-236) | | |
| 68. | Hector Puga Facebook Post re Lidia Lopez (Pltf 0237-240) | | |
| 69. | LabCorp DNA Testing of Plaintiffs L.C., I.H., and A.L. (Plaintiff 0243-245) | | |
| 70. | Video of Hector Puga FaceTiming with Plaintiff A.L. (Plaintiff 0255) | | |
| 71. | Black and White Surveillance Video (PLTFS 00345) | | |
| 72. | Exhibits 72-100 reserved for Plaintiffs | | |
| *** | **COUNTY DEFENDANTS' EXHIBIT LIST** | *** | *** |
| 101. | AUDIO: Interview of Christina Barrett [COSB001346] | | |
| 102. | AUDIO: Interview of Christina Barrett [COSB001347] | | |
| 103. | AUDIO: Interview of Engineer Paramedic Jeremy Pendergraft, responded to Puga and witnessed gun next to him [COSB001349] | | |
| 104. | AUDIO: Interview of Sergeant Isaiah Kee [COSB001350] | | |
| 105. | AUDIO: Interview of Officer Michael Blackwood [COSB001351] | | |
| 106. | AUDIO: Interview of Sergeant Robert Vaccari | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| | [COSB001352] | | |
| 107. | AUDIO: Interview of CHP Officer Bernardo Rubalcava [COSB001353] | | |
| 108. | AUDIO: Interview of CHP Officer Bernardo Rubalcava [COSB001354] | | |
| 109. | AUDIO: Interview of CHP Officer Michael Blackwood [COSB001355] | | |
| 110. | AUDIO: 12:44 Annabelle Botten's 911 call ref suspect with gun [[COSB001364] | | |
| 111. | AUDIO: CHP asking for back up [COSB001365] | | |
| 112. | AUDIO: 911 CALL, Called refers to man with gun [COSB001367] | | |
| 113. | AUDIO: 911 CALL, Fwy shooting [COSB001368] | | |
| 114. | AUDIO: Interview of Office Rubalcava [COSB001370] | | |
| 115. | AUDIO: Interview of Office Rubalcava [COSB001371] | | |
| 116. | AUDIO: Interview of Office Rubalcava [COSB001372] | | |
| 117. | AUDIO: Interview of Officer Kee [COSB001373] | | |
| 118. | AUDIO: Interview of Officer Kee [COSB001374] | | |
| 119. | AUDIO: Interview of Officer Kee [COSB001375] | | |
| 120. | AUDIO: Interview of Sergeant Robert Vaccari [COSB001376] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 121. | AUDIO: Interview of Andrew Walk, arrived to Puga within one minute of shots and Puga not alive [COSB001377] | | |
| 122. | AUDIO: Interview of Annabelle Botten [COSB001378] | | |
| 123. | AUDIO: Interview of Annabelle Botten [COSB001379] | | |
| 124. | AUDIO: Interview of Greg Hanrahan, Tactical Flight Officer, Detective [COSB001382] | | |
| 125. | AUDIO: Interview of Edward Mangerino [COSB001383] | | |
| 126. | AUDIO: Interview of Gabriela Salas [COSB001384] | | |
| 127. | AUDIO: Interview of Gabriela Salas [COSB001385] | | |
| 128. | AUDIO: Interview of Michael Doucette, arrived with Walk and arrived to Puga within one minute of shots and Puga not alive [COSB001394] | | |
| 129. | AUDIO: Interview of Kevin Henry, SBCSD pilot [COSB001395] | | |
| 130. | AUDIO: Salas Vehicle Release [COSB001396] | | |
| 131. | AUDIO: Salas Vehicle Release [COSB001397] | | |
| 132. | AUDIO: Interview of Sgt Robert Vaccari [COSB001398 | | |
| 133. | AUDIO: Interview of Sgt Robert Vaccari [COSB001399] | | |
| 134. | AUDIO: Interview of Sgt Robert Vaccari [COSB001400] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 135. | AUDIO: Jake Adams belt recording [COSB001401] | | |
| 136. | AUDIO: Sgt. Vaccari belt [COSB001402] | | |
| 137. | AUDIO: Sgt. Vaccari belt [COSB001403] | | |
| 138. | AUDIO: Jake Adams [COSB001412] | | |
| 139. | AUDIO: Interview of Tammy Goodson [COSB001413] | | |
| 140. | AUDIO: Interview of Tammy Goodson [COSB001414] | | |
| 141. | AUDIO: Mangerinos [COSB001415] | | |
| 142. | Erin Mangerino cell phone video of shooting [COSB001416] | | |
| 143. | Edward Mangerino cell phone videos: Cell Phone video: PA msg [COSB001417] | | |
| 144. | Edward Mangerino cell phone videos: Puga still in vehicle [COSB001418] | | |
| 145. | Edward Mangerino cell phone videos: Puga still in vehicle 002 [COSB001419] | | |
| 146. | Edward Mangerino cell phone videos:.Passenger exits & non lethal to driver window [COSB001420] | | |
| 147. | Edward Mangerino cell phone videos: Passenger apprehended [COSB001421] | | |
| 148. | Edward Mangerino cell phone videos: Puga still in vehicle 003 [COSB001422] | | |
| 149. | Edward Mangerino cell phone videos: Puga still in vehicle 004 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| | [COSB001423] | | |
| 150. | Edward Mangerino cell phone videos: Puga still in vehicle unobstructed [COSB001424] | | |
| 151. | Edward Mangerino cell phone videos: Puga still in vehicle 005 [COSB001425] | | |
| 152. | Edward Mangerino cell phone videos: Puga still in vehicle 006 [COSB001426] | | |
| 153. | Edward Mangerino cell phone videos: Get out of the car [COSB001427] | | |
