# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: 5:22-cv-00949-KK-(SHKx)

L.C., a minor by and through her
guardian ad litem Maria Cadena,
individually and as
successor-in-interest to Hector
Puga; I.H., a minor by and through
his guardian ad litem Jasmine
Hernandez, individually and as
successor-in-interest to Hector
Puga; A.L., a minor by and through
her guardian ad litem Lydia Lopez,
individually and as
successor-in-interest to Hector
Puga; and ANTONIA SALAS UBALDO,
individually,

        Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE; MICHAEL
BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS; and
DOES 6-10, inclusive,

        Defendants.
_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

JASMINE HERNANDEZ

Wednesday, December 11, 2024, 9:03 a.m.

Taken remotely via Zoom

REPORTED BY:  Mary P. Randle, CSR No. 10312

1

```
 1   APPEARANCES:
 2   (Appearances via videoconference)
 3
 4   For Plaintiffs:
 5        LAW OFFICES OF DALE K. GALIPO
          HANG D. LE, ESQ.
 6        21800 Burbank Boulevard
          Suite 310
 7        Woodland Hills, California 91367
          818-347-3333
 8        hlee@galipolaw.com
 9
10   For Defendants County of San Bernardino, Robert Vaccari,
     and Jake Adams:
11
          LYNBERG & WATKINS, APC
12        SHANNON L. GUSTAFSON, ESQ.
          1100 West Town & Country Road
13        Suite 1450
          Orange, California 92868
14        714-937-1010
          sgustafson@lynberg.com
15
16
     For Defendants State of California by and through
17   California Highway Patrol and Michael Blackwood:
18        OFFICE OF THE ATTORNEY GENERAL
          TORT & CONDEMNATION SECTION
19        DIANA ESQUIVEL, ESQ.
          1300 I Street
20        Suite 125
          Sacramento, California 95814-2951
21        916-210-7320
          diana.esquivel@doj.ca.gov
22
23
     Also Present:
24
          Vionela Vaughn-Austin, Videographer
25
```

2

INDEX TO EXAMINATION

| EXAMINATION | PAGE |
|---|---|
| By Ms. Gustafson | 6 |
| By Ms. Esquivel | 79 |

```
 1                    INDEX TO EXHIBITS
 2
 3    MARKED              DESCRIPTION              PAGE
 4
 5    Exhibit 34    Isaiah Hernandez's birth        65
                   certificate
 6
      Exhibit 35    Facebook posts, Bates stamped   67
 7                 Plaintiff 233-236
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1                TAKEN REMOTELY VIA ZOOM
 2               WEDNESDAY, DECEMBER 11, 2024
 3                        9:03 A.M.
 4
 5          THE VIDEOGRAPHER:  Good morning.  This is the
 6  video deposition of Jasmine Hernandez, taken remotely on
 7  December 11th, 2024, in the matter of L.C. versus
 8  State of California, Case Number
 9  5:22-cv-00949-KK-(SHKx).  This case is being heard in
10  the United States District Court of Central District of
11  California.  This deposition is being taken on behalf of
12  the Defendant.
13          My name is Vionela Vaughn-Austin.  I'm the
14  legal videographer contracted through Dean Jones Legal
15  Videos, Inc., of Los Angeles and Santa Ana, California.
16  Now, because we are not in person, as the videographer,
17  I may have to interrupt the proceedings should the
18  deponent drift -- or the witness drift out of frame or
19  should any Zoom connectivity issues occur.
20          This deposition is commencing at 9:03 a.m.
21  Would all present please identify yourselves, starting
22  with the court reporter, then the witness, and then
23  counsel.
24          THE COURT REPORTER:  My name is Mary Randle
25  with Jilio-Ryan.
```

