# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: 5:22-cv-00949-KK-(SHKx)

L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian ad litem Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian ad litem Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,

        Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,

        Defendants.

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MARIA CADENA

Wednesday, December 11, 2024, 1:04 p.m.

Taken remotely via Zoom

REPORTED BY:  Mary P. Randle, CSR No. 10312

1

```
 1    APPEARANCES:
 2    (Appearances via videoconference)
 3
 4    For Plaintiffs:
 5         LAW OFFICES OF DALE K. GALIPO
           HANG D. LE, ESQ.
 6         21800 Burbank Boulevard
           Suite 310
 7         Woodland Hills, California 91367
           818-347-3333
 8         hlee@galipolaw.com
 9
10    For Defendants County of San Bernardino, Robert Vaccari,
      and Jake Adams:
11
           LYNBERG & WATKINS, APC
12         SHANNON L. GUSTAFSON, ESQ.
           1100 West Town & Country Road
13         Suite 1450
           Orange, California 92868
14         714-937-1010
           sgustafson@lynberg.com
15
16
      For Defendants State of California by and through
17    California Highway Patrol and Michael Blackwood:
18         OFFICE OF THE ATTORNEY GENERAL
           TORT & CONDEMNATION SECTION
19         DIANA ESQUIVEL, ESQ.
           1300 I Street
20         Suite 125
           Sacramento, California 95814-2951
21         916-210-7320
           diana.esquivel@doj.ca.gov
22
23
      Also Present:
24
           Vionela Vaughn-Austin, Videographer
25
```

INDEX TO EXAMINATION

| EXAMINATION | PAGE |
|---|---|
| By Ms. Gustafson | 6 |
| By Ms. Esquivel | 36 |
| By Ms. Gustafson | 43 |

| | | | |
|---|---|---|---|
| 1 | | INDEX TO EXHIBITS | |
| 2 | | | |
| 3 | MARKED | DESCRIPTION | PAGE |
| 4 | | | |
| 5 | Exhibit 36 | Layla Ibarra's birth certificate | 34 |
| 6 | Exhibit 37 | Photos, Bates stamped Plaintiff's 229 | 36 |

4

```
 1                TAKEN REMOTELY VIA ZOOM
 2              WEDNESDAY, DECEMBER 11, 2024
 3                       1:04 P.M.
 4
 5         THE VIDEOGRAPHER:  Good afternoon.  This is the
 6   video deposition of Maria Cadena, taken remotely on
 7   December 11, 2024, in the matter of L.C. versus State of
 8   California, Case Number 5:22-cv-004 -- pardon me --
 9   52 -- 5:22-cv-00949-KK-(SHKx).  This case is being heard
10   in the United States District Court of Central District
11   of California.  The deposition is on the behalf of the
12   Defendant.
13         My name is Vionela Vaughn-Austin, and I'm the
14   legal videographer contracted through Dean Jones Legal
15   Videos, Inc., of Los Angeles and Santa Ana, California.
16   Now, because we're not in person, I, as the
17   videographer, may have to interrupt the proceedings if
18   the deponent drifts out of the frame or should any
19   connectivity issues occur with the Zoom.
20         This deposition is commencing at 1:04 p.m.
21   Would all present please identify yourselves, starting
22   with the court reporter, then the deponent, and then
23   counsel.
24         THE COURT REPORTER:  Mary Randle on behalf of
25   Jilio-Ryan Court Reporters.
```

```
 1            MS. GUSTAFSON:  Can you state your name?
 2            THE WITNESS:  Oh, me?
 3            THE VIDEOGRAPHER:  Maria, would you please
 4   state your name.
 5            THE WITNESS:  Sure.  Maria Cadena.
 6            MS. GUSTAFSON:  Shannon Gustafson on behalf of
 7   the County Defendants.
 8            MS. ESQUIVEL:  Diana Esquivel on behalf of the
 9   State Defendants.
10            MS. LE:  Hang Le on behalf of the Deponent and
11   the Plaintiffs in L.C. versus State of California.
12            THE VIDEOGRAPHER:  Thank you.  Now, would the
13   court reporter please administer the oath.
14
15                       MARIA CADENA,
16      having been first duly sworn, was examined and
17                    testified as follows:
18
19                        EXAMINATION
20   BY MS. GUSTAFSON:
21       Q    Can you please state your name for the record.
22       A    Maria Cadena.
23       Q    Have you ever used any name other than
24   Maria Cadena?
25       A    No.
```

6

```
 1   and Hector ended your relationship?
 2       A    The beginning.  I was about a month pregnant.
 3       Q    And what was the reason your relationship with
 4   Mr. Puga ended?
 5       A    We just didn't get along anymore.
 6       Q    Any other reason?
 7       A    No.  He -- well, besides that, because he was
 8   going out too much.
 9       Q    When you say, "going out too much," how often
10   did he go out?
11       A    All day, every day.
12       Q    And did he drink when he went out?
13       A    Yes.
14       Q    And was -- did you -- from your observations of
15   Mr. Puga when you were in a relationship with him, was
16   he a heavy drinker?
17       A    Yes.
18       Q    Was he often drunk?
19       A    Yes.
20       Q    What was his demeanor like when he was drunk?
21       A    He was just, like, always sad.  I would say
22   always sad.
23       Q    Did he ever get angry?
24       A    At himself.
25       Q    What about at you?
```

