# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian ad litem Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian ad litem Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,

Plaintiffs,

vs.

STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,

Defendants.

CASE NO. 5:22-cv-00949 -KK-(SHKx)

VIDEOTAPED

ZOOM DEPOSITION OF LIDIA LOPEZ

WEDNESDAY, DECEMBER 4, 2024

2:05 P.M.

REPORTED BY: VICTORIA FRENCH, CSR NO. 14193

A P P E A R A N C E S

FOR THE PLAINTIFFS:

LAW OFFICES OF DALE K. GALIPO
BY: HANG LE, ESQ.
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
t. 818.347.3333
e. hlee@galipolaw.com

FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO, ROBERT VACCARI, AND JAKE ADAMS:

LYNBERG & WATKINS
BY: SHANNON GUSTAFSON, ESQ.
1100 West Town & Country Road, Suite #1450
Orange, California 92868
t. 714.937.1010
e. sgustafson@lynberg.com

FOR THE DEFENDANTS STATE OF CALIFORNIA, BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND MICHAEL BLACKWOOD:

TORT & CONDEMNATION SECTION
OFFICE OF THE ATTORNEY GENERAL
BY: DIANA ESQUIVEL, DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
Sacramento, California 95814
t. 916.210.7320
e. diana.esquivel@doj.ca.gov

ALSO PRESENT:

-BLAKE JONES, Legal Videographer

I N D E X

WITNESS: LIDIA LOPEZ

| EXAMINATION | PAGE |
|---|---|
| BY MS. GUSTAFSON ---------------------------- | 5, 81 |
| BY MS. ESQUIVEL ----------------------------- | 71 |

E X H I B I T S

| DEFENDANTS' | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 29 | Two color photos | 10 |
| EXHIBIT 30 | Eight color photos | 14 |
| EXHIBIT 31 | Video | 23 |
| EXHIBIT 32 | Responses to Interrogatories | 51 |
| EXHIBIT 33 | Birth certificate | 69 |

WEDNESDAY, DECEMBER 4, 2024, 2:05 P.M.

- - -

THE VIDEOGRAPHER: Good afternoon. This is the video deposition of Lidia Lopez, taken remotely on Wednesday, December 4th, 2024, in the matter of L.C. et al. versus State of California, County of San Bernardino, Case Number 5:22-cv-00949-KK-(SHKx). This case is being heard in the United States District Court in the Central District of California.

My name of Blake Jones, legal videographer, contracted through Dean Jones Legal Videos, Incorporated, Los Angeles and Santa Ana, California. Since we're not in person today, the videographer might have to interrupt the proceedings if the deponent drifts out of frame or we have any connectivity issues. This deposition is commencing at 2:05 p.m.

Would all present please identify themselves, beginning with the deponent?

THE WITNESS: Lidia Lopez.

MS. GUSTAFSON: Shannon Gustafson for the San Bernardino County Defendants.

MS. ESQUIVEL: Diana Esquivel on behalf of the State of California, Officer -- California

Highway Patrol Officers Kee, Blackwood, and Rubalcava, appearing from Sacramento.

MS. LE: Hang Le on behalf of the deponent Lidia Lopez and the Plaintiffs.

THE VIDEOGRAPHER: Court reporter, please administer the oath.

\- - -

LIDIA LOPEZ,

having first declared under penalty of perjury to tell the truth, was examined and testified as follows:

-EXAMINATION-

BY MS. GUSTAFSON:

02:06:01 **Q. Will you please state and spell your full name for the record?**

02:06:04 A. Yes. Lidia Lopez, L-i-d-i-a, L-o-p-e-z.

02:06:15 **Q. Have you ever gone by any other name other than Lidia Lopez?**

02:06:18 A. No.

02:06:19 **Q. Have you ever had your deposition taken before?**

02:06:20 A. No.

