# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.C., a minor by and through her )
guardian ad litem Maria Cadena, )
individually and as )
successor-in-interest to Hector )
Puga; I.H., a minor by and through )
his guardian ad litem Jasmine ) No. 5:22-cv-00949-KK-(SHKx)
Hernandez, individually and as )
successor-in-interest to Hector )
Puga; A.L., a minor by and through )
her guardian ad litem Lydia Lopez, )
individually and as )
successor-in-interest to Hector )
Puga; and ANTONIA SALAS UBALDO, )
individually, )
 )
     Plaintiffs, )
 )
  vs. )
 )
STATE OF CALIFORNIA; COUNTY OF SAN )
BERNARDINO; S.S.C., a nominal )
defendant; ISAIAH KEE; MICHAEL )
BLACKWOOD; BERNARDO RUBALCAVA; )
ROBERT VACCARI; JAKE ADAMS; and )
DOES 6-10, inclusive, )
 )
     Defendants. )
_____)

REMOTE VIDEOTAPED DEPOSITION OF ANTONIA SALAS UBALDO

Bellflower, California

Tuesday, December 3, 2024

Volume I

Reported by:
JILL GLANTZ
CSR No. 11341

Job No. 131706

1

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA
                                              )
 3   L.C., a minor by and through her         )
     guardian ad litem Maria Cadena,          )
 4   individually and as                      )
     successor-in-interest to Hector          )
 5   Puga; I.H., a minor by and through )No. 5:22-cv-00949-KK-(SHKx)
     his guardian ad litem Jasmine            )
 6   Hernandez, individually and as           )
     successor-in-interest to Hector          )
 7   Puga; A.L., a minor by and through       )
     her guardian ad litem Lydia Lopez,       )
 8   individually and as                      )
     successor-in-interest to Hector          )
 9   Puga; and ANTONIA SALAS UBALDO,          )
     individually,                            )
10                                            )
             Plaintiffs,                      )
11                                            )
         vs.                                  )
12                                            )
     STATE OF CALIFORNIA; COUNTY OF SAN       )
13   BERNARDINO; S.S.C., a nominal            )
     defendant; ISAIAH KEE; MICHAEL           )
14   BLACKWOOD; BERNARDO RUBALCAVA;           )
     ROBERT VACCARI; JAKE ADAMS; and          )
15   DOES 6-10, inclusive,                    )
                                              )
16           Defendants.                      )
     _____)
17

18        Remote videotaped deposition of ANTONIA SALAS

19   UBALDO, Volume I, taken on behalf of Defendants, in

20   Bellflower, California, beginning at 10:05 a.m. and

21   ending at 3:56 p.m. on Tuesday, December 3, 2024,

22   before JILL GLANTZ, Certified Shorthand Reporter

23   No. 11341.

24

25
```

2

```
 1   APPEARANCES:
 2
 3   For Plaintiffs L.C., I.H., A.L., and Antonia Salas
 4   Ubaldo:
 5       LAW OFFICES OF DALE K. GALIPO
 6       BY:  HANG D. LE
 7       Attorney at Law
 8       21800 Burbank Boulevard, Suite 310
 9       Woodland Hills, California 91367
10       (818) 347-3333
11       hlee@galipolaw.com
12
13   For Defendant County of San Bernardino, Robert
14   Vaccari, and Jake Adams:
15       LYNBERG & WATKINS, A Professional Corporation
16       BY:  SHANNON L. GUSTAFSON
17       Attorney at Law
18       1100 W. Town & Country Road, Suite 1450
19       Orange, California 92868
20       (714) 937-1010
21       sgustafson@lynberg.com
22
23
24
25
```

3

```
 1   APPEARANCES (continued):
 2
 3   For Defendants State of California by and through
 4   California Highway Patrol and Michael Blackwood:
 5        CALIFORNIA ATTORNEY GENERAL'S OFFICE
 6        BY:  DIANA ESQUIVEL
 7        Attorney at Law
 8        1300 I Street, Suite 125
 9        PO Box 944255
10        (916) 210-7320
11        Diana.Esquivel@doj.ca.gov
12
13   Videographer:
14        BLAKE JONES
15
16   Interpreter:
17        CARMEN STRICKLAND
18
19
20
21
22
23
24
25
```

4

