# EXHIBIT 5

```
              UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

            Case No.: 5:22-cv-00949-KK-(SHKx)


L.C., a minor by and through her
guardian ad litem Maria Cadena,
individually and as
successor-in-interest to Hector
Puga; I.H., a minor by and through
his guardian ad litem Jasmine
Hernandez, individually and as
successor-in-interest to Hector
Puga; A.L., a minor by and through
her guardian ad litem Lydia Lopez,
individually and as
successor-in-interest to Hector
Puga; and ANTONIA SALAS UBALDO,
individually,

              Plaintiffs,

v.

STATE OF CALIFORNIA; COUNTY OF
SAN BERNARDINO; S.S.C., a nominal
defendant; ISAIAH KEE; MICHAEL
BLACKWOOD; BERNARDO RUBALCAVA;
ROBERT VACCARI; JAKE ADAMS; and
DOES 6-10, inclusive,

              Defendants.
_____


  VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MARIA CADENA
         Wednesday, December 11, 2024, 1:04 p.m.
                Taken remotely via Zoom


REPORTED BY:  Mary P. Randle, CSR No. 10312
```

1

```
 1   APPEARANCES:
 2   (Appearances via videoconference)
 3
 4   For Plaintiffs:
 5        LAW OFFICES OF DALE K. GALIPO
          HANG D. LE, ESQ.
 6        21800 Burbank Boulevard
          Suite 310
 7        Woodland Hills, California 91367
          818-347-3333
 8        hlee@galipolaw.com
 9
10   For Defendants County of San Bernardino, Robert Vaccari,
     and Jake Adams:
11
          LYNBERG & WATKINS, APC
12        SHANNON L. GUSTAFSON, ESQ.
          1100 West Town & Country Road
13        Suite 1450
          Orange, California 92868
14        714-937-1010
          sgustafson@lynberg.com
15
16
     For Defendants State of California by and through
17   California Highway Patrol and Michael Blackwood:
18        OFFICE OF THE ATTORNEY GENERAL
          TORT & CONDEMNATION SECTION
19        DIANA ESQUIVEL, ESQ.
          1300 I Street
20        Suite 125
          Sacramento, California 95814-2951
21        916-210-7320
          diana.esquivel@doj.ca.gov
22
23
     Also Present:
24
          Vionela Vaughn-Austin, Videographer
25
```

```
 1                    INDEX TO EXAMINATION
 2
 3    EXAMINATION                                        PAGE
 4
 5    By Ms. Gustafson                                      6
 6    By Ms. Esquivel                                      36
 7    By Ms. Gustafson                                     43
 8
 9
10
...
25
```

3

```
 1                    INDEX TO EXHIBITS
 2
 3    MARKED              DESCRIPTION              PAGE
 4
 5    Exhibit 36    Layla Ibarra's birth certificate   34
 6    Exhibit 37    Photos, Bates stamped              36
                    Plaintiff's 229
 7
 8
 9
10
...
25
```

4

```
 1                TAKEN REMOTELY VIA ZOOM
 2              WEDNESDAY, DECEMBER 11, 2024
 3                       1:04 P.M.
 4
 5          THE VIDEOGRAPHER:  Good afternoon.  This is the
 6   video deposition of Maria Cadena, taken remotely on
 7   December 11, 2024, in the matter of L.C. versus State of
 8   California, Case Number 5:22-cv-004 -- pardon me --
 9   52 -- 5:22-cv-00949-KK-(SHKx).  This case is being heard
10   in the United States District Court of Central District
11   of California.  The deposition is on the behalf of the
12   Defendant.
13          My name is Vionela Vaughn-Austin, and I'm the
14   legal videographer contracted through Dean Jones Legal
15   Videos, Inc., of Los Angeles and Santa Ana, California.
16   Now, because we're not in person, I, as the
17   videographer, may have to interrupt the proceedings if
18   the deponent drifts out of the frame or should any
19   connectivity issues occur with the Zoom.
20          This deposition is commencing at 1:04 p.m.
21   Would all present please identify yourselves, starting
22   with the court reporter, then the deponent, and then
23   counsel.
24          THE COURT REPORTER:  Mary Randle on behalf of
25   Jilio-Ryan Court Reporters.
```

