**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**JOINT WITNESS LIST**<br><br>FPTC:     May 15, 2025<br>TIME:    10:30 a.m.<br>CTRM:   3<br><br>TRIAL:   June 2, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Civil Trial Scheduling Order, Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") and Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, Bernardo Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and Jake Adams ("County Defendants") (collectively "the Parties"), hereby submit this Joint Exhibit List for the June 2, 2025 trial.

All parties reserve the right to call any witness listed by another party.

DATED: April 24, 2025      LAW OFFICES OF DALE K. GALIPO

By _____ */s/ Hang D. Le* _____
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiffs

DATED: April 24, 2025      ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant State of Cal., by and through the CHP, Blackwood, Kee, and Rubalcava*

DATED: April 24, 2025          LYNBERG & WATKINS

By */s/ **Amy R. Margolies***
Shannon L. Gustafson
Amy R. Margolies
Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
ROBERT VACCARI. and JAKE ADAMS

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| 1. Isaiah Kee (i-zay-a key) | Plaintiff, County Defendant & State Defendant | 1.5 hrs P | 4 hrs SD .25 hrs CD | Involvement in Decedent's pursuit, stand-off & shooting; training & experience; information known to him at the time of the incident; facts and circumstances known to him surrounding the incident; his recorded interview and deposition testimony; hypothetical questions; and all related liability questions. |
| 2. Bernardo Rubalcava (beh-r-NAR-doh roo-ball-Kava) | Plaintiff, County Defendant & State Defendant | 1.5 hrs P | 3 hrs SD .25 hrs CD | Involvement in Decedent's pursuit, stand-off & shooting; training & experience; information known to him at the time of the incident; facts and circumstances known to him surrounding the incident; his recorded interview and deposition testimony; hypothetical questions; and all related liability questions. |
| 3. Michael Blackwood (MY-kuhl black-wood) | Plaintiff, County Defendant & State Defendant | 1.5 hrs P | 3 hrs SD .25 hrs CD | Involvement in Decedent's pursuit, stand-off & shooting; training & experience; information known to him at the time of the incident; facts and circumstances known to him surrounding the incident; his recorded interview and |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| | | | | deposition testimony; hypothetical questions; and all related liability questions. |
| 4. Jake Adams (jayk a-duhms) | Plaintiff, County Defendant & State Defendant | 1.5 hrs P | 3 hrs SD  3 hrs CD | Involvement in decedent's pursuit, stand-off & shooting; training & experience; information known to him at the time of the incident; facts and circumstances known to him surrounding the incident; his recorded interview and deposition testimony; hypothetical questions; and all related liability questions. |
| 5. Robert Vaccari (ra-bert vak-ka-ree), | Plaintiff, County Defendant & State Defendant | 1.0 hr P | 3 hrs SD  3 hrs CD | Involvement in Decedent's pursuit, stand-off & use of non-lethal force; training & experience; information known to him at the time of the incident; facts and circumstances known to him surrounding the incident; his recorded interview and deposition testimony; hypothetical questions; and all related liability questions. |
| 6. Jonathan Wayne Botten, Sr. | Plaintiff | .75 hr P | .75 hrs SD  .5 hrs CD | Mr. Botten will testify to his observations regarding the facts and circumstances relating to the incident; injuries sustained by him |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| (jon-uh-thuhn w-AI-n bat-en) | | | | and his family members as a result of the shooting. |
| 7. Betzabeth Gonzalez (bET-zuh-BEHTH gon-zaa-lis) | Plaintiff | 0.75 hr P | 0.75 hrs SD 0.5 CD | Ms. Gonzalez will testify to her observations regarding the facts and circumstances relating to the incident. |
| 8. Erin Mangerino (eh-ruhn mAHN-juh-REE-no), | Plaintiff, County Defendant & State Defendant | 0.5 hr P | 0.5 hrs SD 0.5 hrs CD | Neighbor. Observation of Puga's interaction with law enforcement & video taken. Will testify to her observations regarding the facts and circumstances relating to the incident. |
| 9. Robert Ripley (ron-urht rip-lee), | Plaintiff & County Defendant | 1 hr P | 1 hr SD 0.5 hr CD | Detective Ripley is a detective for the County of San Bernardino Sheriff's Department and is the detective who processed the scene of the incident. He will testify to his investigation and findings of the subject scene, the physical evidence obtained, the documenting of evidence locations at the scene as well as preparation of his report. |
