|   |   |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | NORMAN D. MORRISON<br>Supervising Deputy Attorney General |
| 3 | DIANA ESQUIVEL<br>Deputy Attorney General |
| 4 | State Bar No. 202954<br>  1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 6 |   Telephone:  (916) 210-7320<br>  Facsimile:  (916) 322-8288 |
| 7 |   E-mail:  Diana.Esquivel@doj.ca.gov<br>*Attorneys for Defendants State of California, by and* |
| 8 | *through California Highway Patrol, Blackwood,*<br>*Kee, and Rubalcava* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| **L.C., et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | No. 5:22-cv-00949 KK-SHKx<br><br>**STATE DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN COUNTY DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS IN LIMINE NOS. 1 to 3 AND 5**<br><br>Date:            May 15, 2025<br>Time:           9:30 a.m.<br>Courtroom:  3 (3rd Floor)<br>Judge:          Hon. Kenly Kiya Kato<br>Trial Date:   June 2, 2025<br>Action Filed: June 7, 2022 |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants State of California, by and through California Highway Patrol, Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava (State Defendants) join in Defendants County of San Bernardino, Jake Adams, and Robert Vaccari's (County Defendants) oppositions to Plaintiffs' motions in limine Nos. 1 to 3 and 5, filed on April 24, 2025, and set for hearing on

1  May 15, 2025, at 9:30 a.m., in Courtroom 3, before the Honorable Kenly Kiya
2  Kato. (ECF Nos. 147, 148, 160, 161.)

3       This joinder is based on this notice of joinder, the County Defendants'
4  oppositions to Plaintiffs' motions in limine Nos. 1 to 3 and 5, with all supporting
5  documents and memorandum, the Court's file in this matter, matters of which the
6  Court may take judicial notice, and any other matter that may properly come before
7  the Court. Based on this joinder, the State Defendants respectfully request this
8  Court issue orders denying Plaintiffs' motions in limine Nos. 1 to 3 and granting
9  No. 5 only if Plaintiffs agree to preclude their expert, Roger Clark, from offering
10 any opinion that Defendants' conduct breached or violated police policies and
11 practices. If Plaintiffs refuse to limit the testimony of Mr. Clark, the Court should
12 deny their motion in limine No. 5.

13      This Joinder is made following a conference of counsel, concerning all the
14 motions in limine the parties filed, pursuant to the Court's Standing Order in Civil
15 Actions and Local Rule 7-16, which took place on April 7 and 11, 2025.

16 Dated: April 24, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State, Blackwood, Kee, and Rubalcava*

LA2022603031
38977673.docx