ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and
through the California Highway Patrol, Blackwood,
Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN-RIVERSIDE DIVISION

| | |
|---|---|
| **L.C.,** <br><br> Plaintiffs, <br><br> v. <br><br> **STATE OF CALIFORNIA, et al.,** <br><br> Defendants. | No. 5:22-cv-00949 KK-SHKx <br><br> **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NOS. 1 TO EXCLUDE EVIDENCE OF DECEDENT'S CRIMINAL HISTORY, LAW ENFORCEMENT CONTACTS, GANG AFFILIATION AND POTENTIAL CHARGES; SUPPORTING DECLARATION** <br><br> Date: May 15, 2025 <br> Time: 9:30 a.m. <br> Courtroom: 3 (3rd Floor) <br> Judge: Honorable Kenly Kiya Kato <br> Trial Date: June 2, 2025 <br> Action Filed: June 7, 2022 |

Defendants State of California, by and through California Highway Patrol (CHP), Blackwood, Kee, and Rubalcava (State Defendants) oppose Plaintiffs' motion in limine No. 1 for all the reasons set forth in the County Defendants' opposition to this motion. (*See* ECF No. 161; State Defs.' Joinder in County Defs.'

1    Opp'n to Pls.' Mot. in Limines Nos. 1-3 & 5, ECF No. 164.) State Defendants

2    submit this opposition to address Plaintiffs' incorrect assertion in their motion that

3    decedent Hector Puga was unknown to them before the February 17, 2021 incident

4    at issue here (erroneously listed as "January 17, 2021" in Plaintiffs' motion).

5         On February 16, 2021, Puga shot at a complete stranger during a road-rage

6    incident on the freeway. Kee was involved in the investigation of the freeway

7    shooting, spoke with the victim who provided Kee with a description of the shooter

8    (later identified as Puga) and vehicle, issued a BOLO broadcast for Puga, and

9    briefed other CHP officers, including Defendants Blackwood and Rubalcava, about

10   the shooting at the start of their work shift. (Arrest Report at pp. 8-9, 11-12,

11   attached as Ex. A.) Puga was wanted for attempted murder, assault with a deadly

12   weapon, and discharge of a firearm. (*Id*. at p. 6.)

13        When Blackwood and Rubalcava encountered Puga's vehicle in the early

14   hours of February 17, 2021, they were aware that the driver was a suspect in the

15   freeway shooting the day before. They were aware that Puga had fired a gun at an

16   innocent driver and was likely still in possession of the gun. When the State

17   Defendants pursued Puga for almost an hour, they had knowledge that he was

18   suspected of being an armed and dangerous. Defendants' knowledge of Puga's

19   suspected involvement in the freeway shooting influenced how they interacted with

20   him during the standoff that ultimately led to the shooting incident.

21        The February 16, 2021 freeway shooting incident was the catalyst for the State

22   Defendants' interaction with Puga on February 17, 2021, and Defendants'

23   knowledge of his earlier shooting of another driver is relevant to their perception

24   that he posed an imminent threat of death or serious bodily injury when he reached

25   for the gun in his waistband. Defendants reasonably believed, based on their

26   knowledge of the freeway shooting, that Puga would use the gun in his waistband

27   since he had shot at an innocent person the day before. Thus, evidence of the

28

February 16, 2021 freeway shooting is highly relevant, and its probative value far
outweighs any resulting prejudice. The Court should therefore allow evidence of
the February 16, 2021 shooting, and deny Plaintiffs' motion.


Dated:  April 24, 2025                              Respectfully submitted,

                                                   ROB BONTA
                                                   Attorney General of California
                                                   NORMAN D. MORRISON
                                                   Supervising Deputy Attorney General


                                                   */s/ Diana Esquivel*

                                                   DIANA ESQUIVEL
                                                   Deputy Attorney General
                                                   *Attorneys for Defendants State,
                                                   Blackwood, Kee, and Rubalcava*

LA2022603031
38974676.docx

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Defendants State of California, Blackwood, Kee, and Rubalcava, certifies that this brief contains 765 words, which complies with the word limit of L.R. 11-6.1.


