1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo
7

8          UNITED STATES DISTRICT COURT FOR THE
9            CENTRAL DISTRICT OF CALIFORNIA
10

11  L.C., a minor by and through her          Case No. 5:22-cv-00949-KK-SHK
guardian *ad litem* Maria Cadena,
12  individually and as successor-in-interest   *Honorable Kenly Kiya Kato*
to Hector Puga; I.H., a minor by and
13  through his guardian *ad litem* Jasmine     **STATUS REPORT REGARDING**
Hernandez, individually and as              **COUNTY BOARD APPROVAL OF**
14  successor-in-interest to Hector Puga;       **PLAINTIFFS' SETTLEMENT WITH**
A.L., a minor by and through her           **COUNTY DEFENDANTS**
15  guardian *ad litem* Lydia Lopez,
individually and as successor-in-interest
16  to Hector Puga; and ANTONIA SALAS
UBALDO, individually;
17
18
19                    Plaintiffs,
20           vs.
21  STATE OF CALIFORNIA; COUNTY
OF SAN BERNARDINO; S.S.C., a
22  nominal defendant; ISAIAH KEE;
MICHAEL BLACKWOOD;
23  BERNARDO RUBALCAVA; ROBERT
VACCARI; JAKE ADAMS; and DOES
24  6-10, inclusive,
25
26                    Defendants.
27
28

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's April 28, 2025 Order, Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") hereby submit this Status Report regarding their settlement with County Defendants.

Plaintiffs have been informed that the San Bernardino County Board of Supervisors has approved the settlement between Plaintiffs and Defendants County of San Bernardino, Jake Adams, and Robert Vaccari ("County Defendants"). Plaintiffs and County Defendants are currently working on drafting and finalizing the Settlement Agreement. Once the Settlement Agreement is executed by all parties, Plaintiffs will file a formal Notice of Settlement. Plaintiffs also anticipate on filing a petition for the Court's approval of the compromise of the minor Plaintiffs' claims.

Respectfully submitted,

DATED: April 30, 2025            LAW OFFICES OF DALE K. GALIPO


By _____ */s/ Hang D. Le*_____
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiffs