**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**STIPULATION AND REQUEST FOR ORDER CONTINUING THE DEADLINE TO FILE CERTAIN PRETRIAL DOCUMENTS FROM MAY 1, 2025 TO MAY 8, 2025** |

**TO THE HONORABLE COURT**:

Plaintiffs L.C., a minor by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") and Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, Bernardo Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and Jake Adams ("County Defendants") (collectively "Defendants"), hereby stipulate for the purpose of requesting that the Court issue an order continuing the deadline to file certain pretrial documents from May 1, 2025 to May 8, 2025.

1. On April 1, 2025, the Parties participated in a mediation before ADR Panel Mediator Richard Copeland pursuant to ADR Procedure No. 2. Plaintiffs and County Defendant reached a tentative settlement, subject to County Board approval and Court approval of the minors' compromise of claims. The matter was set for review by the Board of Supervisors at the next available closed session meeting on April 29, 2025.

2. During the interim, the Parties have been working diligently to complete the pretrial documents and file them pursuant to the Court's Civil Trial Scheduling Order.

3. On April 29, 2025, the San Bernardino County Board of Supervisors approved the settlement between Plaintiffs and County Defendants.

4. On April 30, 2025, pursuant to the Courts's April 28, 2025 Order, Plaintiffs filed a Status Report Regarding County Board Approval of Plaintiffs' Settlement with County Defendants. [Doc. No. 168.] Plaintiffs and County Defendants are currently working on drafting and finalizing the Settlement Agreement. A formal Notice of Settlement will be filed once Plaintiffs and County Defendants finalize and execute the Settlement Agreement.

5. Pursuant to the Court's Civil Trial Scheduling Order and the Final Pretrial Conference date of May 15, 2025, the following pretrial documents are due on May 1, 2025: Proposed Final Pretrial Conference Order, Stipulation of Facts, Joint Exhibit Stipulation, Proposed Jury Instructions and objections, Proposed Verdict Form(s), Joint Statement of the Case, and Proposed Voir Dire Questions.

6. Since a settlement has been reached between Plaintiffs and County Defendants, Plaintiffs and State Defendants will need to revise the current drafts of the pretrial documents above in order to reflect that County Defendants will no longer be involved in the case and at trial as defendants.

7. Additionally, counsel for State Defendants is currently out of the country and has limited internet connection and has been unable to access her work email.

8. Accordingly, in order to give Plaintiffs and State Defendants time to revise the pretrial documents to reflect the settlement between Plaintiffs and County Defendants, and in light of State Defendants' counsel's limited access to the internet and emails, the Parties hereby stipulate that good cause exists for the continuance of the filing deadline of the following pretrial documents **from May 1, 2025 to May 8, 2025**: Proposed Final Pretrial Conference Order, Stipulation of Facts, Joint Exhibit Stipulation, Proposed Jury Instructions and objections, Proposed Verdict Form(s), Joint Statement of the Case, and Proposed Voir Dire Questions. The Parties respectfully request that the Court grant the Parties' request and issue an order continuing the pretrial deadline for the above pretrial documents **from May 1, 2025 to May 8, 2025**.

//
//
//
//
//

**IT IS SO STIPULATED**.

DATED: May 1, 2025                    LAW OFFICES OF DALE K. GALIPO

                                      By _____/s/ Hang D. Le_____
                                      Dale K. Galipo
                                      Hang D. Le
                                      Attorneys for Plaintiffs

DATED:  May 1, 2025                   ROB BONTA
                                      Attorney General of California
                                      NORMAN D. MORRISON
                                      Supervising Deputy Attorney General

                                      */s/ Diana Esquivel*

                                      DIANA ESQUIVEL
                                      Deputy Attorney General
                                      *Attorneys for Defendant State of Cal., by and through the CHP, Blackwood, Kee, and Rubalcava*

DATED: May 1, 2025                    LYNBERG & WATKINS

                                      By _____/s/ Shannon L. Gustafson_____
                                      Shannon L. Gustafson
                                      Amy R. Margolies
                                      Attorneys for Defendants
                                      COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.