**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST FOR ORDER CONTINUING THE DEADLINE TO FILE CERTAIN PRETRIAL DOCUMENTS FROM MAY 1, 2025 TO MAY 8, 2025** |

The Court, having considered the parties' stipulation and good cause having been shown, hereby ORDERS that that filing deadline for the parties' Proposed Final Pretrial Conference Order, Stipulation of Facts, Joint Exhibit Stipulation, Proposed Jury Instructions and objections, Proposed Verdict Form(s), Joint Statement of the Case, and Proposed Voir Dire Questions be continued from **May 1, 2025 to May 8, 2025**.

**IT IS SO ORDERED**.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE