1 **LAW OFFICES OF DALE K. GALIPO**
  Dale K. Galipo, Esq. (Bar No. 144074)
2 dalekgalipo@yahoo.com
  Hang D. Le, Esq. (Bar No. 293450)
3 hlee@galipolaw.com
  21800 Burbank Boulevard, Suite 310
4 Woodland Hills, California, 91367
  Telephone: (818) 347-3333
5 Facsimile: (818) 347-4118

6 *Attorneys for Plaintiffs*
  *L.C., I.H., A.L., and Antonia Salas Ubaldo*

7

8

                    **UNITED STATES DISTRICT COURT**

9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian ad litem Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian ad litem Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>             Plaintiffs,<br>        vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>             Defendants. | **Case No. 5:22-cv-00949-JGB-KK**<br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br><br>**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON NOMINAL DEFENDANT S.S.C.** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the First Amended Complaint, Summons, and other documents on Nominal Defendant S.S.C. (attached hereto as Exhibit "A").

DATED: May 8, 2025              LAW OFFICES OF DALE K. GALIPO

                                By  /s/ Hang D. Le
                                    Dale K. Galipo
                                    Hang D. Le
                                    Attorneys for Plaintiffs

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dale K. Galipo (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT
STREET ADDRESS: 350 W 1st Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

| PLAINTIFF/PETITIONER: L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; et al.<br>DEFENDANT/RESPONDENT: STATE OF CALIFORNIA; et al. | CASE NUMBER:<br>5:22-cv-00949-JGB-KK |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2423940CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. ☑ Summons
    b. ☐ Complaint
    c. ☐ Alternative Dispute Resolution (ADR) package
    d. ☐ Civil Case Cover Sheet
    e. ☐ Cross-Complaint
    f. ☑ other *(specify documents)*: **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served)*:
    **S.S.C., a nominal defendant**

    b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
    **Linda Rangel, Subject's mother, Authorized person to accept on behalf of S.S.C., a nominal defendant**
4. Address where the party was served: **5365 Louis Place**
    **Los Angeles, CA 90022**
5. I served the party *(check proper box)*
    a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **3/13/2025**  (2) at *(time)*: **5:04 PM**
    b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
        (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:  **or** ☐ a declaration of mailing is attached.
        (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2423940

| | |
|---|---|
| Plaintiff: L.C., a minor by and through her guardian ad litem Maria Cadena, individually and as successor-in-interest to Hector Puga; et al.<br>Defendant: STATE OF CALIFORNIA; et al. | CASE NUMBER:<br>5:22-cv-00949-JGB-KK |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on (date):                              (2) from (city):
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed *Notice and Acknowledgement of Receipt*.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of (specify):
   - c. ☐ as occupant.
   - d. ☑ On behalf of (specify): **S.S.C., a nominal defendant**
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
     - ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
     - ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     - ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
     - ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
     - ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
   - a. Name: **Juan Carlos Altamirano - Ace Attorney Service, Inc.**
   - b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   - c. Telephone number: **(213) 623-3979**
   - d. **The fee** for service was: **$ 166.01**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner    ☑ employee    ☐ independent contractor.
       - (ii) Registration No.: **2023184943**
       - (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/17/2025**

**Juan Carlos Altamirano**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ *(Signature - Per CC §1633.7)*

**ATTACHED LIST OF DOCUMENTS**

**FIRST AMENDED COMPLAINT;**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**CIVIL MINUTES - GENERAL;**

**ORDER GRANTING PARTIES' SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER GRANTING PARTIES' THIRD STIPULATION TO MODIFY THE SCHEDULING ORDER AS TO EXPERT DISCOVERY BY TWO-WEEKS DUE TO LOS ANGELES FIRES;**

**CIVIL STANDING ORDER; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**