1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7320
    Facsimile: (916) 322-8288
7   E-mail: Diana.Esquivel@doj.ca.gov
   *Attorneys for Defendants State of California, by and*
8  *through the California Highway Patrol, Blackwood,*
   *Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN-RIVERSIDE DIVISION

| **L.C.,** | No. 5:22-cv-00949 KK-SHKx |
|---|---|
| Plaintiffs, | **JOINT STATEMENT OF THE CASE** |
| v. | Date: May 15, 2025<br>Time: 10:30 a.m.<br>Courtroom: 3 (3rd Floor) |
| **STATE OF CALIFORNIA, et al.,** | Judge: Honorable Kenly Kiya Kato<br>Trial Date: June 2, 2025 |
| Defendants. | Action Filed: June 7, 2022 |

The parties submit the following joint statement of the case for the trial in this matter:

This civil case arises out of the fatal shooting of decedent Hector Puga by California Highway Patrol Officers Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava and other law enforcement officers on February 17, 2021, near the intersection of Peach and Catalpa Streets in Hesperia. The Plaintiffs are Mr. Puga's

1  three minor children. The Defendants are Officers Blackwood, Kee, and Rubalcava
2  and the State of California.
3       Plaintiffs claim that the CHP Officers used excessive and unreasonable force
4  against Mr. Puga. Plaintiffs further claim that the officers were negligent in their
5  conduct and use of force against Mr. Puga. Plaintiffs seek money damages as
6  permitted by law.
7       Defendants assert that their actions were reasonable under the totality of the
8  circumstances because Mr. Puga presented an imminent threat of death or serious
9  bodily injury to the officers and others.
10
11 Dated:  May 8, 2025                    Respectfully submitted,
12                                        ROB BONTA
                                          Attorney General of California
13                                        NORMAN D. MORRISON
                                          Supervising Deputy Attorney General
14
15                                        */s/ Diana Esquivel\**
16                                        DIANA ESQUIVEL
                                          Deputy Attorney General
17                                        *Attorneys for Defendants State,*
                                          *Blackwood, Kee, and Rubalcava*
18
19 Dated:  May 8, 2025                    LAW OFFICES OF DALE K. GALIPO
20
21                                        */s/ Hang D. Le*
22                                        DALE K. GALIPO
                                          HANG D. LE
23                                        *Attorneys for Plaintiffs*
24 *The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose
25 behalf the filing is submitted, concur with the filing's content and have authorized
26 the filing.
27
28