ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol, Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN-RIVERSIDE DIVISION

| | |
|---|---|
| **L.C.,**<br><br>               Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>               Defendants. | No. 5:22-cv-00949 KK-SHKx<br><br>**STIPULATION OF FACTS**<br><br>Date:         May 15, 2025<br>Time:        10:30 a.m.<br>Courtroom:  3 (3rd Floor)<br>Judge:       Honorable Kenly Kiya Kato<br>Trial Date:   June 2, 2025<br>Action Filed: June 7, 2022 |

The parties agree that the following facts are undisputed:

1. The incident occurred on February 17, 2021.

2. At all relevant times, Defendants Isaiah Kee, Bernardo Rubalcava, and Michael Blackwood were acting within the course and scope of their employment as California Highway Patrol Officers for the State of California.

3. At all relevant times, Defendants Isaiah Kee, Bernardo Rubalcava, and Michael Blackwood were acting under color of state law.

4. The incident occurred near the intersection of Peach and Catalpa Streets in Hesperia.

5. As a result of the incident, Mr. Puga sustained multiple gunshot wounds.

6. Puga died as a result of his gunshot wounds.

Dated: May 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*\*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State, Blackwood, Kee, and Rubalcava*

Dated: May 8, 2025

LAW OFFICES OF DALE K. GALIPO

*/s/ Hang D. Le*

DALE K. GALIPO
HANG D. LE
*Attorneys for Plaintiffs*

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.