UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-949-KK-SHKx** | Date: | May 14, 2025 |
| Title: | *L.C. et al. v. State of California et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Noe Ponce | RS CourtSmart/Courtroom Three |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Dale K. Galipo | Diana F. Esquivel |
| | Shannon Lin Gustafson |

**Proceedings:** Final Pretrial Conference

The case is called for a Final Pretrial Conference as previously scheduled. Counsel state their appearances. Counsel inform the Court that they are ready to proceed with trial on June 2, 2025, as scheduled. Upon further conference with the parties, the Court orders as follows:

1. The parties shall inform the courtroom deputy by e-mail at KK_Chambers@cacd.uscourts.gov as soon as possible if a settlement is reached. The parties may be sanctioned for the cost of bringing in jurors if the Court is not able to cancel the request on time.

2. Trial shall be bifurcated into two phases: (1) a liability phase and (2) a damages phase.

3. The Court will set strict time limits for the parties to present their case. The time limits will be inclusive of opening statements, direct and cross examinations, and closing arguments. The Court will issue a separate order specifying the time limits following receipt and review of the joint amended witness list.

4. The Court will allow defendant Michael Blackwood to appear remotely as stated on the record. Counsel will be responsible for resolving any technical issues with defendant Blackwood prior to his testimony. If technical or other related issues cause undue delay, the Court may deem the right to call defendant Blackwood forfeited.

5. Prior to trial, counsel are ordered to exchange any demonstratives intended to be used during Opening Statements. Similarly, any demonstratives intended to be used during Closing Arguments shall be exchanged in advance of the time of their intended use.

6. The parties shall contact the Courtroom Deputy by email at KK_Chambers@cacd.uscourts.gov no later than one week before trial if they would like to schedule a time and date to test the courtroom technology equipment. If a party fails to test the courtroom equipment and experiences technological or connectivity issues during trial, the party will be deemed to have waived the use of devices.

7. The parties shall provide three exhibit binders for the Court at least one week before the trial date.

8. Trial will begin at 9:00 a.m. on June 2, 2025, and counsel and the parties shall be in the courtroom by that time.

9. Plaintiffs shall file briefing **no later than Monday, May 19, 2025**, related to the admissibility of expert witness Dr. Kris Mohandie's testimony. Any opposition shall be filed **by Wednesday, May 21, 2025**. The matter will then be deemed submitted.

**IT IS SO ORDERED**.