1

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

2

3

4

5

6

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

7

8

### UNITED STATES DISTRICT COURT FOR THE

9

### CENTRAL DISTRICT OF CALIFORNIA

10

11

L.C., a minor by and through her
guardian *ad litem* Maria Cadena,
individually and as successor-in-interest
to Hector Puga; I.H., a minor by and
through his guardian *ad litem* Jasmine
Hernandez, individually and as
successor-in-interest to Hector Puga;
A.L., a minor by and through her
guardian *ad litem* Lydia Lopez,
individually and as successor-in-interest
to Hector Puga; and ANTONIA SALAS
UBALDO, individually;

Case No. 5:22-cv-00949-KK-SHK

*Honorable Kenly Kiya Kato*

**AMENDED JOINT EXHIBIT LIST**

12

13

14

15

16

17

18

19

Plaintiffs,
vs.

20

21

STATE OF CALIFORNIA; COUNTY
OF SAN BERNARDINO; S.S.C., a
nominal defendant; ISAIAH KEE;
MICHAEL BLACKWOOD;
BERNARDO RUBALCAVA; ROBERT
VACCARI; JAKE ADAMS; and DOES
6-10, inclusive,

22

23

24

25

Defendants.

26

27

28

1  **TO THE HONORABLE COURT, ALL PARTIES AND THEIR**

2  **ATTORNEYS OF RECORD:**

3       Pursuant to the Court's Civil Trial Scheduling Order, Plaintiffs L.C., a minor

4  by and through her guardian *ad litem* Maria Cadena; I.H., a minor by and through

5  his guardian *ad litem* Jasmine Hernandez; A.L., a minor by and through her

6  guardian *ad litem* Lydia Lopez; and Antonia Salas Ubaldo ("Plaintiffs") and

7  Defendants State of California, by and through the California Highway Patrol,

8  Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava ("State Defendants"),

9  (collectively "the Parties"), hereby submit this Joint Exhibit List for the June 2,

10  2025 trial.

11

12  DATED: May 15, 2025          LAW OFFICES OF DALE K. GALIPO

13

14                                      By _____ */s/ Hang D. Le*_____

15                                           Dale K. Galipo
                                             Hang D. Le
16                                           Attorneys for Plaintiffs

17

18   DATED:  May 15, 2025          ROB BONTA
                                   Attorney General of California
19                                 NORMAN D. MORRISON
                                   Supervising Deputy Attorney General
20

21                                 */s/ Diana Esquivel**

22                                 DIANA ESQUIVEL
                                   Deputy Attorney General
23                                 *Attorneys for Defendant State of Cal., by and
                                   through the CHP, Blackwood, Kee, and
24                                 Rubalcava*

25  *The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose

26  behalf the filing is submitted, concur with the filing's content and have authorized

27  the filing.

