**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>              Plaintiffs,<br>     vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>              Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**DECLARATION OF HANG D. LE IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING THE ADMISSIBILITY OF DR. KRIS MOHANDIE'S TESTIMONY AT TRIAL** |

I, Hang D. Le, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I make this Declaration in Support of Plaintiffs' Brief Regarding the Admissibility of Dr. Kris Mohandie's Testimony at Trial. I have personally familiar with the matters stated herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the email chain among the parties regarding State Defendants' request for a one-day extension of the initial expert disclosures.

3. Attached hereto as "**Exhibit B**" is a true and correct copy County Defendants' January 30, 2025 Initial Expert Disclosures.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the January 31, 2025 email sent by State Defendants with State Defendants' initial expert disclosures.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of State Defendants' January 31, 2025 Initial Expert Disclosures.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of State Defendants' February 13, 2025 Rebuttal Expert Disclosures.

7. Attached hereto as "**Exhibit F**" is a true and correct of Dr. Kris Mohandie's Rule 26 Expert Report.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 19th day of May 2025, in Los Angeles, California.

_____
Hang D. Le