# Exhibit A

**Hang Le**

| | |
|---|---|
| **From:** | Diana Esquivel <Diana.Esquivel@doj.ca.gov> |
| **Sent:** | Thursday, January 30, 2025 1:58 PM |
| **To:** | Hang Le; Shannon Gustafson; Amy R. Margolies; Dale K. Galipo |
| **Subject:** | RE: Puga/Botten Expert Disclosures |
| **Attachments:** | Botten v. State of California -- Greg Meyer's Signed Rule 26 Report and 2 Exhibits 01-30-2025.pdf; L.C.-Puga v. CHP -- Greg Meyer's Signed Rule 26 Report and 2 Exhibits 01-30-2025.pdf |
| **Importance:** | High |

Good afternoon counsel,

I'm so sorry to keep harping on this issue, but my concern about expert disclosures is interrupting my focus on the MSJ that I need to finish and file today. While I will definitely endeavor to get the disclosures done today, I don't know if I'll be able to do so before midnight. As a sign of good faith, I am producing my expert's reports in both cases. I don't plan to disclose any other retained expert (excluding rebuttal experts that may be needed), and as far as identifying percipient expert witnesses, they will only be the medical personnel identified in discovery, such as the paramedics, the Botten's treating doctors/providers, pathologist Dr. Jong, Annabelle's MH providers, and Defendants and other officers to the extent their deposition testimony or expected trial testimony falls under FRE 702.

Based on my providing this information and reports, does anyone have any objection to my serving the State Defs' formal expert disclosures tomorrow? Let me know. Thanks.

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Wednesday, January 29, 2025 9:43 AM
**To:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Dale K. Galipo <dalekgalipo@yahoo.com>
**Subject:** RE: Puga/Botten Expert Disclosures

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good morning,

Unfortunately, we would only be agreeable to extending the expert disclosures to Friday, January 31, if all parties are in agreement. Plaintiffs would be prejudiced in having to disclose their experts and related reports before CHP since CHP's police practices expert will most likely be in disagreement with Plaintiffs' police practices expert, and will be given an advantage in being able to rebut Plaintiffs' police practices experts opinions in his initial Rule 26 report if given the extra day.

We are agreeable that Mr. Meyer's deposition is applicable for both cases due to the cases being consolidated for discovery. I will get back to our availability for his deposition.

Best,
Hang


**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Wednesday, January 29, 2025 8:53 AM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>
**Subject:** RE: Puga/Botten Expert Disclosures

Diana,

Given this is a Scheduling Order date set by the Court, I don't believe we can extend the date without court approval so County Defendants will be serving their disclosures tomorrow.

However, County Defendants will agree that we are not prejudiced by the one day extension and will not challenge any experts designated by the CHP on such grounds. But I think that is all we can do under the rules.

We are agreeable under the consolidated discovery rule that the deposition of Mr. Meyer will be for both cases.

Amy will be handling that deposition so I will let her respond with her availability for same.

Thanks


**Shannon L. Gustafson**
Shareholder
Direct: (714) 352-3547

**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868

www.lynberg.com         www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Sent:** Wednesday, January 29, 2025 3:26 AM
**To:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>
**Subject:** Puga/Botten Expert Disclosures

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good morning folks,

I know we're all super busy with our respective MSJs. I'm also working on my trial docs in the *Lennox* case that's scheduled to start trial on 2/18 (also being handled by the Galipo office). I could really use a little more time to serve expert disclosures. Let me now if we can agree amongst ourselves to exchange expert disclosures on Friday, January 31, instead of Thursday.

I'll be designating Greg Meyer as my retained police-practices expert. Given that I'll be in trial during the last 2 weeks of February, I wanted to offer the following date on which Meyer is available for his deposition: Feb. 5-7 and 11-14. I'm assuming that we'll be doing one deposition of each expert for both cases.

In any event, let me know if you're agreeable to a one-day extension to serve disclosures and if any of the above dates are convenient to you for Meyer's deposition.

Thanks,

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or

legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.