# Exhibit B

SHANNON L. GUSTAFSON (SBN #228856)
Sgustafson@lynberg.com
AMY R. MARGOLIES (SBN #283471)
Amargolies@lynberg.com
ANITA K. CLARKE (SBN321015)
Aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 1<br><br>**COUNTY DEFENDANTS' INITIAL RULE 26 EXPERT DISCLOSURES**<br><br>*Trial Date:*   June 2, 2025<br><br>*Complaint filed:* 06/07/22<br>*FAC filed:* 10/18/22<br>*SAC filed:* 01/13/23<br>*TAC filed:* 05/12/23<br><br><br>CASE NO. 5:23-cv-00257-KK-(SHKx)<br><br>*Trial:* July 28, 2025<br><br>*Complaint filed:* 02/16/23<br>*FAC filed:* 06/08/23 |

---

**1**
**COUNTY DEFENDANTS' INITIAL RULE 26 EXPERT DISCLOSURES**

| | |
|---|---|
| 1 | JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | vs. |
| 6 | STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Defendants. |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendants County of San Bernardino, Robert Vaccari and Jake Adams (collectively "County Defendants"), hereby designate their expert witnesses pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2), as follows:

1. Lucien C. "Luke" Haag

    Criminalist/Firearms Examiner

    PO Box 5347

    Carefree, AZ 85377

    (480) 488-4445

The report, curriculum vitae, case list, and fee schedule of Mr. Luke Haag are attached hereto as Exhibit "A."

Mr. Haag is an expert in the field of criminalistics and forensic firearms examination, who, at the time of trial, will testify as to actions of defendants including San Bernardino County Sheriff's Department Deputy Jake Adams

2

**COUNTY DEFENDANTS' INITIAL RULE 26 EXPERT DISCLOSURES**

regarding the ballistic evidence of his discharged firearm during the shooting incident involving Hector Puga, ballistic trajectories, and such other testimony as may be relevant, which may depend on the testimony provided by Plaintiffs and/or their experts.

    2.    Kenneth L. Hubbs
        Pro Tac Int'l Training and Consulting
        40335 Winchester Rd. Ste #E130
        Temecula, CA 92591
        (619) 322-8523

The report, curriculum vitae, case list, and fee schedule of Mr. Kenneth Hubbs are attached hereto as Exhibit "B."

Mr. Hubbs is an expert in the field of law enforcement and police practices, who, at the time of trial, will testify as to the actions of defendants including San Bernardino County Sheriff's Department Deputy Jake Adams and Sergeant Robert Vaccari, regarding their actions during the shooting incident involving Hector Puga, and such other testimony as may be relevant, which may depend on the testimony provided by Plaintiffs and/or their experts.

    3.    Alexander Jason
        Senior Crime Scene Analyst and Force Science Analyst
        PO Box 375
        Pinhole, CA 94564
        (510) 724-1003

The report, curriculum vitae, case list, and fee schedule of Mr. Alexander Jason are attached hereto as Exhibit "C."

Mr. Jason is an expert in the field of crime scene reconstruction and force science analysis who, at the time of trial, will testify as to the actions of defendants including San Bernardino County Sheriff's Department Deputy Jake Adams and

1  Sergeant Robert Vaccari regarding his actions during the shooting incident
2  involving Hector Puga, and such other testimony as may be relevant, which may
3  depend on the testimony provided by Plaintiffs and/or their experts.
4      4.    Kris Mohandie PH.D., ABPP
5          Forensic Psychologist
6          PO Box 88
7          Pasadena, CA 91102-0088
8          (626) 627-8388
9      The report, curriculum vitae, case list, and fee schedule of Dr. Kris Mohandie
10 are attached hereto as Exhibit "D."
11     Dr. Mohandie is an expert in the field of forensic psychology who, at the time
12 of trial, will testify as to the conduct of Mr. Puga, the psychology of "suicide by
13 cop," and its applicability to Mr. Puga and this case, and such other testimony as
14 may be relevant, which may depend on the testimony provided by Plaintiffs and/or
15 their experts.
16     5.    Richard Franklin Clark, Jr., M.D., FACEP, FACMT
17         Department of Emergency Medicine
18         UCSD Medical Center
19         200 W. Arbor Drive
20         San Diego, CA 92103-8676
21         (619) 543-6835
22         1148 Dreamcatcher Bluff
23         Mesquite, NV 89034
24         (909) 720-0961
25     The report, curriculum vitae, case list, and fee schedule of Dr. Richard Clark
26 are attached hereto as Exhibit "E."
27     Dr. Clark is a board-certified Medical Toxicologist and Emergency Physician,
28

