# Exhibit C

# Hang Le

| | |
|---|---|
| **From:** | Diana Esquivel <Diana.Esquivel@doj.ca.gov> |
| **Sent:** | Friday, January 31, 2025 9:13 PM |
| **To:** | Shannon Gustafson; Amy R. Margolies; Anita K. Clarke; Hang Le; Dale K. Galipo |
| **Cc:** | Santiago Laurel; Gloria Pence |
| **Subject:** | Botten/Puga--State Defs' Expert Disclosures |
| **Attachments:** | State Defs' Expert Disclosures (Botten).pdf; State Defs' Expert Disclosures (Puga).pdf |

Good evening,

Attached please find the State Defendants' expert disclosures in *Botten* and *Puga*. Let me know if you have any difficulty opening the attached files.

Also, as I previously informed you, Mr. Meyer is available for his deposition on the following dates: Feb. 5-7 and 11-14. Some of these dates may now be half days, so the sooner you let me know your preference the better. Since I expect to be in trial for almost two weeks starting Feb. 18, I kindly request that other expert depositions not be scheduled during that period.

Thanks,

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General, State of California
1300 I Street, Ste. 125
Sacramento, CA 95814
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.