# Exhibit D

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of Cal., by and through Cal. Highway Patrol, Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **L.C., a minor by and through her guardian ad litem Maria Cadena, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 5:22-cv-00949 KK (SHKx)<br><br>**DISCLOSURE OF EXPERT WITNESSES OF DEFENDANTS STATE OF CALIFORNIA, BLACKWOOD, KEE, AND RUBALCAVA [FRCP 26(a)(2)]**<br><br>Judge: Hon. Kenly Kiya Kato<br>Trial Date: June 2, 2025<br>Action Filed: June 7, 2022 |

Under Federal Rule of Civil Procedure 26(a)(2)(A), Defendants State of California, by and through the California Highway Patrol (CHP), Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava (collectively State Defendants) disclose Greg Meyer as a retained expert witness. Mr. Meyer has expertise in law enforcement policies, procedures, and training in the use of force, including deadly force. He will offer testimony about the reasonableness of Blackwood, Kee, and Rubalcava's use of force, including pre- and post-shooting tactics and standard of

care, on February 17, 2021, involving decedent Hector Puga (Decedent). Mr. Meyer's written report, as required under Rule 26(a)(2)(B), is attached.

Under Rule 26(a)(2)(C), the following witnesses, who are not required to provide written reports, may provide expert testimony in connection with their percipient testimony:

1. State Defendants Blackwood, Kee, and Rubalcava. The State Defendants may be contacted through their attorney of record whose contact information appears above the caption on the first page of this document. State Defendants will provide testimony about: the policies and procedures on the use of force, including deadly force, of the CHP and Peace Officer Standards and Training (POST) that governed or impacted their conduct and decisions on February 17, 2021; their tactical decisions in the apprehension of the Decedent; and the availability, if any, of less-than-lethal options during the apprehension of the Decedent. State Defendants' testimony will be substantially similar to the testimony they provided at their respective deposition to the extent they were asked questions on these matters.

2. Defendants Jake Adams and Robert Vaccari. The Defendants may be contacted through their attorney of record at Lynberg & Watkins. Defendants will provide testimony about: the policies and procedures on the use of force, including deadly force, of the San Bernardino County Sheriff's Department (SBCSD) and POST that governed or impacted their conduct and decisions on February 17, 2021; their tactical decisions in the apprehension of the Decedent; and the availability, if any, of less-than-lethal options during the apprehension of the Decedent. Defendants' testimony will be substantially similar to the testimony they provided at their respective depositions to the extent they were asked questions on these matters.

3. CHP Captain R. Johnson. This witness may be contacted through CHP's Office of Legal Affairs at (916) 843-4332. This witness will provide testimony

about CHP's investigation into State Defendants' use of force, findings, and conclusion that the State Defendants' use of force comported with departmental policies and procedures.

4. The following personnel from the San Bernardino County Fire Department will testify about their provision of medical treatment, including life-saving measures, to Decedent, Decedent's response to the treatment or life-saving measures, and the basis for their decisions to pronounce Decedent dead and cease of life-saving measures. These witnesses work at Station 22, 12398 Tamarisk Road, Victorville, California 92395, (760) 245-1100, and Station 302, 17288 Olive Street Hesperia, California 92345, (760) 949-5506.

    a. Jeremy Pedergraft, Engineer Paramedic of Medic Engine 22
    b. Carlos Topete, Paramedic of Medic Engine 22
    c. Brett Marshall, Captain of Medic Engine 22
    d. Michael Doucette, Paramedic of Medic Ambulance 22
    e. Andrew Walk, Emergency Medical Technician (EMT) of Medic Ambulance 22
    f. Jesse Quinalty, Captain of Medic Engine 302
    g. Jennifer Miescher, Engineer of Medic Engine 302
    h. Michael Stachowicz, Paramedic of Medic Engine 302
    i. Daniel Rios, Paramedic of Medic Ambulance 302
    j. Marc Chappell, EMT of Medic Ambulance 302
    k. Juan Cobian, Paramedic of Medic Ambulance 302A
    l. Noah Haney, EMT of Medic Ambulance 302A

5. Dr. Timothy Jong, Forensic Pathologist, San Bernardino County Sheriff—Coroner Division, 175 South Lena Road, San Bernardino, CA 92415-0037, (909) 387-2978. This witness will provide testimony about Decedent's autopsy and the findings and conclusions reached, including Decedent's cause of death. The

witness' testimony will be substantially similar to the testimony he provided at his deposition to the extent he was asked questions on these matters.

6. Erin A. Spargo, Ph.D., F-ABFT, Forensic Toxicologist. NMS Labs, 200 Welsh Road, Horsham, PA 19044, (215) 657-4900. This witness will testify about the toxicology analysis and results of a specimen taken of Decedent's blood, the procedures for conducting such an analysis, and the findings and conclusions of the analysis.

7. San Bernardino County District Attorney Agent Edward Hernandez, 303 West Third Street, San Bernardino, CA 92415. This witness will provide testimony about the District Attorney's investigation into the State Defendants' February 17, 2021 use of force, and his findings and conclusions that the officers' use of force was legally justified.

8. Dr. George Jayatilaka, Dr. Jay Rivera, and Plaintiff Antonia Salas Ubaldo's other medical providers (currently unknown), 1045 Atlantic Avenue, Long Beach, CA, (562) 597-8885. These witnesses will provide testimony about Plaintiff's depression and other medical, emotional, or mental-health symptoms or conditions that she attributes to Decedent's death; the treatment, medications, or services provided or offered to and received by Plaintiff; diagnosis and prognosis of Plaintiff's injuries, symptoms, and conditions for which she was seen; and future treatment plans.

/ / /
/ / /
/ / /
/ / /
/ / /

State Defendants reserve the right to supplement this expert disclosure and the expert witness' report attached to this disclosure, and to designate rebuttal witnesses after receipt of Plaintiffs' disclosure as permitted under Rule 26(a)(2)(D)(ii).

Dated:  January 31, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

LA2022603031
38756941.docx