# Exhibit E

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of Cal., by and through Cal. Highway Patrol, Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **L.C., a minor by and through her guardian ad litem Maria Cadena, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 5:22-cv-00949 KK (SHKx)<br><br>**SUPPLEMENTAL AND REBUTTAL DISCLOSURE OF EXPERT WITNESSES OF DEFENDANTS STATE OF CALIFORNIA, BLACKWOOD, KEE, AND RUBALCAVA [FRCP 26(a)(2)]**<br><br>Judge: Hon. Kenly Kiya Kato<br>Trial Date: June 2, 2025<br>Action Filed: June 7, 2022 |

Under Federal Rule of Civil Procedure 26(a)(2)(D)(ii) and (E), Defendants State of California, by and through the California Highway Patrol (CHP), Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava (collectively State Defendants) produce the attached report of the supplemental opinions of their previously disclosed expert Greg Meyer, as well as Mr. Meyer's rebuttal opinions to the opinions offered by Plaintiffs' expert Roger Clark.

1   State Defendants reserve the right to call as a witness any and all experts
2   designated by any other party.
3   State Defendants reserve the right to call as their own expert witnesses any
4   additional expert witness needed for rebuttal or impeachment at the time of trial.

6   Dated: February 13, 2025              Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          NORMAN D. MORRISON
                                          Supervising Deputy Attorney General

                                          */s/ Diana Esquivel*

                                          DIANA ESQUIVEL
                                          Deputy Attorney General
                                          *Attorneys for Defendants Blackwood,*
                                          *Kee, and Rubalcava*

LA2022603031
38792896.docx

L.C., a minor, *et al.*

v.

STATE OF CALIFORNIA, *et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. 5:22-cv-00949-JGB-KK

**EXPERT REBUTTAL REPORT
BY
GREG MEYER
February 12, 2025**

After reviewing Plaintiff's expert disclosures on February 10, 2025 (for Plaintiff's expert Roger Clark) and on February 11, 2025 (for Plaintiff's expert Matthew Kimmins), I testified in rebuttal to both of them during my deposition on February 12, 2025. My rebuttal opinions are contained within in the transcript of my deposition.

Executed on February 12, 2025 at Glendale, California.

*/s/ Greg Meyer*
GREG MEYER

# DECLARATION OF SERVICE BY ELECTRONIC MAIL

**Name:** L.C., et al. v. State of California, et al.
**No.:** 5:22-cv-00949 KK (SHKx)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 13, 2025**, I served the attached

**SUPPLEMENTAL AND REBUTTAL DISCLOSURE OF EXPERT WITNESSES OF DEFENDANTS STATE OF CALIFORNIA, BLACKWOOD, KEE, AND RUBALCAVA [FRCP 26(a)(2)]**

by transmitting a true copy thereof in PDF format by electronic mail to the following:

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Hang D. Le, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Ste. 310<br>Woodland Hills, CA 91367<br>Tel: (818) 347-3333<br>Fax: (818) 347-4118<br>Email: dalekgalipo@yahoo.com<br>hlee@galipolaw.com<br>*Attorneys for Plaintiffs* | Shannon L. Gustafson, Esq.<br>Amy R. Margolies, Esq.<br>LYNBERG & WATKINS<br>1100 Town & Country Road, Ste. 1450<br>Orange, CA 92868<br>Tel: (714) 937-1010<br>Fax: (714) 937-1003<br>Email: sgustafson@lynberg.com<br>amargolies@lynberg.com<br>*Attorneys for Defendant County of San Bernardino, Adams, and Vaccari* |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on February 13, 2025, at Sacramento, California.

| Diana Esquivel | */s/ Diana Esquivel* |
|---|---|
| Declarant | Signature |