# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., et al.<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.<br><br>　　　　　Defendant(s). | CASE NUMBER:<br><br>5:22–cv–00949–KK–SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:　__6/20/2025__

Document No.:　__195__

Title of Document:　__PLAINTIFFS REQUEST FOR CONTINUANCE OF DEADLINE TO FILE REQUEST FOR DISMISSAL__

**ERROR(S) WITH DOCUMENT:**

Caption shall indicate how many previous extensions requested. See Judge Kato's Standing Order.

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated:　June 23, 2025　　　　　By:　/s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
　　　　　　　　　　　　　　　　　　Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS