1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
   Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiffs
   L.C., I.H., A.L., and Antonia Salas Ubaldo
7

8              UNITED STATES DISTRICT COURT FOR THE
9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually; | Case No. 5:22-cv-00949-KK-SHK

*Honorable Kenly Kiya Kato*

**DECLARATION OF LIDIA LOPEZ IN SUPPORT OF PLAINTIFF A.L.'S EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF MINOR PLAINTIFFS AND MINOR NOMINAL DEFENDANT'S CLAIMS**

                Plaintiffs,
        vs.

STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,

                Defendants.

## DECLARATION OF LIDIA LOPEZ

I, Lidia Lopez, hereby declare as follows:

1. I am the natural mother, legal guardian, and guardian ad litem of Plaintiff A.L. in the above-referenced case. I have personal knowledge of the matters stated herein and could testify competently thereto if called upon to do so. I make this declaration in support of Plaintiff A.L.'s Ex Parte Application for Approval of Compromise of Minor Plaintiffs' and Minor Nominal Defendant's Claims.

2. I am requesting a lump sum payment of $10,000 from A.L.'s structured settlement annuity for the sole purpose of supporting my daughter, A.L., until she reaches the age of majority. This money will only be used for A.L.'s care and benefit, including for the following purposes: (1) to assist in the purchase of clothes and supplies for A.L.; (2) to assist with child-care-related costs for A.L.; and (3) to assist with school-related costs for A.L.

3. I have reviewed the Application for Approval of Compromise of Minor Plaintiffs' and Minor Nominal Defendant's Claims and am in agreement with the contents of the Application and the selection of the annuity plan for Plaintiff A.L.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 7/15/2025 in _____, California.

_____
Lidia Lopez

-1-
DECLARATION OF LIDIA LOPEZ              5:22-cv-00949-KK-SHK