# Exhibit E

# STATE OF CALIFORNIA
# COUNTY of SAN BERNARDINO
## DEPARTMENT OF PUBLIC HEALTH
### 351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 3202136004749

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT – FIRST (Given): HECTOR
- 2. MIDDLE: JAVIER
- 3. LAST (Family): PUGA
- 4. DATE OF BIRTH: 01/17/1989
- 5. AGE Yrs: 32
- 6. SEX: M
- 7. DATE OF DEATH: 02/17/2021
- 8. HOUR (24 Hours): 0405
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: UNK
- 11. EVER IN U.S. ARMED FORCES?: X NO
- 12. MARITAL STATUS/SRDP: NEVER MARRIED
- 13. EDUCATION – Highest Level/Degree: HS GRADUATE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: X YES LATINO
- 16. DECEDENT'S RACE: MEXICAN
- 17. USUAL OCCUPATION: FORK LIFT DRIVER
- 18. KIND OF BUSINESS OR INDUSTRY: UNK
- 19. YEARS IN OCCUPATION: 1

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 8609 CEDAR STREET
- 21. CITY: BELLFLOWER
- 22. COUNTY/PROVINCE: LOS ANGELES
- 23. ZIP CODE: 90706
- 24. YEARS IN COUNTY: 30
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: ANTONIA SALAS UBALDO, MOTHER
- 27. INFORMANT'S MAILING ADDRESS: 8609 CEDAR STREET, BELLFLOWER, CA 90706

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: —
- 29. MIDDLE: —
- 30. LAST (BIRTH NAME): —
- 31. NAME OF FATHER/PARENT – FIRST: HECTOR
- 32. MIDDLE: JAVIER
- 33. LAST: PUGA
- 34. BIRTH STATE: MEXICO
- 35. NAME OF MOTHER/PARENT – FIRST: ANTONIA
- 36. MIDDLE: —
- 37. LAST (BIRTH NAME): SALAS UBALDO
- 38. BIRTH STATE: MEXICO

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 03/19/2021
- 40. PLACE OF FINAL DISPOSITION: ALL SOULS CATHOLIC CEMETERY, 4400 CHERRY AVE, LONG BEACH, CA 90807
- 41. TYPE OF DISPOSITION(S): BU
- 42. SIGNATURE OF EMBALMER: JONATHON POLK
- 43. LICENSE NUMBER: EMB8845
- 44. NAME OF FUNERAL ESTABLISHMENT: DESTINY FUNERAL HOME & CREMATORY, INC
- 45. LICENSE NUMBER: FD2301
- 46. SIGNATURE OF LOCAL REGISTRAR: MICHAEL A SEQUEIRA, MD
- 47. DATE: 03/19/2021

**PLACE OF DEATH**
- 101. PLACE OF DEATH: CITY STREET
- 102/103. IF OTHER THAN HOSPITAL, SPECIFY ONE: X Other
- 104. COUNTY: SAN BERNARDINO
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: PEACH AVE. N/O CATALPA ST.
- 106. CITY: HESPERIA

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): GUNSHOT WOUND OF THE BACK
  - Time Interval Between Onset and Death: MINS
- 108. DEATH REPORTED TO CORONER?: X YES — 702103493
- 109. BIOPSY PERFORMED?: X NO
- 110. AUTOPSY PERFORMED?: X YES
- 111. USED IN DETERMINING CAUSE?: X YES
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
- 113A. IF FEMALE, PREGNANT IN LAST YEAR?: —

**PHYSICIAN'S CERTIFICATION**
- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED: —
- Decedent Attended Since: —
- Decedent Last Seen Alive: —
- 115. SIGNATURE AND TITLE OF CERTIFIER: —
- 116. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: —
- 117. DATE: —

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: X Accident
- 120. INJURED AT WORK?: X NO
- 121. INJURY DATE: 02/17/2021
- 122. HOUR: 0348
- 123. PLACE OF INJURY: CITY STREET
- 124. DESCRIBE HOW INJURY OCCURRED: SHOT DURING LAW ENFORCEMENT ENCOUNTER
- 125. LOCATION OF INJURY: PEACH AVE. N/O CATALPA ST, HESPERIA, CA 92345
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: STEVEN PENNINGTON
- 127. DATE: 03/18/2021
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: STEVEN PENNINGTON, DEP CORONER

**STATE REGISTRAR**

*010001004901314*

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS   DATE ISSUED
COUNTY OF SAN BERNARDINO

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

APR 06 2021

*Michael A Sequeira, MD*


*002922239*

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

PHNCO (Rev) 08/20

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**