**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
Email: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
Email: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>            Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>            Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**NOTICE OF ERRATA RE: OF *EX PARTE* APPLICATION FOR APPROVAL OF COMPROMISE OF THE MINOR PLAINTIFFS AND NOMINAL DEFENDANT'S CLAIMS [DKT. NO. 198]** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiffs L.C., by and through her guardian ad litem Maria Cadena, I.H., by and through his guardian ad litem Jasmine Hernandez, and A.L., by and through her guardian ad litem Lidia Lopez, individually and as successors in interest to Hector Puga, deceased hereinafter ("Decedent"), ("Minor Plaintiffs") and Nominal Defendant S.S.C, by and through her guardian Linda Rangel hereby submits this Notice of Errata regarding the Ex Parte Application for Approval of Compromise of Minor Plaintiffs and Nominal Defendant's Claims (Dkt. No. 198). Plaintiffs and Nominal Defendant inadvertently filed the Ex Parte Application without a Table of Contents, Table of Authorities, and Certificate of Compliance. The corrected Ex Parte Application is attached hereto as "Exhibit 1." Plaintiffs and Nominal Defendant apologizes for any inconvenience this may have caused the Court and all other parties.

Respectfully submitted,

DATED: July 19, 2025            LAW OFFICES OF DALE K. GALIPO

                                By_____/s/ Hang D. Le_____
                                Dale K. Galipo
                                Hang D. Le
                                Attorneys for Plaintiff

-1-
NOTICE OF ERRATA

5:22-cv-00949-KK-SHK