SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 3<br><br>**COUNTY DEFENDANTS' NOTICE OF NON-OPPOSITION PLAINTIFFS'** *EX PARTE* **APPLICATION FOR APPROVAL OF COMPROMISE OF THE MINOR PLAINTIFFS AND NOMINAL DEFENDANT'S CLAIMS**<br><br>*Trial Date:*   June 2, 2025<br><br>*Complaint filed: 06/07/2022*<br>*FAC filed:  10/18/22*<br>*SAC filed:  01/13/23*<br>*TAC filed: 05/12/23* |

1

**COUNTY DEFENDANTS' NOTICE OF NON-OPPOSITION PLAINTIFFS'** *EX PARTE*
**APPLICATION FOR APPROVAL OF COMPROMISE OF THE MINOR PLAINTIFFS
AND NOMINAL DEFENDANT'S CLAIMS**

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS (collectively, "County Defendants") have reviewed Plaintiffs' *Ex Parte* Application for Approval of Compromise of the Minor Plaintiffs and Nominal Defendant's Claims submitted to this Court. (Dkt #198 and 198-12)

County Defendants have no opposition to Plaintiffs' *Ex Parte* Application for Approval of Compromise of the Minor Plaintiffs and Nominal Defendant's Claims.

DATED: July 21, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO
ROBERT VACCARI, and JAKE ADAMS

---

2

**COUNTY DEFENDANTS' NOTICE OF NON-OPPOSITION PLAINTIFFS'** *EX PARTE* **APPLICATION FOR APPROVAL OF COMPROMISE OF THE MINOR PLAINTIFFS AND NOMINAL DEFENDANT'S CLAIMS**