ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol, Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN-RIVERSIDE DIVISION

| | |
|---|---|
| **L.C.,**<br><br>                  Plaintiffs,<br><br>    v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                  Defendants. | No. 5:22-cv-00949 KK-SHKx<br><br>**STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION RE: MINORS' COMPROMISE**<br><br>Judge:    Honorable Kenly Kiya Kato<br>Action Filed: June 7, 2022 |

    The State Defendants do not generally oppose Plaintiffs' ex parte application for approval of the minors' compromise. However, the State Defendants request four days, up to and including July 25, 2025, to adequately review the annuity documents that Plaintiffs' counsel only provided on the late afternoon of July 18, 2025.

    On July 18, with less than a day's notice of the ex parte application, the undersigned expressed concerns to Plaintiffs' counsel about the language in the

Annuity Attachment, the need to review the Qualified Assignment, and other concerns that, based on the undersigned's experience, commonly arise with certain wording in the annuity documents that the State, by and through the California Highway Patrol (CHP), will need to execute once the Minor's Compromise. In addition, CHP legal staff will also need to review the annuity documents to confirm they can comply with their terms.

For reasons not conveyed to the undersigned, Plaintiffs' counsel only provided the Annuity Attachment with the application. Although Plaintiffs' counsel changed the attached to address the State Defendants' concerns, the other annuity documents were only provided on July 18 after the undersigned requested them. The CHP still has not had time to review the annuity documents. For this reason, the State Defendants cannot agree to the ex parte application until they have completed their review of the annuity documents.

Dated: July 21, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State, Blackwood, Kee, and Rubalcava*

LA2022603031
39178446