**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
L.C., I.H., A.L., and Antonia Salas Ubaldo

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;<br><br>                    Plaintiffs,<br>       vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>                    Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF THE MINOR PLAINTIFFS AND NOMINAL DEFENDANTS' CLAIMS** |

Plaintiffs and State Defendants have resolved the issues regarding the language on the Qualified Assignment and Release for the minors. Plaintiffs and State Defendants have also come to an agreement regarding additional "slide language" to the proposed order and additional paperwork to account for the potential possibility that CHP may not be able to fund the annuities within the required time, and thus having to avoid having to go back to the Court to request for an amended order to reflect different payout dates or amounts based on potentially different annuities.

Plaintiffs and Nominal Defendant will be filing an Amended Ex Parte Application for Approval of the Minor Plaintiffs and Nominal Defendants' Claims with the additional agreed-upon "slide language" inserted into the proposed order and annuity attachments as well as correcting mistakes that were identified by State Defendants in Plaintiffs' counsel's declaration and the proposed order.

Respectfully submitted,

DATED: August 11, 2025               LAW OFFICES OF DALE K. GALIPO

                                     By         */s/ Hang D. Le*
                                         Dale K. Galipo
                                         Hang D. Le
                                         Attorneys for Plaintiffs