# Exhibit E

# STATE OF CALIFORNIA
# CERTIFICATION OF VITAL RECORD

## COUNTY of SAN BERNARDINO
### DEPARTMENT OF PUBLIC HEALTH
### 351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

**CERTIFICATE OF DEATH** — STATE FILE NUMBER 3202136004749

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | HECTOR |
| 2. MIDDLE | JAVIER |
| 3. LAST (Family) | PUGA |
| 4. DATE OF BIRTH | 01/17/1989 |
| 5. AGE Yrs | 32 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | UNK |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 02/17/2021 |
| 8. HOUR (24 Hours) | 0405 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC/LATINO | YES – LATINO |
| 16. DECEDENT'S RACE | MEXICAN |
| 17. USUAL OCCUPATION | FORK LIFT DRIVER |
| 18. KIND OF BUSINESS OR INDUSTRY | UNK |
| 19. YEARS IN OCCUPATION | 1 |
| 20. DECEDENT'S RESIDENCE | 8609 CEDAR STREET |
| 21. CITY | BELLFLOWER |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90706 |
| 24. YEARS IN COUNTY | 30 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | ANTONIA SALAS UBALDO, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 8609 CEDAR STREET, BELLFLOWER, CA 90706 |
| 31. NAME OF FATHER PARENT – FIRST | HECTOR |
| 32. MIDDLE | JAVIER |
| 33. LAST | PUGA |
| 34. BIRTH STATE | MEXICO |
| 35. NAME OF MOTHER/PARENT – FIRST | ANTONIA |
| 37. LAST (BIRTH NAME) | SALAS UBALDO |
| 38. BIRTH STATE | MEXICO |
| 39. DISPOSITION DATE | 03/19/2021 |
| 40. PLACE OF FINAL DISPOSITION | ALL SOULS CATHOLIC CEMETERY, 4400 CHERRY AVE, LONG BEACH, CA 90807 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | JONATHON POLK |
| 43. LICENSE NUMBER | EMB8845 |
| 44. NAME OF FUNERAL ESTABLISHMENT | DESTINY FUNERAL HOME & CREMATORY, INC |
| 45. LICENSE NUMBER | FD2301 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MICHAEL A SEQUEIRA, MD |
| 47. DATE | 03/19/2021 |
| 101. PLACE OF DEATH | CITY STREET — Other |
| 104. COUNTY | SAN BERNARDINO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | PEACH AVE. N/O CATALPA ST. |
| 106. CITY | HESPERIA |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | GUNSHOT WOUND OF THE BACK |
| Time interval | MINS |
| 108. DEATH REPORTED TO CORONER | YES |
| 702103493 | |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 119. MANNER OF DEATH | Accident |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 02/17/2021 |
| 122. HOUR | 0348 |
| 123. PLACE OF INJURY | CITY STREET |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT DURING LAW ENFORCEMENT ENCOUNTER |
| 125. LOCATION OF INJURY | PEACH AVE. N/O CATALPA ST. HESPERIA, CA 92345 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | STEVEN PENNINGTON |
| 127. DATE | 03/18/2021 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | STEVEN PENNINGTON, DEP CORONER |

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS

DATE ISSUED: APR 06 2021

Michael A Sequeira

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

*002922239*



This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

PHNCO (Rev) 08/20

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**