1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7320
     Facsimile: (916) 322-8288
7    E-mail: Diana.Esquivel@doj.ca.gov
   *Attorneys for Defendants State of California, by and*
8  *through the California Highway Patrol, Blackwood,*
   *Kee, and Rubalcava*
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                   EASTERN-RIVERSIDE DIVISION

13

| | |
|---|---|
| **L.C.,** | No. 5:22-cv-00949 KK-SHKx |
| Plaintiffs, | **STATEMENT OF NON-OPPOSITION** |
| v. | Judge: Honorable Kenly Kiya Kato |
| **STATE OF CALIFORNIA, et al.,** | Action Filed: June 7, 2022 |
| Defendants. | |

   Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava have no objection to

/ / /

/ / /

/ / /

/ / /

Plaintiffs' amended ex parte application for approval of the minors' compromises, filed on August 11, 2025 (ECF No. 206).

Dated: August 25, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State, Blackwood, Kee, and Rubalcava*

LA2022603031
39264227