SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive, <br><br> Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly K. Kato – Courtroom 3* <br><br> **JOINT STIPULATION FOR DISMISSAL OF COUNTY DEFENDANTS WITH PREJUDICE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(ii)]** <br><br> Trial Date:  June 2, 2025 <br><br> Complaint filed: 06/07/2022 <br> FAC filed: 10/18/22 <br> SAC filed: 01/13/23 <br> TAC filed: 05/12/23 |

1
**JOINT STIPULATION FOR DISMISSAL OF COUNTY DEFENDANTS WITH PREJUDICE**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS, in the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 13, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ *Amy R. Margolies*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO
ROBERT VACCARI, and JAKE ADAMS

DATED: January 14, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Hang D. Le*
**Dale K. Galipo**
**Hang D. Le**
Attorneys for Plaintiffs

2
JOINT STIPULATION FOR DISMISSAL OF COUNTY DEFENDANTS WITH PREJUDICE