UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00949-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>Hon. Kenly K. Kato – Courtroom 3<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF COUNTY DEFENDANTS WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(ii)]**<br><br>Trial Date:   June 2, 2025<br><br>Complaint filed: 06/07/2022<br>FAC filed:  10/18/22<br>SAC filed:  01/13/23<br>TAC filed: 05/12/23 |

# [PROPOSED] ORDER

Pursuant to the Stipulation of Plaintiffs and County Defendants and for good cause shown, the Court Orders as follows:

Defendants COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS to be dismissed **with prejudice** from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side is to bear its own fees and costs incurred in this matter.

**IT IS SO ORDERED.**

DATED:

**HON. KENLY KIYA KATO**
United States District Court Magistrate Judge