1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually,

18

Plaintiffs,

19

vs.

20

21

22

23

24

STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,

25

Defendants.

26

27

28

CASE NO. 5:22-cv-00949-KK-(SHKx)

*Assigned for All Purposes to:*
*Hon. Kenly K. Kato – Courtroom 3*

**ORDER GRANTING  JOINT STIPULATION FOR DISMISSAL OF COUNTY DEFENDANTS WITH PREJUDICE**

**[Fed. R. Civ. P. 41(a)(1)(ii)]**

*Trial Date:      June 2, 2025*

*Complaint filed: 06/07/2022*
*FAC filed:  10/18/22*
*SAC filed:  01/13/23*
*TAC filed: 05/12/23*



1

**ORDER**

## ORDER

Pursuant to the Stipulation of Plaintiffs and County Defendants and for good cause shown, the Court Orders as follows:

Defendants COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS to be dismissed **with prejudice** from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side is to bear its own fees and costs incurred in this matter.

**IT IS SO ORDERED.**

DATED: January 14, 2026

**HON. KENLY KIYA KATO**
United States District Court Magistrate Judge

2
ORDER