| 154. | Edward Mangerino cell phone videos: Inside of house [COSB001428] | | |
| 155. | Edward Mangerino cell phone videos: Negotiation + more non lethal [COSB001429] | | |
| 156. | Edward Mangerino cell phone videos: Get out of the car + more shots [COSB001430] | | |
| 157. | Edward Mangerino cell phone videos: Yelling + more shots [COSB001431] | | |
| 158. | Edward Mangerino cell phone videos: Yelling + more shots 002 [COSB001432] | | |
| 159. | Edward Mangerino cell phone videos: Puga still in vehicle more commands [COSB001433] | | |
| 160. | Edward Mangerino cell phone videos: Puga still in vehicle more commands 002 [COSB001434] | | |
| 161. | Edward Mangerino cell phone videos: Puga still in vehicle more commands 003 [COSB001435] | | |
| 162. | Edward Mangerino cell phone videos: Puga still in vehicle come out command | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|         | [COSB001436] |                |               |
| 163. | Edward Mangerino cell phone videos: Yelling + more shots 003 [COSB001437] | | |
| 164. | Edward Mangerino cell phone videos: Puga still in vehicle 005 [COSB001438] | | |
| 165. | Edward Mangerino cell phone videos: Puga still in vehicle 006 [COSB001439] | | |
| 166. | Edward Mangerino cell phone videos: Puga still in vehicle 007 [COSB001440] | | |
| 167. | Edward Mangerino cell phone videos: Puga still in vehicle zoom in [COSB001441] | | |
| 168. | Edward Mangerino cell phone videos: Puga opens driver door [COSB001442] | | |
| 169. | Edward Mangerino cell phone videos: Puga leaning out door [COSB001443] | | |
| 170. | Edward Mangerino cell phone videos: Puga pointing out window [COSB001444] | | |
| 171. | Edward Mangerino cell phone videos: Puga looking out window [COSB001445] | | |
| 172. | Edward Mangerino cell phone videos: Puga discarding a drink [COSB001446] | | |
| 173. | Edward Mangerino cell phone videos: Command to come out continued [COSB001447] | | |
| 174. | Edward Mangerino cell phone videos: [COSB001448] | | |
| 175. | Edward Mangerino cell phone videos: [COSB001449] | | |
| 176. | Edward Mangerino cell phone videos: [COSB001450] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 177. | Edward Mangerino cell phone videos: [COSB001451] | | |
| 178. | Edward Mangerino cell phone videos: [COSB001452] | | |
| 179. | Edward Mangerino cell phone videos: [COSB001453] | | |
| 180. | Edward Mangerino cell phone videos: [COSB001454] | | |
| 181. | Edward Mangerino cell phone videos: [COSB001455] | | |
| 182. | Edward Mangerino cell phone videos: [COSB001456] | | |
| 183. | Edward Mangerino cell phone videos: [COSB001457] | | |
| 184. | Edward Mangerino cell phone videos: [COSB001458] | | |
| 185. | Edward Mangerino cell phone videos: [COSB001459] | | |
| 186. | Edward Mangerino cell phone videos: [COSB001460] | | |
| 187. | Edward Mangerino cell phone videos: [COSB001461] | | |
| 188. | CHP Kee Dashcam [COSB001462] | | |
| 189. | CHP Kee Dashcam [COSB001463] | | |
| 190. | CHP Kee Dashcam [COSB001464] | | |
| 191. | CHP Kee Dashcam [COSB001465] | | |
| 192. | CHP Kee Dashcam [COSB001466] | | |
| 193. | CHP Kee dashcam [COSB001467] | | |
| 194. | Annabell Botten cell phone video [COSB001468] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 195. | Annabell Botten cell phone video [COSB001469] | | |
| 196. | Erin Mangerino cell phone video [COSB001470] | | |
| 197. | Photos Scene on Peach [COSB001471-COSB001499, COSB001504-COSB001511, COSB001527-COSB001536, COSB001551-COSB001559, COSB001570-COSB001571, COSB001841, COSB001850, COSB001853-COSB001881, COSB001889, COSB001893, COSB001962-COSB001966, COSB001971, COSB001978, COSB001980- COSB001984, COSB001993, COSB001997, COSB002005, COSB002009-COSB002011, COSB002015-COSB002020, COSB002025-COSB002027, COSB002047-COSB002049, COSB002051-COSB002053, COSB002356, COSB002362, COSB002369, COSB002372, COSB002375, COSB002380, COSB002385, COSB002392-COSB002393, COSB002398, COSB002403, COSB002408-COSB002409, COSB002422, COSB002432, COSB002436- COSB002439, COSB002442, COSB002480, COSB002485-COSB002487, COSB002499- COSB002500, COSB002508, COSB002516-COSB002517, COSB002526, COSB002531- COSB002533, COSB002535-COSB002538, COSB002542, COSB002551, | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | COSB002553, COSB002555, COSB002578, COSB002581, COSB002584, COSB002586, COSB002594, COSB002602, COSB002632, COSB002638] |  |  |
| 198. | Photos Scene West facing at intersection [COSB001500-COSB001501, COSB001572-COSB001574, COSB003347, COSB003375-COSB003377] |  |  |