5

```
 1            THE WITNESS:  My name is Jasmine Hernandez.
 2            MS. GUSTAFSON:  Shannon Gustafson for the
 3   County Defendants.
 4            MS. ESQUIVEL:  Diana Esquivel for the State
 5   Defendants, appearing from Sacramento.
 6            MS. LE:  Hang Le for the Deponent and for the
 7   Plaintiffs in L.C., et al., versus State of California,
 8   et al.
 9            THE VIDEOGRAPHER:  Thank you.  Now, would the
10   court reporter please administer the oath.
11
12                     JASMINE HERNANDEZ,
13      having been first duly sworn, was examined and
14                     testified as follows:
15
16                         EXAMINATION
17   BY MS. GUSTAFSON:
18       Q    Can you please state your name for the record.
19       A    Jasmine Hernandez.
20       Q    Have you ever used any name other than
21   Jasmine Hernandez?
22       A    No.
23       Q    Have you ever had your deposition taken before?
24       A    No.
25       Q    I'm sure you had an opportunity to speak with
```

6

```
 1      A    I didn't know he had a vehicle.  And, yes,
 2   he -- I -- I -- that was his mom's vehicle.
 3      Q    So the car was owned by his mom, but it was the
 4   car that he would regularly drive?
 5      A    Yes.
 6      Q    And it was the car that you always saw him
 7   driving?
 8      A    Yes.
 9      Q    What time did he get to your house on
10   February 16th?
11      A    Around 10:00 a.m.
12      Q    Did he tell you where he was before he went to
13   your house?
14      A    His sister Susana's house.
15      Q    Do you know what he was doing at Susana's
16   house?
17      A    No.
18      Q    Did Hector tell you that the police had tried
19   to pull him over the night before, on February 15th?
20      A    No.
21      Q    ==Did you ever see Hector drinking?==
22      A    ==Yes.==
23      Q    ==And how often would Hector drink alcohol?==
24      A    ==With a meal.==
25      Q    ==With every meal?==
```

```
1      A    Not every meal.
2      Q    Did you ever see him drinking any other time
3    other than with a meal?
4      A    Yes.  In social gatherings.
5      Q    Have you ever seen him drunk?
6      A    No.
7           MS. GUSTAFSON:  You know, we've been going for
8    about an hour.  Why don't we just take a ten-minute
9    break.
10          THE WITNESS:  Okay.
11          THE VIDEOGRAPHER:  Just one moment, please.  It
12   is now 10:04 a.m., and we are off the record.
13          (Recess taken from 10:04 a.m. until 10:14 a.m.)
14          THE VIDEOGRAPHER:  It's now 10:14 a.m., and we
15   are on the record.
16   BY MS. GUSTAFSON:
17     Q    Ms. Hernandez, you understand you're still
18   under oath.  Is there any reason you can't continue to
19   give us truthful testimony here today?
20     A    No.
21     Q    All right.  You had indicated earlier that you
22   talk with Antonia regularly.  Did she ever express to
23   you that she was concerned that Hector had a drinking
24   problem?
25     A    No.
```

48

```
 1      Q     Did you ever -- were you ever aware that Hector
 2   had been arrested for a DUI?
 3      A     No.
 4      Q     Did you ever see Hector use drugs?
 5      A     No.
 6      Q     Did he ever tell you that he had used drugs?
 7      A     No.
 8      Q     Do you know why there would be syringes in the
 9   car that he was driving that night that he died?
10      A     No.  I was not aware.
11      Q     Did you ever learn that he had meth in his
12   system at the time he died?
13      A     No.
14      Q     Does that surprise you?
15      A     Yes.
16      Q     Has anyone ever told -- has anyone ever told
17   you that he was drinking at the time the police pulled
18   him over and that he was throwing beer cans out of the
19   car?
20      A     No.
21      Q     Is that surprising to you?
22      A     Yes.
23      Q     Did Hector ever talk to you about having two
24   strikes?
25      A     No.
```