13

```
 1      Q    After Hector moved out of your residence in
 2  Long Beach, do you know any places that he lived?
 3      A    No.
 4      Q    Do you know if he ever lived in the city of
 5  Hesperia?
 6      A    No.
 7      Q    Do you know if he had any friends in the city
 8  of Hesperia?
 9      A    No.
10      Q    You said earlier that Hector was a heavy
11  drinker.  Did -- was that one of the reasons you ended
12  the relationship with him?
13      A    Yes.
14      Q    Did you ever see him use drugs?
15      A    No.
16      Q    Did he ever tell you that he used drugs?
17      A    No.
18      Q    Did anybody else tell you that he used drugs?
19      A    No.
20      Q    When -- or strike that.
21           To your knowledge, has Hector ever been
22  married?
23      A    No.  That I know of, no.
24      Q    Do you know an individual by the name of
25  Yobanna Puga?
```

17

```
 1      A     Yeah.
 2      Q     Did those happen frequently?
 3      A     Yes.
 4      Q     And would he typically be drinking during those
 5   arguments or they would just happen at other times as
 6   well?
 7      A     It was both, when he wasn't drinking and when
 8   he was drinking.
 9      Q     Was there anything in particular that the two
10   of you would fight about?
11      A     No.  He was just a very jealous person.
12      Q     Did you ever have any issues with him being
13   around other women when he was with you?
14      A     No.
15      Q     As you sit here today, do you know if Hector's
16   ever been arrested?
17      A     No.
18      Q     Do you know if he ever spent any time in prison
19   or jail?
20      A     No.
21      Q     Did you ever hear about an incident where he
22   was in a pursuit with L.A. Sheriff's Department and he
23   fired a gun at them?
24      A     Yes.
25      Q     How did you find out about that incident?
```

23

```
 1      Q    And what about before Hector died?  When was
 2   the last time that you let Antonia see Layla before
 3   Hector's death?
 4      A    I don't recall, but I would say Layla was
 5   probably about four.  Maybe four years old.
 6      Q    So, to the best of your recollection, the last
 7   time that Layla saw Antonia before Hector's death, she
 8   was about four years old?
 9      A    Yes.
10      Q    And it's your recollection that -- or to the
11   best of your recollection, you've allowed Antonia to see
12   Layla about seven times?
13      A    Yes.
14      Q    What was the reason you did not let Hector see
15   Layla?
16      A    It's just that we didn't get along and I just
17   didn't want her to be around her [sic].
18      Q    Did you think Hector would be a bad influence
19   on Layla?
20      A    No.
21      Q    Were you concerned about his drinking if he was
22   around Layla?
23      A    Yes.
24      Q    Were you concerned that -- about his conduct
25   related to getting into the shooting with L.A. Sheriff's
```

27

```
 1   know of any reason why he would run from police?
 2       A    No.
 3       Q    Did he ever share with you what his views on
 4   law enforcement were?
 5       A    No.
 6       Q    Did you ever find out -- or strike that.
 7            Outside of anything you've heard from your
 8   attorneys, were you aware whether Hector had a gun that
 9   night?
10       A    No.
11       Q    Have you learned from anybody that -- other
12   than your attorneys -- that Hector -- the car that
13   Hector drove had been involved in a shooting earlier,
14   before the pursuit?
15       A    No.
16       Q    Did anybody ever tell you that Mr. Puga was
17   drinking and throwing beer cans out of the car when
18   police were trying to get him out of the vehicle?
19       A    No.
20       Q    Have you learned -- ever learned that there was
21   methamphetamine in his system at the time he died?
22       A    No.
23       Q    Has anyone ever told you that there were
24   syringes found in the car?
25       A    No.
```

33

```
 1                        DECLARATION
 2
 3
 4        I herby declare I am the deponent in the within
 5   matter; that I have read the foregoing deposition and
 6   know the contents thereof; and I declare that the same
 7   is true of my knowledge except as to the matters which
 8   are therein stated upon my information or belief, and as
 9   to those matters, I believe it to be true.
10        I declare under the penalties of perjury of the
11   State of California that the foregoing is true and
12   correct.
13        Executed on the _____ day of _____, ____, at
14   _____, _____.
     (City)                  (State)
15
16
17                              _____
                                MARIA CADENA
18
19
20
21
22
23
24
25
```

45

```
 1  STATE OF CALIFORNIA        )
                               )
 2  COUNTY OF SAN DIEGO        )

 3

 4       I, Mary P. Randle, Certified Shorthand
 5  Reporter in and for the State of California,
 6  Certificate No. 10312, do hereby certify:
 7       That prior to being examined, the witness named
 8  in the foregoing deposition was by me first duly sworn
 9  to testify to the truth, the whole truth, and nothing
10  but the truth;
11       That said deposition was taken remotely before
12  me at the time and place therein set forth and was taken
13  down by me in shorthand and thereafter transcribed into
14  typewriting under my direction and supervision;
15       I further certify that I am neither counsel for,
16  nor related to, any party to said action, nor in any way
17  interested in the outcome thereof.
18       In witness whereof, I have hereunto subscribed my
    name.
19

20  Dated: December 22, 2024

21

22

23
    _____
24  MARY P. RANDLE
    CSR No. 10312
25
```

*Mary Randle, CSR#10312*