02:06:21 **Q. Since this is a new process to you, I'm just going to go ahead and explain some of the ground rules. I'm sure you had an opportunity to**

03:16:00 **Q. Did he ever see -- now, you would communicate with him regularly on Facebook; right?**
03:16:02
03:16:06 A. Yeah. Here and there.
03:16:07 **Q. Did you ever see any Facebook posts from him about how he had just gotten out of jail?**
03:16:10
03:16:13 A. I don't think so.
03:16:23 **Q. When you said that you had heard around that he had been in jail, did you know that at the time you were in a relationship with him, or is that something you heard later?**
03:16:25
03:16:28
03:16:31
03:16:32 A. Can you repeat the question, please?
03:16:34 **Q. You had said that you had heard around, people talking that he had been in jail.**
03:16:36
03:16:39 **Was that something you knew when you started your relationship with him, or was that something you found out about later?**
03:16:41
03:16:43
03:16:46 A. Oh, no. That was something probably in 2008 or 2009, not near when we were together.
03:16:51
03:16:59 **Q. Were you aware that he was on probation when he was with you?**
03:17:01
03:17:03 A. Not that I recall.
03:17:06 **Q. Did he ever talk to you about being on probation?**
03:17:08
03:17:09 A. No.
03:17:20 **Q. When you were with Hector, did he drink a**

03:17:22 **lot?**

03:17:23 A. He liked to drink here and there.

03:17:26 **Q. What do you mean by here and there?**

03:17:28 A. He'll have a beer. If I'm cooking, he
03:17:30 will be like, "Oh, can I have a beer?" And he'll
03:17:33 have one or two.

03:17:37 **Q. Did you ever see him drunk?**

03:17:39 A. I didn't personally see him drunk.

03:17:49 **Q. Did his mom ever tell you that she was**
03:17:52 **worried about how much he drank?**

03:17:56 A. No.

03:18:02 **Q. Did Hector ever talk to you at all about**
03:18:04 **the fact that he was in jail?**

03:18:06 A. He didn't talk to me about it. I mean, he
03:18:09 didn't like me knowing anything, so I didn't ask.
03:18:12 If he didn't tell me, I didn't ask.

03:18:14 **Q. When you say he didn't like you knowing**
03:18:17 **anything, like, what do you mean?**

03:18:19 A. Like, if he was in prison or -- he didn't
03:18:21 like me asking him questions, so I just stayed away
03:18:24 from it.

03:18:28 **Q. Did he ever tell you what his opinions**
03:18:31 **were on law enforcement?**

03:18:34 A. No.

03:18:44 **Q. After you brought Allyson home from the**

03:18:48 **hospital those four days that Hector came to visit, did he ever drink anything when he was at your house?**

03:18:55 A. No.

03:18:58 **Q. Did you ever learn that he was out drinking on Monday night, February 15th?**

03:19:07 A. No.

03:19:11 **Q. Did you ever communicate with his sister Nancy or Gabriela?**

03:19:16 A. Yes.

03:19:17 **Q. And how often did you talk to them?**

03:19:20 A. Here and there, I'll give them a call.

03:19:25 **Q. Did you ever learn that he had been pulled over for drinking and driving on February 15th, 2021?**

03:19:36 A. No.

03:19:38 **Q. Did Nancy ever share with you that the police pulled them over when she was in the car with him?**

03:19:47 A. 2020 -- you're talking about --

03:19:51 **Q. After Allyson was born.**

03:19:53 A. After Allyson was born, no.

03:19:57 **Q. Did anybody ever tell you that before the night he was shot that he had driven away when police tried to pull him over?**

DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare under penalty of perjury that I have read the entire foregoing transcript of my deposition or the same has been read to me, and the same is true and accurate, save and except for changes, corrections, additions, or deletions indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _______ day of ____________________,

20_____, at _________________,____________________.
(City) (State)

_____________________________
LIDIA LOPEZ

I, Victoria French, CSR No. 14193, certify: that the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was duly sworn; and that the transcript is a true record of the testimony so given.

Witness review, correction and signature was

(X) by Code. ( ) requested.

( ) waived. ( ) not requested.

( ) not handled by the deposition officer due to party stipulation.

The dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificate null and void.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

Dated this 14th day of January, 2025

V French

____________________________

Victoria French