```
 1                          INDEX
 2   WITNESS: ANTONIA SALAS UBALDO                    PAGE
 3   VOLUME I
 4   EXAMINATION BY MS. GUSTAFSON                        8
 5   EXAMINATION BY MS. ESQUIVEL                        89
 6
 7
                             EXHIBITS
 8
                                                     PAGE
 9
     Exhibit 28   Photographs 0001-0039                80
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|  |  |
|---|---|
|  | 1    Bellflower, California, Tuesday, December 3, 2024 |
|  | 2               10:05 a.m. |
|  | 3 |
|  | 4        THE VIDEOGRAPHER:  Good morning.  This is the |
| 10:05:48 | 5    video deposition of Antonia Salas Ubaldo, taken |
|  | 6    remotely on Tuesday, December 3rd, 2024, in the |
|  | 7    matter of L.C., et al. versus State of California, |
|  | 8    County of San Bernardino, Case Number |
|  | 9    5:22-cv-00949-KK-(SHKx).  This case is being heard |
| 10:06:23 | 10   in the United States District Court, Central |
|  | 11   District of California. |
|  | 12        My name is Blake Jones, Legal Videographer |
|  | 13   contracted through Dean Jones Legal Videos, |
|  | 14   Incorporated of Los Angeles and Santa Ana, |
| 10:06:32 | 15   California.  Since we're not in person, the |
|  | 16   videographer might have to interrupt the proceedings |
|  | 17   if the deponent drifts out of frame or there is any |
|  | 18   connectivity issues.  This deposition is commencing |
|  | 19   at 10:06 a.m. |
| 10:06:44 | 20        Would all present please identify themselves, |
|  | 21   beginning with the deponent. |
|  | 22        THE WITNESS:  Antonia Salas Ubaldo. |
|  | 23        MS. GUSTAFSON:  Shannon Gustafson for the San |
|  | 24   Bernardino County Sheriff's Department Defendants. |
| 10:07:08 | 25        MS. ESQUIVEL:  Good morning.  Diana Esquivel |

6

```
         1   on behalf of the State of California and Officers
         2   Blackwood, Rubalcava and Kee, appearing from
         3   Sacramento, California.
         4         MS. LE:  Good morning.  Hang Le on behalf of
10:07:24 5   the Plaintiff Antonia Salas Ubaldo and the
         6   Plaintiffs.
         7         THE INTERPRETER:  And good morning.  This is
         8   Carmen Strickland, a state certified court
         9   interpreter.  Certification Number is 301388.
10:07:35 10        THE VIDEOGRAPHER:  Will the court reporter
        11   please administer the oath.
        12         THE REPORTER:  Yes.  Please, Ms. Ubaldo,
        13   please raise your right hand so I can swear you in.
        14         THE INTERPRETER:  Do you want to swear in the
        15   interpreter first?
        16         THE REPORTER:  I'm sorry.  Yes.
        17              CARMEN STRICKLAND,
        18   was administered an oath to act as English/Spanish
        19   interpreter.
        20              ANTONIA SALAS UBALDO,
        21   having been first administered an oath through the
        22   interpreter, was examined and testified through the
        23   interpreter as follows:
        24   ///
        25   ///
```

7

```
                1   Hector got arrested even though he did not do
                2   anything wrong?  Is that what you're telling us?
                3       A    I'm going to tell you that I don't know how
                4   the fight started.  But I know how everything ended
   12:43:23     5   up.
                6       Q    And so I'm going to ask you again.  To your
                7   knowledge, did Hector ever hit this girl?
                8       A    No.
                9       Q    And so do you believe that Hector got
   12:43:49    10   arrested for domestic violence for no reason?
               11       A    They took him to the hospital because they
               12   called the police because Hector was not feeling
               13   well.  But they were going to take her for lying.
               14       Q    So did Hector ever get arrested as a result
   12:44:30    15   of this fight that you have been describing?  "Yes,"
               16   "no," or "I don't know"?
               17       A    No.
               18       Q    Has Hector ever been arrested for any type of
               19   domestic violence?
   12:44:55    20       A    I don't remember if he was.
               21       Q    Are you aware that your son has been arrested
               22   in the past?
               23       A    Yes.
               24       Q    To your knowledge, how many times has Hector
   12:45:42    25   been arrested?
```

49

```
                 1     A    I don't remember how many times.
                 2     Q    Are you able to estimate how many times?
                 3    More than five?  Less than five?
                 4     A    I don't remember.
    12:46:20     5     Q    What is your understanding of the reasons
                 6    that Hector has been arrested?
                 7     A    I don't remember.  I don't know.  I don't
                 8    remember why, but he was -- he had been arrested.
                 9     Q    Can you tell me any of the reasons that
    12:47:11    10    Hector has been arrested?
                11     A    I don't remember why he was arrested.  I had
                12    been in court for him, but I don't remember why.
                13     Q    Has Hector ever been to jail or prison?
                14     A    Yes.
    12:48:11    15     Q    How many times?
                16     A    About two or three times.
                17     Q    Do you know where he was in jail or prison?
                18     A    Here in Los Angeles.  In Los Angeles and --
                19    what's the name?  I don't remember, but he was in
    12:49:07    20    another one.
                21     Q    Do you remember the city that the other place
                22    was located?
                23     A    It's a ranch.  I don't remember what they
                24    call it.  I really don't remember.
    12:49:42    25     Q    Do you remember when he was in Los Angeles in
```