5

```
 1            MS. GUSTAFSON:  Can you state your name?
 2            THE WITNESS:  Oh, me?
 3            THE VIDEOGRAPHER:  Maria, would you please
 4   state your name.
 5            THE WITNESS:  Sure.  Maria Cadena.
 6            MS. GUSTAFSON:  Shannon Gustafson on behalf of
 7   the County Defendants.
 8            MS. ESQUIVEL:  Diana Esquivel on behalf of the
 9   State Defendants.
10            MS. LE:  Hang Le on behalf of the Deponent and
11   the Plaintiffs in L.C. versus State of California.
12            THE VIDEOGRAPHER:  Thank you.  Now, would the
13   court reporter please administer the oath.
14
15                       MARIA CADENA,
16      having been first duly sworn, was examined and
17                     testified as follows:
18
19                         EXAMINATION
20   BY MS. GUSTAFSON:
21       Q    Can you please state your name for the record.
22       A    Maria Cadena.
23       Q    Have you ever used any name other than
24   Maria Cadena?
25       A    No.
```

6

```
 1      A    Yes.
 2      Q    And how did she contact you three days ago?
 3      A    Through messenger on Facebook.
 4      Q    Did she say anything about why she was making
 5   contact with you?
 6      A    No.  I was just -- I just told her I was
 7   surprised she got in contact with me.  She was wondering
 8   how my daughter was doing.
 9      Q    Has Layla and Serenity spent any time together
10   other than at the funeral?
11      A    No.
12      Q    Do you know Linda's last name?
13      A    I don't.
14      Q    Do you know where she lives?
15      A    The last time I know, she lived in Los Angeles.
16      Q    When you were with Hector, were you aware of
17   any time that he had been arrested?
18      A    No.
19      Q    Were you aware -- or are you aware that he's
20   ever been arrested of domestic violence?
21      A    No.
22      Q    Did he ever become violent with you?
23      A    Just verbally.
24      Q    Meaning you would have arguments where he would
25   yell?
```

22

```
 1      A    Yeah.
 2      Q    Did those happen frequently?
 3      A    Yes.
 4      Q    And would he typically be drinking during those
 5  arguments or they would just happen at other times as
 6  well?
 7      A    It was both, when he wasn't drinking and when
 8  he was drinking.
 9      Q    Was there anything in particular that the two
10  of you would fight about?
11      A    No.  He was just a very jealous person.
12      Q    Did you ever have any issues with him being
13  around other women when he was with you?
14      A    No.
15      Q    As you sit here today, do you know if Hector's
16  ever been arrested?
17      A    No.
18      Q    Do you know if he ever spent any time in prison
19  or jail?
20      A    No.
21      Q    Did you ever hear about an incident where he
22  was in a pursuit with L.A. Sheriff's Department and he
23  fired a gun at them?
24      A    Yes.
25      Q    How did you find out about that incident?
```

23

```
 1   STATE OF CALIFORNIA        )
                                )
 2   COUNTY OF SAN DIEGO        )

 3

 4         I, Mary P. Randle, Certified Shorthand
 5   Reporter in and for the State of California,
 6   Certificate No. 10312, do hereby certify:
 7         That prior to being examined, the witness named
 8   in the foregoing deposition was by me first duly sworn
 9   to testify to the truth, the whole truth, and nothing
10   but the truth;
11         That said deposition was taken remotely before
12   me at the time and place therein set forth and was taken
13   down by me in shorthand and thereafter transcribed into
14   typewriting under my direction and supervision;
15         I further certify that I am neither counsel for,
16   nor related to, any party to said action, nor in any way
17   interested in the outcome thereof.
18         In witness whereof, I have hereunto subscribed my
     name.
19

20   Dated: December 22, 2024

21

22

23
     _____
24   MARY P. RANDLE
     CSR No. 10312
25
```

*Mary Randle, CSR #10312*

47