| 10. Timothy Jong, MD (Ti-muh-thee jONG) | Plaintiff, County Defendant & State Defendant | 1 hr P | 0.75 hrs SD .5 hrs CD | Performance and results of Puga's autopsy. Dr. Jong was the County Medical Examiner who performed Puga's autopsy. He will testify to the autopsy he performed, the external |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| | | | | examination of Puga's body, his observations of the wounds found on Puga's body, the nature and extent of Puga's injuries, the cause and manner of the injuries found on Puga, the trajectory of the gunshot wounds, the internal examination of Puga's body, any other autopsy findings, cause and manner of death, whether gunshot wounds are consistent with specific body positioning, and any hypotheticals posed to him. |
| 11. Roger Clark (rO-juh-r klark) | Plaintiff | 1.5 hrs P | 1 hr SD 1 hr CD | Mr. Clark is Plaintiffs' retained police practices expert. He will testify to his background, experience, training and POST standards, as well as his opinions regarding the officers' conduct, tactics, and use of force pursuant to standard police practices and training, and answer any hypotheticals posed to him. |
| 12. Jasmine Hernandez (jaes-min hur-nan-dez) | Plaintiff, County Defendant & State Defendant | 0.5 hr P | 0.5 hr SD 0.5 hr CD | Plaintiff's mother. Knowledge of Puga's relationship with I.H. She will testify to the relationship I.H. had with his father, and the loss of love, comfort, society and |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| | | | | support suffered by I.H. by the loss of his father. |
| 13. Lydia Lopez (lIH-dee-uh lo-pez) | Plaintiff, County Defendant & State Defendant | 0.5 hr P | 0.5 hr SD .5 hr CD | Plaintiff's mother. Knowledge of Puga's relationship with A.L. She will testify to the relationship A.L. had with her father, and the loss of love, comfort, society and support suffered by A.L. by the loss of her father. |
| 14. Maria Cadena (muh-ree-uh ka-den-a) | Plaintiff, County Defendant & State Defendant | 0.5 hr P | 0.5 hr SD 0.5 hr CD | Plaintiff's mother. Knowledge of Puga's relationship with L.C. Ms. Lopez is the natural mother and guardian ad litem of Plaintiff L.C. She will testify to the relationship L.C. had with her father, and the loss of love, comfort, society and support suffered by L.C. by the loss of her father. |
| 15. Antonia Salas Ubaldo (an-toh-nee-uh saa-luhs uh-BAHL-doh) | Plaintiff & County Defendant | 0.5 hr P | 0.5 hr SD 0.5 hr CD | Ms. Salas-Ubaldo is the mother of Puga. She will testify to her relationship with Puga and the loss of love, comfort, society and support she suffers as a result of the loss of her son. |
| 16. Gabriela Salas (gab-ri-ela sal-as) | Plaintiff, County Defendant & State Defendant | 0.5 hr P | 0.5 hr SD 0.5 hr CD | Puga's sister. Observation of Puga's possession of gun & his relationship with plaintiffs She will testify to Ms. Salas-Ubaldo and the |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| | | | | minor children's relationships with Puga and the loss of love, comfort, society and support they suffer as a result of his death. |
| 17. Arthur Miranda (aR-thur mi-ran-duh) | County Defendant | 0.2 hr CD | 0.2 hr P | Neighbor, witness and 911 caller that reported seeing man with gun. |
| 18. Nancy Juarez (nANE-see hOO-ah-rees) | County Defendant | 0.25 hr CD | 0.25 hr P | Puga's Sister |
| 19. Annabelle Botten (aN-uh-bel baut-ten) | County Defendant & State Defendant | 0.5 hr CD 1 hr SD | 0.5 hr P | Neighbor. Observation of Puga's interaction with law enforcement |
| 20. Edward Mangerino (ed-Werd mAHN-juh-REE-no) | County Defendant & State Defendant | 1 hr CD 1.5 hr SD | 0.5 hr P | Neighbor. Observation of Puga's interaction with law enforcement & video taken. |
| 21. Tammy Goodson (ta-mee gUUD-sun) | County Defendant & State Defendant | .75 hr CD 1 hr SD | 0.5 hr P | Neighbor. Observation of Puga's interaction with law enforcement. |
| 22. Alejandro Tovar (ah-leh-Hahn-droh tho-vahr) | County Defendant & State Defendant | 2 hr SD .25 CD | 0.5 hr P | CHP Officer. Investigation into the 4/16/21 freeway shooting involving Puga. |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| 23. J. Johnson* (Jon- suhn), | County Defendant | .25 hr CD | 0.25 hr P | Deputy with knowledge and involvement in investigating freeway shooting incident. |
| 24. R. Maday* (Mei-dei) | County Defendant | .25 hr CD | 0.25 hr P | CHP, Assisting Investigator with knowledge of freeway shooting incident. |
| 25. Xavier Rodriguez * (ex-ZAY-vee-er or ZAY-vee-er roh-DREE-gehz) | County Defendant | .25 hr CD | 0.25 hr P | CHP, Assisting Officer with knowledge of freeway shooting incident. |
| 26. Jorge Leanos* (jor-geh lEE-uh-nohz) | County Defendant | .25 hr CD | 0.25 hr P | CHP, Assisting Officer with knowledge of freeway shooting incident. |
| 27. J. Rodriguez* (roh-DREE-gehz), | County Defendant | .25 hr CD | 0.25 hr P | CHP, Assisting Officer with knowledge of freeway shooting incident. |
| 28. C. Ramos* (rAH-mohss), | County Defendant | .25 hr CD | 0.25 hr P | CHP, Assisting Officer with knowledge of freeway shooting incident. |
| 29. Isaac Vega * (eYE-zuhk vay-guh), | County Defendant | .25 hr CD | 0.25 hr P | Deployed spike strip during pursuit. |
| 30. Kevin Henry * (kEE-vin Hen-ree) | County Defendant | .25 hr CD | 0.25 hr P | Aviation helicopter pilot over pursuit. |