Dated:  April 24, 2025                              */s/ Diana Esquivel*
                                                    Diana Esquivel

1    **DECLARATION OF DIANA ESQUIVEL**

2    I, Diana Esquivel, declare:

3    1.  I am admitted to practice law in California and before this Court, and am a

4    Deputy Attorney General with the Office of the Attorney General for the State of

5    California, attorneys of record for Defendants State of California, by and through

6    the California Highway Patrol, Michael Blackwood, Isaiah Kee, and Bernardo

7    Rubalcava (State Defendants).

8    2.  Exhibit A is a true and correct copy of the CHP 216 Arrest—Investigation

9    Report concerning the February 16, 2021 freeway shooting.

10    I declare under penalty of perjury under the laws of the United States and the

11    State of California that the foregoing statements are true and correct.

12

13    Dated:  April 24, 2025                    */s/ Diana Esquivel*

14                                              Diana Esquivel

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

CONFIDENTIAL

STATE OF CALIFORNIA

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# ARREST - INVESTIGATION REPORT

CHP 216 (Rev. 11-15) OPI 061

| | | |
|---|---|---|
| ☐ Misdemeanor | ☐ Domestic Violence (Refer HPM 100.69) | ☐ Missing Person (Refer HPM 100.69) |
| ☒ Felony | | |
| ☐ Other | | |

PAGE 1 OF 20

| COURT | FILE NUMBER | EVIDENCE/PROPERTY |
|---|---|---|
| VICTORVILLE | F03885021 | ☒ YES  ☐ NO |

| AREA | BEAT | COLLISION REPORT NUMBER |
|---|---|---|
| 850 | 083 | N/A |

E 20210033

| DATE/TIME OF ARREST REPORT | DATE/TIME OF INCIDENT | LOCATION OF ARREST/INCIDENT |
|---|---|---|
| | 02/16/2021   1745 | I-15 N/B (BARSTOW FREEWAY), JNO PALMDALE ROAD |

MVARS ☒ YES ☐ NO  Disc # B3- 02/16/2021

| CITATION NUMBER | OFFENSE(S) CHARGED OR INVESTIGATED | JUS 8715 REQUIRED |
|---|---|---|
| NONE | 664 PC/ 187 PC, 245(A)(2) PC, 246 PC | ☐ YES ☒ NO  NUMBER |

PUGA, HECTOR JAVIER — LAST NAME, FIRST NAME, AND MIDDLE INITIAL

## SUBJECT NO   1   OF   1

| NAME (last, first, middle) | AKA |
|---|---|
| PUGA, HECTOR JAVIER | UNKNOWN |

| RESIDENCE ADDRESS 9940 RAMONA STREET | MAILING ADDRESS 16612 INDIANA AVENUE | ☐ SAME |
|---|---|---|
| BELLFLOWER  CA 90706  US | PARAMOUNT  CA 90723  US | |

| RACE | SEX | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | PLACE OF BIRTH (city, state, country) | DISPATCH NOTIFIED |
|---|---|---|---|---|---|---|---|---|
| Hispanic | M | 01/17/1989 | BRN | BRN | 5-09 | 200 | UNKNOWN | ☒ YES ☐ NO |

| DRIVERS LICENSE NUMBER | STATE | DDL STATUS | MISC (SSN, INS #, ETC.) | |
|---|---|---|---|---|
| D7320932 | CA | SUSPENDED | N/A | TIME 1750 |

| EMPLOYER | ADDRESS | |
|---|---|---|
| UNKNOWN | US | ID  A07785 |

| BOOKING, CII, FBI, ETC., NUMBER(S) | WHERE BOOKED/CONFINED | DATE/TIME | FINGERPRINTED |
|---|---|---|---|
| | | | ☐ YES ☒ NO |

LOG 186

☐ JUVENILE    ☐ FOREIGN NATIONAL    ☐ IMMUNITY CLAIM        NOTIFYING OFFICIAL

## VEHICLE

| LICENSE | STATE | YEAR | VIN/EN NUMBER | VEHICLE WAS | STORAGE AUTHORITY |
|---|---|---|---|---|---|
| 4NOM967 | CA | 2021 | 1FMEU17L4YLC09487 | ☐ PARKED ☐ RELEASED ☐ STORED ☐ RECOVERED ☐ IMPOUNDED | |

| VEH YEAR | MAKE | BODY STYLE | COLOR | BODY TYPE | LOCATION OF VEHICLE/RELEASED TO/TELEPHONE NUMBER |
|---|---|---|---|---|---|
| 2000 | FORD | EXPEDITI | WHT | SUV | FLED SCENE |

| NAME OF REGISTERED OWNER | ☐ SAME AS SUBJECT | ADDRESS 8609 CEDAR STREET | ☐ SAME AS SUBJECT |
|---|---|---|---|
| SALAS ANTONIA, OR SALAS SAMUEL | | BELLFLOWER  CA 90706  US | |

| NAME OF LEGAL OWNER | ☒ SAME AS R/O | ADDRESS | LOCATION OF KEYS |
|---|---|---|---|
| | | | WITH VEHICLE |

## WITNESS

| BIRTHDATE | SEX | NAME | | | ADDRESS/AGENCY | PHONE |
|---|---|---|---|---|---|---|
| | | | ☐ WITNESS ☐ PASSENGER | | | RES:  BUS: |
| | | | ☐ WITNESS ☐ PASSENGER | | | RES:  BUS: |
| | | | ☐ WITNESS ☐ PASSENGER | | | RES:  BUS: |
| | | | ☐ WITNESS ☐ PASSENGER | | | RES:  BUS: |