28

## JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| *** | **PLAINTIFFS' EXHIBIT LIST** | *** | *** |
| 1. | Part 4 of MVARS Video from Michael Blackwood's Patrol Unit (COSB0001470) | | |
| 2. | Part 2 of MVARS Video from Isaiah Kee's Patrol Unit | | |
| 3. | Cellphone Video of Incident from Witness Erin Mangerino (COSB001470) | | |
| 4. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0241) | | |
| 5. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0256) | | |
| 6. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0257) | | |
| 7. | Cellphone Video of Incident from Witness Betzabeth Gonzalez (Plaintiff 0258) | | |
| 8. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001453) | | |
| 9. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001454) | | |
| 10. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001455) | | |
| 11. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001456) | | |
| 12. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001457) | | |
| 13. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001458) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001459) | | |
| 15. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001460) | | |
| 16. | Cellphone Clip of Incident from Witness Edward Mangerino (COSB001461) | | |
| 17. | Trial Template Puga Compilation Video | | |
| 18. | Trial Template Post Fall Bullet Count Video | | |
| 19. | Audio Recording of Interview of Isaiah Kee (COSB001350) | | |
| 20. | Audio Recording of Interview of Isaiah Kee (COSB001373) | | |
| 21. | Audio Recording of Interview of Isaiah Kee (COSB001374) | | |
| 22. | Audio Recording of Interview of Isaiah Kee (COSB001375) | | |
| 23. | Report and Transcription of Interview of Isaiah Kee (COSB000648-729) | | |
| 24. | Audio Recording of Interview of Bernardo Rubalcava (COSB001353) | | |
| 25. | Audio Recording of Interview of Bernardo Rubalcava (COSB001354) | | |
| 26. | Audio Recording of Interview of Bernardo Rubalcava (COSB001370) | | |
| 27. | Audio Recording of Interview of Bernardo Rubalcava (COSB001371) | | |
| 28. | Audio Recording of Interview of Bernardo Rubalcava (COSB001372) | | |
| 29. | Report and Transcription of Interview of Bernardo Rubalcava (COSB000396-540) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 30. | Audio Recording of Interview of Michael Blackwood (COSB001351) | | |
| 31. | Audio Recording of Interview of Michael Blackwood (COSB001355) | | |
| 32. | Report and Transcription of Interview of Michael Blackwood (COSB000542-646) | | |
| 33. | Audio Recording of Interview of Jake Adams (COSB001412) | | |
| 34. | Report and Transcription of Interview of Jake Adams (COSB000309-394) | | |
| 35. | Audio Recording of Interview of Robert Vaccari (COSB001352) | | |
| 36. | Audio Recording of Interview of Robert Vaccari (COSB001376) | | |
| 37. | Audio Recording of Interview of Robert Vaccari (COSB001398) | | |
| 38. | Audio Recording of Interview of Robert Vaccari (COSB001399) | | |
| 39. | Audio Recording of Interview of Robert Vaccari (COSB001400) | | |
| 40. | Report and Transcription of Interview of Robert Vaccari (COSB000214-307) | | |
| 41. | Audio Recording of Interview of Wendy Mangerino (COSB001356) | | |
| 42. | Audio Recording of Interview of Erin Mangerino (COSB009190) | | |
| 43. | Audio Recording of Tammy Goodson (COSB001413) | | |
| 44. | Audio Recording of Interview of Tammy Goodson (COSB001414) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 45. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1387) | | |
| 46. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1388) | | |
| 47. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1389) | | |
| 48. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1390) | | |
| 49. | Audio Recording of Interview of Jonathan Wayne Botten, Sr. (COSB1391) | | |
| 50. | Selected Scene Photographs (COSB001472, 1477, 1478, 1482, 1487, 1489, 1492, 1493, 1498, 1499, 1500, 1557, 1558, 1561, 1562, 1571, 1692, 1838, 1839, 1840, 1843, 1846, 1847, 1852, 1854, 1877, 1878, 1883, 1985, 2090, 2093, 2095, 2098, 2099, 2101, 2102, 2103, 2104, 2108, 2111, 2113, 2115, 2119, 2122, 2126, 2128, 2134, 2135, 2137, 2139, 2141, 2143, 2146, 2148, 2152, 2227, 2232, 2349, 2350, 2352, 2353, 2354, 4238, 2439, 2440; AG0886-935, 966-985) | | |
| 51. | Selected Aerial Photographs of the Scene (COSB004198, 4199, 4208, 4209, 4217, 4220, 4222, 4269, 4272, 4273, 4276, 4277, 4278, 4285, 4286), 6734, 6735, 8427, 8727, 8728; AG0674-680) | | |
| 52. | Selected Photographs from Autopsy of Hector Puga (COSB002671 [redacted], 2688 [redacted], 2694, 2697 [redacted], 2698, 2702, 2703 [redacted], 2704 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [redacted], 2709, 2733 [redacted], 2737, 2738, 2770, 2771, 2775, 2776, 2780, 2781, 2811, 2812, 2900, 2901) | | |
| 53. | Photographs of Isaiah Kee taken after Incident (COSB004165-4168; COSB004257-4258; AG0531-536, 549-554) | | |