Case 5:22-cv-00949-KK-SHK   Document 191-3   Filed 05/19/25   Page 6 of 8   Page ID #:4571

specifically his experience is in the practice of Emergency Medicine and Medical Toxicology, including the intoxication or toxicity from the use or abuse of alcohol and amphetamines. Dr. Clark will testify regarding the level of alcohol and amphetamines found in Hector Puga at the time of his death, as well as signs, symptoms, and behavior associated with alcohol and amphetamines use and abuse, including that of Hector Puga's, and such other testimony as may be relevant, which may depend on the testimony provided by Plaintiffs and/or their experts.

      6.     Joshua Peter Visco, Esq.
            Law Offices of Visco & Selyem, APC
            150 El Camino Real, Suite 218
            Tustin, CA 92780
            (714) 315-7152

The report, curriculum vitae, case list, and fee schedule of Mr. Joshua Visco are attached hereto as Exhibit "F."

Mr. Visco is an expert in the field of criminal law and sentencing who, at the time of trial, will testify as to the criminal charges facing Mr. Puga at the time of incident and charges Mr. Puga would have faced if he had survived, including likelihood of sentencing ranges, and sentencing exposure, as it relates to Plaintiffs' request for damages, and such other testimony as may be relevant, which may depend on the testimony provided by Plaintiffs and/or their experts.

///
///
///
///
///
///
///

5
COUNTY DEFENDANTS' INITIAL RULE 26 EXPERT DISCLOSURES

Further, Defendants submit the following expert witness disclosure pursuant to *Fed. R. Civ. P.* 26(a)(2)(C). The following <u>non-retained</u> experts are exempt from requirements of *Fed. R. Civ. P.* 26(a)(2)(B) as they have not been retained or specially employed to provide expert opinions.

7. Timothy Jong, M.D., Forensic Pathologist
 San Bernardino County Coroner
 175 S. Lena Rd.
 San Bernardino, CA 92415
 (909) 387-2978

Dr. Timothy Jong's testimony and opinions will be limited to the autopsy he conducted and report(s) he authored and or participated in, in his capacity as a Forensic Pathologist with the County of San Bernardino and as documented in Mr. Puga's autopsy protocol and toxicology report (COSB000834-000852), and coroner investigation, as previously disclosed pursuant to *Fed. R. Civ. P.* 26(a)(1) and responses to requests for production of documents.

8. Kirk Garrison, Criminalist II
 San Bernardino County Sheriff's Department
 Scientific Investigation Division
 711 E. Rialto Avenue
 San Bernardino, CA 92415
 (909) 387-9980

Mr. Kirk Garrison's testimony and opinions will be limited to the analysis of Mr. Puga's gun, including bullets and analysis of his ballistics test firing of Mr. Puga's gun and the report and notes related to the same which he authored and/or participated in, in his capacity as a Criminalist II with the County of San Bernardino attached hereto as Exhibit "G."

///

Defendants expressly reserve the right to call as a witness any and all experts designated by any other party.

Defendants expressly reserve the right to call as their own expert witnesses any additional expert witnesses needed for the purposes of rebuttal or impeachment at the time of trial.

Defendants reserve the right to call any other expert witness or percipient witness for the purpose of eliciting any opinions held by such witnesses and to supplement this disclosure to the extent that any party designates expert witnesses in an area not currently anticipated.

DATED: January 30, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By:  */s/ Amy R. Margolies*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**ANITA K. CLARKE**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO
ROBERT VACCARI, and JAKE ADAMS