| 199. | Scene Northwest facing at intersection, Scene Northeast facing at intersection, Scene North facing at intersection [COSB001502-COSB001503, COSB001512-COSB001513, COSB001519-COSB001526, COSB001575-COSB001576, COSB001568-COSB001569, COSB002639- COSB002641, COSB003332-COSB003334, COSB003338, COSB003378-COSB003379, COSB003480-COSB003487, COSB003793-COSB003801, COSB004000-COSB004001] |  |  |
| 200. | Scene South facing at intersection, [COSB001514-COSB001516, COSB001560-COSB001565, COSB001895, COSB003345-COSB003346, COSB003352-COSB003357,  COSB003954-COSB003955, COSB003995-COSB003997, COSB004055-COSB004057] |  |  |
| 201. | Scene East facing at intersection [COSB001517-COSB001518, COSB001566-COSB001567, COSB003330- COSB003331, |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | COSB003478- COSB003479, COSB003792, COSB003999] |  |  |
| 202. | Puga at scene COSB001539 |  |  |
| 203. | Puga's Gun COSB001541 |  |  |
| 204. | Road Sign with an electric pole [COSB001549-COSB001550] |  |  |
| 205. | FCC, FCC rested on the windshield wiper [COSB001595-COSB001596, COSB001598-COSB001599, COSB001601-COSB001602, COSB001816-COSB001823, COSB001967- COSB001970, COSB001972-COSB001977, COSB001979, COSB001985- COSB001992, COSB001994- COSB001996, COSB001998- COSB002004, COSB002006- COSB002008, COSB002045- COSB002046, COSB002331- COSB002332, COSB002339, COSB002357- COSB002361, COSB002363-COSB002366, COSB002368, COSB002370- COSB002371, COSB002373- COSB002374, COSB002376- COSB002379, COSB002381- COSB002384, COSB002386- COSB002391, COSB002395- COSB002397, COSB002399- COSB002402, COSB002404- COSB002407, COSB002413- COSB002414, COSB002416- COSB002417, COSB002419- COSB002420, COSB002423- COSB002429, COSB002443- COSB002445, COSB002449- |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | COSB002474, COSB002489-COSB002490, COSB002492-COSB002493, COSB002497-COSB002498, COSB002501, COSB002503-COSB002507, COSB002509- COSB002515, COSB002518-COSB002525, COSB002527-COSB002528, COSB002568, COSB002576-COSB002577, COSB002579-COSB002580, COSB002582-COSB002583, COSB002585, COSB002587- COSB002593, COSB002595, COSB002597-COSB002598, COSB002600-COSB002601, COSB002610-COSB002616, COSB002627-COSB002631, COSB002633-COSB002635, COSB004854-COSB004857] | | |
| 206. | Launcher [COSB001615-COSB001617] | | |
| 207. | Four-Cylinder of Firearm, Cylinders, Firearm and Cylinders [COSB001619-COSB001621] | | |
| 208. | Rifle Cartridge, Puga's pistol and cartridge, unfired catridge, Puga's Pistol and FCC [COSB001622-COSB001629, COSB002041- COSB002044] | | |
| 209. | Scene Peach Northwest facing, Scene Peach Northeast facing, Scene Peach North facing [COSB001836-COSB001840, COSB001842, COSB001851-COSB001852, COSB001890-COSB001892, COSB001897, COSB002024, COSB002244, COSB002247, COSB002257, COSB002347-COSB002353, COSB002430, COSB002530, COSB002534, COSB002556, COSB002562, COSB002564, | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | COSB002603, COSB002608-COSB002609, COSB002636-COSB002637,COSB003176-COSB003177, COSB003178-COSB003182, COSB003185-COSB003189, COSB003226-COSB003251, COSB003253-COSB003258, COSB00326, COSB003276-COSB003295, COSB003304-COSB003306, COSB003313-COSB003315, COSB003335-COSB003337, COSB003339-COSB003340, COSB003358-COSB003360, COSB003361-COSB003365, COSB003371-COSB003374, COSB003488, COSB003511-COSB003519,COSB003523-COSB003528, COSB003535-COSB003546, COSB003605-COSB003608, COSB003722-COSB003726, COSB003733-COSB003735, COSB003746- COSB003750, COSB003960-COSB003961, COSB003962, COSB003972-COSB003979, | | |
| 210. | Scene Peach Southeast facing, Scene Peach Southwest facing, Scene Peach South facing [COSB001843-COSB001849, COSB001882- COSB001888, COSB001894, COSB002028, COSB002410-COSB002411, COSB002446- COSB00247, COSB002558, COSB002559-COSB002560, COSB002606-COSB002607, COSB003198-COSB003204, COSB003208-COSB003212, COSB003262-COSB003266, COSB003270-COSB003273, COSB003307- COSB003310, COSB003316-COSB003329, COSB003344, COSB003503-COSB003508, COSB003510, COSB003520-COSB003522, COSB003529-COSB003532, COSB003558- COSB003565, COSB003600-COSB003602, | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | COSB003612-COSB003615, COSB003727-COSB003731, COSB003737-COSB003738, COSB003802-COSB003807, COSB003958-COSB003959,COSB003963-COSB003971, COSB003992-COSB003994, COSB004058-COSB004061 |  |  |
| 211. | Puga's Vehicle, Inside Puga's Vehicle [COSB001896, COSB001898, COSB001899- COSB001957] |  |  |
| 212. | Modelo beer can [COSB002012-COSB002014] |  |  |
| 213. | EXACT iMpact round [COSB002054-COSB002056] |  |  |
| 214. | Beanbag marking round [COSB002234-COSB002243, COSB002258- COSB002272, COSB002476-COSB002479, COSB002481-COSB002484, COSB002617- COSB002626, COSB002642-COSB002644] |  |  |