49

```
 1      Q    That's the only contact you ever had with
 2  Claudia?
 3      A    Yes.
 4      Q    And what was it about Christine that made you
 5  believe she was a bad influence?
 6      A    I just -- she rubbed off on me the wrong way.
 7      Q    Anything in particular she said or did?
 8      A    She looked like a drug addict.
 9      Q    And did you say that to Hector?
10      A    Yes, once he -- once he left.  But me and
11  Hector had a -- me and Hector knew our facial
12  expressions since we've been friends for a long time.
13  So I gave him "the face".
14      Q    The face of disapproval?
15      A    Yes.
16      Q    Did you ever have any discussions with Hector
17  after meeting Christine about his relationship with
18  Christine and your concerns?
19      A    Yes.
20      Q    What were those communications?
21      A    To not bring her around me or my child again.
22      Q    What did he say in response?
23      A    Okay.
24      Q    Did he tell that you he was going to meet
25  Christine after he left your house on February 16th?
```

55

```
 1    you and wearing a ring to signify his relationship with
 2    you?
 3         A    Yes.
 4         Q    And then you were together for a couple of
 5    months in 2020?
 6         A    Yes.
 7         Q    What was the reason your relationship ended
 8    again in 2020?
 9         A    We just decided to go our separate ways.
10         Q    Did it have anything to do with Lydia?
11         A    No.
12         Q    To your knowledge, did -- did Hector ever cheat
13    on you in your relationship with him when you were in
14    the relationship?
15         A    Not from my knowledge.
16         Q    And so your breaking up with him not once but
17    twice had nothing to do with him being involved with
18    other women?
19         A    No.
20         Q    Did it have anything to do with him being
21    arrested or with drugs or alcohol?
22         A    No.
23         Q    It was just you decided to end it, wasn't
24    working out?
25         A    Yes.
```

```
 1                      DECLARATION
 2
 3
 4        I herby declare I am the deponent in the within
 5   matter; that I have read the foregoing deposition and
 6   know the contents thereof; and I declare that the same
 7   is true of my knowledge except as to the matters which
 8   are therein stated upon my information or belief, and as
 9   to those matters, I believe it to be true.
10        I declare under the penalties of perjury of the
11   State of California that the foregoing is true and
12   correct.
13        Executed on the _____ day of _____ ____, at
14   _____, _____.
     (City)                 (State)
15
16
17                                  _____
                                    JASMINE HERNANDEZ
18
```

93

Hernandez, Jasmine
L.C., a minor  v. State of California

```
                    DEPOSITION ERRATA SHEET

Page No._____ Line No. _____

Change:_____

Reason for change: _____

Page No._____ Line No. _____

Change:_____

Reason for change: _____

Page No._____ Line No. _____

Change:_____

Reason for change: _____

Page No._____ Line No. _____

Change:_____

Reason for change: _____

Page No._____ Line No. _____

Change:_____

Reason for change: _____

Page No._____ Line No. _____

Change:_____

Reason for change: _____


_____          _____
JASMINE HERNANDEZ                          DATED
```

94

```
 1  STATE OF CALIFORNIA        )
                               )
 2  COUNTY OF SAN DIEGO        )

 3

 4        I, Mary P. Randle, Certified Shorthand

 5  Reporter in and for the State of California,

 6  Certificate No. 10312, do hereby certify:

 7        That prior to being examined, the witness named

 8  in the foregoing deposition was by me first duly sworn

 9  to testify to the truth, the whole truth, and nothing

10  but the truth;

11        That said deposition was taken remotely before

12  me at the time and place therein set forth and was taken

13  down by me in shorthand and thereafter transcribed into

14  typewriting under my direction and supervision;

15        I further certify that I am neither counsel for,

16  nor related to, any party to said action, nor in any way

17  interested in the outcome thereof.

18        In witness whereof, I have hereunto subscribed my
    name.
19

20  Dated: December 22, 2024

21

22

23  _Mary Randle, CSR#10312_
    MARY P. RANDLE
24  CSR No. 10312

25
```