50

|  |  |
|---|---|
| | 1    THE WITNESS: That's what I was thinking. It |
| | 2 was, like, one hour one way and one hour on the way |
| | 3 back. |
| | 4 BY MS. GUSTAFSON: |
| 12:53:18 | 5    Q  Do you recall how long he was in that |
| | 6 location? |
| | 7    A  I don't remember if it was a year or less. I |
| | 8 don't remember very well. |
| | 9    Q  Do you know how old he was when he was there? |
| 12:53:47 | 10   A  No, I don't remember. |
| | 11   Q  Do you know why he was at this other jail |
| | 12 that you can't remember the name of? |
| | 13   A  I don't know why. |
| | 14   Q  Did you ever talk to Hector about the reasons |
| 12:54:10 | 15 that he got arrested or went to jail? |
| | 16   A  Well, I would call on the phone, and he would |
| | 17 ask me, "Mom, what are you doing?" |
| | 18      And I would tell him, "I'm cleaning the |
| | 19 house." And I would tell him, "And you are there |
| 12:54:56 | 20 because you want to." |
| | 21   Q  **Did he ever tell you the reasons that he was** |
| | 22 **in jail?** |
| | 23   A  I don't remember. |
| | 24   Q  Do you know how long Hector had been out of |
| 12:55:46 | 25 jail at the time that he died? |

52

```
              1      A    On weekends, they would -- we would clean the
              2    walls.  They all helped.  One of them would vacuum,
              3    clean.  The other one would clean the kitchen.  The
              4    other one would mop.  Everybody helped.
03:06:12      5      Q    Is it fair to say that all of your kids,
              6    including Hector, helped you clean the house?
              7      A    Of course, yes.  And I would also have yard
              8    sales, and they will help me get the things out and
              9    sell things with me.
03:06:47     10      Q    Was there anything that Hector would help you
             11    with that your other kids did not?
             12      A    Well, everybody did different tasks, but they
             13    all helped.
             14      Q    What types of things did you do with Hector
03:07:24     15    when he was alive?
             16      A    Well, he enjoyed being with me a lot, and we
             17    would be in the truck playing the radio, and we
             18    would take turns.  He -- I wanted to listen in
             19    Spanish.  He would change it to English.  He would
03:08:26     20    clean the truck.  He was very close to me.  He would
             21    come to me to the store, to the park, always with
             22    me.
             23      Q    I think that is all I have.  I will turn the
             24    floor over to Diana.
03:09:04     25      A    That's fine.
```

88

|  |  |
|---|---|
| 1 | A   Yes. |
| 2 | Q   Did you ever find out why he ended up going |
| 3 | to prison? |
| 4 | A   Well, yes. |
| 03:24:57  5 | Q   And why was that? |
| 6 | A   He had a problem with the police when he |
| 7 | lived with Yobanna. |
| 8 | Q   Before he was sent to prison, do you know if |
| 9 | he had a trial that resulted in him being found |
| 03:25:30  10 | guilty of some crime? |
| 11 | A   No. |
| 12 | Q   So is it fair to say that you never attended |
| 13 | any trial that Hector underwent after he was shot by |
| 14 | police in March of 2015? |
| 03:26:28  15 | A   Are you asking if I went to court? |
| 16 | Q   Yes.  Have you ever went to observe Hector's |
| 17 | trial? |
| 18 | A   Yes. |
| 19 | Q   Did you learn during your observation of |
| 03:26:52  20 | Hector's trial that he was convicted of battering |
| 21 | his wife Yobanna? |
| 22 | A   I didn't know well everything that had |
| 23 | happened, but there was a problem there. |
| 24 | Q   ==Did you ever learn during that trial that he== |
| 03:27:50  25 | ==beat her with a gun?== |

94

```
            1       A    No.
            2       Q    Did you ever talk to Yobanna after Hector was
            3   convicted of what had transpired between them that
            4   resulted in Hector's conviction?
03:28:29    5       A    No.
            6       Q    Did you ever ask Hector about what had
            7   transpired between him and his wife that resulted in
            8   him being convicted and sent to prison?
            9       A    I didn't find out things like that.
03:29:11   10       Q    My question was a little more specific.  My
           11   question -- well, let me back up.  You were aware
           12   that Hector was sentenced to seven years in prison
           13   as a result of the incident between him and Yobanna.
           14   Is that correct?
03:29:40   15       A    No.
           16       Q    Did you ever find out how long he was
           17   sentenced to prison for?
           18       A    How could I explain?  No.
           19       Q    You remember earlier you were shown some
03:30:14   20   photographs, and one of those photographs, it was
           21   Hector in prison uniform.  Do you remember that
           22   photograph?
           23       A    Yes.
           24       Q    So you went to visit him in prison; correct?
03:30:42   25       A    Yes.
```

95

```
 1            I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4            That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12            Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal Case,
14    before completion of the proceedings, review
15    of the transcript {X} was { } was not requested.
16            I further certify I am neither financially
17    interested in the action nor a relative or employee of any
18    attorney or party to this action.
19        IN WITNESS WHEREOF, I have this date subscribed my
20    name.
21
22    Dated: December 10, 2024
23                                        _____
                                          JILL GLANTZ
24                                        CSR No. 11341
25
```

106