| 31. Greg Hanrahan * (gR-EH-g Hahn-ruh-hun) | County Defendant | .25 hr CD | 0.25 hr P | Tactical Flight Officer. who broadcasted pursuit on the radio. |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| 32. Angelo Gibilterra * (aN-juh-loh jee-bee-ter-rah) | County Defendant | .25 hr CD | 0.25 hr P | Participated in investigation of incident. |
| 33. Edward Hernandez * (ed-Werd hur-nan-dez), | County Defendant & State Defendant | .25 hr CD | 0.25 hr P | SBCSD Detective. Investigation of Puga's shooting and findings. |
| 34. Scott Abernathy* (SKOT Ab-er-nath-ee) | County Defendant | .25 hr CD | 0.25 hr P | SBCSD Detective. Investigation of Puga's shooting and findings |
| 35. Adrian Bustamante * (aY-dree-en boos-tah-mun-te), | County Defendant | .25 hr CD | 0.25 hr P | Investigator Investigations Team, participated in investigation of incident. |
| 36. Stephanie Seavey * (stef-uh-nee see-Vee) | County Defendant | .25 hr CD | 0.25 hr P | Crime Scene Specialist, participated in investigation of incident. |
| 37. Chris Hermosillo * (kRIHS her-maw-SEE-yo) | County Defendant | .25 hr CD | 0.25 hr P | Crime Scene Specialist, participated in investigation of incident. |
| 38. Lauren Laidlaw * (lOR-en or LAW-ren lAH-dlaw) | County Defendant | .25 hr CD | 0.25 hr P | Investigations Team, responded to the incident. |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| 39. Andrew Walk* (An-droo Waak) | County Defendant | .25 hr CD | 0.25 hr P | Emergency Medical Technician of Medic Ambulance 22 /personnel of the San Bernardino County Fire Department. First responder to incident. |
| 40. D. Moreno * (Mor-eh-no) | County Defendant | .25 hr CD | 0.25 hr P | LASO Deputy ID No. 622431, involved in 2-16-21 incident re Puga fleeing from police. |
| 41. Deputy Galindo * (gɑ-LIHN-doh) | County Defendant | .25 hr CD | 0.25 hr P | LASO Deputy ID No. 622431, involved in 2-16-21 incident re Puga fleeing from police. |
| 42. Deputy Contreras * (kan-tre-ras) | County Defendant | .25 hr CD | 0.25 hr P | LASO Deputy ID No. 622431, involved in 2-16-21 incident re Puga fleeing from police. |
| 43. Deputy Chavez * (shah-vez) | County Defendant | .25 hr CD | 0.25 hr P | LASO Deputy ID No. 622431, involved in 2-16-21 incident re Puga fleeing from police. |
| 44. Jeff Lewison* (jef loo-uh-suhn) | County Defendant | .25 hr CD | 0.25 hr P | Coroner Investigator Report. |
| 45. Gabriella Grant * (Gah-bree-EL-uh Grant) | County Defendant | .25 hr CD | 0.25 hr P | Report of Death Worksheet, responded to the incident. |
| 46. Pamela Sokolik-Putnam * | County Defendant | .25 hr CD | 0.25 hr P | Autopsy Protocol and Coroner Investigation Report |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| (Pah-MEH-lah SOH-koh-lik Puh-tuh-nuhm) | | | | |
| 47. Bradley Coleman * (brad-lee kOHL-muhn) | County Defendant | .25 hr CD | 0.25 hr P | Participated in Coroner Investigation. |
| 48. Tamara Paris* (TA-mah-rah or Tuh-MAH-ruh Per-is) | County Defendant | .25 hr CD | 0.25 hr P | Assistant to Forensic Pathologist, assisted with autopsy. |
| 49. Erin A. Spargo Ph.D * (Eh·ruhn SPAR-go) | County Defendant & State Defendant | .25 hr CD 1hr SD | 0.25 hr P | Forensic Toxicologist who performed and obtained results of toxicology tests/report |
| 50. Jamie Cimino* (jAY-mee chi-mee-no) | County Defendant | .25 hr CD | 0.25 hr P | DDA San Bernardino County District Attorney's Office |
| 51. David Steele * (dAY-vid stee-l) | County Defendant | .25 hr CD | 0.25 hr P | Senior DA Investigator, San Bernardino County District Attorney's Office |
| 52. Lucien C. "Luke" Haag (loo-sheen "Lu-k" Hah-ch) | County Defendant & State Defendant | 1.5 hr CD 2 hr SD | 1 hr P | Expert opinion on ballistics & trajectories. |
| 53. Kenneth L. Hubbs | County Defendant | 3 hr CD | 1.5 hrs P | Defense Expert Police Practice. |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| (KEN-ith Hu-hbs), | | | | |
| 54. Alexander Jason (al-ehk-SAHN-der JAY-sahn) | County Defendant & State Defendant | 3 hr CD 2 hr SD | 1.5 hrs P | Expert opinion on crime scene reconstruction. |
| 55. Kris Mohandie PH.D. (kris moh-ahn-dee or mah-ahn-dee) | County Defendant & State Defendant | 2 hr CD 2 hr SD | 1 hr P | Expert opinion on "suicide by cop". |
| 56. Richard Franklin Clark, Jr., M.D. (rih-churd frang-kluhn klark) | County Defendant & State Defendant | .75 hr CD 2hr SD | 0.5 hr P | Expert opinion of Puga's intoxication. |
| 57. Joshua Peter Visco, Esq. (jAH-shuh-wuh pee-tr vees-ko) | County Defendant & State Defendant | .75 hr CD 2hr SD | 0.5 hr P | Expert opinion of Puga's pending & anticipated criminal charges. |
| 58. Kirk Garrison* (kurk geh-ruh-sn), | County Defendant | 1 hr CD | 0.5 hr P | Criminalist II San Bernardino County Sheriff's Department – Puga gun analysis |
| 59. Custodian of Records from the Sheriff's Department for audio and | County Defendant | .5 hr CD | 0.25 hr P | Foundation/authenticity re Records from the Sheriff's Department for audio and video recordings |