## VICTIM INFORMATION

| 1 | NAME | ADDRESS |
|---|---|---|
| | SALVADOR HERNANDEZ PACHECO | PO BOX 665  BLOOMINGTON  CA 92316  US |

| BIRTHDATE | SEX | DL# | STATE | DAY PHONE | EVENING PHONE |
|---|---|---|---|---|---|
| 07/28/1982 | M | D3810177 | CA | (909)600-4743 | None |

| VEH.LIC.# | STATE | YEAR | MAKE | BODY STYLE | COLOR | BODY TYPE |
|---|---|---|---|---|---|---|
| 7ZTU362 | CA | 2017 | HOND | CIVIC | BLK | PASSENGER |

| 2 | NAME | ADDRESS |
|---|---|---|
| | | |

| BIRTHDATE | SEX | DL# | STATE | DAY PHONE | EVENING PHONE |
|---|---|---|---|---|---|
| | | | | | |

| VEH.LIC.# | STATE | YEAR | MAKE | BODY STYLE | COLOR | BODY TYPE |
|---|---|---|---|---|---|---|
| | | | | | | |

## MISDEMEANOR INCARCERATION    (To be completed upon physical arrest for any misdemeanor, pursuant to Penal Code Section 853.6.)

As determined by the arresting officer, the person arrested:

1. ☐ was so intoxicated as to be a danger to himself/herself or others.
2. ☐ required medical examination or medical care or was otherwise unable to care for his/her own safety.
3. ☐ was arrested under one or more of the circumstances listed in Sections 40302 and 40303  of the Vehicle Code (Note 5 and 8 if also applicable).
4. ☐ had one or more outstanding arrest warrants issued.
5. ☐ could not provide satisfactory evidence of personal identification.
6. ☐ if released immediately, would jeopardize the prosecution of the offense or offenses for which arrested or the prosecution of any other offenses.
7. ☐ would be reasonably likely to continue the offense or offenses, or the safety of persons or property would be imminently endangered if immediately released.
8. ☐ demanded to be taken before a magistrate or refused to sign the citation.
9. ☐ would not appear at the time and place specified in the notice.
10. ☐ Other:

| ARRESTING/INVESTIGATING OFFICER | (Print name/rank) | I.D. NUMBER | REVIEWED BY | (Print name/rank) | I.D. NUMBER | DATE |
|---|---|---|---|---|---|---|
| Alejandro Tovar / Officer | | 021643 | | | | |

Destroy Previous Editions          An Internationally Accredited Agency          Chp216_0311.pd

Ex. A - 2

CONFIDENTIAL

AG0241

LAST NAME, FIRST NAME, AND MIDDLE INITIAL

PUGA, HECTOR JAVIER

CITATION/CASE NO.

Case 5:22-cv-00949-KK-SHK    Document 109-5    Filed 04/24/25    Page 8 of 26    Page ID #:3993

PAGE **2** OF **20**

CONFIDENTIAL

## ARREST -- INVESTIGATION REPORT NARRATIVE(CONTINUED)

### ADMONITION OF RIGHTS

1. YOU HAVE THE RIGHT TO REMAIN SILENT.

2. ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW.

3. YOU HAVE THE RIGHT TO TALK WITH AN ATTORNEY AND TO HAVE AN ATTORNEY PRESENT BEFORE AND DURING QUESTIONING.

4. IF YOU CANNOT AFFORD AN ATTORNEY, ONE WILL BE APPOINTED FREE OF CHARGE TO REPRESENT YOU BEFORE AND DURING QUESTIONING, IF YOU DESIRE.

THE ABOVE STATEMENT WAS READ TO THE ARRESTEE BY:

[X] NOT ADVISED   [ ] ARRESTING OFFICER   [ ] OR:        I.D.        TIME:

DO YOU UNDERSTAND EACH OF THESE RIGHTS I HAVE EXPLAINED TO YOU?

[ ] YES   [ ] NO

HAVING THESE RIGHTS IN MIND, DO YOU WISH TO TALK TO US NOW?

[ ] YES   [ ] NO

WAIVER STATEMENT

SEE PAGE THREE.