| 54. | Photographs of Bernardo Rubalcava and weapons taken after Incident (COSB004116-4120l AG0466-505) | | |
| 55. | Photographs of Michael Blackwood taken after Incident (COSB004143, 4144, 4253-4256; AG0506-510, 521-520) | | |
| 56. | Photographs of Jake Adams taken after Incident (COSB004088, 4115, 4142, 4169, 4223, 4224) | | |
| 57. | Photographs of Robert Vaccari taken after Incident (COSB004084-4087, 4227) | | |
| 58. | MAIT Supplemental Physical Evidence Identification and Scene Diagram (AG095-0125) | | |
| 59. | Scene Investigation Report by Detective Robert Ripley (COSB000103-186) | | |
| 60. | San Bernardino County Sheriff's Department Autopsy Protocol of Hector Puga (COSB000834-848) | | |
| 61. | Family Photographs with Hector Puga (Pltf 0001-0039) | | |
| 62. | Funeral and Burial Expenses (Plft 0040-0043) | | |
| 63. | Photographs of Items Bought for Plaintiff A.L. by Hector Puga (Pltf 0061-62) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 64. | Paystubs for Hector J. Puga (Pltf 0199-202) | | |
| 65. | Hector Puga Facebook Post re Plaintiff L.C. (Pltf 0229) | | |
| 66. | Hector Puga Facebook Post re Plaintiff A.L. (Pltf 0230-232) | | |
| 67. | Hector Puga Facebook Post re Plaintiff I.H. (0233-236) | | |
| 68. | Hector Puga Facebook Post re Lidia Lopez (Pltf 0237-240) | | |
| 69. | LabCorp DNA Testing of Plaintiffs L.C., I.H., and A.L. (Plaintiff 0243-245) | | |
| 70. | Video of Hector Puga FaceTiming with Plaintiff A.L. (Plaintiff 0255) | | |
| 71. | Black and White Surveillance Video (PLTFS 00345) | | |
| 72. | Exhibits 72-100 reserved for Plaintiffs | | |
| *** | **STATE DEFENDANTS' EXHIBIT LIST** | *** | *** |
| 101. | Rifle Cartridge, Puga's pistol and cartridge, unfired catridge, Puga's Pistol and FCC [COSB001622-COSB001629, COSB002041- COSB002044] | | |
| 102. | Puga's Vehicle, Inside Puga's Vehicle [COSB001896, COSB001898, COSB001899- COSB001957] | | |
| 103. | Modelo beer can [COSB002012-COSB002014] | | |
| 104. | 18 pack of Modelo beer [COSB002549-COSB002550] | | |
| 105. | Kee's Mobile Video Audio Recording System (MVARS), Part 1 [AG0815] | | |
| 106. | Kee's MVARS, Part 2 [AG0816] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 107. | Kee's MVARS, Part 3 [AG0817] | | |
| 108. | Blackwood's MVARS, Part 1 [AG0811] | | |
| 109. | Blackwood's MVARS, Part 2 [AG0812] | | |
| 110. | Blackwood's MVARS, Part 3 [AG0813] | | |
| 111. | Blackwood's MVARS, Part 4 [AG0814] | | |
| 112. | Blackwood's MVARS, Part 5 [AG01377] | | |
| 113. | Edward Mangerino's cellphone footage [COSB001417 to COSB001461] | | |
| 114. | Erin Mangerino's cellphone footage [COSB001416] | | |
| 115. | CHP Dispatch Audio [AG0451-AG0452] | | |
| 116. | OIS Incident Detail Report No. 210217BS00009 [AG0318-AG0331] | | |
| 117. | Freeway Shooting Incident Detail Report No. 210216BS00186 [AG0332-AG0337] | | |
| 118. | CHP Arrest-Investigation Report (CHP 216), No. F03885021 [AG0241 to AG0260] | | |
| 119. | SB County Fire Department MA22 Run Sheet for Hector Puga [AG0380-AG0381] | | |
| 120. | Puga Facebook Post, Dec. 20, 2020 [AG0423] | | |
| 121. | Photographs AG0456-AG0465, AG0466-AG0510, AG0531-AG0536, AG0591-AG0593, AG0606-AG0607, AG0646, AG0818, AG0863, AG0867, AG0870, AG0904, AG0915, AG0917, AG0926, AG0930, AG0954, AG0976, AG0981- AG0983, AG01032, AG01036 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 122. | CHP Aerial Screenshots [AG0674-AG0680] | | |
| 123. | Original gun found on Puga (placeholder) | | |
| 124. | Toxicology Report [AG0142-AG0144] | | |
| 125. | CHP Use of Force Policy v12-2020 [AG01557-AG01578] | | |
| 126. | Blackwood Training Records [AG0184-AG0199] | | |
| 127. | Kee's Training Records [AG0200-AG0228] | | |
| 128. | Rubalcava's Training Records [AG0229-AG0240] | | |
| 129. | Annabelle Botten's 911 Calls re: Suspect with Gun—Redacted [COSB001364] | | |
| 130. | Audio recorded interview of Annabelle Botten, conducted on February 17, 2021, at 10:11 a.m. by Detective Hernandez of the San Bernardino County Sheriff's Office—Redacted  [COSB001379] | | |
| 131. | Greg Meyer's Curriculum Vitae/Resume | | |
| 132. | Greg Meyer's Expert Report and Supporting Material | | |
| 133. | Lucien C. Haag's Curriculum Vitae/Resume | | |
| 134. | Lucien C. Haag's Expert Report | | |
| 135. | Alexander Jason's Curriculum Vitae/Resume | | |
| 136. | Alexander Jason's Expert Report | | |
| 137. | Kris Mohandie's Curriculum Vitae/Resume | | |
| 138. | Kris Mohandie's Expert Report | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 139. | Richard Franklin Clark, Jr.'s Curriculum Vitae/Resume | | |
| 140. | Richard Franklin Clark, Jr.'s Expert Report | | |
| 141. | Joshua Peter Visco's Curriculum Vitae/Resume | | |
| 142. | Joshua Peter Visco's Expert Report | | |
| 143. | Birth Certificate of L.C. [Plaintiff 0153] | | |
| 144. | Birth Certificate of I.H. [Plaintiff 0099] | | |
| 145. | Birth Certificate of A.L. [Plaintiff 0054] | | |
| 146. | Exhibits 147-200 reserved for State Defendants | | |