| 215. | House at 11516 Peach St [COSB002273-COSB002275, COSB003195, COSB003215-COSB003217, COSB003221-COSB003223, COSB003567-COSB003568, COSB003574, COSB003584, COSB003593] |  |  |
| 216. | Scene Peach West facing [COSB002354-COSB002355, COSB002557, COSB003183-COSB003184, COSB003190-COSB003194, COSB003196-COSB003197, COSB003207, COSB003214, COSB003252, COSB003259-COSB003261, COSB003267-COSB003269, COSB003296-COSB003303, COSB003533-COSB003534, COSB003736, |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | COSB003810, COSB003956-COSB003957] |  |  |
| 217. | Scene Peach East facing [COSB002431, COSB003205-COSB003206, COSB003213, COSB003274-COSB003275, COSB003311-COSB003312, COSB003366-COSB003370, COSB003509, COSB003732, COSB003808- COSB003809] |  |  |
| 218. | L.M.T. Defense pump-action [COSB002433-COSB002435] |  |  |
| 219. | Navy basketball shorts and other items, Red basketball shorts [COSB002539-COSB002541, COSB002543-COSB002544] |  |  |
| 220. | Black hooded sweatshirt [COSB002545-COSB002548] |  |  |
| 221. | 18 pack of Modelo beer [COSB002549-COSB002550] |  |  |
| 222. | Red cloths and wig like object [COSB002552] |  |  |
| 223. | Zip reclosable bag [COSB002554] |  |  |
| 224. | Right Flank projectile [COSB002737-COSB002738] |  |  |
| 225. | Metal jacketed projectile [COSB002770-COSB002771, COSB002775-COSB002776, COSB002780-COSB002781, COSB002811-COSB002812] |  |  |
| 226. | Autopsy Photos [COSB002682 (right buttock); 2783 (anterior left lower leg); 2784 (anterior left thigh) |  |  |
| 227. | Cartridges, Cartridge [COSB003026-COSB003031, COSB005043] |  |  |
| 228. | Scene East of House at 11516 Peach St |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [COSB003218-COSB003220, COSB003224- COSB003225] | | |
| 229. | Scene Southwest facing at intersection [COSB003341-COSB003343, COSB003348- COSB003351] | | |
| 230. | Scene Catalpa North facing, Scene Catalpa Northwest facing, Scene Catalpa Northeast facing [COSB003380-COSB003387, COSB003824- COSB003827, COSB004006-COSB004011] | | |
| 231. | Scene Northwest facing from Botten house, Scene North facing from Botten house, Scene Northeast facing from Botten house [COSB003390-COSB003391, COSB003397- COSB003399, COSB003943-COSB003944, COSB003947-COSB003949] | | |
| 232. | Botten-front view [COSB003392-COSB003393, COSB003400, COSB003417, COSB003833-COSB003837, COSB003840-COSB003846, COSB003942] | | |
| 233. | Botten-exterior west [COSB003403-COSB003407] | | |
| 234. | Scene Southwest facing from Botten house, Scene Southeast facing from Botton house, Scene South facing from Botten house [COSB003471-COSB003477, COSB003838, COSB003937- COSB003941, COSB003945, COSB003952-COSB003953, COSB004052- COSB004054] | | |
| 235. | Scene East facing from Puga [COSB003497-COSB003498] | | |
| 236. | Scene Peach South facing from Puga | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [COSB003501-COSB003502, COSB003504, COSB003510] | | |
| 237. | Scene Northwest facing from East shoulder [COSB003547-COSB003549, COSB003988- COSB003990] | | |
| 238. | Scene West facing from East shoulder [COSB003550-COSB003552, COSB003986- COSB003987] | | |
| 239. | Scene South facing from East shoulder [COSB003553-COSB003557, COSB003811] | | |
| 240. | Scene Southwest facing from West shoulder [COSB003566] | | |
| 241. | Scene East facing from Goodson, Scene Northeast facing from Goodson, Scene Southeast facing from Goodson, Scene Northwest facing from Goodson [COSB003569-COSB003573, COSB003580- COSB003583, COSB003589-COSB003592, COSB003594-COSB003595] | | |
| 242. | Scene Southwest facing from Westside shoulder, Scene South facing from Westside shoulder, Scene Southeast facing from Westside shoulder [COSB003596-COSB003599, COSB003609-COSB003611, COSB003754, COSB003782- COSB003783, COSB003789- COSB003791] | | |
| 243. | Scene Northeast facing from Westside shoulder, Scene North facing from Westside shoulder [COSB003603-COSB003604, COSB003751- COSB003753, COSB003757-COSB003759, COSB003786-COSB003788] | | |
| 244. | PepperBall gun and container, shotgun/, PepperBall gun, | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | [COSB003686-COSB003692, COSB003699-COSB003703] |  |  |
| 245. | Less-lethal shotgun [COSB003705-COSB003714, COSB003717- COSB003721] |  |  |
| 246. | Beanbag cartridges [COSB003715- COSB003716] |  |  |
| 247. | Scene East facing from Westside shoulder [COSB003755-COSB003756, COSB003784- COSB003785] |  |  |
| 248. | Scene Northwest facing from Eastside shoulder [COSB003761-COSB003763, COSB003767- COSB003771, COSB003777-COSB003778] |  |  |