| Witness Name | Party Calling | Time: Direct Exam | Time: Cross Exam. | Description of Testimony |
|---|---|---|---|---|
| video recordings* | | | | |
| 60. Custodian of Records from CHP for audio and video recordings* | County Defendant | .5 hr CD | 0.25 hr P | Foundation/authenticity re Records from CHP for audio and video recordings |
| 61. Custodian of Records for Subp. Records* | County Defendant | .5 hr CD | 0.25 hr P | Foundation/authenticity re subpoenaed records |
| 62. Greg Meyer (g-r-eh-g my-er) | State Defendant | 4 hrs SD / 1 hr CD | 1.5 hr P | Expert opinion on police practices; reasonableness of State Defs.' use of force |
| 63. Salvador Hernandez Pacheco (sal-ba-door her-nan-dez pa-che-ko) | State Defendant | 2 hrs SD | 0.5 hr P | Victim witness. Interaction with Puga on 4/16/21 and resulting freeway shooting |
| 64. Jeremy Pedergraft (jer- e-mi ped-er-graft) | State Defendant | 1 hr SD | 0.5 hr P | Paramedic. Examination of Puga & declared him dead at scene |
| 65. A. McAllister (mak-al-ister) | State Defendant | 2 hrs SD | 0.5 hr P | CHP MAIT Investigator. Investigation of Puga's shooting and findings. |
| 66. J. Carter (kart-er) | State Defendant | 2 hrs SD | 0.5 hr P | CHP MAIT Team Leader. Investigation of Puga's shooting and findings. |

**\* Any witness with an asterisk (\*) is only to be called if there is an evidentiary dispute.**