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  3  OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **1.  <u>CASE IDENTIFICATION:</u>**

2

3    **CHP Felony Number:**          **F03885021**

4    **CHP Log Number:**             **210216BS00186**

5    **Date / Time of incident:**    **February 16, 2021 / 1745 hours**

6

7    Name / DOB:                     Hector Javier Puga / January 17, 1989

8    Description:                    Hispanic, Male, BRN Hair, BRN Eyes, 5'-09", 200 lbs.

9    Scar / Oddity / Tattoo:         Unknown

10   Residence Address:              9940 Ramona Street, Bellflower, CA 90706

11   License or Identification (State): Suspended, CA DL: D7320932

12   Social Security Number:         Unknown

13   Booking information:            N/A

14   Probation / Parole:             Parole

15   Birthplace:                     Unknown

16

17   **Charges:**                    664 PC/187 PC- Attempted Murder

18                                   245(A)(2) PC – Assault with a Deadly Weapon

19                                   246 PC – Discharge Firearm

20

21

22

23

24

25

26

27

28

29



| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 4**

CONFIDENTIAL

AG0243

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                        PAGE  4  OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **2.  <u>CASE INDEX</u>**                                **PAGE**

2

3  Case Identification                              3

4  Case Index                                       4

5  Violations Investigated                          5

6  Summary                                          6-9

7  Agencies Involved                                10

8  Narrative                                        11-17

9  Evidence                                         18

10  Analysis and Opinions                           19

11  Recommendations                                 20

12  MVARS                                           20

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 5**

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                              PAGE 5 OF 20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **3.  <u>VIOLATIONS INVESTIGATED:</u>**

2

3  **664 PC/ 187(A) PC- Attempted Murder**

4

5  *"Every person who attempts to commit any crime, but fails, or is prevented or intercepted in its*

6  *perpetration, shall be punished where no provision is made by law for the punishment of those attempts*

7    *(a) Murder is the unlawful killing of a human being, or a fetus, with malice aforethought."*

8

9  **245(A)(2) PC – Assault with a Deadly Weapon**

10

11    *"Any person who commits an assault upon the person of another with a firearm shall be punished by*

12  *imprisonment in the state prison for two, three, or four years, or in a county jail for not less than six months*

13  *and not exceeding one year, or by both a fine not exceeding ten thousand dollars ($10,000) and*

14  *imprisonment."*

15

16  **246 PC – Discharge of Firearm**

17

18    **"***Any person who shall maliciously and willfully discharge a firearm at an inhabited dwelling house,*

19  *occupied building, occupied motor vehicle, occupied aircraft, inhabited housecar, as defined in Section 362*

20  *of the Vehicle Code, or inhabited camper, as defined in Section 243 of the Vehicle Code, is guilty of a*

21  *felony, and upon conviction shall be punished by imprisonment in the state prison for three, five, or seven*

22  *years, or by imprisonment in the county jail for a term of not less than six months and not exceeding one*

23  *year."*

24

25

26

27

28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 6**

AG0245

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  6  OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **4.  <u>SUMMARY:</u>**

2

3   On Tuesday, February 16, 2021, at approximately 1808 hours, I was on-duty (Unit 12-83), in uniform, in a

4   marked CHP patrol vehicle, when I received a radio call from CHP Barstow Dispatch Center (BDC) of a

5   freeway shooting. BDC informed me the freeway shooting occurred on Interstate 15 (I-15) northbound

6   (Barstow Freeway), between Palmdale Road and Roy Rogers Drive. The victim, later identified as Salvador

7   Hernandez Pacheco, told BDC the suspect was driving a white Ford Expedition, with black rims. The

8   suspect was identified as a Hispanic male. BDC informed me Pacheco was waiting with a San Bernardino

9   County Sheriff-Coroner's Department (SBCSD) Deputy for a CHP unit near the intersection of La Paz

10  Drive and Seventh Street. I responded from the vicinity of I-15 northbound, north of Main Street.

11

12  At approximately 1815 hours, I located Pacheco and the SBCSD unit at the 99 Cent Store parking lot,

13  located at 14670 Seventh Street, Victorville, CA 92395. Upon my arrival, I was contacted by SBCSD

14  Deputy J. Johnson, IDH7557, who related Pacheco was shot at while driving on I-15 northbound, between

15  Palmdale Road and Roy Rogers Drive. I contacted Pacheco and identified by his California Driver License

16  (D3810177).

17

18

19

20

21

22

23

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 7**

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                           PAGE  7  OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **4. <u>SUMMARY (CONTINUED)</u>:**

2

3    *VICTIM STATEMENT:*

4

5    After identifying Pacheco, he related the following: He was driving his black Honda Civic, on I-15

6    northbound, in the #1 lane, at approximately 80 miles per hour. While continuing northbound, from his

7    right-side mirror, Pacheco saw a white Ford SUV, making unsafe lane changes across all lanes of I-15

8    northbound. Pacheco saw the Ford was to the rear of another unknown vehicle and was following too close.