| 249. | Scene Southwest facing from Eastside shoulder, Scene West facing from Eastside shoulder, Scene Southwest facing from East shoulder [COSB003760, COSB003764-COSB003766, COSB003772-COSB003776, COSB003984-COSB003985, COSB003991] |  |  |
| 250. | Scene North facing from Eastside shoulder, Scene North facing from East shoulder [COSB003779-COSB003781, COSB003982- COSB003983] |  |  |
| 251. | Puga's pistol [COSB003816] |  |  |
| 252. | Scene Southeast facing from scene [COSB003819] |  |  |
| 253. | Scene Catalpa West facing, Scene Catalpa Southwest facing [COSB003828-COSB003829, COSB004002- COSB004005] |  |  |
| 254. | Northeast corner's house (Botten) [COSB003830-COSB003832, COSB003936, COSB003946] |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 255. | Scene East facing from Botten house [COSB003950-COSB003951] | | |
| 256. | Peach and Catalpa [COSB003980-COSB003981, | | |
| 257. | Scene Southeast facing at intersection [COSB003998] | | |
| 258. | Handgun (Officers and Deputies) [COSB004064-COSB004071, COSB004125- COSB004133, COSB004149-COSB004154, COSB004170-COSB004183, COSB004232- COSB004235, COSB004266] | | |
| 259. | Cartridges and magazine, Cartridge, Magazines [COSB004072-COSB004083, COSB004089- COSB004098, COSB004134-COSB004141, COSB004155-COSB004164, COSB004236, COSB004247-COSB004252] | | |
| 260. | Aerial overview of Peach [COSB004184-COSB004195, COSB004200- COSB004213, COSB004267-COSB004268, COSB004279-COSB004283] | | |
| 261. | Aerial overview of Peach and Catalpa [COSB004197-COSB004199, COSB004214- COSB004222, COSB004269-COSB004278, COSB004284-COSB004286] | | |
| 262. | Witness, Barrett [COSB004237-COSB004245] | | |
| 263. | Puga vehicle, Inside Puga vehicle [COSB004287-COSB004293, COSB004295, COSB004307-COSB004311, COSB004312, COSB004362, COSB004642-COSB004644, COSB004649- | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | COSB004652, COSB004666, COSB004668, COSB004681-COSB004701] |  |  |
| 264. | Puga vehicle with evidence marking [COSB004313-COSB004362, COSB004364-COSB004641, COSB004645-COSB004648, COSB004653-COSB004665, COSB004667, COSB004669-COSB004680, COSB004702-COSB004707, COSB004941-COSB004943, COSB004945-COSB004966, COSB004968-COSB004970, COSB004972-COSB004997, COSB005068-COSB005087] |  |  |
| 265. | Puga vehicle-ballistics, Puga vehicle-exterior, Puga vehicle-interior, Puga vehicle-door, Puga vehicle-components, Puga vehicle-hood, Puga vehicle-iPad, Puga vehicle-console, Puga vehicle-phones, Puga vehicle-id card, Puga vehicle-side pocket, Puga vehicle-inmate wristband, Puga vehicle-paper, Puga vehicle-Registration Card, Puga vehicle- rear cargo hatch, Puga vehicle- rear cargo area, Puga vehicle-rear passenger seat, Puga vehicle-windshield area, Puga vehicle-control panel area, Puga vehicle-driver side, Puga vehicle-door patched, Puga vehicle-window, Puga vehicle-VIN, Puga vehicle-cup holder, Puga vehicle-survival knife, [COSB004708-COSB004843, COSB004847-COSB004853, COSB004858-COSB004863, COSB004866-COSB004873, COSB004876-COSB004879, COSB004881-COSB004884, COSB004888-COSB004894, COSB004899-COSB004907, COSB004910-COSB004919, |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | COSB004921-COSB004923, COSB004925, COSB004928, COSB004930- COSB004935, COSB004937-COSB004940, COSB004944, COSB004967, COSB004971, COSB004998-COSB005038, COSB005044-COSB005048, COSB005051, COSB005067] | | |
| 266. | iPad, iPhone, iPhone and cartridge [COSB004844-COSB004846, COSB005039-COSB005042] | | |
| 267. | Survival knife [COSB004864-COSB004865] | | |
| 268. | Phones [COSB004874-COSB004875] | | |
| 269. | ID card [COSB004880] | | |
| 270. | Inmate wristband [COSB004885-COSB004887] | | |
| 271. | Inmate Acknowledgement paper, Paper, Papers [COSB004895, COSB005049-COSB005050] | | |
| 272. | Puga belongings [COSB004896-COSB004898] | | |
| 273. | Syringes, Puga vehicle-syringe [COSB004908-COSB004909] | | |
| 274. | Puga vehicle-bullet hole, Puga vehicle-bullet holes, [COSB004920, COSB004924, COSB004926- COSB004927, COSB004929, COSB005058-COSB005066] | | |
| 275. | Puga vehicle-marijuana container, Marijuana Container [COSB005052-COSB005057] | | |
| 276. | CBS News Article re LA | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | [COSB005996-COSB006003] |  |  |
| 277. | Interview of Sgt. Kee taken 3/4/21 [COSB006004-COSB006082] |  |  |
| 278. | Transcript: Interviews Bustamante Abernathy Blackwood [COSB006083-COSB006184] |  |  |
| 279. | Transcript: Interviews CHP Officer Bernardo Rubalcava [COSB006185-COSB006320] |  |  |