9    The unknown vehicle was in the #2 lane, to the right rear of Pacheco's vehicle. The Ford changed lanes

10   from the #2 lane to the #3 lane and passed the unknown vehicle from the right. The Ford made an unsafe

11   lane change from the #3 lane to the #2 lane, to the front of the unknown vehicle. As the Ford entered the #2

12   lane, the Ford partially veered into the #1 lane, causing Pacheco to steer his vehicle to the left, and entered

13   the west asphalt shoulder. Pacheco was able to avoid a collision with the center median wall and re-entered

14   the #1 lane.

15

16   With the intent of making a statement to the subject driver of the Ford, Pacheco rolled down his right front

17   passenger side window. The driver side window of the Ford was down, and the subject yelled, "Fucking

18   punk!" Pacheco immediately observed the subject display a black, 9mm pistol, with his right hand. The

19   subject took his left hand off the steering wheel of the Ford and racked the gun. The subject placed his left

20   hand on the Ford's steering wheel and held the pistol in his right hand. The pistol was pointed at Pacheco,

21   and the subject fired the pistol one time.

22

23   The subject fled the scene taking I-15 northbound to Roy Rogers Drive off-ramp and Pacheco chased the

24   Ford. The Ford made a right turn going eastbound on La Paz Drive. Pacheco was able to take a picture of

25   the Ford with his cell phone. The Ford made a right turn going in a southerly direction within an unknown

26   business parking lot, located in the area of La Paz Drive, west of Seventh Street. The Ford made a U-turn

27   and re-entered eastbound La Paz Drive. Pacheco last saw the Ford going eastbound on La Paz Drive, west of

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  8  OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **4. SUMMARY (CONTINUED):**

2

3    *VICTIM STATEMENT (CONTINUED):*

4

5    Seventh Street. Pacheco drove his vehicle to the 99 Cent Store parking lot and called 9-1-1. Pacheco

6    remained on scene and waited for law enforcement arrival.

7

8    Pacheco described the subject as a heavy set, bald, Hispanic male, with a trimmed mustache and a goatee.

9    The subject was wearing a white shirt and was the only occupant of the Ford. Pacheco related he would be

10   able to identify the subject in the future. In addition, the Ford was described as a white, older model, Ford

11   Expedition, with unknown license plates. The Ford had stickers to the rear window stating, "Funeral."

12

13   On Wednesday, February 24, 2021, at approximately 1742 hours, Pacheco arrived at the CHP Victorville

14   Area office for a photo lineup and contacted Officer C. Ramos, ID 21878. Prior to the photo line-up,

15   Pacheco told me he saw an article of the officer involved shooting on www.VVNG.com. When Pacheco

16   saw the pictures in the article, he immediately recognized the Ford in the article to be the subject vehicle. In

17   addition, the pistol in the article was similar to the pistol he saw at the time of the incident, but he was not

18   certain.

19

20

21

22

23

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 9**

AG0248

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                              PAGE  9  OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **4.  <u>SUMMARY (CONTINUED):</u>**

2

3    *SUSPECT STATEMENT:*

4

5    No statement was obtained from Hector Javier Puga because he was pronounced deceased following an

6    officer involved shooting. He was identified by the SBCSD Coroner's Office.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 10**

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                        PAGE  10 OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **5.  <u>AGENCIES INVOLVED:</u>**

2

3    **California Highway Patrol – Victorville Area**

4    14210 Amargosa Road

5    Victorville, CA 92392

6    (760) 241-1186

7

8        • Officer A. Tovar, ID 21643 – Investigating Officer

9        • Sergeant I. Kee, ID 16418- Supervisor

10       • Officer X. Rodriguez, ID 21675- Assisting Officer

11       • Officer J. Leanos, ID 22386- Assisting Officer

12       • Officer J. Rodriguez, ID 21422- Assisting Officer

13       • Officer C. Ramos, ID 21878- Assisting Officer

14

15   **California Highway Patrol – Inland Division**

16   847 East Brier Drive

17   San Bernardino, CA 92408

18   (909) 806-2400

19

20       • Officer R. Maday, ID 19457– Assisting Investigator

21

22   **San Bernardino County Sherriff- Coroner's Department – Victorville**

23   14200 Amargosa Road

24   Victorville, CA 92392

25   (760) 241-2911

26

27       • Deputy J. Johnson, ID H7557 – Responding Deputy

28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 11**

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                          PAGE 11 OF 20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    6.   <u>**NARRATIVE:**</u>

2

3 On Tuesday, February 16, 2021, at approximately 1808 hours, I was on-duty (Unit 12-83), in uniform, in a

4 marked CHP patrol vehicle, when I received a radio call from CHP Barstow Dispatch Center (BDC) of a

5 freeway shooting. BDC informed me the freeway shooting occurred on I-15 northbound (Barstow Freeway),

6 between Palmdale Road and Roy Rogers Drive. The victim, later identified as Salvador Hernandez Pacheco,

7 told BDC the suspect was driving a white Ford Expedition, with black rims. The suspect was identified as a

8 Hispanic male. BDC informed me Pacheco was waiting with a San Bernardino County Sheriff-Coroner's

9 Department (SBCSD) Deputy for a CHP unit near the intersection of La Paz Drive and Seventh Street. I

10 responded from the vicinity of I-15 northbound, north of Main Street.