| 280. | : Transcript: Interviews SBCSD Sgt. Robert Vaccari [COSB006321-COSB006410] |  |  |
| 281. | Transcript: Interview Deputy Jake Adams [COSB006411-COSB006492] |  |  |
| 282. | Transcript: Interview Sgt. Kee [COSB006493-COSB006570] |  |  |
| 283. | Transcript: Interviews Bustamante.Abernathy.Blackwood [COSB006571-COSB006670] |  |  |
| 284. | Diagram of Shooting Area [COSB006732] |  |  |
| 285. | Video - Car Chase Ends in Shootout Video on Live TV [COSB006733] |  |  |
| 286. | Diagram Deputy Jake Adams [COSB006734- COSB006735] |  |  |
| 287. | COSB Investigation Report Book 1 [COSB006736- COSB007426]<br>   -   Tab 4 – Suspect Information<br>   -   Tab 6 – Scene<br>   -   Tab 7 – Officer Processing<br>Tab 8 – Officer Interview Verbatims |  |  |
| 288. | COSB Investigation Report Book 2 [COSB007427- COSB008042] |  |  |
| 289. | Autopsy Protocol and Tox - Hector Puga [COSB008034- COSB00852] |  |  |
| 290. | LA County Sheriff Report re Hector Puga |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
|  | [COSB008056- COSB 008061] |  |  |
| 291. | County of LA Incident Report, 2-16-21<br>[COSB008062- COSB008072] |  |  |
| 292. | Letter from Plaintiff's Attorney Re Claim Late Filing 12/2/21<br>[COSB008423- COSB008424] |  |  |
| 293. | Officer Bernardino Rubalcava Diagram<br>[COSB008425- COSB 008426] |  |  |
| 294. | Michael Blackwood Diagram<br>[COSB008427] |  |  |
| 295. | Parolee Information on Puga<br>[COSB008428- COSB008430] |  |  |
| 296. | Puga Parolee Photos<br>[COSB008431- COSB008433] |  |  |
| 297. | COSB Rejection letter to Counsel<br>[COSB008434- COSB008435] |  |  |
| 298. | COSB Rejection Letter to Counsel<br>[COSB008436- COSB008437] |  |  |
| 299. | Article KTLA<br>[COSB008438- COSB008456] |  |  |
| 300. | Sgt. Isaiah Kee Diagram<br>[COSB008726] |  |  |
| 301. | Sgt. Robert Vaccari Diagram<br>[COSB008727- COSB008728] |  |  |
| 302. | Tort Claims 11-19-21<br>[COSB008729- COSB008760] |  |  |
| 303. | Taser History Report<br>[COSB008772- COSB008773] |  |  |
| 304. | Article ABC7<br>[COSB008774- COSB008785] |  |  |
| 305. | Audio – Erin Mangerino 03/11/21<br>[COSB009190] |  |  |
| 306. | CHP Sgt dashcam<br>[COSB009192-COSB009196] |  |  |
| 307. | Interview room videos of Christina Barrett |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [COSB009200A, COSB009201A-COSB009288] | | |
| 308. | Public Release Memorandum: OIS 09/12/24 [COSB009299-COSB009350] | | |
| 309. | FOLDER: FARO [COSB009356-COSB009371] | | |
| 310. | Federal Criminal Complaint 12/24/20 by Karen Stevenson [COSB009484-COSB009497] | | |
| 311. | GoFundMe: Hector J Puga [COSB009498-COSB009510] | | |
| 312. | Facebook Profile Hector Puga [COSB009511-COSB009557] | | |
| 313. | Restraining Order After Hearing (Order of Protection) Re Maria R. Cadena 03/07/13, Case #NQ018271 [COSB009558-COSB009577] | | |
| 314. | Request for Domestic Violence Retraining Order Re Maria R. Cadena 01/25/13, Case #NQ018271 [COSB009578-COSB009587] | | |
| 315. | LA Court – Case Summary 01/25/13 Case #:NQ018271, Case Type: DV Prevention w/o Minor Children [COSB009588-COSB009589] | | |
| 316. | LA Court – Case Summary 02/04/15 Case #:BQ047632, Case Type: DV Prevention w/o Minor Children [COSB009590-COSB009593] | | |
| 317. | LA Court – Case Summary 08/21/14 Case #:BQ045673 Case Type: DV Prevention w/o Minor Children [COSB009594-COSB009595] | | |
| 318. | Emergency Protective Order T-1900506, Linda Rangel 01/22/19 [COSB009596] | | |
| 319. | DV Restraining Order, Yobana Puga 08/21/14, Case #BQ045678 [COSB009597-COSB009613] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 320. | DV Restraining Order, Yobana Puga 02/04/15, Case #BQ047632 [COSB009614-COSB009631] | | |
| 321. | Coroner's Report [AG0263-AG0287] | | |
| 322. | Shooting Arrest Report [AG0241-AG0260] | | |
| 323. | SUPB: LAPD Records Subpoenaed re Puga N/A | | |
| 324. | SUPB: LAPD Records Subpoenaed re Puga: Declaration of Custodian of Records 12/17/24 N/A | | |
| 325. | SUPB: Los Angeles County Sheriff's Department (211 W. Temple Subpoenaed Incarceration Records) N/A | | |
| 326. | SUPB: Los Angeles County Sheriff's Department (211 W. Temple Subpoenaed Incarceration Records) N/A | | |
| 327. | SUPB: Los Angeles County Sheriff's Department (211 W. Temple Subpoenaed Incarceration Records) N/A | | |
| 328. | SUPB: CDCR Archives Incarceration Records N/A | | |
| 329. | SUPB: Los Angeles County Sheriff's Department (211 W. Temple Subpoenaed Incarceration Records) Includes 2015 OIS Investigation Report from LACSD Homicide N/A | | |
| 330. | SUPB: CDCR Archives Incarceration Records N/A | | |