11

12 At approximately 1815 hours, I located Pacheco and the SBCSD unit at the 99 Cent Store parking lot,

13 located at 14670 Seventh Street, Victorville, CA 92395. Upon my arrival, I was contacted by SBCSD

14 Deputy J. Johnson, IDH7557, who related Pacheco was shot at while driving on I-15 northbound, between

15 Palmdale Road and Roy Rogers Drive. Shortly after, Sergeant I. Kee, ID 16418, and Officer X. Rodriguez,

16 ID 21675, arrived at my location.

17

18 I contacted Pacheco and identified him with his California Driver License (D3810177). Pacheco related he

19 was shot at but did not sustain any injuries. After obtaining Pacheco's statement, he showed me a picture of

20 the Ford from his cellphone, but it was blurry, and I was unable to obtain a plate number. Pacheco sent the

21 picture to my business email for evidence. I relayed my findings to Sergeant Kee and he contacted BDC.

22 Sergeant Kee advised BDC of Puga's physical description and the Ford's information for a Be on the Look

23 Out broadcast.

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 12**

AG0251

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                           PAGE  12 OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1   **6.   <u>NARRATIVE (CONTINUED):</u>**

2

3   Pacheco gave me permission to inspect his vehicle for evidence and damage. Pacheco's vehicle was

4   identified as a 2017 black Honda Civic (CA Plate number: 7ZTU362). Prior to entering the Honda, I saw a

5   bullet hole located on the upper portion of the right front passenger side door. The bullet went through the

6   exterior and the interior portion of the door. The bullet continued to travel and penetrated the right front

7   passenger seat. No other damage was observed. With the assistance of Officer X. Rodriguez, we were able

8   to locate one, unknown caliber bullet within the right front passenger seat. The bullet was located on the

9   bottom portion of the right front passenger seat. Pictures were taken prior to obtaining the bullet for

10  evidence. After locating the bullet, I took 360-degree pictures of the Honda and the damage caused by the

11  bullet. Pacheco was released without further incident.

12

13  Picture number 1:



14

15

16

17

18

19

20

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 13**

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  13 OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **6.  <u>NARRATIVE (CONTINUED):</u>**

2

3   Picture number 2:



4

5

6   Picture number 3:

7



8

9

10

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 14**

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                              PAGE  14 OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **6.   NARRATIVE (CONTINUED):**

2

3   After releasing Pacheco, Sergeant Kee, Officer X. Rodriguez, Officer J. Leanos, ID 22386, and I went to

4   I-15 northbound, at Palmdale Road, to conduct a search for the casing. Traffic for I-15 northbound was

5   stopped, and we did a search of the casing by foot from Palmdale Road to Roy Rogers Drive. No casing was

6   located in the area.

7

8   On Wednesday, February 17, 2021, at approximately 1400 hours, I was contacted by Sergeant W.

9   Osegueda, ID 16101. He related a vehicle matching the description of my freeway shooting was involved in

10   an attempted murder of a peace officer. The Ford was located by Officer M. Blackwood, ID 21516, and

11   Officer B. Rubalcava, ID 22510. Sergeant Osegueda advised me Officer R. Maday, ID 19457, from Inland

12   Division Investigative Services Unit (ISU), was at the SBCSD Hesperia office, located at 15840 Smoke

13   Tree Street, Hesperia, CA 92345. Officer Maday was with the passenger of the Ford.

14

15   At approximately 1548 hours, I contacted the passenger of the Ford, Christina Renee Barrett, at the SBCSD

16   Hesperia office. Barrrett was identified by her name and date of birth.

17

18   Name: Christina Renee Barrett

19   Date of Birth: April 11, 1987 Sex: Female

20   Address: 16773 A Street, Victorville, CA 92395

21   Phone: (760) 955-5606

22

23

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 15**

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                        PAGE 15 OF 20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **6.   NARRATIVE (CONTINUED):**

2

3    After identifying Barrett, she related the following: On Wednesday, February 17, 2021, in the late evening,

4    the driver of the white SUV, identified as Hector Javier Puga, came to her residence located at 16773 A