| 331. | SUPB: East Angeles County Sheriff's Station re Incarceration Records N/A | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 332. | SUPB: LAPD Incarceration records re Puga<br>N/A | | |
| 333. | SUPB: Long Beach Police Incarceration Records re Puga<br>N/A | | |
| 334. | SUPB: LAPD Records to incl audios and videos re Puga<br>N/A | | |
| 335. | *Defense Expert Haag's prepared reports, illustrations, figures, screenshots, and photos (as disclosed in expert disclosures, Ex. A)<br>  a. Figure 1a – aerial view looking northwest<br>  b. Figure 1b – aerial view looking west<br>  c. Figure 2 – bullet from autopsy, fatal gunshot wound, expanded .223 caliber left chest,<br>  d. Figure 3 – bullet from autopsy, unexpanded 9mm JHP, right flank<br>  e. Figure 4 – bullet from autopsy, unexpanded 9mm JHP, left thigh<br>  f. Figure 5 – gunshot wound caused by ricocheted 9mm bullet GSW5<br>  g. Figure 6 – gunshot wound caused by ricocheted 9mm bullet<br>  h. Figure 7a – still image CHP Sgt. Kee's vehicle, immediately prior to shots<br>  i. Figure 7b – scene photo, Adam's shooting zone<br>  j. Figure 8a – still image CHP Rubalcava-Blackwood dashcam just prior to the initial shots<br>  k. Figure 8b – still image CHP Rubalcava-Blackwood dashcam suspect starts running to the NW<br>  l. Figure 8c – screenshot from CHP exhibit 3, gun<br>  m. Figure 8d – screenshot from CHP exhibit 4, Puga<br>  n. Figure 9 – CHP Officer Rubalcava .40S&W cartridge cases<br>  o. Figure 10 – Sgt. Kee and Officer Blackwood .223 cartridge cases | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| | p. Figure 11 – Deputy Jake Adams' 9mm cartridge cases<br>q. Figure 12 – Puga, 9mm Pistol and 9mm cartridge case<br>r. Figure 13 – Recovered 9mm PMF pistol AG01036 and Haag-FSSI Photo January 16, 2024<br>s. Figure 14 – profile view of cartridges<br>t. Figure 15 – Haag FSSI Photo, 13 live 9mm cartridges Puga's right pants pocket<br>u. Figure 16 – Haag FSSI Photo, 3 fired 9mm cartridges from vehicle center console, left cup holder<br>v. Figure 17 – 1 live 9mm cartridge from vehicle found under left front seat - FMJ-RN bullet<br>w. Figure 18 – CHP Dashcam audio of the shooting sequence<br>Second report<br>x. Dupl of above, with exception of additional figures:<br>y. Figure 6 – approx. location of Puga and direction of movement<br>z. Figure 7b – CHP Blackwood/Rubalcava Dashcam suspect starts running to the NW<br>aa. Figure 8 – bullets recovered<br>Suppl. report<br>bb. Dupl of above, with exception of additional figures:<br>cc. Figure 5 – NIBIN Worksheet<br>dd. Figure 6 – color depth mode of cartridge cases<br>ee. Figure 7 – 3D move of cartridge cases<br>ff. Figure 8 – normally fired cartridge<br>gg. Figure 9 – Squib cartridge case from scene | | |
| 336. | Defense Expert Hubbs' prepared reports and illustrations, figures, screenshots, and photos (as disclosed in expert disclosures, Ex. B)<br>a. Figure 1 – Google Maps<br>b. Figure 2 – Dashcam Blackwood and Rubalcava screenshot, COSB001464 and image COSB004313 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| |    c. Figure 3 – Overview of neighborhood COSB004274<br>   d. Figure 4 – Image COSB0000398 and vehicle identifies<br>   e. Figure 4 (six) – Photos of deputies and CHP<br>   f. Figure 6 – Screenshots from news video, 151, COSB006733<br>   g. Figure 7 – Screenshot from news video, 151, COSB006733<br>   h. Figure 8 – Photos of pepper ball training<br>   i. Figure 9 – Pepper ball launchers and beanbag shotgun, COSB000108<br>   j. Figure 9 (sic) – Overview photo of approx. positions AG0676<br>   k. Figure 10 – Photos of pistol and fired cartridge<br>   l. Figure 12 – 40mm less-lethal launcher and ammo AG01025 and AG01029<br>   m. Figure 13 – Placard 52<br>   n. Figure 14 – Postmortem tox COSB000849<br>   o. Figure 15 – Controlled substance terminology<br>   p. Figure 16 – Officer Safety Guidelines<br>   q. Figure 17 – Googlemaps view (Goodson)<br>   r. Figure 18 – Scene photo AG0677<br>   s. Figure 19 – Adams & Vaccari approx. location and view AG0974<br>   t. Figure 20 – Kee and Rubacalva approx. location AG0926<br>   u. Figure 21 – Overview photo COSB000398<br>Figure 22 – Positions of officers and deputies from dashcam at 46:49 | | |