5    Street, Victorville, CA 92395, to visit her. Puga was upset he drove from Long Beach to Hesperia to visit

6    his wife, named Claudia. Upon Puga's arrival, he did not find his wife at her house and immediately went to

7    Barrett's residence. Barrett did not know exactly where Claudia lived, but believed Claudia lived near Main

8    Street, within the city limits of Hesperia. Puga arrived at Barrett's residence and ate spaghetti with her. After

9    eating his food, Puga stated he was going to make a phone call, but left Barrett's residence in his white

10   SUV. Puga left Barrett's residence at approximately 1600 hours.

11

12   On Wednesday, February 17, 2021, after midnight, Barrett was contacted by Puga, via telephone, and was

13   told he was going to pick her up. Shortly after, she was picked up by Puga and they went to an unknown

14   store located on D Street, within the city limits of Apple Valley where Puga purchased alcohol. As Puga was

15   driving within the area of Bear Valley Road, east of I-15, a CHP unit conducted an enforcement stop and a

16   pursuit ensued. Puga came to a stop at an unknown location, and she was able to safely exit the white SUV

17   prior to the shooting. She was taken by SBCSD units to the SBCSD Hesperia office for an interview.

18

19   Barrett related she was not involved in the freeway shooting and was unaware Puga was possibly involved

20   in one until she was advised by law enforcement. Puga did not disclose to Barrett he had a pistol within the

21   vehicle, nor did she have knowledge he owned any guns. During the pursuit, Puga did not make mention to

22   Barrett he was involved in a freeway shooting.

23

24   Barrett related Puga possibly attempted to flee the enforcement stop because he possibly had no bail

25   warrants. From Barrett's knowledge, Puga is a responsible driver and does not get involved in road rage.

26   Barrett described Puga's vehicle as a white, unknown make and model, SUV. Barrett described Puga as a

27   heavyset, bald, Hispanic male, with facial hair, and was wearing an unknown color t-shirt. Puga is the owner

28   of the white SUV and does not loan his vehicle to other people.

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                         PAGE 16 OF 20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **6.  NARRATIVE (CONTINUED):**

2

3    On Friday, February 19, 2021, at approximately 1642 hours, I was contacted by Officer J. Rodriguez, ID

4    21422, at the CHP Victorville Area office. Officer J. Rodriguez related he was able to obtain a copy of the

5    surveillance camera footage containing the Ford and Honda exiting the freeway using the I-15 northbound

6    to Roy Rogers Drive off-ramp. Both vehicles were seen exiting the freeway and going eastbound on Roy

7    Rogers Drive. The surveillance camera footage was from Valley High Kia and was put onto a compact disk

8    (Refer to Officer J. Rodriguez supplemental for more details). After I received the compact disk from

9    Officer J. Rodriguez, it was booked into evidence.

10

11   On Monday, February 22, 2021, at approximately 1415 hours, I was contacted by Officer J. Rodriguez at the

12   CHP Victorville Area office. Officer J. Rodriguez was able to obtain a copy of the 9-1-1 recording made by

13   Pacheco. The recording was provided by BDC and was copied onto a compact disk (Refer to Officer J.

14   Rodriguez supplemental for more details). After I received the compact disk from Officer J. Rodriguez, it

15   was booked into evidence.

16

17   On Tuesday, February 23, 2021, at approximately 1357 hours, I received an email from Officer B. Baker,

18   ID 21176, from the CHP Critical Incident Investigation Team (CIIT). Officer Baker informed me the

19   suspect was positively identified by the SBCSD as Hector Javier Puga (CA DL: D7320932). The on-scene

20   Ford of the officer involved shooting was identified as a white, 2000 Ford Expedition (VIN:

21   1FMEU17L4YLC09487). In addition, Officer Baker related a pistol was found at the officer involved

22   shooting scene. No make or model was identified for the pistol. The firearm was described as black and

23   silver pistol, with an unknown serial number.

24

25   On Wednesday, February 24, 2021, at approximately 1025 hours, I was contacted by Officer J. Rodriguez,

26   and he advised he created a photo lineup for Pacheco. Officer J. Rodriguez told me to contact Pacheco to set

27   a date and time for a photo lineup. At approximately 1035 hours, I contacted Pacheco via telephone, and

28   requested him to come to the CHP Victorville Area office for a photo lineup.

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 17**

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                           PAGE  17 OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **6.   NARRATIVE (CONTINUED):**

2

3    On Wednesday, February 24, 2021, at approximately 1742 hours, Pacheco arrived at the CHP Victorville

4    Area office for a photo lineup and contacted Officer C. Ramos, ID 21878. Pacheco was escorted to the front

5    of Officer Ramos' patrol vehicle and Officer Ramos activated his Mobile Video/Audio Recording Systems

6    (MVARS) (Disc: 6). Officer Ramos read the CHP 216L, Lineup Admonishment, verbatim to Pacheco and

7    Pacheco related he understood. Pacheco chose picture number 6, as Puga and signed the photo at

8    approximately 1750 hours. However, the correct picture of Puga was picture number 2. When Pacheco

9    signed and chose his photo, he stated, "I think that's him". The photo lineup was booked into evidence.