| 337. | Defense Expert Jasons's prepared illustrations, figures, screenshots, photos/stills, compilations, and videos/video frames (as disclosed in expert disclosures, Ex. C, and Ex C's addendum A with links)<br>   a. Figure 1 – still image 49.416 from COSB001416<br>   b. Figure 2 – still image 50.317 from COSB001416 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | c. Figure 3 – still image 50.784 from COSB001416<br>d. Figure 4 – still image 52.953 from COSB001416<br>e. Figure 5 – still image 54.354 (dashcam)<br>f. Figure 6 – still image 55.889 (dashcam)<br>g. Figure 7 – image Puga's body and pistol<br>h. Figure 8 – image pistol unseated and fired casing (#50)<br>i. Figure 9 – image 53.220 (dashcam)<br>j. Figure 10 – image 53.387 (dashcam)<br>k. Figure 11 – image 53.687 (dashcam)<br>l. Figure 12 – image 63.297 (cell phone)<br>m. Figure 13 – image 63.864 (cell phone)<br>n. Addendum A – Composite of Three Videos<br>o. Addendum A – Still images of Sgt. Kee MVARS (dashcam) video<br>Addendum A – Still images from Erin Mangerino (COSB001416 cell phone video) | | |
| 338. | Defense Expert Garrison's materials prepared (as disclosed in expert disclosures, Ex. G)<br>a. NIBIN Materials<br>b. Puga's Ghost Pistol, ammo, and magazine<br>c. Photos taken to document bullet in barrel (images on page 3/6)<br>d. Photos taken to document bullet in barrel (images 1.JPG – 9.JPG) | | |
| 339. | 339-400 reserved for County Defendants | | |
| *** | **STATE DEFENDANTS' EXHIBIT LIST** | *** | *** |
| 401. | Kee's Mobile Video Audio Recording System (MVARS), Part 1 [AG0815] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 402. | Kee's MVARS, Part 2 [AG0816] | | |
| 403. | Kee's MVARS, Part 3 [AG0817] | | |
| 404. | Blackwood's MVARS, Part 1 [AG0811] | | |
| 405. | Blackwood's MVARS, Part 2 [AG0812] | | |
| 406. | Blackwood's MVARS, Part 3 [AG0813] | | |
| 407. | Blackwood's MVARS, Part 4 [AG0814] | | |
| 408. | Blackwood's MVARS, Part 5 [AG01377] | | |
| 409. | Edward Mangerino's cellphone footage [COSB001417 to COSB001461] | | |
| 410. | Erin Mangerino's cellphone footage [COSB001416] | | |
| 411. | CHP Dispatch Audio [AG0451-AG0452] | | |
| 412. | OIS Incident Detail Report No. 210217BS00009 [AG0318-AG0331] | | |
| 413. | Freeway Shooting Incident Detail Report No. 210216BS00186 [AG0332-AG0337] | | |
| 414. | CHP Arrest-Investigation Report (CHP 216), No. F03885021 [AG0241 to AG0260] | | |
| 415. | SB County Fire Department MA22 Run Sheet for Hector Puga [AG0380-AG0381] | | |
| 416. | Puga Facebook Post, Dec. 20, 2020 [AG0423] | | |
| 417. | Photographs AG0456-AG0465, AG0466-AG0510, AG0531-AG0536, AG0591-AG0593, AG0606-AG0607, AG0646, AG0818, AG0863, AG0867, AG0870, AG0904, AG0915, AG0917, | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| | AG0926, AG0930, AG0954, AG0976, AG0981- AG0983, AG01032, AG01036 | | |
| 418. | CHP Aerial Screenshots [AG0674-AG0680] | | |
| 419. | Original gun found on Puga (placeholder) | | |
| 420. | Toxicology Report [AG0142-AG0144] | | |
| 421. | CHP Use of Force Policy v12-2020 [AG01557-AG01578] | | |
| 422. | Blackwood Training Records [AG0184-AG0199] | | |
| 423. | Kee's Training Records [AG0200-AG0228] | | |
| 424. | Rubalcava's Training Records [AG0229-AG0240] | | |
| 425. | Annabelle Botten's 911 Calls re: Suspect with Gun—Redacted [COSB001364] | | |
| 426. | Audio recorded interview of Annabelle Botten, conducted on February 17, 2021, at 10:11 a.m. by Detective Hernandez of the San Bernardino County Sheriff's Office—*Redacted* [COSB001379] | | |
| 427. | Greg Meyer's Curriculum Vitae/Resume | | |
| 428. | Greg Meyer's Expert Report and Supporting Material | | |
| 429. | Lucien C. Haag's Curriculum Vitae/Resume | | |
| 430. | Lucien C. Haag's Expert Report | | |
| 431. | Alexander Jason's Curriculum Vitae/Resume | | |
| 432. | Alexander Jason's Expert Report | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 433. | Kris Mohandie's Curriculum Vitae/Resume | | |
| 434. | Kris Mohandie's Expert Report | | |
| 435. | Richard Franklin Clark, Jr.'s Curriculum Vitae/Resume | | |
| 436. | Richard Franklin Clark, Jr.'s Expert Report | | |
| 437. | Joshua Peter Visco's Curriculum Vitae/Resume | | |
| 438. | Joshua Peter Visco's Expert Report | | |
| 439. | Birth Certificate of L.C. [Plaintiff 0153] | | |
| 440. | Birth Certificate of I.H. [Plaintiff 0099] | | |
| 441. | Birth Certificate of A.L. [Plaintiff 0054] | | |
| 442. | September 12, 2024 Public Release Memorandum by San Bernardino County Sheriff's Department (DR #192101044/H#2021-024)—Redacted | | |
| 443. | Memorandum of Findings—Threshold Incident re Blackwood [AG0426-AG0427] | | |
| 444. | Memorandum of Findings—Threshold Incident re Kee [AG0428-AG0429] | | |
| 445. | Memorandum of Findings—Threshold Incident re Rubalcava [AG0430-AG0431] | | |
| 446. | Critical Incident Policies and Procedures Evaluation Report—Redacted [AG0432-AG0450] | | |
| 447. | Exhibits 447-500 reserved for State Defendants | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28