10

11    Additional follow-up will be conducted and be submitted in the form of a supplemental report. The

12    following follow-up will be conducted:

13

14         •   Interview the registered owner of the Ford

15         •   Obtain a warrant for Puga's phone

16         •   Obtain a geofencing warrant for Puga's phone

17

18

19

20

21

22

23

24

25

26

27

28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 18**

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                              PAGE 18 OF 20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1  7. **<u>EVIDENCE:</u>**

2

3  Evidence stored at California Highway Patrol Victorville Area office

4

5  Evidence Number 20210033-          One unknown caliber bullet

6

7                                              Compact disk containing 28 pictures

8

9                                              Compact disk containing interview recording of Christina R. Barrett

10

11                                            Compact disk containing surveillance camera footage provided by

12                                            Valley High Kia

13

14                                            Compact disk containing recording of Salvador Hernandez Pacheco

15                                            calling  9-1-1

16

17                                            Original signed CHP 216L, Lineup Admonishment, from Salvador

18                                            Hernandez Pacheco and photos of lineup

19

20

21

22

23

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 19**

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                                    PAGE  19 OF  20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **8.  ANALYSIS AND OPINIONS:**

2

3    • The crime of 644 PC/ 187 PC- Attempted Murder. This can be established because the suspect had

4      the intent to unlawfully murder, Salvador Hernandez Pacheco. Based on Pacheco's statement, the

5      description of the subject vehicle given by Pacheco, and the physical evidence found on Pacheco's

6      vehicle, the subject had the intention of killing Pacheco by intentionally pointing a firearm at

7      Pacheco's vehicle and firing a bullet from the firearm. The description of the subject given by

8      Pacheco matched the description of Puga.

9

10   • The crime of 245(A)(2) PC- Assault with a Deadly Weapon. This can be established because the

11     suspect committed an assault upon the victim, Pacheco, with a deadly weapon to cause serious

12     bodily injury or death. Based on Pacheco's statement, the description of the subject vehicle given by

13     Pacheco, and the physical evidence found on Pacheco's vehicle, the subject had the intention of

14     committing serious bodily injury by intentionally pointing a firearm on Pacheco's vehicle and firing

15     a bullet from the firearm. At the time, Pacheco's vehicle was occupied and in motion. The discharge

16     of the firearm caused damage to the right front passenger door and right front passenger seat of

17     Pacheco's vehicle. In addition, the description of the subject given by Pacheco matched the

18     description of Puga.

19

20   • The crime of 246 PC- Discharge of Firearm. This can be established because the subject willfully

21     discharged a firearm in a grossly negligent manner towards the victim, Pacheco, while the involved

22     vehicles were in motion. Based on Pacheco's statement, the description of the subject vehicle given

23     by Pacheco, and the physical evidence found on Pacheco's vehicle, the discharge of the subject's

24     firearm could have resulted in injury or death. The discharge of the firearm caused damage to the

25     right front passenger door and right front passenger seat of Pacheco's vehicle. In addition, the

26     description of the subject given by Pacheco matched the description of Puga.

27

28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR /
OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 20**

CONFIDENTIAL

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                        PAGE 20 OF 20

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2021 | 1745 | 9850 | 021643 | F03885021 |

1    **9.    <u>RECOMMENDATIONS:</u>**

3    Due to Hector Javier Puga being deceased, no charges are being recommended.

5    **10.    <u>MOBILE VIDEO/AUDIO RECORDING SYSTEMS (MVARS) INFORMATION:</u>**

7    This event involved a CHP patrol vehicle(s) equipped with an MVARS that may or may not have been

8    activated, and may or may not have captured all information relevant to the event. The original MVARS

9    recording(s) are maintained at the Victorville Area.

11    The following CHP personnel were present at the event:

13    1.    Officer A. Tovar, ID 21643, Investigating Officer, MVARS activated.

14    2.    Sergeant I. Kee, ID 16418, Supervisor, MVARS not activated.

15    3.    Officer X. Rodriguez, ID 21675- Assisting Officer, MVARS not activated

16    4.    Officer J. Leanos, ID 22386- Assisting Officer, MVARS not activated

17    5.    Officer C. Ramos, ID 21878- Assisting Officer, MVARS activated

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| ALEJANDRO TOVAR / OFFICER | 021643 | 02/16/2021 | | |

**Ex. A - 21**